IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI, | ) | |
| ex rel. ERIC S. SCHMITT, in his official | ) | |
| capacity as Missouri Attorney General, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| THE PEOPLE'S REPUBLIC OF CHINA, | ) | |
| THE COMMUNIST PARTY OF CHINA, | ) | |
| NATIONAL HEALTH COMMISSION | ) | |
| OF THE PEOPLE'S REPUBLIC OF | ) | |
| CHINA, MINISTRY OF EMERGENCY | ) | |
| MANAGEMENT OF THE PEOPLE'S | ) | |
| REPUBLIC OF CHINA, MINISTRY OF | ) | |
| CIVIL AFFAIRS OF THE PEOPLE'S | ) | |
| REPUBLIC OF CHINA, PEOPLE'S | ) | |
| GOVERNMENT OF HUBEI | ) | |
| PROVINCE, PEOPLE'S GOVERNMENT | ) | |
| OF WUHAN CITY, WUHAN INSTITUTE | ) | |
| OF VIROLOGY, and CHINESE | ) | |
| ACADEMY OF SCIENCES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO THE COURT REGARDING SERVICE OF PROCESS

Local Rule 2.02(B) requires, at the time of filing, completion of a Notice

of Process Server form or proposed waivers of service for each defendant under

Federal Rule of Civil Procedure 4.  However, because this case involves suit

against a foreign state or its political subdivisions, as well as other foreign

entities, Federal Rule of Civil Procedure 4 requires service as specified in 28

U.S.C. § 1608.  Accordingly, that is how Plaintiff intends to serve Defendants,

and the Notice of Process Server form is inapplicable in this case.

Respectfully submitted,

**ERIC S. SCHMITT**
**ATTORNEY GENERAL**

*/s/ Justin D. Smith*
Justin D. Smith, #63253MO
  Deputy Attorney General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870; Fax: (573) 751-0774
Justin.Smith@ago.mo.gov