IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ) <br> ex rel. ERIC S. SCHMITT, in his official ) <br> capacity as Missouri Attorney General, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PEOPLE'S REPUBLIC OF CHINA, ) <br> THE COMMUNIST PARTY OF CHINA, ) <br> NATIONAL HEALTH COMMISSION ) <br> OF THE PEOPLE'S REPUBLIC OF ) <br> CHINA, MINISTRY OF EMERGENCY ) <br> MANAGEMENT OF THE PEOPLE'S ) <br> REPUBLIC OF CHINA, MINISTRY OF ) <br> CIVIL AFFAIRS OF THE PEOPLE'S ) <br> REPUBLIC OF CHINA, PEOPLE'S ) <br> GOVERNMENT OF HUBEI ) <br> PROVINCE, PEOPLE'S GOVERNMENT ) <br> OF WUHAN CITY, WUHAN INSTITUTE ) <br> OF VIROLOGY, and CHINESE ) <br> ACADEMY OF SCIENCES, ) <br> ) <br> Defendants. ) | Case No. _____ |

**NOTICE TO THE COURT REGARDING SERVICE OF PROCESS**

Local Rule 2.02(B) requires, at the time of filing, completion of a Notice of Process Server form or proposed waivers of service for each defendant under Federal Rule of Civil Procedure 4.  However, because this case involves suit against a foreign state or its political subdivisions, as well as other foreign entities, Federal Rule of Civil Procedure 4 requires service as specified in 28

U.S.C. § 1608.  Accordingly, that is how Plaintiff intends to serve Defendants, and the Notice of Process Server form is inapplicable in this case.

        Respectfully submitted,

        **ERIC S. SCHMITT**
        **ATTORNEY GENERAL**

        */s/ Justin D. Smith*
        Justin D. Smith, #63253MO
          Deputy Attorney General
        Missouri Attorney General's Office
        Post Office Box 899
        Jefferson City, MO 65102
        Tel: (573) 751-8870; Fax: (573) 751-0774
        Justin.Smith@ago.mo.gov