# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI,  )  <br> ex rel. ERIC S. SCHMITT, in his official  )  <br> capacity as Missouri Attorney General,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> THE PEOPLE'S REPUBLIC OF  )  <br> CHINA, et al.,  )  <br>  )  <br> Defendants.  )  | Case No. 1:20-cv-00099 |

## ENTRY OF APPEARANCE

COMES NOW D. John Sauer, Solicitor General, and enters his appearance on behalf of Plaintiff State of Missouri.

Respectfully submitted,

ERIC S. SCHMITT
ATTORNEY GENERAL

By:   */s/ D. John Sauer*
     D. JOHN SAUER, #58721
     Solicitor General
     P.O. Box 899
     Jefferson City, MO  65102-0899
     Telephone No.: (573) 751-1800
     Facsimile No.: (573) 751-0774
     Email: john.sauer@ago.mo.gov

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2020, this Entry of Appearance was filed and served through the Court's CM/ECF system upon all counsel of record.

                                              */s/ D. John Sauer*
                                              D. JOHN SAUER