IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI, | ) | |
| ex rel. ERIC S. SCHMITT, in his official | ) | |
| capacity as Missouri Attorney General, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEOPLE'S REPUBLIC OF CHINA, | ) | |
| THE COMMUNIST PARTY OF CHINA, | ) | Case No.: 1:20-cv-00099-SNLJ |
| NATIONAL HEALTH COMMISSION | ) | |
| OF THE PEOPLE'S REPUBLIC OF | ) | |
| CHINA, MINISTRY OF EMERGENCY | ) | |
| MANAGEMENT OF THE PEOPLE'S | ) | |
| REPUBLIC OF CHINA, MINISTER OF | ) | |
| CIVIL AFFAIRS OF THE PEOPLE'S | ) | |
| REPUBLIC OF CHINA, PEOPLE'S | ) | |
| GOVERNMENT OF HUBEI | ) | |
| PROVINCE, PEOPLE'S GOVERNMENT | ) | |
| OF WUHAN CITY, WUHAN INSTITUTE | ) | |
| OF VIROLOGY, AND CHINESE | ) | |
| ACADEMY OF SCIENCES, | ) | |
| | ) | |
|     Defendants. | ) | |

## MOTION OF LAWYERS FOR UPHOLDING INTERNATIONAL LAW FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN OPPOSITION TO PLAINTIFF THE STATE OF MISSOURI'S COMPLAINT AGAINST DEFENDANTS THE PEOPLE'S REPUBLIC OF CHINA, *ET AL.*

The Lawyers for Upholding International Law (hereinafter "Proposed *Amici*") respectfully move this Court for leave to file the attached *Amicus Curiae* Brief in Opposition to Plaintiff The State of Missouri's Complaint against Defendants The People's Republic of China, *et al*. As argued more fully in the Brief, Proposed *Amici* respectfully request that this Court dismiss Plaintiff's Complaint *sua sponte*.

1

Movants consist of Professor Geert-Jan Alexander Knoops and Professor Tom Zwart. Professor Knoops and Professor Zwart are international law scholars at various institutions and are leading experts in the field of international law. They each have an extensive academic and professional background in their respective field.

As stated in the accompanying Memorandum of Law in Support of the Motion for Leave to File *Amicus Curiae* Brief, Proposed *Amici* are uniquely qualified to offer the Court detailed analysis on the issues of international law, specifically the sovereign immunity of China, and the severe deficiencies of Plaintiff The State of Missouri's Complaint as well as the potential ramifications on international legal matters. The analysis contained in the Brief exhibits the multitude of reasons this Court could consider to dismiss Plaintiff's Complaint *sua sponte*. Moreover, this *amicus* brief is timely in that it provides arguments for the Court to consider the dismissal of Plaintiff's Complaint early on in the litigation before the Court goes into the substance of the case.

For these reasons, which are more fully stated in the accompanying Memorandum of Law, The Lawyers for Upholding International Law respectfully request that this Court grant this Motion for Leave to File the attached *amicus curiae* brief.


Dated:          September 25, 2020

Respectfully submitted,

THE SIMON LAW FIRM, P.C.

*/s/ Amy Collignon Gunn*
Amy Collignon Gunn #45016MO
Elizabeth S. Lenivy #68469MO
800 Market Street, Ste. 1700
St. Louis, Missouri 63101
P: (314) 241-2929
F: (314) 241-2029
agunn@simonlawpc.com
elenivy@simonlawpc.com

**Local Counsel for Lawyers for Upholding
International Law**

*/s/ Geert-Jan Alexander Knoops*
Dr. Geert-Jan Alexander Knoops, A09070
Knoops' Advocaten International Lawyers
Concertgebouwplein 25
1071 LM Amsterdam
P: +31 (0)20-470-5151
F: +31 (0)20-675-0946
office@knoopsadvocaten.nl

*/s/ Tom Zwart*
Dr. Tom Zwart
Newtonlaan 201, 3584 BH
Utrecht, The Netherlands
P: 316 2705 2580
t.zwart@uu.nl

**Lawyers for Upholding International Law**

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day, I filed the foregoing **Motion for Leave to File the** *Amicus Curiae* **Brief of Group of Experts in International Law in Opposition to Plaintiff The State of Missouri's Complaint against Defendants The People's Republic of China, et al.** with the clerk's office via the CM/ECF system, which will send notification of filing to the following counsel of record:

Justin D. Smith
OFFICE OF THE ATTORNEY GENERAL
OF MISSOURI – Jefferson City
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102-0899
justin.smith@ago.mo.gov

*Lead Attorney*

/s/ *Amy Collignon Gunn*