IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ERIC S. SCHMITT, in his official capacity as Missouri Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, *et al.,*<br><br>Defendants. | Case No.: 1:20-cv-00099-SNLJ |

**[PROPOSED] ORDER GRANTING LAWYERS FOR UPHOLDING INTERNATIONAL LAW LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Upon this Court's review and full consideration of the Motion for Leave to File *Amicus Curiae* Brief in Opposition to Plaintiff The State of Missouri's Complaint against Defendants The People's Republic of China, *et al.*, and the accompanying Memorandum of Law, filed by Lawyers for Upholding International Law, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *Amicus Curiae* Brief shall be docketed.

Dated: _____              _____
                                                                            Hon. Stephen N. Limbaugh