# ADDENDUM

Case: 19-10011    Document: 00515289004    Page: 12    Date Filed: 01/29/2020

Case: 1:20-cv-00099-SNLJ    Doc. #: 18-1    Filed: 02/12/21    Page: 2 of 31 PageID #: 169

Case 4:18-cv-00616-JLS   Document #698   filed 10/16/19   Page 21 of 30
Case 5:19-cv-00834-JLS   Document 69   Filed 08/12/19   Page 3 of 42 D 3722
Case 5:19-cv-00884-JLS   Document 64   Filed 07/05/19   Page 10 of 49
Case 5:19-cv-00884-JLS   Document 64   Filed 06/18/19   Page 9 of 25
USCA Case #14-5183    Document #1567664    Filed: 08/14/2015    Page 1 of 1

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5183                                September Term, 2014
                                           FILED ON: AUGUST 14, 2015

JEFFREY CUTLER,

                    APPELLANT

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

                    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-02066)

Before: HENDERSON, ROGERS and MILLETT, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

ORDERED and ADJUDGED that the judgment of the District Court appealed from in this cause be reversed as to Cutler's standing to press his Establishment Clause challenge, and be affirmed both as to the merits of his Establishment Clause claim and his lack of standing to press his equal protection challenge, in accordance with the opinion of the court filed herein this date.

Per Curiam

                                   FOR THE COURT:
                                   Mark J. Langer, Clerk

                         BY:       /s/
                                   Ken Meadows
                                   Deputy Clerk

Date: August 14, 2015

Opinion for the court filed by Circuit Judge Millett.

Case: 1:20-cv-00099-SNLJ    Doc. #: 18-1    Filed: 02/12/21    Page: 3 of 51 PageID
Case 4:20-cv-02078-MWB   Document 181   Filed 11/19/20   Page 9 of 81
#: 170
Case: 20-2936    Document: 29    Page: 169    Date Filed: 10/20/2020

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

**Harrisburg, PA** – Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also announc the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

"We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency," Torres said. "The federal assistance could not come at a more opportune moment."

Pennsylvania's allocation of $13.5 million comes from Congress' recent appropriation of $380 million for election security ☑ under the Omnibus Appropriations Act of 2018. The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund these voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security a auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase vot systems that meet the department's certification requirements.

"We want to bring about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly a feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems," Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off public education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the F Show complex. The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the featur and options offered by the new machines. Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018. Information regarding the examination and certification process (PDF) can be found on the department website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transi to the new systems.

In the meantime, Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of phys and cyber security, training and resources to counties and partners, and increasing communications at all levels.

**MEDIA CONTACT:** Wanda Murren, 717-783-1621

please forward this about pelosi Inbox

**People for life and freedom**
to People ▾

Jan 10, 2021, 5:33 PM (7 hours ago)

LOOKS LEGIT BUT UNVERIFIED



Nancy Pelosi
Speaker of the House

August 27, 2020

Mr. Ted Wheeler
1221 SW 4th Ave
# 340
Portland, OR 97204

Dear Mr. Wheeler:

I have seen your response to the riots in your city and I am
urging you to stick to the proven Democratic Play book.
I would like to review this with you now.

1. Deny there is a Problem. (Press will support this)

2. Refer to everything as peaceful and calm. (Press will help here also)

3. When all hell breaks loose, go on camera and show your support
for anybody breaking the law. (Press will praise you for this,
you will be a new hero, trust me)

4. When you can no longer keep any order "BLAME TRUMP!"
( I cannot over emphasize #4. This has worked every time we have
used it and again the Press has told me they will support and
fact check any claim we make* THIS IS POLITICAL GOLD!!)

5. Go on Television and Condemn TRUMP and refuse any assistance!
We CANNOT give TRUMP any victory before the election!!!!

best wishes,

NANCY PELOSI
Speaker of the House



## Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us. Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

