# ADDENDUM

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 20-1422

---

UNITED STATES OF AMERICA
v.
SAFEHOUSE, a Pennsylvania nonprofit corporation;
JOSÉ BENITEZ, as President and Treasurer of Safehouse

*******************

SAFEHOUSE, a Pennsylvania nonprofit corporation
v.
U.S. DEPARTMENT OF JUSTICE;
WILLIAM P. BARR, in his official capacity
as Attorney General of the United States; and
WILLIAM M. MCSWAIN, in his official capacity as
U.S. Attorney for the Eastern District of Pennsylvania

United States of America, U.S. Department of Justice,
United States Attorney General William P. Barr, and
the United States Attorney for the Eastern District of
Pennsylvania William M. McSwain,
Appellants

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-00519)
District Judge: Honorable Gerald A. McHugh

---

Argued: November 16, 2020

Before: AMBRO, BIBAS, and ROTH, *Circuit Judges*

(Filed: January 12, 2021)

---

William M. McSwain [ARGUED]
Gregory B. David
John T. Crutchlow
Bryan C. Hughes
Erin E. Lindgren
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

*Counsel for Appellants*

Ronda B. Goldfein
Yolanda F. Lollis
Adrian M. Lowe
AIDS Law Project of Pennsylvania
1211 Chestnut Street
Suite 600
Philadelphia, PA 19107

Ilana H. Eisenstein                [ARGUED]
Courtney G. Saleski
Megan E. Krebs
Ben C. Fabens-Lassen
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Peter Goldberger
50 Rittenhouse Place
Ardmore, PA 19003

Seth F. Kreimer
University of Pennsylvania School of Law
3501 Chestnut Street
Philadelphia, PA 19104

   *Counsel for Appellees*

James G. Mann
Pennsylvania House of Representatives
P.O. Box 202228
Suite B-6 Main Capitol
Harrisburg, PA 17120

*Counsel for Amici in support of Appellants Republican Caucus of the Pennsylvania House of Representatives and Republican Caucus of the Senate of Pennsylvania*

John M. Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Counsel for Amici in support of Appellants Pat Toomey, Brian Fitzpatrick, Tom Cotton, John Joyce, Fred Keller, Mike Kelly, Daniel P. Meuser, Scott Perry, Guy Reschenthaler, Lloyd Smucker, and Glenn Thompson*

Jeffrey M. Harris
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

*Counsel for Amici in support of Appellants Drug Policy Scholars and Former Government Officials*

Michael H. McGinley
Justin M. Romeo
Dechert
2929 Arch Street
18th Floor, Cira Centre
Philadelphia, PA 19104

*Counsel for Amici in support of Appellants 20 Neighborhood Civic Associations and the Fraternal Order of Police Lodge 5*

Loren L. AliKhan
Office of Attorney General of District of Columbia
Office of the Solicitor General
400 6th Street, N.W., Suite 8100
Washington, D.C. 20001

*Counsel for Amici in support of Appellees District of Columbia, State of California, State of Delaware, State of Illinois, State of Michigan, State of Minnesota, State of New Mexico, State of Oregon, State of Vermont, and State of Virginia*

Trevor C. Burrus
Cato Institute
1000 Massachusetts Avenue, N.W.
Washington, D.C. 20001

*Counsel for Amici in support of Appellees Cato Institute, American Civil Liberties Union, and American Civil Liberties Union of Pennsylvania*

Ezekiel R. Edwards
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York 10004

*Counsel for Amicus in support of Appellees American Civil Liberties Union*

Mary Catherine Roper
American Civil Liberties Union of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102

*Counsel for Amicus Appellee American Civil Liberties Union of Pennsylvania*

Michael J. Engle
Buchanan Ingersoll & Rooney
50 South 16th Street
Two Liberty Place, Suite 3200
Philadelphia, PA 19102

*Counsel for Amici in support of Appellees Dr. Alexis M. Roth, Dr. Stephen E. Lankenau, and 5th Square*