**Name** *

JEFFREY — First
CUTLER — Last

**Email** *

eltaxcollector@gmail.com — Enter Email
eltaxcollector@gmail.com — Confirm Email

**Phone Number**

(717) 854-4718

**Questions Concerning** *

Complaint Against OAG-Esq

**Questions** *

PAGE 9 OF THE LINK BELOW IS TIME STAMPED PROOF OF ELECTORAL FRAUD, ORIGINALLY FILED IN FEDERAL COURT 30OCT2020 PAGE 169 OF CASE 20-2936!<ref> https://www.courtlistener.com/recap/gov.uscourts.pand.127057 /gov.uscourts.pand.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT HAD TO BE AVAILABLE FOR ALL VOTING METHODS. ALL VOTES VIA DROP BOXES ILLEGAL AND COVERED UP BY FEDERAL COURT CLERKS, JUDGES, MEDIA COVID-19 IS <ref>https://en.wikipedia.org /wiki/Biological_warfare </ref> NOTE CHINA GONE FROM LISTS THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref>https://www.govinfo.gov /content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref> https://www.nytimes.com /2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org /wiki/2007_pet_food_recalls </ref><ref>https://www.latimes.com /business/story/2019-09-18/sarcinogen-scare-tainted-zantac</ref>

DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop COMPLICATIONS from the FLU & COVID-19 <ref>https://www.futuremedicine.com /doi/10.2217/fca-2020-0082</ref>. They are called PNEUMOVAX23 and Prevnar 13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes /medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 21DEC2020 Jeffrey Cutler filed a167 page AMENDED PETITION FOR REHEARING ENBANC AND INJUNCTTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in USCA case 20-1422 at 2:38 PM. The PREVIOUS document from 14DEC2020 that Jeffrey Cutler filed a118 page PETITION FOR REHEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION never made it to the docket. On 23DEC2020 Jeffrey Cutler called the CLERK at the USCA and completed the document is not on the DOCKET the CLERK HUNG UP THE PHONE!! On page 172 is a copy of the letter sent to Josh Shapiro on 30JUN2017. On page 122 is a Mail Fraud Complaint against Josh Shapiro. On page 121 is JosH's Press Release on DACA. Mr. Shapiro is called a Sonnderkommando twice in the petition of 21DEC2020.
<ref> https://en.wikipedia.org/wiki/Samuel_Wittenberg </ref>

**Are you a robot?**

☐ I'm not a robot.

**Submit**

### Contact Resources

⊙ Event requests for the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

☎ 717-787-3391

Regional Offices

Fax:
717-787-8242

Main Office Line:
717-787-3391

Press Office:
717-787-5211

Helplines
Child Predator -
800-385-1044

Drugs Tip Line -
800-442-8006

Senior Protection -
866-623-2137

Consumer Protection-
800-441-2555

Public Engagement -
800-525-7642

Health Care -
877-888-4877

Do Not Call -
888-777-3406

Military and Veterans Affairs -
717-783-1944

Home Improvement Consumer -
888-520-6680

Home Improvement Contractor -
717-772-2425

CHRIA/Regulatory Compliance -
215-937-1375

## Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us. Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

Thank you for contacting the Office of Attorney General. Your information is being reviewed.  SUBMITTED 24DEC2020 07 50 AM

### Contact Resources

⊙ Event requests for the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

☎ 717-787-3391

Regional Offices

Fax:
717-787-8242

Case: 1:20-cv-00099-SNLJ    Doc. #: 18-1    Filed: 02/12/21    Page: 6 of 51 PageID #: 173

Case 4:20-cv-02078-MWB   Document 181-2   Filed 11/16/20   Page 47 of 72
Case 5:19-cv-00834-JLS   Document 98   Filed 10/03/19   Page 40 of 46
Case 2:19-cv-00834-ER   Document 9   Filed 09/19/19   Page 26 of 110
Case 5:19-cv-00834-JLS   Document 95   Filed 09/12/19   Page 16 of 18

Case 2:17-cv-00984-TON   Document 44   Filed 07/17/17   Page 7 of 12
Case 2:17-cv-00137-PD   Document 131   Filed 06/26/17   Page 19 of 40
Case 2:17-cv-00137-PD   Document 106   Filed 06/21/17   Page 13 of 80



Tax Collector
East Lampeter Township
1250 Old Philadelphia Pike
Lancaster, PA 17602

JUNE 20, 2017

JOSH SHAPIRO
Office of the Attorney General
Strawberry Square Harrisburg
Harrisburgh, PA 17120

## Re: PRIVATE CRIMINAL COMPLAINT – PERJURY, OBSTRUCTION OF JUSSTICE

Dear Josh

Please consider the attached documents as a **PRIVATE CRIMINAL COMPLAINT**. Brian Hurter, signed the attached verification on 07MAR2017, **ESSENTIALLY CLAIMING I HAD FAILED TO TURN IN $ 90,000.00** and based on this **PERJURED TESTIMONY** I was ILLEGALLY REMOVED FROM OFFICE   He testified under oath on 17MAR2017 that neither **he nor anyone in his staff ever audited** the records of the Lancaster County Treasurer.  Also the COMMONWEALTH COURT OFFICE has yet to record the 45 page **NOTICE OF APPEAL** I filed on 14JUN2017 and filed the first 3 pages in Federal Court on 15JUN2017.  Email etaxcollector@gmail.com.