Virginia A. Gibson
Hogan Lovells US
1735 Market Street, 23rd Floor
Philadelphia, PA 19103

*Counsel for Amici in support of Appellees King County Washington, City of New York, City of Seattle, City and County of San Francisco, and City of Pittsburgh*

Ellen C. Brotman
Suite 1500
One South Broad Street
Philadelphia, PA 19107

*Counsel for Amici in support of Appellees AIDS United, American Medical Association, Association for Multidisciplinary Education and Research in Substance Use and Addiction, Association of Schools and Programs of Public Health, California Society of Addiction Medicine, Drug Policy Alliance, Foundation for AIDS Research, Harm Reduction Coalition, National Alliance of State and Territorial AIDS Directors, Network for Public Health, Pennsylvania Medical Society, Philadelphia County Medical Society, Positive Womens Network, Treatment Action Group, and Vital Strategies*

Michael D. LiPuma
Law Firm of Justin F. Robinette
Suite 1109
325 Chestnut Street
Philadelphia, PA 19106

*Counsel for Amici in support of Appellees Homeless Advocacy Project, Pathways to Housing Pennsylvania, Catholic Worker Free Clinic, Bethesda Project Inc., and St. Francis Inn*

Jennifer MacNaughton
City of Philadelphia
Law Department
1515 Arch Street
Philadelphia, PA 19102

*Counsel for Amici in support of Appellees Mayor Jim Kenney and Dr. Thomas Farley*

Brian T. Feeney
Jessica Natali
Kevin Rethore
Greenberg Traurig
1717 Arch Street, Suite 400
Philadelphia, PA 19103

*Counsel for Amici in support of Appellees Philadelphia Area Community Organizations*

Mark C. Fleming
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109

Daniel Segal
Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103

*Counsel for Amici in support of Appellees Current and Former Prosecutors, Law Enforcement Leaders, and Former Department of Justice Official and Leaders*

Catherine M. Recker
Welsh & Recker
306 Walnut Street
Philadelphia, PA 19106

*Counsel for Amicus in support of Appellees Professor Randy Barnett*

Mira E. Baylson
Cozen O'Connor
1650 Market Street
One Liberty Place, Suite 2800
Philadelphia, PA 19103

*Counsel for Amici in support of Appellees Religious Leaders in Philadelphia and Beyond*

Thomas A. Leonard, IV
Cozen O'Connor
1650 Market Street
One Liberty Place, Suite 2800
Philadelphia, PA 19103

*Counsel for Amici in support of Appellees Friends and Family of Victims of Opioid Addiction*

## OPINION OF THE COURT

BIBAS, *Circuit Judge*.

Though the opioid crisis may call for innovative solutions, local innovations may not break federal law. Drug users die every day of overdoses. So Safehouse, a nonprofit, wants to open America's first safe-injection site in Philadelphia. It favors a public-health response to drug addiction, with medical staff trained to observe drug use, counteract overdoses, and offer treatment. Its motives are admirable. But Congress has made it a crime to open a property to others to use drugs. 21 U.S.C. § 856. And that is what Safehouse will do.

Because Safehouse knows and intends that its visitors will come with a significant purpose of doing drugs, its safe-injection site will break the law. Although Congress passed § 856 to shut down crack houses, its words reach well beyond them. Safehouse's benevolent motive makes no difference. And even though this drug use will happen locally and Safehouse will welcome visitors for free, its safe-injection site falls within Congress's power to ban interstate commerce in drugs.

Safehouse admirably seeks to save lives. And many Americans think that federal drug laws should move away from law enforcement toward harm reduction. But courts are not arbiters of policy. We must apply the laws as written. If the laws are unwise, Safehouse and its supporters can lobby Congress to

carve out an exception. Because we cannot do that, we will reverse and remand.