Sincerely,

Jeffrey Culler
Tax Collector East Lampeter Township, Pennsylvania

**In The**

# United States Court of Appeals

# for the Third Circuit

2021 JAN 13  P 4: 10

USDC-EDPA

## 20-1422

UNITED STATES of AMERICA,
Plaintiff-Appellees

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

SAFEHOUSE INC., et al.
Defendants-Appellants

*Appeal from the Order/Judgment entered February 25, 2020 in the United States District Court for the Eastern District of Pennsylvania at No. 2:19-cv-00519*

# AMMENDED & CORRECTED EMERGENCY EXPEDITED

# PETITION FOR HEARING ENBANC AND INJUNCTIVE

# RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

# Destruction, alteration, or falsification of records) & MAIL FRAUD

# AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

# SUMMARY AFFIRMATION

# ORAL ARGUMENTS REQUESTED

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States

Constitution Ammend 1, for Redress of Grievances and preservation of the

Establishment Clause, Mr. Cutler files **THIS AMMENDED & CORRECTED**

**EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND**

**INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -**

**Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**AFFIRMATION**, to correct for new crimes and **OBSTRUCTION of JUSTICE**

discovered, originally filed 14DEC2020 and hidden. The previous document in case

21-40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA**

and **KLU KLUX KLAN**.  It also shows **BIAS** and **MALICIOUS** intent to violate

**EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC**

on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was

granted the **RIGHT** to challenge the **ESTABLISHMENT CLAUSE** by the court

and has been trying to pursue his first ammendment right to **PETTION THE**

**COURT FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228

Judge Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR.

CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL

PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED

WITH NO RECORD ON THE DOCKET EVEN THOUGH JOSH SHAPIRO (a

Sonderkommando, elector for Joe Biden and the current Attorney General of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA** **publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs.  On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to

this by 21MAY2020.  The president gave a short NEWS CONFERENCE on

22MAY2020 demanding all places of worship be allowed to open.  Employees of the

federal government and others have been involved in a criminal conspiracy to

**OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA

Nancy Dunn obstructed documents mailed and sent to  <ref>

prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on

17JUL2020 but that document vanished, just like the white bunny HARVEY, who is

invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020

on the front page of the Philadelphia Inquirer.   The USPS tracking number 9510

8141 4908 0199 0615 60 is not reporting results.  The lawyers in sending Mr. Cutler

the letters by MAIL makes them all a  party to the CONSPIRACY to INTERFERE

IN INTERSTATE COMMERCE and MAIL FRAUD.

On 30SEP2020 at 12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571

Page PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA

CASE 20-2936.

On 15OCT2020 at 12:42 PM Jeffrey Cutler filled a 194  Page AMENDED

PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF

CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND

OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936

On 19OCT2020 Jeffrey Cutler filed a 244 Page ERATTA FOR AMENDED PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION USCA CASE 20-2936

On 28OCT2020 at 1:38 PM Jeffrey Cutler filed a PETITION FOR ENBANC REVIEW of PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE TO FIFTH CIRCUIT.

On 12NOV2020 at 3:56 PM Jeffrey Cutler filed a PETITION TO COMBINE ADDITIONAL CASES BEFORE ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) FOR JUDICIAL EFFICIENCY in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR PRESIDENT INC., et al. v. KATHY BOOKVAR, et al. case 4:20-cv-02078. Mr. Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD. A

COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY. BASED ON MR. CUTLER'S

VALIDATION EXPERIENCE HE THINKS THAT THE TESTING

COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19.