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

## Mail Fraud Complaint

### Your Information

Company Name:
* First Name: JEFFREY * Last Name: CUTLER
* Address: P.O. BOX 2806
* City: YORK
* State: Pennsylvania
* ZIP Code: 17405
* Country: UNITED STATES
Cell Phone: (717) 854-4718 Work Phone: (215) 872-5715
Home Phone: Fax:
Email Address: eltaxcollector@gmail.com
Age Range: 65 or older
Are you a Veteran?: ○Yes ⦿No

### Complaint Filed Against

Company Name: TWITTER
First Name: JACK Last Name: DORSEY
Address: 1355 Market St suite 900
City: San Francisco
State: California
ZIP Code: 94103
Country: UNITED STATES
Cell Phone: Work Phone: (415) 222-9670
Home Phone: Fax:
Email Address: ir@twitter.com
Website Address: https://www.headquartersinfo.com/

### How Were You Contacted?

How were you contacted? US Mail
On what date were you contacted? 01/10/2021
Do you have the envelope it was mailed in? ○Yes ○No

### How Did You Respond to This Offer?

How did you respond to this offer? US Mail
Response Mailed to a Different Address: ○Yes ⦿No
Do you have a Tracking Number? (Certified, Insured or Express Mail)? ○Yes ⦿No
What did you receive? max size 250 characters: HARD COPY OF ANNUAL REPORT
How did it differ from what you expected? max size 250 characters: CLAIMS THEY DO NOT DISCRIMINATE AND DO GOOD
How much did the company ask you to pay ($)? 120.41
Do you have the item? ○Yes ⦿No
How was it delivered? Online
Did you contact the company or person about the complaint? ○Yes ⦿No
Reason for No Contact: Unanswered Telephone

### Did You Lose Money?

Lose Money: ⦿Yes ○No
Payment Type: Other Payment Method
Payment Type Other: TRANSFER FROM ACCNT
Payment Amount($):
Payment Date: 01/10/2021

### Type of Mail Fraud Complaint

Scheme Category: Investment
Scheme Type: Select One...

### Additional Information

max size 1000 characters

TWITTER CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S ACCOUNT IS SUSPENDED EVEN THOUGH THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW !!<ref> https://www.courtlistener.com/recap /gov.uscourts.pamd.127057 /gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE CONTRARY

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully. 11JAN2021 2:27 PM

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed

**Item 9B.** ***Other Information***

*Disclosure Pursuant to Section 13(r) of the Exchange Act*

We determined that, between January 2012 and December 2019, we processed and delivered orders of consumer products for certain individuals and entities located outside Iran covered by the Iran Threat Reduction and Syria Human Rights Act ("ITRA"), in addition to those we have previously disclosed, as follows: consumer products valued at approximately $13,700 for individuals who may have been acting for 14 Iranian embassies and diplomatic organizations located in countries other than Iran; consumer products valued at approximately $90 for an individual designated under Executive Order 13224; consumer products valued at approximately $8,600 for individuals who may have been acting for seven entities owned or controlled by the Iranian government; and consumer products valued at approximately $1,800 for individuals who may have been acting for five entities designated under Executive Order 13224 or Executive Order 13382, three of which are owned or controlled by the Iranian Government. The consumer products included books, other media, apparel, home and kitchen, jewelry, health and beauty, office, toys, consumer electronics, lawn and patio, automotive, software, grocery, and pet products. In addition, the information provided pursuant to Section 13(r) of the Exchange Act in Item 5 of Part II of the Company's Quarterly Reports on 10-Q for the quarters ended March 31, 2019, June 30, 2019, and September 30, 2019 is hereby incorporated by reference to such reports. We are unable to accurately calculate the net profit attributable to these transactions. We do not plan to continue selling to these accounts in the future. Our review is ongoing and we are enhancing our processes designed to identify transactions associated with individuals and entities covered by the ITRA.