This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref> <ref>

https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-

2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE

DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL

COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case *20-2936* filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER

VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler previously had filed copies of documents from case 19-11466 (Bankruptcy of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLEC**TOR in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225

1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in New York,  and a MAIL FRAUD complaint has been submitted for his previous actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the **ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a **CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also **AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge Clarence C. Newcomer ruled that the Democratic campaign of William G. Stinson had stolen the election from Bruce S. Marks in North Philadelphia's Second Senatorial District through an elaborate fraud in which hundreds of residents were encouraged to vote by absentee ballot, a form of MAIL FRAUD.  On many of the ballots, they used the names of people who were living in Puerto Rico or serving time in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public.  <ref> https://www.leagle.com/decision 199489219f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for MAIL FRAUD, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of *Quawan* **"Bobby" Charles**.  A  mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values

all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction. Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help persons of the **FBI**. Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA**. Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER, J&J** etc. GMP training and the only **609** cases and **7 deaths** in **TAIWAN** as of

**20NOV2020**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19.  This is based on PREVIOUS actions by **CHINA**.  <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref> <ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref> <ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref> <ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>.  Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing who are RHINO's.  Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** is not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE,** also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment clause (case 14-5183) and 75 years since VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open. Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States. In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer. The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results. The lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**. Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season. Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**. Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events. Mr. Cutler had proposed an option to have games played in every city. As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS**

**A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin Zemser and

Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one.   The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63.  While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected.  Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020.  Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the

bombs. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**. The judge dismissed the case even though 5 parties defaulted and were properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have defaulted in this case and therefore should have been **DENIED**. Mr. Cutler had made a complaint by mail to the DA office in Lancaster County, Pennsylvania and York, County Pennsylvania. Mr. Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019. Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**. Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars. Mr.Cutler had filed objections to limit the power of the Tom Wolf to classify that religion as a **NOT a LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania. Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-0064 in the United States District Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United States District Court for the Western District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the United States District Court for the District of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this consolidation.  All charges in each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge Catherine C. Blake of Maryland had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is

notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records
(effectively trying to rewrite history). Taiwan is about 100 miles from CHINA, yet
has less than ten deaths and 500 confirmed cases. In the Appeals for the Fifth
Circuit the Order from the United States Northern District of Texas dated January
16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION
TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS
TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the
motion denying Plaintiff's motion of December 30, 2019. The current order from
that court is in error since the USCA order of December 18, 2019, remanded the
case back to District Court and for further disposition and was unopposed and is still
unopposed. Mr. Cutler had previously filed a document by MAIL on March 1, 2019
but it was illegally discarded. He then filed on 07MAR2019 in person (Document
00514863727) , and it was put online March 7, 2019. The office of the clerk
decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on
27JAN2020, (Document 00515289904 International Holocaust Remembrance Day),
and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary**
**Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online
January 29, 2020. A violation of EQUAL PROTECTION by employee of the
federal government, which treated the two documents differently and potentially hid
the document from the review of the judges considering an ENBANC review. Mr.
Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition.  This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both involve related issues and the Supreme Court previously has indicated they will not consider the case this term, even though oral arguments were already made.  This court had allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER** was a  **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpectenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577
</ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge  the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it".  The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.  He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to

Bribe, coerce  or pay individuals to bear false witness against another individual and

violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The

orders Thomas Wolf and other leaders have issued effectively allows the

governments in the United States to discontinue religion in and in the State

of  Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization.

Other members of the **KLU KLUX KLAN** in the United States and the World, are

all organized to take on the HOAX.  This was previously called Agenda 21.  As of

16MAR2020 Canada was still allowing flights from CHINA and those persons

could be carrying hazardous bio material simply enter the United States from

Canada. When Mr. Cutler was  working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site.  It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme  court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has

corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting

Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr.

Cutler also notifies  this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https:  www.diabetes.org/diabetes/ medication-management flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based

on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with

COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated. George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data. Mr. Cutler was trying to fly to Philadelphia that day from Chicago. My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons. Even in case, 1:20-cv-01130 that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore

Police department. <ref>  https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/

<ref> For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-
sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref> complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being a INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS SUSPENDED EVEN THOUGH THERE IS TIME STAMPED

PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED

IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936

PAGE 9 OF THE LINK BELOW !!<ref>
https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  ASHLI  BABBITT WAS ACTING AS A CITIZEN

JOURNALIST AND SHE HEARD THE CONSPIRACY WITH KKK/ANTIFA

AND THE POLICE, THAT IS WHY SHE WAS MURDERED!! IN CHINA THEY

JUST PUT CITIZEN JOURNALISTS IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of possible ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee  (18 U.S. Code § 1114), Obstruction of Justice, Bank