## PART III

**Item 10.** ***Directors, Executive Officers, and Corporate Governance***

Information regarding our Executive Officers required by Item 10 of Part III is set forth in Item 1 of Part I "Business — Information About Our Executive Officers." Information required by Item 10 of Part III regarding our Directors and any material changes to the process by which security holders may recommend nominees to the Board of Directors is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders, and is incorporated herein by reference. Information relating to our Code of Business Conduct and Ethics and, to the extent applicable, compliance with Section 16(a) of the 1934 Act is set forth in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference. To the extent permissible under Nasdaq rules, we intend to disclose amendments to our Code of Business Conduct and Ethics, as well as waivers of the provisions thereof, on our investor relations website under the heading "Corporate Governance" at amazon.com/ir.

**Item 11.** ***Executive Compensation***

Information required by Item 11 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**Item 12.** ***Security Ownership of Certain Beneficial Owners and Management and Related Shareholder Matters***

Information required by Item 12 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**Item 13.** ***Certain Relationships and Related Transactions, and Director Independence***

Information required by Item 13 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**Item 14.** ***Principal Accountant Fees and Services***

Information required by Item 14 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

ABOUT AMAZON ▸ INVESTOR RELATIONS ▸ CORPORATE GOVERNANCE ▸ DOCUMENTS AND CHARTERS ▸ CODE OF BUSINESS CONDUCT AND ETHICS

Investor Relations

Annual reports, proxies and shareholder letters
Quarterly results
SEC filings
Press releases
FAQs
Corporate governance
Officers and directors
Contact us and request documents
Events

# Code of Business Conduct and Ethics

In performing their job duties, Amazon.com employees should always act lawfully, ethically, and in the best interests of Amazon.com. This Code of Business Conduct and Ethics (the "Code of Conduct") sets out basic guiding principles. Employees who are unsure whether their conduct or the conduct of their coworkers complies with the Code of Conduct should contact their manager or the Legal Department. Employees may also report any suspected noncompliance as provided in the Legal Department's reporting guidelines referred to in paragraph IX below.

Show All

## I. Compliance with Laws, Rules and Regulations

Employees must follow applicable laws, rules and regulations at all times. Employees with questions about the applicability or interpretation of any law, rule or regulation, should contact the Legal Department.

## II. Conflicts of Interest +

## III. Insider Trading Policy +

## IV. Discrimination and Harassment

Amazon.com provides equal opportunity in all aspects of employment and will not tolerate any illegal discrimination or harassment of any kind. For more information, see the Amazon.com policies on Equal Employment Opportunity and Workplace Harassment in the Amazon.com Owner's Manual.

## V. Health and Safety +

## VI. Price Fixing

Employees may not discuss prices or make any formal or informal agreement with any competitor regarding prices, discounts, business terms, or the market segments and channels in which the Company competes, where the purpose or result of such discussion or agreement would be inconsistent with applicable antitrust laws. If you have any questions about this section or the applicable antitrust laws, please contact the Legal Department.

## VII. Bribery; Payments to Government Personnel

Employees may not bribe anyone for any reason, whether in dealings with governments or the private sector. The U.S. Foreign Corrupt Practices Act, and similar laws in other countries, prohibit offering or giving anything of value, directly or indirectly, to government officials in order to obtain or retain business. Employees may not make illegal payments to government officials themselves or through a third party. Employees who are conducting business with the government officials of any country must contact the Legal Department for guidance on the law governing payments and gifts to governmental officials.

## VIII. Recordkeeping, Reporting, and Financial Integrity

Amazon.com's books, records, accounts and financial statements must be maintained in appropriate detail, must properly reflect the Company's transactions and must conform both to applicable law and to the Company's system of internal controls. Further, Amazon.com's public financial reports must contain full, fair, accurate, timely and understandable disclosure as required by law. The Company's financial, accounting and legal groups are responsible for procedures designed to assure proper internal and disclosure controls, and all employees should cooperate with these procedures.

## IX. Questions; Reporting Violations +

## X. Periodic Certification +

## XI. Board of Directors +

## XII. Waivers

Waivers of this Code of Conduct may be made only in a manner permitted by law.