Ruptcy Fraud in case number 19-11466 Philadelphia Accademic Health System and

Title 18, Section 871.  The civil rights action is case # 5:19-cv-00834 and this case

# 1:20-cv-01130 District Court Maryland.  The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like the

movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original unpublished

short story entitled "Caviar for His Excellency" by Charles G. Booth there may be an

actor portraying Joe Biden right now.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Affirmation

and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be

recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner

<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in

**Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada**.  Mr. Cutler has

never met Donald J. Trump, and was not paid or compensated in any way for this

action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting elected Vice

President at the hotel previously known as the host farm, but has since been renamed.

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when

combined with the writ from case  **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either LOCAL, FEDERAL OR STATE.

The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case

number  **1:17-cv-05228**, **20-3371**, **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

ASHLI  BABBITT  WAS THE START OF KRISTALNAHT UNITED STATES

<ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, BUT YOU CANNOT DESTROY THE

TRUTH.  Based on EQUAL TREATMENT UNDER THE LAW, IF IN PERSON

VOTING IS REQUIRED FOR ELECTING THE, SPEAKER THEN SECURITY

AND IMPEACHING A PRESIDENT BY PHONE SHOULD NOT BE ALLOWED.

AND CONSIDERED UNCONSTITUTIONAL.

Respectfully submitted,


DATE:_____13JAN2021_____        _____/s/ Jeffrey Cutler_____

                                        Jeffrey Cutler, pro se
                                        215-872-5715 (phone)
                                        eltaxcollector@gmail.com
                                        P.O. Box 2806
                                        York, PA 17405

## CERTIFICATE OF SERVICE

            I hereby certify that on JANUARY  13, 2021, I filed
            the foregoing with the Clerk of the Court for the
            United States Court Appeals for the THIRD Circuit
            via United States Mail or in person. Participants in
            the case who are registered CM/ECF users will be
            served by the appellate CM/ECF system. I further
            certify that all of the other  participants or their
            lawyers in this case are registered CM/ECF users
            except as follows and they are served by mail or
            email .


            ____/s/ Jeffrey Cutler_____
            Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and
Circuit Rule 40-1 because this brief contains no more than # of pages allowed by
ECF 17 USCA CASE 20-2936, excluding the parts of the brief exempted by Fed. R.
AP. P. 32.

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.    SO ORDERED.

[1]  Order the SUMMARY AFFIRMATION against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[2]  ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[3]  Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[4]  Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS.

[5]  Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[6]  Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[7]  Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[8]  Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[9]  Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel, and Judge Catherine Blake  pay twice their daily salary each day to the innosense project , until they resign.

[10] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[11] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[12] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[13] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[14] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[15] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[16] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Flam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[17] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[18] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[19] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[20] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[21] Other remedies the court deems appropriate.

[22] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[23] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[24] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[25] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[26] Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[27] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[28] Combine cases 20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC

CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York.

[29] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[30] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[31] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[32] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[33] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[34] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[35] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[36] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[37] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[38] Order CITIBANK pay three times the amount they allowed to be stolen via fmail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud.

[39] The constitution should be ammended to allow all citizens of voting age in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total prison population shall be added to the census for the country. No additional seats shall be added to the house.

[40] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country. No additional seats shall be added to the house.

[41] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[42] The intentional termination of life by any third party for money for all individuals from 84 months old after conseption

to 30 months old after conseption shall be considered a crime.

[43] A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[44] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE DENIED because it should be an injunction pending Appeal.

[45] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[46] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[47] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[48] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[49] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[50] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of $250,000 dollars

[51] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[52] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer

[53] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment of at least 10% of their NET WORTH.

[54] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[55] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[56] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[57] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[58] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[59] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter.

[60] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[61] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[62] Order every employee at PBS/NPR to dedicate a portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[63] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJoIrBk </ref>>

[64] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[65] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[66] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUIC0 </ref>

[67] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[68] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[69] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[70] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[71] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[72] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[73] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths

(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[74] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[75] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[76] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[77] Order the United States Government to stop collecting or accessing penalties **<u>FOR FAILURE</u>** to ***comply with established tenets or teachings of such sect or division of ANY religion <u>in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional</u>*** , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: ____, 2021_____          _____

                                                  BY THE COURT