SHOP AMAZON.COM 

Mail Fraud Complaint form AMAZON - JEFFREY BEZOS

UNITED STATES POSTAL INSPECTION SERVICE
THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully. 12JAN2021

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

  

please forward this about pelosi Inbox

People for life and freedom
to People

Jan 10, 2021, 5:33 PM (7 hours ago)

LOOKS LEGIT BUT UNVERIFIED

Nancy Pelosi
Speaker of the House

August 27, 2020

Mr. Ted Wheeler
1221 SW 4th Ave
# 340
Portland, OR 97204

Dear Mr. Wheeler

I have seen your response to the riots in your city and I am urging you to stick to the proven Democratic Play book.

I would like to review this with you now.

1: Deny there is a Problem. (Press will support this)

2: Refer to everything as peaceful and calm. (Press will help here also)

3: When all hell breaks loose, go on camera and show your support for anybody breaking the law. (Press will praise you for this, you will be a new hero, trust me)

4: When you can no longer keep any order "BLAME TRUMP!"

( I cannot over emphasize #4. This has worked every time we have used it and again the Press has told me they will support and fact check any claim we make!! THIS IS POLITICAL GOLD!!)

5: Go on Television and Condemn TRUMP and refuse any assistance!

We CANNOT give TRUMP any victory before the election!!!!

best wishes,

Nancy Pelosi

NANCY PELOSI
Speaker of the House

FROM <ref>https://ruplayers.com/tools/ynur0c-Xen9kgHk/john-dye-tribute.html</ref>

John Portrayed not only the Angel of Death but also Jeff Cutler during his life. ==REMEDY CHALLENGED IN USCA CASE #18-1816 for case 1:18-cv-00443== On April 12, 2018 Jeffrey Cutler filed an Appeal in the USCA third circuit for case #1:18-cv-00443 as a Plaintiff Intervenor. Mr. Cutler did this to stop the REMEDY from becoming a Precedent that allows 4 Judges from unconstitutionally Amend the Pennsylvania Constitution in 10 DAYS!! Mr. Cutler has a second case in the USCA # 17-2709 which has been under review by a 3 Judge panel since Feb 15, 2018. It challenges the ability of a single judge to issue a Remedy which KNOWINGLY violates the Pennsylvania Constitution based on Perjured information by Brian Hurter, Amber Green Martin, and Ralph Hutchinson and the FAKE NEWS MEDIA to lie to destroy the reputation of an individual. Amber Green and Brian Hurter are accused of 190,000 counts of MAIL FRAUD as part of case 17-2709 and cover-up MURDER of [[Jonathan Luna]] and others with the aid of the FBI ([[Robert Mueller]], [[James Comey]], [[Andrew McCabe]], and [[April Brooks]]). Unlike everyone else Mr. Cutler has STANDING which was granted on August 14, 2015 for case 14-5183 in the DC court of Appeals, argued by [[Robert Muise]] on May 12, 2015. On April 23, 2018 Mr. Cutler filled an INJUNCTION PENDING APPEAL for case 18-1816 which is not being reported by any NEWSPAPER, or other DRIVE-BY media and ACTIVELY censored by [[GOOGLE]] and other search engines. On page 314A of case 17-2709 is the entire WRIT that went previously to the Supreme Court to END OBAMACARE based on violations of the [[Establishment Clause]]. MR. CUTLER HAS BEEN TARGETED JUST LIKE THE PRESIDENT BASED ON PERJURED INFORMATION!! The [[Corollary]] to MAKE AMERICA GREAT is GREAT PARENTS, MAKE GREAT KIDS, MAKE A GREAT PRESIDENT..the way to Make America Great, MAKE MORE GREAT PARENTS!! =====Injunction Pending Appeal===== On April 23, 2018 Jeffrey Cutler filed an [[Injunction Pending Appeal]] for case # 18-1816. On April 25, 2018 THE USCA for the third circuit issued an ORDER that specified that the heading for the case be changed to "JACOB CORMAN in his official capacity as Majority Leader of the Pennsylvania Senate; MIKE FOLMER; in his official capacity as Chairman of the Pennsylvania State Senate Government Committee; LOU BARLETTA; RYAN COSTELLO; MIKE KELLY; TOM MARINO; SCOTT PERRY; KEITH ROTHFUS; LLOYD SMUCKER; GLEN THOMPSON; JEFFREY CUTLER is to be listed as an APPELLANT equal to all other named Appellants in the case. On May 8, 2018 Jeffrey Cutler filed a motion to dismiss Defendants claims for failure to follow orders of the court. On May 10, 2018 Jeffrey Cutler filed for an En Banc review of the Injunction and Order. The conclusion in the case states "Plaintiff hereby requests that the court grant his Permanent Injunction and enjoin the enforcement of the revised voting map, a new election date set using the previously approved voting districts, bar all Pennsylvania judges from submitting remedies which knowingly violate the Pennsylvania constitution, bar any further enforcement of "Obamacare", remove all penalties from plaintiffs and bar the review of documents seized and the suspension of further action in NY cases known as 1:18-cv-03501 and 1:18-mj-03161KMW."

2 года назад



In The
# United States Court of Appeals
# for the Fifth Circuit

**21-40001**

LOUIE GOHMERT,et al.,
Plaintiff-Appellees

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

HONORABLE MICHAEL PENCE.
Defendants-Appellants

*Appeal from the Order/Judgment entered January 01, 2021 in the United States District Court for the Eastern District of Texas at No. 6:20-cv-00660*

## EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION

## ORAL ARGUMENTS REQUESTED

# We Have Received Your Message

**The White House** <noreply@contact.whitehouse.gov> Jan 5, 2021, 1:25 PM (21 hours ago)

to me

**THE WHITE HOUSE**

**WASHINGTON**

January 5, 2021

Thank you for contacting the White House. We are carefully reviewing your message.

President Donald J. Trump believes the strength of our country lies in the spirit of the American people and their willingness to stay informed and get involved. President Trump appreciates your taking the time to reach out.

Sincerely,

*The Office of Presidential Correspondence*

*If you wish to receive regular email updates from the White House, please Click Here. You may also follow President Trump and the White House on Facebook, Instagram, Twitter, and YouTube.*

White House Website | Privacy Policy | Contact the White House

Case: 21-40001 Document: 00515695510 Page: 1 Date Filed: 01/06/2021

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 06, 2021

No. 21-40001 Gohmert v. Pence
USDC No. 6:20-CV-660

Dear Mr. Cutler,

Because you are not a licensed attorney, nor a party within the case, we cannot accept "Petition for Hearing En Banc". Accordingly, we take no action on your filing. We direct your attention to the decision of this court which held that a non-attorney cannot sign nor file court documents on behalf of another. See *Weber v. Garza*, 570 F.2d 511 (5th Cir. 1978).

Sincerely,

LYLE W. CAYCE, Clerk

Christina Rachal

By: _________________________
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
Mr. William Charles Bundren
Mr. John V. Coghlan
Mr. Lawrence John Joseph



JOSH SHAPIRO
ATTORNEY GENERAL

MENU

Home > Contact Us

# Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us. Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

Name *

JEFFREY | CUTLER
First | Last

Email *

eltaxcollector@gmail.com | eltaxcollector@gmail.com
Enter Email | Confirm Email

Phone Number

(717) 854-4718

Questions Concerning *

Complaint Against OAG Emp

Questions *

PAGE 9 OF THE LINK BELOW IS TIME STAMPED PROOF OF ELECTORAL FRAUD, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936!!<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT HAD TO BE AVAILABLE FOR ALL VOTING METHODS. ALL VOTES VIA DROP BOXES ILLEGAL AND COVERED UP BY FEDERAL COURT CLERKS, JUDGES, MEDIA
COVID-19 IS <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> NOTE CHINA GONE FROM LISTS THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref><ref>https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac</ref>
DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop COMPLICATIONS from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 21DEC2020 Jeffrey Cutler filed a 167 page AMENDED PETITION FOR REHEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in USCA case 20-1422 at 2:38 PM. The PREVIOUS document from 14DEC2020 that Jeffrey Cutler filed a 118 page PETITION FOR REHEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION never made it to the docket. On 23DEC2020 Jeffrey Cutler called the CLERK at the USCA and complained the document is not on the DOCKET the CLERK HUNG UP THE PHONE!! On page 117 is a copy of the letter sent to Josh Shapiro on 20JUN2017. On page 122 is a Mail Fraud Complaint against Josh Shapiro. On page 121 is Josh's Press Release on DACA. Mr. Shapiro is called a Sonnderkommando twice in the petition of 21DEC2020.
<ref> https://en.wikipedia.org/wiki/Samuel_Willenberg </ref>

Are you a robot?

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

## Contact Resources

Event requests for the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

717-787-3391

Regional Offices

Fax:
717-787-8242

Main Office Line:
717-787-3391

Press Office:
717-787-5211

Helplines:
Child Predator –
800-385-1044

Drugs Tip Line –
800-442-8006

Senior Protection –
866-623-2137

Consumer Protection–
800-441-2555

Public Engagement –
800-525-7642

Health Care –
877-888-4877

Do Not Call –
888-777-3406

Military and Veterans Affairs –
717-783-1944

Home Improvement Consumer –
888-520-6680

Home Improvement Contractor –
717-772-3425

CHRIA/Regulatory Compliance –
215-937-1375

JOSH SHAPIRO
ATTORNEY GENERAL

MENU

Home > Contact Us

Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us. Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

Thank you for contacting the Office of Attorney General. Your information is being reviewed. SUBMITTED 24DEC2020 07:50 AM

Contact Resources

Event requests for the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

717-787-3391

Regional Offices

Fax:
717-787-8242

Tax Collector
East Lampeter Township
2250 Old Philadelphia Pike
Lancaster, PA 17602

JUNE 20, 2017

JOSH SHAPIRO
Office of the Attorney General
Strawberry Square Harrisburg
Harrisburgh, PA 17120

**Re: PRIVATE CRIMINAL COMPLAINT –PERJURY, OBSTRUCTION OF JUSSTICE**

Dear Josh:

Please consider the attached documents as a PRIVATE CRIMINAL COMPLAINT. Brian Hurter, signed the attached verification on 07MAR2017, ESSENTIALY CLAIMING I HAD FAILED TO TURN IN $ 90,000.00 and based on this PERJURED TESTIMONY I was ILLEGALLY REMOVED FROM OFFICE. He testified under oath on 17MAR2017 that neither he nor anyone in his staff ever audited the records of the Lancaster County Treasurer. Also the COMMONWEALTH COURT OFFICE has yet to record the 46 page NOTICE OF APPEAL I filed on 14JUN2017 and filed the first 3 pages in Federal Court on 15JUN2017. Email eltaxcollector@gmail.com.

Sincerely,

Jeffrey Cutler
Tax Collector East Lampeter Township, Pennsylvania

Case: 19-10011 Document: 00515289004 Page: 13 Date Filed: [illegible]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
FORT WORTH DIVISION

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JAN 16 2020 CLERK, U.S. DISTRICT COURT By [signature] Deputy

| | |
|---|---|
| TEXAS, et al. Plaintiffs | |
| JEFFREY CUTLER Intervenor-Plaintiff | CASE NO. 4:18-cv-00167-0 |
| v. | |
| UNITED STATES OF AMERICA, et al. Defendants | JURY TRIAL DEMANDED |
| CALIFORNIA, et al. Intervenor-Defendants | |

**MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834**