According to Liu: "Adeno-X™ expression system (Clontech Laboratories, Inc.),

comprising adenovirus type 5 genome with a deletion in the E1 and E3 regions (ΔE1, 343–3465

bp; ΔE3, 28,756–30,561 bp), was utilized to construct a recombinant adenovirus carrying

nucleotides −45 to 1469 of Spike gene of SARS-CoV (Ad-SN) by *in vitro* ligation. This provides

an immunogen which encoded a truncated S1 subunit of SARS-CoV S protein (490 N-terminal

amino-acid residues)," as shown here:



The expected result would be the finding of RNA-Seq sequence raw reads that were homologous

to the two Adenovirus regions but only partially homologous (about 80%) to the SARS-CoV-1

regions.

The results are shown below. All five patients have adenovirus sequences that read

through the 5' junction with the immunogen but do not read through the entire gene:



**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                                    **29 January 2021**

As can be seen above, all five patients have significant portions of the CMV-promoter as well as almost one-half of the truncated Spike Protein gene. This is the expected result if in fact the vaccine was not the previously described SARS-CoV-1, as in that case you would expect through reads covering the entire spike protein gene.

Next, an adenovirus vaccine vector sequence was created by substituting the full CoV-2 spike protein gene into the vector cassette. The results for this construct was much greater coverage within the specimens.



For example, the sequence alignment of patient WIV-05 is shown below. The red arrow and green arrow are at the 5' and 3' junctions of the adenovirus vector sequences and the CoV-2 Spike Protein gene sequence, showing cross junction contigs.

**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                    **29 January 2021**



Another surprising finding was the presence of synthetic H7N9 gene sequences, again in all five

WIV sequenced patients. The contigs are shown below.



@2021. Steven C. Quay, MD, PhD

**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                                                          **29 January 2021**

☐ **RNA-Seq** of Homo sapiens: hCov-19 infected patients Bronchoalveolar **lavage** uid
1. 1 ILLUMINA (Illumina MiSeq) run: 5.8M spots, 1.7G bases, 634.3Mb downloads
   Accession: SRX8032203

☐ **RNA-Seq** of Homo sapiens: hCov-19 infected patients Bronchoalveolar **lavage** uid
2. 1 ILLUMINA (Illumina MiSeq) run: 5.2M spots, 1.6G bases, 583.4Mb downloads
   Accession: SRX8032202

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
3. 1 ILLUMINA (Illumina MiSeq) run: 5.2M spots, 1.5G bases, 772.9Mb downloads
   Accession: SRX7730887

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
4. 1 ILLUMINA (Illumina MiSeq) run: 5.2M spots, 1.5G bases, 768.3Mb downloads
   Accession: SRX7730886

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
5. 1 ILLUMINA (Illumina MiSeq) run: 8.3M spots, 2.2G bases, 1.2Gb downloads
   Accession: SRX7730885

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
6. 1 ILLUMINA (Illumina HiSeq 3000) run: 38.5M spots, 11.5G bases, 7.1Gb downloads
   Accession: SRX7730884

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
7. 1 ILLUMINA (Illumina HiSeq 3000) run: 29.7M spots, 8.9G bases, 5.6Gb downloads
   Accession: SRX7730883

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
8. 1 ILLUMINA (Illumina HiSeq 3000) run: 34.3M spots, 10.3G bases, 6.4Gb downloads
   Accession: SRX7730882

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
9. 1 ILLUMINA (Illumina HiSeq 1000) run: 61.3M spots, 18.4G bases, 11.4Gb downloads
   Accession: SRX7730881

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
10. 1 ILLUMINA (Illumina HiSeq 3000) run: 67.1M spots, 20.1G bases, 12.6Gb downloads
   Accession: SRX7730880

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage fluid**
11. 1 ILLUMINA (Illumina MiSeq) run: 3.6M spots, 1G bases, 548.1Mb downloads
   Accession: SRX7730879

The WIV entry with the greatest read depth, Number 10 above, is described below:

**Bayesian Analysis of SARS-CoV-2 Origin**
Steven C. Quay, MD, PhD                                                      **29 January 2021**



**SRX7730880**: RNA-Seq of Homo sapiens: bronchoalveolar lavage fluid
1 ILLUMINA (Illumina HiSeq 3000) run: 67.1M spots, 20.1G bases, 12.6Gb downloads

**Design**: Total RNA was extracted from bronchoalveolar lavage fluid using the QIAamp Viral RNA Mini Kit (50) following the manufacturers instructions. An RNA library was then constructed using the MGIEasy RNA Library Prep Set (96 RXN) (Cat. No.: 1000006384). Paired-end (150 bp sequencing of the RNA library was performed on the MGISEQ-2000RS platform .

**Submitted by:** Wuhan Institute of Virology, Chinese Academy of Sciences

**Study:** Severe acute respiratory syndrome coronavirus 2 Raw sequence reads
PRJNA605983 · SRP249613 · All experiments · All runs
show Abstract

**Sample:**
SAMN14082196 · SRS6151291 · All experiments · All runs
Organism: Severe acute respiratory syndrome coronavirus 2

**Library:**
Name: WIV02-2
Instrument: Illumina HiSeq 3000
Strategy: RNA-Seq
Source: METAGENOMIC
Selection: RANDOM
Layout: PAIRED

**Runs:** 1 run, 67.1M spots, 20.1G bases, 12.6Gb

| Run | # of Spots | # of Bases | Size | Published |
|---|---|---|---|---|
| SRR11092063 | 67,083,195 | 20.1G | 12.6Gb | 2020-02-16 |

Unexpectedly, over 100 sequences producing significant alignment were identified:



**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                                    **29 January 2021**

A graphical display of the alignments shows they are not in the Spike Protein region (961 to

2507) of the adenovirus vector but outside of those regions.



An examination of individual reads show 100% homology over the entire 150 nt segments and

outside of the Spike Protein region. The first set of reads are immediately downstream of the

Spike Protein segment. The other read is from the region is from the 5' boundary of the

Adenovirus vector with the Spike Protein region.

Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD                                          29 January 2021

---

⬇ Download ˅    Graphics  SRA

**SRX7730880**

Sequence ID: SRA:SRRII092063.66604450.1  Length: 150  Number of Matches: 1

Range 1: 1 to 150 Graphics                          ▼ Next Match  ▲ Previous Match

| Score | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|
| 278 bits(150) | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Plus |

```
Query  2536  CCCGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAAAATGAG  2595
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  1     CCCGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAAAATGAG  60

Query  2596  GAAATTGCATCGCATTGTCTGAGTAGGTGTCATTCTATTCTgggggtggggtggggCAG  2655
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  61    GAAATTGCATCGCATTGTCTGAGTAGGTGTCATTCTATTCTGGGGGTGGGGTGGGGCAG  120

Query  2656  GACAGCAAGGGGGAGGATTGGGAAGACAAT  2685
             ||||||||||||||||||||||||||||||
Sbjct  121   GACAGCAAGGGGGAGGATTGGGAAGACAAT  150
```

---

⬇ Download ˅    Graphics  SRA

**SRX7730880**

Sequence ID: SRA:SRRII092063.66455076.2  Length: 150  Number of Matches: 1

Range 1: 1 to 150 Graphics                          ▼ Next Match  ▲ Previous Match

| Score | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|
| 278 bits(150) | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Minus |

```
Query  3290  CGCTCCAAGCTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCC  3349
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  150   CGCTCCAAGCTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCC  91

Query  3350  GGTAACTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCC  3409
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  90    GGTAACTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCC  31

Query  3410  ACTGGTAACAGGATTAGCAGAGCGAGGTAT  3439
             ||||||||||||||||||||||||||||||
Sbjct  30    ACTGGTAACAGGATTAGCAGAGCGAGGTAT  1
```

---

**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**

---

⬇ Download ✔    Graphics  SRA

**SRX7730880**

Sequence ID: SRA:SRR11092063.50609371.2  Length: **150**  Number of Matches: **1**

Range 1: 1 to 150 Graphics                                                    ▼ Next Match  ⬆ Previous Match

| Score | | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|---|
| 278 bits(150) | | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Plus |

```
Query  703  CAAGTCTCCACCCCATTGACGTCAATGGGAGTTTGTTTTGGCACCAAAATCAACGGGACT  762
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  1    CAAGTCTCCACCCCATTGACGTCAATGGGAGTTTGTTTTGGCACCAAAATCAACGGGACT  60

Query  763  TTCCAAAATGTCGTAACAACTCCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGT  822
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  61   TTCCAAAATGTCGTAACAACTCCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGT  120

Query  823  GGGAGGTCTATATAAGCAGAGCTCTCTGGC  852
            ||||||||||||||||||||||||||||||
Sbjct  121  GGGAGGTCTATATAAGCAGAGCTCTCTGGC  150
```

---

⬇ Download ✔    Graphics  SRA

**SRX7730880**

Sequence ID: SRA:SRR11092063.50609371.1  Length: **150**  Number of Matches: **1**

Range 1: 1 to 150 Graphics                                                    ▼ Next Match  ⬆ Previous Match

| Score | | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|---|
| 278 bits(150) | | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Minus |

```
Query  784  CCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGTGGGAGGTCTATATAAGCAGAG  843
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  150  CCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGTGGGAGGTCTATATAAGCAGAG  91

Query  844  CTCTCTGGCTAACTAGAGAACCCACTGCTTACTGGCTTATCGAAATTAATACGACTCACT  903
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  90   CTCTCTGGCTAACTAGAGAACCCACTGCTTACTGGCTTATCGAAATTAATACGACTCACT  31

Query  904  ATAGGGAGACCCAAGCTGGCTAGCGTTTAA  933
            ||||||||||||||||||||||||||||||
Sbjct  30   ATAGGGAGACCCAAGCTGGCTAGCGTTTAA  1
```

---

To test if this was the actual SARS-CoV-1 vaccine vector and had been given to the patients as an desperate attempt to create immunity during an infection, the Spike Protein region of the vaccine was blasted against the above sample, looking for a near 100% homology. The only reads were a 38 nt segment of 1482-1518, with one gap, as expected. The absence of long reads for the SARS-CoV-1 Spike Protein suggests that this vaccine was not a CoV-1 vaccine.

To test if the homology seen between lavage specimens of patients in Wuhan with the

CoV-1 Adenovirus vaccine was due to homology with human sequencies the Expression vector

was blasted against *Homo sapien* sequences, but no matches were found, as shown below.

---

**BLAST®** » blastn suite » results for RID-S793VKCV01R

**< Edit Search**     Save Search     Search Summary ⌄

ℹ️ Your results are filtered to match records that include: Homo sapiens (taxid:9606)

| | |
|---|---|
| **Job Title** | **AY862402:Expression vector pShuttle-SN, complete...** |
| **RID** | S793VKCV01R   *Search expires on 10-13 08:34 am*   Download All ⌄ |
| **Program** | ❓ Citation ⌄ |
| **Database** | nt   See details ⌄ |
| **Query ID** | AY862402.1 |
| **Description** | Expression vector pShuttle-SN, complete sequence |
| **Molecule type** | nucleic acid |
| **Query Length** | 5607 |
| **Other reports** | ❓ |

⚠️ No significant similarity found. For reasons why, click here

---

**Background.** Live attenuated adenovirus vectors for vaccine or gene therapy have been under development for decades.[139] Adenovirus vaccines against SARS-CoV-1[140] and MERS[141] have shown efficacy in animal models of disease. One of the earliest vaccines for CoV-2 is also an adenovirus vector vaccine, developed in collaboration with the PLA.[142]

---

[139] https://www.sciencedirect.com/science/article/pii/S1525001604013425
[140] https://www.sciencedirect.com/science/article/pii/S0140673603149628
[141] https://www.nih.gov/news-events/news-releases/investigational-chimp-adenovirus-mers-cov-vaccine-protects-monkeys
[142] https://www.nature.com/articles/d41586-020-02523-x ; https://www.nature.com/articles/s41467-020-18077-5

**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                        **29 January 2021**

Below is a blast for sequences from the patients in the same hospital who had lavage on the same day but whose specimens went to the Hubei CDC. There are no adenovirus sequences below.



Or in this specimen.



**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**

Or in these specimens.







**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**

Below begins the specimens from the WIV.





**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                                      **29 January 2021**





SRX7730880
SRR11092063
Query Length 5607
Other reports Distance tree of results MSA viewer
Descriptions
Graphic Summary
Alignments
hover to see the title
click to show alignments
Alignment Scores
< 40
40 - 50
50 - 80
80 - 200
>= 200
100 sequences selected
Distribution of the top 100 Blast Hits on 100 subject sequences
1
1000
2000
3000
4000
5000

SRX7730879
SRR11092064
Query Length 5607
Other reports Distance tree of results MSA viewer
Descriptions
Graphic Summary
Alignments
hover to see the title
click to show alignments
Alignment Scores
< 40
40 - 50
>= 200
100 sequences selected
Distribution of the top 102 Blast Hits on 100 subject sequences
1
1000
2000
3000
4000
5000





**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**



Above is a blast of Influenza A virus (A/swine/eastern China/HH24/2017(H7N9)) segment 4 hemagglutinin (HA) gene, complete cds in patient WIV-4-2 specimen
https://www.ncbi.nlm.nih.gov/nucleotide/MG925503.1?report=genbank&log$=nuclalign&blast_rank=2&RID=WYG74MH9016

https://www.ncbi.nlm.nih.gov/nuccore/AY862402.1 Expression vector pShuttle-SN, complete sequence

AY862402.1

**Specimen 1**

https://www.ncbi.nlm.nih.gov/sra/SRX7730879[accn]

https://trace.ncbi.nlm.nih.gov/Traces/sra/?run=SRR11092064

SRX7730879: RNA-Seq of Homo sapiens: bronchoalveolar lavage fluid
1 ILLUMINA (Illumina MiSeq) run: 3.6M spots, 1G bases, 548.1Mb downloads

**Design:** Total RNA was extracted from bronchoalveolar lavage fluid using the QIAamp Viral RNA Mini Kit (50) following the manufacturers instructions. An RNA library was then constructed using the NEBNext Ultra II Directional RNA Kit (NEB, USA). Paired-end (150 bp) sequencing of the RNA library was performed on the Miseq platform (Illumina).

**Submitted by:** Wuhan Institute of Virology, Chinese Academy of Sciences

**Study:** Severe acute respiratory syndrome coronavirus 2 Raw sequence reads
PRJNA605983 • SRP249613 • All experiments • All runs
Hide Abstract
Discovery and characterization of a novel human coronavirus from five patients at the early stage of the Wuhan seafood market pneumonia virus outbreak .

**Sample:**
SAMN14082200 • SRS6151290 • All experiments • All runs
*Organism:* Severe acute respiratory syndrome coronavirus 2

**Library:**
*Name:* WIV07
*Instrument:* Illumina MiSeq
*Strategy:* RNA-Seq
*Source:* METAGENOMIC
*Selection:* RANDOM
*Layout:* PAIRED

**Runs:** 1 run, 3.6M spots, 1G bases, 548.1Mb

| Run | # of Spots | # of Bases | Size | Published |
|---|---|---|---|---|
| SRR11092064 | 3,566,583 | 1G | 548.1Mb | 2020-02-15 |

ID: 10108892

BLAST® » blastn suite-SRA » results for RID-SBB5ZMXM01R

Home Recent Results Saved Strategies Help

< Edit Search Save Search Search Summary

How to read this report? BLAST Help Videos Back to Traditional Results Page

| | |
|---|---|
| Job Title | AY862402:Expression vector pShuttle-SN, complete... |
| RID | SBB5ZMXM01R *Search expires on 10-14 21 33 pm* Download All |
| Program | BLASTN Citation |
| Database | SRA See details |
| Query ID | AY862402.1 |
| Description | Expression vector pShuttle-SN, complete sequence |
| Molecule type | nucleic acid |
| Query Length | 5607 |
| Other reports | Distance tree of results MSA viewer |

**Filter Results**
Percent Identity to E value to Query Coverage to
Filter Reset

Descriptions Graphic Summary Alignments

**Sequences producing significant alignments** Download Manage Columns Show 100

select all *100 sequences selected* Graphics Distance tree of results

| Description | Max Score | Total Score | Query Cover | E value | Per. Ident | Accession |
|---|---|---|---|---|---|---|
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.3512575.2 |
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.2917500.1 |
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.2878891.2 |
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.2878891.1 |
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.2655789.2 |
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.2415875.2 |
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.1494732.2 |
| SRX7730879 | 279 | 279 | 2% | 2e-72 | 100.00% | SRA:SRR11092064.1313917.2 |
| SRX7730879 | 278 | 278 | 2% | 9e-72 | 100.00% | SRA:SRR11092064.3512575.1 |
| SRX7730879 | 278 | 278 | 2% | 9e-72 | 100.00% | SRA:SRR11092064.2415875.1 |
| SRX7730879 | 278 | 278 | 2% | 9e-72 | 100.00% | SRA:SRR11092064.1313917.1 |
| SRX7730879 | 276 | 276 | 2% | 3e-71 | 100.00% | SRA:SRR11092064.2686059.2 |
| SRX7730879 | 274 | 274 | 2% | 1e-70 | 99.34% | SRA:SRR11092064.1428185.2 |
| SRX7730879 | 274 | 274 | 2% | 1e-70 | 99.34% | SRA:SRR11092064.1428185.1 |
| SRX7730879 | 274 | 274 | 2% | 1e-70 | 99.34% | SRA:SRR11092064.734472.2 |
| SRX7730879 | 274 | 274 | 2% | 1e-70 | 99.34% | SRA:SRR11092064.734472.1 |
| SRX7730879 | 274 | 274 | 2% | 1e-70 | 99.34% | SRA:SRR11092064.674542.1 |
| SRX7730879 | 274 | 274 | 2% | 1e-70 | 99.34% | SRA:SRR11092064.612514.1 |
| SRX7730879 | 272 | 272 | 2% | 4e-70 | 99.33% | SRA:SRR11092064.674542.2 |
| SRX7730879 | 268 | 268 | 2% | 6e-69 | 98.68% | SRA:SRR11092064.2917500.2 |
| SRX7730879 | 268 | 268 | 2% | 6e-69 | 98.68% | SRA:SRR11092064.2655789.1 |
| SRX7730879 | 267 | 267 | 2% | 2e-68 | 98.67% | SRA:SRR11092064.612514.2 |
| SRX7730879 | 259 | 259 | 2% | 3e-66 | 99.30% | SRA:SRR11092064.3169732.2 |
| SRX7730879 | 259 | 259 | 2% | 3e-66 | 99.30% | SRA:SRR11092064.3169732.1 |



BLAST » blastn suite-SRA » results for RID-SBB5ZMXM01R
Home Recent Results Saved Strategies Help
< Edit Search
Save Search
Search Summary
How to read this report?
BLAST Help Videos
Back to Traditional Results Page
Job Title AY862402:Expression vector pShuttle-SN, complete...
RID SBB5ZMXM01R Search expires on 10-14 21:33 pm Download All
Program BLASTN Citation
Database SRA See details
Query ID AY862402.1
Description Expression vector pShuttle-SN, complete sequence
Molecule type nucleic acid
Query Length 5607
Other reports Distance tree of results MSA viewer
Filter Results
Percent Identity to
E value to
Query Coverage to
Filter
Reset
Descriptions
Graphic Summary
Alignments
hover to see the title
click to show alignments
Alignment Scores
< 40
40 - 50
50 - 80
80 - 200
>= 200
100 sequences selected
Distribution of the top 102 Blast Hits on 100 subject sequences
1
1000
2000
3000
4000
5000



**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                                                    **29 January 2021**

---

**SRX7730879**

Sequence ID: <u>SRA:SRR11092064.3512575.2</u> Length: 151  Number of Matches: 1

Range 1: 1 to 151 Graphics                                        ▼ Next Match  ▲ Previous Match

| Score | | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|---|
| 279 bits(151) | | 2e-72 | 151/151(100%) | 0/151(0%) | Plus/Minus |

```
Query  4830  ACCTGGAATGCTGTTTTCCCGGGGATCGCAGTGGTGAGTAACCATGCATCATCAGGAGTA  4889
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  151   ACCTGGAATGCTGTTTTCCCGGGGATCGCAGTGGTGAGTAACCATGCATCATCAGGAGTA  92

Query  4890  CGGATAAAATGCTTGATGGTCGGAAGAGGCATAAATTCCGTCAGCCAGTTTAGTCTGACC  4949
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  91    CGGATAAAATGCTTGATGGTCGGAAGAGGCATAAATTCCGTCAGCCAGTTTAGTCTGACC  32

Query  4950  ATCTCATCTGTAACATCATTGGCAACGCTAC  4980
             |||||||||||||||||||||||||||||||
Sbjct  31    ATCTCATCTGTAACATCATTGGCAACGCTAC  1
```

---

⬇ Download ⌄    Graphics  SRA

**SRX7730879**

Sequence ID: <u>SRA:SRR11092064.2917500.1</u> Length: 151  Number of Matches: 1

Range 1: 1 to 151 Graphics                                        ▼ Next Match  ▲ Previous Match

| Score | | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|---|
| 279 bits(151) | | 2e-72 | 151/151(100%) | 0/151(0%) | Plus/Minus |

```
Query  3319  CCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAACTATCGTCTTGAGTCCAACCCGGT  3378
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  151   CCCCGTTCAGCCCGACCGCTGCGCCTTATCCGGTAACTATCGTCTTGAGTCCAACCCGGT  92

Query  3379  AAGACACGACTTATCGCCACTGGCAGCAGCCACTGGTAACAGGATTAGCAGAGCGAGGTA  3438
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  91    AAGACACGACTTATCGCCACTGGCAGCAGCCACTGGTAACAGGATTAGCAGAGCGAGGTA  32

Query  3439  TGTAGGCGGTGCTACAGAGTTCTTGAAGTGG  3469
             |||||||||||||||||||||||||||||||
Sbjct  31    TGTAGGCGGTGCTACAGAGTTCTTGAAGTGG  1
```

---

⬇ Download ⌄    Graphics  SRA

**SRX7730879**

Sequence ID: <u>SRA:SRR11092064.2878891.2</u> Length: 151  Number of Matches: 1

Range 1: 1 to 151 Graphics                                        ▼ Next Match  ▲ Previous Match

| Score | | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|---|
| 279 bits(151) | | 2e-72 | 151/151(100%) | 0/151(0%) | Plus/Plus |

```
Query  3059  CATAGGCTCCGCCCCCCTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGA  3118
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  1     CATAGGCTCCGCCCCCCTGACGAGCATCACAAAAATCGACGCTCAAGTCAGAGGTGGCGA  60

Query  3119  AACCCGACAGGACTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCT  3178
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  61    AACCCGACAGGACTATAAAGATACCAGGCGTTTCCCCCTGGAAGCTCCCTCGTGCGCTCT  120

Query  3179  CCTGTTCCGACCCTGCCGCTTACCGGATACC  3209
             |||||||||||||||||||||||||||||||
Sbjct  121   CCTGTTCCGACCCTGCCGCTTACCGGATACC  151
```

---

**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**

## Specimen 2

https://www.ncbi.nlm.nih.gov/sra/SRX7730880[accn]

---

**SRX7730880: RNA-Seq of Homo sapiens: bronchoalveolar lavage fluid**
1 ILLUMINA (Illumina HiSeq 3000) run: 67.1M spots, 20.1G bases, 12.6Gb downloads

**Design:** Total RNA was extracted from bronchoalveolar lavage fluid using the QIAamp Viral RNA Mini Kit (50) following the manufacturers instructions. An RNA library was then constructed using the MGIEasy RNA Library Prep Set (96 RXN) (Cat. No.: 1000006384). Paired-end (150 bp) sequencing of the RNA library was performed on the MGISEQ-2000RS platform .

**Submitted by:** Wuhan Institute of Virology, Chinese Academy of Sciences

**Study:** Severe acute respiratory syndrome coronavirus 2 Raw sequence reads
PRJNA605983 • SRP249613 • All experiments • All runs
hide Abstract

    Discovery and characterization of a novel human coronavirus from five patients at the early stage of the Wuhan seafood market pneumonia virus outbreak .

**Sample:**
SAMN14082196 • SRS6151291 • All experiments • All runs
Organism: Severe acute respiratory syndrome coronavirus 2

**Library:**
  Name: WIV02-2
  Instrument: Illumina HiSeq 3000
  Strategy: RNA-Seq
  Source: METAGENOMIC
  Selection: RANDOM
  Layout: PAIRED

**Runs:** 1 run, 67.1M spots, 20.1G bases, 12.6Gb

| Run | # of Spots | # of Bases | Size | Published |
|---|---|---|---|---|
| SRR11092063 | 67,083,195 | 20.1G | 12.6Gb | 2020-02-16 |

ID: 10105883

---

BLAST® » blastn suite-SRA » results for RID-SBCKMVDN01R

Home Recent Results Saved Strategies Help

< Edit Search Save Search Search Summary ▾ How to read this report? BLAST Help Videos Back to Traditional Results Page

| | |
|---|---|
| Job Title | gb\|AY862402.1\| |
| RID | SBCKMVDN01R *Search expires on 10-14 21:58 pm* Download All ▾ |
| Program | BLASTN Citation ▾ |
| Database | SRA See details ▾ |
| Query ID | AY862402.1 |
| Description | Expression vector pShuttle-SN, complete sequence |
| Molecule type | nucleic acid |
| Query Length | 5607 |
| Other reports | Distance tree of results MSA viewer |

**Filter Results**

Percent Identity ___ to ___ E value ___ to ___ Query Coverage ___ to ___

Filter Reset

Descriptions Graphic Summary Alignments

**Sequences producing significant alignments** Download ▾ Manage Columns ▾ Show 100 ▾

select all *100 sequences selected* Graphics Distance tree of results

| | Description | Max Score | Total Score | Query Cover | E value | Per. Ident | Accession |
|---|---|---|---|---|---|---|---|
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.66604450.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.66455076.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.63120099.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.63120099.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.62730385.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.61105639.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.60748776.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.60011402.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.59155252.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.59155252.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.58125883.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.57571550.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.57484454.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.56079039.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.56036194.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.55663455.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.55111993.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.63777284.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.53579813.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.52965281.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.51414706.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.51016881.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.50609371.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.50609371.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.49509270.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.47264810.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.45883858.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.45044544.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.42931446.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.42931446.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.41645159.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.38667194.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.38582435.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.36234753.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.34989436.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.34431070.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.32662604.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.32578887.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.32257474.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.32257474.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.31163438.2 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.30919310.1 |
| ☑ | SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.29731694.1 |



**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                              **29 January 2021**



The above distribution of hits appears to 'invade' the antigenic, Spike Protein region of the vaccine, residues 961 to 2507. To determine if this was the case, the hit that contained part of the antigen section was displayed (below).

**SRX7730880**

**Sequence ID:** SRA:SRR11092063.55111993.2 **Length:** 150 **Number of Matches:** 1

**Range 1: 1 to 150** Graphics Next Match

| Score | Expect | Identities | Gaps | Strand |
| --- | --- | --- | --- | --- |
| 270 bits(146) | 3e-68 | 149/150(99%) | 1/150(0%) | Plus/Plus |

```
Query  2471  GTTTAAA-CCGCTGATCAGCCTCGACTGTGCCTTCTAGTTGCCAGCCATCTGTTGTTTGC  2529
             ||||||| ||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  1     GTTTAAACCCGCTGATCAGCCTCGACTGTGCCTTCTAGTTGCCAGCCATCTGTTGTTTGC  60

Query  2530  CCCTCCCCCGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAA  2589
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  61    CCCTCCCCCGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAA  120

Query  2590  AATGAGGAAATTGCATCGCATTGTCTGAGT  2619
             ||||||||||||||||||||||||||||||
Sbjct  121   AATGAGGAAATTGCATCGCATTGTCTGAGT  150
```

Download Graphics SRA

**SRX7730880**

**Sequence ID:** SRA:SRR11092063.54767346.1 **Length:** 150 **Number of Matches:** 1

**Range 1: 2 to 150** Graphics Next Match

| Score | Expect | Identities | Gaps | Strand |
| --- | --- | --- | --- | --- |
| 270 bits(146) | 3e-68 | 148/149(99%) | 0/149(0%) | Plus/Plus |

```
Query  2478  CCGCTGATCAGCCTCGACTGTGCCTTCTAGTTGCCAGCCATCTGTTGTTTGCCCCTCCCC  2537
             ||||||||||||||||||| ||||||||||||||||||||||||||||||||||||||||
Sbjct  2     CCGCTGATCAGCCTCGACTCTGCCTTCTAGTTGCCAGCCATCTGTTGTTTGCCCCTCCCC  61

Query  2538  CGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAAAATGAGGA  2597
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  62    CGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAAAATGAGGA  121

Query  2598  AATTGCATCGCATTGTCTGAGTAGGTGTC  2626
             |||||||||||||||||||||||||||||
Sbjct  122   AATTGCATCGCATTGTCTGAGTAGGTGTC  150
```

As you can see, this 150 nt sequence starts at 2471 and within the antigen segment. However, there is no homology identified when this is blasted against the Reference Sequence of SARS-CoV-2.

## Sample 3

**SRX7730881: RNA-Seq of Homo sapiens: bronchoalveolar lavage fluid**
1 ILLUMINA (Illumina HiSeq 1000) run: 61.3M spots, 18.4G bases, 11.4Gb downloads

**Design:** Total RNA was extracted from bronchoalveolar lavage fluid using the QIAamp Viral RNA Mini Kit (50) following the manufacturers instructions. An RNA library was then constructed using the MGIEasy RNA Library Prep Set (96 RXN) (Cat. No.: 1000006384). Paired-end (150 bp) sequencing of the RNA library was performed on the MGISEQ-2000RS platform .

**Submitted by:** Wuhan Institute of Virology, Chinese Academy of Sciences

**Study:** Severe acute respiratory syndrome coronavirus 2 Raw sequence reads
PRJNA605983 • SRP249613 • All experiments • All runs
hide Abstract
Discovery and characterization of a novel human coronavirus from five patients at the early stage of the Wuhan seafood market pneumonia virus outbreak .

**Sample:**
SAMN14082197 • SRS6151292 • All experiments • All runs
*Organism:* Severe acute respiratory syndrome coronavirus 2

**Library:**
*Name:* WIV04-2
*Instrument:* Illumina HiSeq 1000
*Strategy:* RNA-Seq
*Source:* METAGENOMIC
*Selection:* RANDOM
*Layout:* PAIRED

**Runs:** 1 run, 61.3M spots, 18.4G bases, 11.4Gb

| Run | # of Spots | # of Bases | Size | Published |
| --- | --- | --- | --- | --- |
| SRR11092062 | 61,304,030 | 18.4G | 11.4Gb | 2020-02-16 |

ID: 10108894

## Sample 4

---

**SRX7730882: RNA-Seq of Homo sapiens: bronchoalveolar lavage fluid**
1 ILLUMINA (Illumina HiSeq 3000) run: 34.3M spots, 10.3G bases, 6.4Gb downloads

**Design:** Total RNA was extracted from bronchoalveolar lavage fluid using the QIAamp Viral RNA Mini Kit (50) following the manufacturers instructions. An RNA library was then constructed using the MGIEasy RNA Library Prep Set (96 RXN) (Cat. No.: 1000006384). Paired-end (150 bp) sequencing of the RNA library was performed on the MGISEQ-2000RS platform .

**Submitted by:** Wuhan Institute of Virology, Chinese Academy of Sciences

**Study:** Severe acute respiratory syndrome coronavirus 2 Raw sequence reads
　PRJNA605983 • SRP249613 • All experiments • All runs

　　Discovery and characterization of a novel human coronavirus from five patients at the early stage of the Wuhan seafood market pneumonia virus outbreak .

**Sample:**
　SAMN14082198 • SRS6151293 • All experiments • All runs
　*Organism:* Severe acute respiratory syndrome coronavirus 2

**Library:**
　*Name:* WIV05
　*Instrument:* Illumina HiSeq 3000
　*Strategy:* RNA-Seq
　*Source:* METAGENOMIC
　*Selection:* RANDOM
　*Layout:* PAIRED

**Runs:** 1 run, 34.3M spots, 10.3G bases, 6.4Gb

| Run | # of Spots | # of Bases | Size | Published |
|---|---|---|---|---|
| SRR11092061 | 34,255,843 | 10.3G | 6.4Gb | 2020-02-16 |

ID 10108995

https://www.ncbi.nlm.nih.gov/sra/SRX2913157[accn]

Institute of Pathogen Biology, Chinese Academy of Medical Sciences & Peking Union Medical College

above has a few 125 nt hits between about 1950 to 3500 in adenovirus

Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD                                            29 January 2021

**Sequences used for the blast analyses**

**Adenovirus vaccine with CoV-1 Spike Protein**

```
1 taactataac ggtcctaagg tagcgaaagc tcagatctgg atctcccgat cccctatggt
61 cgactctcag tacaatctgc tctgatgccg catagttaag ccagtatctg ctccctgctt
121 gtgtgttgga ggtcgctgag tagtgcgcga gcaaaattta agctacaaca aggcaaggct
181 tgaccgacaa ttgcatgaag aatctgctta gggttaggcg ttttgcgctg cttcgcgatg
241 tacgggccag atatacgcgt tgacattgat tattgactag ttattaatag taatcaatta
301 cggggtcatt agttcatagc ccatatatgg agttccgcgt tacataactt acggtaaatg
361 gcccgcctgg ctgaccgccc aacgacccc gcccattgac gtcaataatg acgtatgttc
421 ccatagtaac gccaataggg actttccatt gacgtcaatg ggtggactat ttacggtaaa
481 ctgcccactt ggcagtacat caagtgtatc atatgccaag tacgcccct attgacgtca
541 atgacggtaa atggcccgcc tggcattatg cccagtacat gaccttatgg gactttccta
601 cttggcagta catctacgta ttagtcatcg ctattaccat ggtgatgcgg ttttggcagt
661 acatcaatgg gcgtgggatag cggtttgact cacggggatt tccaagtctc caccccattg
721 acgtcaatgg gagtttgttt tggcaccaaa atcaacggga ctttccaaaa tgtcgtaaca
781 actccgcccc attgacgcaa atgggcggta ggcgtgtacg gtgggaggtc tatataagca
841 gagctctctg gctaactaga gaacccactg cttactggct tatcgaaatt aatacgactc
901 actataggga gacccaagct ggctagcgtt taaacgggcc ctctagagtt gtggtttcaa
961 gtgatattct tgttaataac taaacgaaca tgtttatttt cttattattt cttactctca
1021 ctagtggtag tgaccttgac cggtgcacca cttttgatga tgttcaagct cctaattaca
1081 ctcaacatac ttcatctatg aggggggttt acatcctga tgaaattttt agatcagaca
1141 ctctttattt aactcaggat ttatttcttc catttattc taatgttaca gggtttcata
1201 tcattaatca tacgtttgac aaccctgtca taccttttaa ggatggtatt tattttgctg
1261 ccacagagaa atcaaatgtt gtccgtggtt gggttttttg ttctaccatg aacaacaagt
1321 cacagtccggt gattattatt aacaattcta ctaatgttgt tatacgagca tgtaactttg
1381 aattgtgtga caacccttc tttgctgttt ctaaacccat gggtacacag acacatacta
1441 tgatattcga taatgcattt aattgcactt cgagtacat atctgatgcc ttttcgcttg
1501 atgtttcaga aaagtcaggt aattttaaac acttacgaga gtttgtgtt aaaaataaag
1561 atgggtttct ctatgtttat aagggctatc aacctataga tgtagttcgt gatctacctt
1621 ctggttttaa cactttgaaa cctattttta agttgcctct tggtattaac attacaaatt
1681 ttagagccat tcttacagcc ttttcacctg cgcaagacac ttggggcacg tcagctgcag
1741 cctattttgt tggctattta aagccaacta catttatgct caagtatgat gaaaatggta
1801 caatcacaga tgctgttgat tgttctcaaa atccacttgc tgaactcaaa tgctctgtta
1861 agagctttga gattgacaaa ggaatttacc agacctctaa tttcagggtt gttccctcag
1921 gagatgttgt gagattccct aatattacaa acttgtgtcc ttttggagag gtttttaatg
1981 ctactaaaat cccttctgtc tatgcatggg agggaaaaaa aatttctaat tgtgttgctg
2041 attactctgt gctctacaac tcaacattt tttcaaactt taagtgctat ggcgtttctg
2101 ccactaagtt gaatgatctt tgcttctcca atgtctatgc agattctttt gtagtcaagg
2161 gagatgatgt aagacaaata gcgccaggac aaactggtgt tattgctgat tataattata
2221 aattgccaga tgatttcatg ggttgtgtcc ttgcttggaa tactaggaac attgatgcta
2281 ctccaactgg taattataat tataaatata ggtatcttag acatggcaag cttaggcccct
2341 ttgagagaga catatctaat gtgccttct ccctgatgg caaaccttgc accccacctg
2401 ctcttaattg ttattggcca ttaaatgatt atggttttta caccactact ggcattggta
2461 ccaagcttaa gtttaaaccg ctgatcagcc tcgactgtgc cttctagttg ccagccatct
```

2521 gttgtttgcc cctccccgt gccttccttg accctggaag gtgccactcc cactgtcctt
2581 tcctaataaa atgaggaaat tgcatcgcat tgtctgagta ggtgtcattc tattctgggg
2641 ggtggggtgg ggcaggacag caagggggag gattgggaag acaatagcag gcatgctggg
2701 gatgcggtgg gctctatggc ttctgaggcg gaaagaacca gcagatctgc agatctgaat
2761 tcatctatgt cgggtgcgga gaaagaggta atgaaatggc attatgggta ttatgggtct
2821 gcattaatga atcggccaac gcgcggggag aggcggtttg cgtattgggc gctcttccgc
2881 ttcctcgctc actgactcgc tgcgctcggt cgttcggctg cggcgagcgg tatcagctca
2941 ctcaaaggcg gtaatacggt tatccacaga atcaggggat aacgcaggaa agaacatgtg
3001 agcaaaaggc cagcaaaagg ccaggaaccg taaaaaggcc gcgttgctgg cgtttttcca
3061 taggctccgc cccctgacg agcatcacaa aaatcgacgc tcaagtcaga ggtggcgaaa
3121 cccgacagga ctataaagat accaggcgtt tccccctgga agctccctcg tgcgctctcc
3181 tgttccgacc ctgccgctta ccggatacct gtccgccttt ctcccttcgg gaagcgtggc
3241 gctttctcaa tgctcacgct gtaggtatct cagttcggtg taggtcgttc gctccaagct
3301 gggctgtgtg cacgaacccc ccgttcagcc cgaccgctgc gccttatccg gtaactatcg
3361 tcttgagtcc aacccggtaa gacacgactt atcgccactg gcagcagcca ctggtaacag
3421 gattagcaga gcgaggtatg taggcggtgc tacagagttc ttgaagtggt ggcctaacta
3481 cggctacact agaaggacag tatttggtat ctgcgctctg ctgaagccag ttaccttcgg
3541 aaaaagagtt ggtagctctt gatccggcaa acaaaccacc gctggtagcg gtggtttttt
3601 tgtttgcaag cagcagatta cgcgcagaaa aaaaggatct caagaagatc ctttgatctt
3661 ttctacgggg tctgacgctc agtggaacga aaactcacgt taagggattt tggtcatgag
3721 attatcaaaa aggatcttca cctagatcct tttgatcctc cggccgttcag cctgtgccac
3781 agccgacagg atggtgacca ccatttgccc catatcaccg tcggtactga tcccgtcgtc
3841 aataaaccga accgctacac cctgagcatc aaactctttt atcagttgga tcatgtcggc
3901 ggtgtcgcgg ccaagacggt cgagcttctt caccagaatg acatcaccttt cctccacctt
3961 catcctcagc aaatccagcc cttcccgatc tgttgaactg ccggatgcct tgtcggtaaa
4021 gatgcggtta gcttttaccc ctgcatcttt gagcgctgag gtctgcctcg tgaagaaggt
4081 gttgctgact cataccaggc ctgaatcgcc ccatcatcca gccagaaagt gagggagcca
4141 cggttgatga gagctttgtt gtaggtggac cagttggtga ttttgaactt ttgctttgcc
4201 acggaacggt ctgcgttgtc gggaagatgc gtgatctgat ccttcaactc agcaaaagtt
4261 cgatttattc aacaaagccg ccgtcccgtc aagtcagcgt aatgctctgc cagtgttaca
4321 accaattaac caattctgat tagaaaaact catcgagcat caaatgaaac tgcaatttat
4381 tcatatcagg attatcaata ccatattttt gaaaaagccg tttctgtaat gaaggagaaa
4441 actcaccgag gcagttccat aggatggcaa gatcctggta tcggtctgcg attccgactc
4501 gtccaacatc aatacaacct attaatttcc cctcgtcaaa aataaggtta tcaagtgaga
4561 aatcaccatg agtgacgact gaatccggtg agaatggcaa aagcttatgc atttctttcc
4621 agacttgttc aacaggccag ccattacgct cgtcatcaaa atcactcgca tcaaccaaac
4681 cgttattcat tcgtgattgc gcctgagcga gacgaaatac gcgatcgctg ttaaaaggac
4741 aattacaaac aggaatcgaa tgcaaccggc gcaggaacac tgccagcgca tcaacaatat
4801 tttcacctga atcaggatat tcttctaata cctggaatgc tgtttccccg gggatcgcag
4861 tggtgagtaa ccatgcatca tcaggagtac ggataaaatg cttgatggtc ggaagaggca
4921 taaattccgt cagccagttt agtctgacca tctcatctgt aacatcattg gcaacgctac
4981 ctttgccatg tttcagaaac aactctggcg catcgggctt cccatacaat cgatagattg
5041 tcgcacctga ttgcccgaca ttatcgcgag cccatttata cccatataaa tcagcatcca
5101 tgttggaatt taatcgcggc ctcgagcaag acgtttcccg ttgaatatgg ctcataacac
5161 cccttgtatt actgtttatg taagcagaca gttttattgt tcatgatgat atattttat
5221 cttgtgcaat gtaacatcag agatttgag acacaacgtg gctttgttga ataaatcgaa

5281 cttttgctga gttgaaggat cagatcacgc atcttcccga caacgcagac cgttccgtgg
5341 caaagcaaaa gttcaaaatc accaactggt ccacctacaa caaagctctc atcaaccgtg
5401 gctccctcac tttctggctg gatgatgggg cgattcaggc ctggtatgag tcagcaacac
5461 cttcttcacg aggcagacct cagcgctaga ttattgaagc atttatcagg gttattgtct
5521 catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg ttccgcgcac
5581 atttccccga aaagtgccac ctgacgt

## SARS-CoV-2 Spike Protein gene

atgtttgt ttttcttgtt ttattgccac tagtctctag
21601 tcagtgtgtt aatcttacaa ccagaactca attacccccct gcatacacta attctttcac
21661 acgtggtgtt tattaccctg acaaagtttt cagatcctca gttttacatt caactcagga
21721 cttgttctta cctttctttt ccaatgttac ttggttccat gctatacatg tctctgggac
21781 caatggtact aagaggtttg ataaccctgt cctaccatt aatgatggtg tttattttgc
21841 ttccactgag aagtctaaca taataagagg ctggattttt ggtactactt tagattcgaa
21901 gacccagtcc ctacttattg ttaataacgc tactaatgtt gttattaaag tctgtgaatt
21961 tcaattttgt aatgatccat ttttgggtgt ttattaccac aaaaacaaca aaagttggat
22021 ggaaagtgag ttcagagtt attctagtgc gaataattgc acttttgaat atgtctctca
22081 gccttttctt atggaccttg aaggaaaaca gggtaatttc aaaaatctta gggaatttgt
22141 gtttaagaat attgatggtt attttaaaat atattctaag cacacgccta ttaatttagt
22201 gcgtgatctc cctcagggtt ttcggcttt agaaccattg gtagatttgc caataggtat
22261 taacatcact aggtttcaaa ctttacttgc tttacataga agttatttga ctcctggtga
22321 ttcttcttca ggttggacag ctggtgctgc agcttattat gtgggttatc ttcaacctag
22381 gacttttcta ttaaaatata atgaaaatgg aaccattaca gatgctgtag actgtgcact
22441 tgacccctctc tcagaaacaa agtgtacgtt gaaatccttc actgtagaaa aaggaatcta
22501 tcaaacttct aactttagag tccaaccaac agaatctatt gttagatttc ctaatattac
22561 aaacttgtgc cctttttggtg aagttttaa cgccaccaga tttgcatctg tttatgcttg
22621 gaacaggaag agaatcagca actgtgttgc tgattattct gtcctatata attccgcatc
22681 attttccact tttaagtgtt atggagtgtc tcctactaaa ttaaatgatc tctgctttac
22741 taatgtctat gcagattcat ttgtaattag aggtgatgaa gtcagacaaa tcgctccagg
22801 gcaaactgga aagattgctg attataatta taaattacca gatgatttta caggctgcgt
22861 tatagcttgg aattctaaca atcttgattc taaggttggt ggtaattata attacctgta
22921 tagattgttt aggaagtcta atctcaaacc ttttgagaga gatatttcaa ctgaaatcta
22981 tcaggccggt agcacacctt gtaatggtgt tgaaggtttt aattgttact ttcctttaca
23041 atcatatggt ttccaaccca ctaatggtgt tggttaccaa ccatacagag tagtagtact
23101 ttcttttgaa cttctacatg caccagcaac tgtttgtgga cctaaaaagt ctactaatttt
23161 ggttaaaaac aaatgtgtca atttcaactt caatggttta acaggcacag gtgttcttac
23221 tgagtctaac aaaaagtttc tgcctttcca acaatttggc agagacattg ctgacactac
23281 tgatgctgtc cgtgatccac agacacttga gattcttgac attacaccat gttctttttgg
23341 tggtgtcagt gttataacac caggaacaaa tacttctaac caggttgctg ttctttatca
23401 ggatgttaac tgcacagaag tccctgttgc tattcatgca gatcaactta ctcctacttg
23461 gcgtgtttat tctacaggtt ctaatgtttt tcaaacacgt gcaggctgtt taatagggggc
23521 tgaacatgtc aacaactcat atgagtgtga catacccatt ggtgcaggta tatgcgctag
23581 ttatcagact cagactaatt ctcctcggcg ggcacgtagt gtagctagtc aatccatcat
23641 tgcctacact atgtcacttg gtgcagaaaa ttcagttgct tactctaata actctattgc
23701 cataaccaca aattttacta ttagtgttac cacagaaatt ctaccagtgt ctatgaccaa

```
23761 gacatcagta gattgtacaa tgtacatttg tggtgattca actgaatgca gcaatctttt
23821 gttgcaatat ggcagttttt gtacacaatt aaaccgtgct ttaactggaa tagctgttga
23881 acaagacaaa aacacccaag aagtttttgc acaagtcaaa caaatttaca aaacaccacc
23941 aattaaagat tttggtggtt ttaattttc acaaatatta ccagatccat caaaaccaag
24001 caagaggtca tttattgaag atctactttt caacaaagtg acacttgcag atgctggctt
24061 catcaaacaa tatggtgatt gccttggtga tattgctgct agagacctca tttgtgcaca
24121 aaagtttaac ggccttactg ttttgccacc tttgctcaca gatgaaatga ttgctcaata
24181 cacttctgca ctgttagcgg gtacaatcac ttctggttgg acctttggtg caggtgctgc
24241 attacaaata ccatttgcta tgcaaatggc ttataggtt aatggtattg gagttacaca
24301 gaatgttctc tatgagaacc aaaaattgat tgccaaccaa tttaatagtg ctattggcaa
24361 aattcaagac tcactttctt ccacagcaag tgcacttgga aaacttcaag atgtggtcaa
24421 ccaaaatgca caagctttaa acacgcttgt taaacaactt agctccaatt ttggtgcaat
24481 ttcaagtgtt ttaaatgata tcctttcacg tcttgacaaa gttgaggctg aagtgcaaat
24541 tgataggttg atcacaggca gacttcaaag tttgcagaca tatgtgactc aacaattaat
24601 tagagctgca gaaatcagag cttctgctaa tcttgctgct actaaaatgt cagagtgtgt
24661 acttggacaa tcaaaaagag ttgattttg tggaaagggc tatcatctta tgtccttccc
24721 tcagtcagca cctcatggtg tagtcttctt gcatgtgact tatgtccctg cacaagaaaa
24781 gaacttcaca actgctcctg ccatttgtca tgatggaaaa gcacactttc ctcgtgaagg
24841 tgtctttgtt tcaaatggca cacactggtt tgtaacacaa aggaattttt atgaaccaca
24901 aatcattact acagacaaca catttgtgtc tggtaactgt gatgttgtaa taggaattgt
24961 caacaacaca gtttatgatc ctttgcaacc tgaattagac tcattcaagg aggagttaga
25021 taaatatttt aagaatcata catcaccaga tgttgattta ggtgacatct ctggcattaa
25081 tgcttcagtt gtaaacattc aaaaagaaat tgaccgcctc aatgaggttg ccaagaattt
25141 aaatgaatct ctcatcgatc tccaagaact tggaaagtat gagcagtata taaaatggcc
25201 atggtacatt tggctaggtt ttatagctgg cttgattgcc atagtaatgg tgacaattat
25261 gctttgctgt atgaccagtt gctgtagttg tctcaagggc tgttgttctt gtggatcctg
25321 ctgcaaattt gatgaagacg actctgagcc agtgctcaaa ggagtcaaat tacattacac
25381 ataa
```

Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD

29 January 2021

*In silico* **construct with Adenovirus vector shuttle containing CoV-2 Spike Protein gene**

1 taactataac ggtcctaagg tagcgaaagc tcagatctgg atctcccgat cccctatggt
61 cgactctcag tacaatctgc tctgatgccg catagttaag ccagtatctg ctccctgctt
121 gtgtgttgga ggtcgctgag tagtgcgcga gcaaaattta agctacaaca aggcaaggct
181 tgaccgacaa ttgcatgaag aatctgctta gggttaggcg ttttgcgctg cttcgcgatg
241 tacgggccag atatacgcgt tgacattgat tattgactag ttattaatag taatcaatta
301 cggggtcatt agttcatagc ccatatatgg agttccgcgt tacataactt acggtaaatg
361 gcccgcctgg ctgaccgccc aacgacccc gcccattgac gtcaataatg acgtatgttc
421 ccatagtaac gccaataggg actttccatt gacgtcaatg ggtggactat ttacggtaaa
481 ctgcccactt ggcagtacat caagtgtatc atatgccaag tacgccccct attgacgtca
541 atgacggtaa atggcccgcc tggcattatg cccagtacat gaccttatgg gactttccta
601 cttggcagta catctacgta ttagtcatcg ctattaccat ggtgatgcgg ttttggcagt
661 acatcaatgg gcgtggatag cggtttgact cacggggatt tccaagtctc caccccattg

721 acgtcaatgg gagtttgttt tggcaccaaa atcaacggga ctttccaaaa tgtcgtaaca
781 actccgcccc attgacgcaa atgggcggta ggcgtgtacg gtgggaggtc tatataagca
841 gagctctctg gctaactaga gaacccactg cttactggct tatcgaaatt aatacgactc
901 actataggga gacccaagct ggctagcgtt taaacgggcc ctctagagtt gtggtttcaa
961 gtgatattct tgttaataac taaacgaaca tgtttgtttt tcttgtttta ttgccactag         tctctag
21601 tcagtgtgtt aatcttacaa ccagaactca attaccccct gcatacacta attctttcac
21661 acgtggtgtt tattaccctg acaaagtttt cagatcctca gtttacatt caactcagga
21721 cttgttctta cctttctttt ccaatgttac ttggttccat gctatacatg tctctgggac
21781 caatggtact aagaggtttg ataaccctgt cctaccatt aatgatggtg ttatttttgc
21841 ttccactgag aagtctaaca taataagagg ctggattttt ggtactactt tagattcgaa
21901 gacccagtcc ctacttattg ttaataacgc tactaatgtt gttattaaag tctgtgaatt
21961 tcaattttgt aatgatccat ttttgggtgt ttattaccac aaaaacaaca aaagttggat
22021 ggaaagtgag ttcagagttt attctagtgc gaataattgc actttgaat atgtctctca
22081 gccttttctt atggaccttg aaggaaaaca gggtaattc aaaaatctta gggaatttgt
22141 gtttaagaat attgatggtt attttaaaat atattctaag cacacgccta ttaatttagt
22201 gcgtgatctc cctcagggtt ttcggctttt agaaccattg gtagatttgc caataggtat
22261 taacatcact aggtttcaaa ctttacttgc tttacataga agttatttga ctcctggtga
22321 ttcttcttca ggttggacag ctggtgctgc agcttattat gtgggttatc ttcaacctag
22381 gacttttcta ttaaaatata atgaaaatgg aaccattaca gatgctgtag actgtgcact
22441 tgaccctctc tcagaaacaa agtgtacgtt gaaatccttc actgtagaaa aaggaatcta
22501 tcaaacttct aacttagag tccaaccaac agaatctatt gttagatttc ctaatattac
22561 aaacttgtgc cctttggtg aagtttttaa cgccaccaga tttgcatctg tttatgcttg
22621 gaacaggaag agaatcagca actgtgttgc tgattattct gtcctatata attccgcatc
22681 attttccact tttaagtgtt atggagtgtc tcctactaaa ttaaatgatc tctgctttac
22741 taatgtctat gcagattcat ttgtaattag aggtgatgaa gtcagacaaa tcgctccagg
22801 gcaaactgga aagattgctg attataatta taaattacca gatgatttta caggctgcgt
22861 tatagcttgg aattctaaca atcttgattc taaggttggt ggtaattata attacctgta
22921 tagattgttt aggaagtcta atctcaaacc ttttgagaga gatatttcaa ctgaaatcta
22981 tcaggccggt agcacacctt gtaatggtgt tgaaggtttt aattgttact ttccttttaca
23041 atcatatggt ttccaaccca ctaatggtgt tggttaccaa ccatacagag tagtagtact
23101 ttcttttgaa cttctacatg caccagcaac tgtttgtgga cctaaaaagt ctactaattt
23161 ggttaaaaac aaatgtgtca atttcaactt caatggttta acaggcacag gtgttcttac
23221 tgagtctaac aaaaagtttc tgcctttcca acaatttggc agagacattg ctgacactac

23281 tgatgctgtc cgtgatccac agacacttga gattcttgac attacaccat gttcttttgg
23341 tggtgtcagt gttataacac caggaacaaa tacttctaac caggttgctg ttctttatca
23401 ggatgttaac tgcacagaag tccctgttgc tattcatgca gatcaactta ctcctacttg
23461 gcgtgtttat tctacaggtt ctaatgtttt tcaaacacgt gcaggctgtt taatagggc
23521 tgaacatgtc aacaactcat atgagtgtga catacccatt ggtgcaggta tatgcgctag
23581 ttatcagact cagactaatt ctcctcggcg ggcacgtagt gtagctagtc aatccatcat
23641 tgcctacact atgtcacttg gtgcagaaaa ttcagttgct tactctaata actctattgc
23701 catacccaca aattttacta ttagtgttac cacagaaatt ctaccagtgt ctatgaccaa
23761 gacatcagta gattgtacaa tgtacatttg tggtgattca actgaatgca gcaatctttt
23821 gttgcaatat ggcagttttt gtacacaatt aaaccgtgct ttaactggaa tagctgttga
23881 acaagacaaa aacacccaag aagtttttgc acaagtcaaa caaatttaca aaacaccacc
23941 aattaaagat tttggtggtt ttaattttc acaaatatta ccagatccat caaaaccaag
24001 caagaggtca tttattgaag atctacttt caacaaagtg acacttgcag atgctggctt
24061 catcaaacaa tatggtgatt gccttggtga tattgctgct agagacctca tttgtgcaca
24121 aaagtttaac ggccttactg ttttgccacc tttgctcaca gatgaaatga ttgctcaata
24181 cacttctgca ctgttagcgg gtacaatcac ttctggttgg acctttggtg caggtgctgc
24241 attacaaata ccatttgcta tgcaaatggc ttataggttt aatgtgtattg gagttacaca
24301 gaatgttctc tatgagaacc aaaaattgat tgccaaccaa tttaatagtg ctattggcaa
24361 aattcaagac tcactttctt ccacagcaag tgcacttgga aaacttcaag atgtggtcaa
24421 ccaaaatgca caagctttaa acacgcttgt taaacaactt agctccaatt ttggtgcaat
24481 ttcaagtgtt ttaaatgata tcctttcacg tcttgacaaa gttgaggctg aagtgcaaat
24541 tgataggttg atcacaggca gacttcaaag tttgcagaca tatgtgactc aacaattaat
24601 tagagctgca gaaatcagag cttctgctaa tcttgctgct actaaaatgt cagagtgtgt
24661 acttggacaa tcaaaaagag ttgatttttg tggaaagggc tatcatctta tgtccttccc
24721 tcagtcagca cctcatggtg tagtcttctt gcatgtgact tatgtccctg cacaagaaaa
24781 gaacttcaca actgctcctg ccatttgtca tgatggaaaa gcacacttctc ctcgtgaagg
24841 tgtctttgtt tcaaatgcaca cacactggtt tgtaacacaa aggaattttt atgaaccaca
24901 aatcattact acagacaaca catttgtgtc tggtaactgt gatgtttgtaa taggaattgt
24961 caacaacaca gtttatgatc ctttgcaacc tgaattagac tcattcaagg aggagttaga
25021 taaatatttt aagaatcata catcaccaga tgttgattta ggtgacatct ctggcattaa
25081 tgcttcagtt gtaaacattc aaaaagaaat tgaccgcctc aatgaggttg ccaagaattt
25141 aaatgaatct ctcatcgatc tccaagaact tggaaagtat gagcagtata taaaatggcc
25201 atggtacatt tggctaggtt ttatagctgg cttgattgcc atagtaatgg tgacaattat
25261 gctttgctgt atgaccagtt gctgtagttg tctcaagggc tgtttgttctt gtggatcctg
25321 ctgcaaattt gatgaagacg actctgagcc agtgctcaaa ggagtcaaat tacattacac
25381 ataattg ccagccatct
 2521 gttgtttgcc cctcccccgt gccttccttg accctggaag gtgccactcc cactgtcctt
 2581 tcctaataaa atgaggaaat tgcatcgcat tgtctgagta ggtgtcattc tattctgggg
 2641 ggtgggtgg ggcaggacag caaggggag gattgggaag acaatagcag gcatgctggg
 2701 gatgcggtgg gctctatggc ttctgaggcg gaaagaacca gcagatctga agatctgaat
 2761 tcatctatgt cgggtgcgga gaaagaggta atgaaatggc attatgggta ttatgggtct
 2821 gcattaatga atcggccaac gcgcggggag aggcggtttg cgtattgggc gctcttccgc
 2881 ttcctcgctc actgactcgc tgcgctcggt cgttcggctg cggcgagcgg tatcagctca
 2941 ctcaaaggcg gtaatacggt tatccacaga atcaggggat aacgcaggaa agaacatgtg
 3001 agcaaaaggc cagcaaaagg ccaggaaccg taaaaaggcc gcgttgctgg cgtttttcca
 3061 taggctccgc ccccctgacg agcatcacaa aaatcgacgc tcaagtcaga ggtggcgaaa

```
3121 cccgacagga ctataaagat accaggcgtt tccccctgga agctccctcg tgcgctctcc
3181 tgttccgacc ctgccgctta ccggatacct gtccgccttt ctcccttcgg gaagcgtggc
3241 gctttctcaa tgctcacgct gtaggtatct cagttcggtg taggtcgttc gctccaagct
3301 gggctgtgtg cacgaacccc ccgttcagcc cgaccgctgc gccttatccg gtaactatcg
3361 tcttgagtcc aacccggtaa gacacgactt atcgccactg gcagcagcca ctggtaacag
3421 gattagcaga gcgaggtatg taggcggtgc tacagagttc ttgaagtggt ggcctaacta
3481 cggctacact agaaggacag tatttggtat ctgcgctctg ctgaagccag ttaccttcgg
3541 aaaaagagtt ggtagctctt gatccggcaa acaaaccacc gctggtagcg gtggtttttt
3601 tgtttgcaag cagcagatta cgcgcagaaa aaaaggatct caagaagatc ctttgatctt
3661 ttctacgggg tctgacgctc agtggaacga aaactcacgt taagggattt tggtcatgag
3721 attatcaaaa aggatcttca cctagatcct tttgatcctc cggcgttcag cctgtgccac
3781 agccgacagg atggtgacca ccatttgccc catatcaccg tcggtactga tcccgtcgtc
3841 aataaaccga accgctacac cctgagcatc aaactctttt atcagttgga tcatgtcggc
3901 ggtgtcgcgg ccaagacggt cgagcttctt caccagaatg acatcacctt cctccacctt
3961 catcctcagc aaatccagcc cttcccgatc tgttgaactg ccggatgcct tgtcggtaaa
4021 gatgcggtta gcttttaccc ctgcatcttt gagcgctgag gtctgcctcg tgaagaaggt
4081 gttgctgact cataccaggc ctgaatcgcc ccatcatcca gccagaaagt gagggagcca
4141 cggttgatga gagctttgtt gtaggtggac cagttggtga ttttgaactt ttgctttgcc
4201 acggaacggt ctgcgttgtc gggaagatgc gtgatctgat ccttcaactc agcaaaagtt
4261 cgatttattc aacaaagccg ccgtcccgtc aagtcagcgt aatgctctgc cagtgttaca
4321 accaattaac caattctgat tagaaaaact catcgagcat caaatgaaac tgcaatttat
4381 tcatatcagg attatcaata ccatattttt gaaaaagccg tttctgtaat gaaggagaaa
4441 actcaccgag gcagttccat aggatggcaa gatcctggta tcggtctgcg attccgactc
4501 gtccaacatc aatacaacct attaatttcc cctcgtcaaa aataaggtta tcaagtgaga
4561 aatcaccatg agtgacgact gaatccggtg agaatggcaa aagcttatgc atttctttcc
4621 agacttgttc aacaggccag ccattacgct cgtcatcaaa atcactcgca tcaaccaaac
4681 cgttattcat tcgtgattgc gcctgagcga gacgaaatac gcgatcgctg ttaaaaggac
4741 aattacaaac aggaatcgaa tgcaaccggc gcaggaacac tgccagcgca tcaacaatat
4801 tttcacctga atcaggatat tcttctaata cctggaatgc tgttttcccg gggatcgcag
4861 tggtgagtaa ccatgcatca tcaggagtac ggataaaatg cttgatggtc ggaagaggca
4921 taaattccgt cagccagttt agtctgacca tctcatctgt aacatcattg gcaacgctac
4981 ctttgccatg tttcagaaac aactctggcg catcgggctt cccatacaat cgatagattg
5041 tcgcacctga ttgcccgaca ttatcgcgag cccatttata cccatataaa tcagcatcca
5101 tgttggaatt taatcgcggc ctcgagcaag acgtttcccg ttgaatatgg ctcataacac
5161 cccttgtatt actgtttatg taagcagaca gttttattgt tcatgatgat atattttat
5221 cttgtgcaat gtaacatcag agattttgag acacaacgtg gctttgttga ataaatcgaa
5281 cttttgctga gttgaaggat cagatcacgc atcttcccga caacgcagac cgttccgtgg
5341 caaagcaaaa gttcaaaatc accaactggt ccacctacaa caaagctctc atcaaccgtg
5401 gctccctcac tttctggctg gatgatgggg cgattccaggc ctggtatgag tcagcaacac
5461 cttcttcacg aggcagacct cagcgctaga ttattgaagc atttatcagg gttattgtct
5521 catgagccgga tacatatttg aatgtattta gaaaaataaa caaatagggg ttccgcgcac
5581 atttccccga aaagtgccac ctgacgt
```

@2021. Steven C. Quay, MD, PhD

**Artificial Spike Protein in Chinese patent (not found in any patient specimens)**

gaattcgccg ccaccatgga cgccatgaag cggggcctct gctgtgttct gctgctctgc 60
[0013] ggcgccgtgt tcgtgagtaa ctcgagccag tgcgtgaacc tgacaacaag gacacagctg 120
[0014] ccccctgcct acacaaacag cttcactagg ggcgtgtact accccgacaa ggtgttcagg 180
[0015] tccagcgtgc tgcacagcac acaggacctg ttcctgccct tcttcagcaa cgtgacatgg 240
[0016] ttccacgcca ttcacgtgag cgggaccaac gggaccaagc ggttcgataa ccctgtcttg 300
[0017] cccttcaacg atggcgtgta ctttgccagc accgagaagt ccaacatcat caggggctgg 360
[0018] atctttggca caaccctgga cagcaagacc cagagcctcc tgatcgtcaa caacgccaca 420
[0019] aacgtcgtga tcaaggtgtg cgagttccag ttctgcaacg atccattcct gggcgtgtac 480
[0020] taccataaga acaacaagtc ctggatggag agcgagttcc gggtctactc caggccaccac 540
[0021] aactgcacct tcgagtacgt gagccagccc ttcctgatgg acttggaggg gaagcagggc 600
[0022] aacttcaaga acctccggga gttcgtcttt aagaacattg acggctactt caagatctac 660
[0023] tccaagcaca cccccatcaa cctcgtcagg gatctgcccc aggggtttag cgccctggag 720
[0024] ccctggtcg atctgccaat cggcatcaac atcacacggt ttcagaccct gctggccctg 780
[0025] caccggtcct acctcacccc tggcgatagc agctccggct ggacagccgg ggccgccgcc 840
[0026] tactacgtcg gctacctcca gcctcggact ttcctgctga agtacaacga gaacgggaca 900
[0027] atcaccgatg ccgtggactg cgccctggat cccctcagcg agaccaagtg cacactgaag 960
[0028] tcctttactg tggagaaggg gatctaccag acatccaact ttaggggtca gcccaccgag 1020
[0029] agcattgtca ggttcccccaa catcacaaac ctgtgccct ttggcgaggt gttcaacgcc 1080
[0030] acaagttcg cttccgtgta cgcctggaac aggaagcgga tcagcaactg cgtggccgat 1140
[0031] tactccgtcc tgtacaacag cgcctccttc tccaccttca agtgctacgg cgtgtccccc 1200
[0032] accaagctga acgatctgtg ctttactaac gtgtacgctg acagcttcgt gatcagaggc 1260
[0033] gatgaggtgc ggcagatcgc ccctgggcag acagggaaga tcgccgacta caactacaag 1320
[0034] ctgcccgatg acttcacagg gtgcgtgatc gcctggaact ccaacaacct cgatagcaag 1380
[0035] gtgggcggca actacaacta cctctacagg ctgtttagga agtccaacct gaagcccttt 1440
[0036] gagcgggata ttagcaccga gatctaccag gccgggagca ccccttgtaa cggcgtgcag 1500
[0037] gggtttaact gctactttcc tctgcagagc tacgggtttcc agcccaccaa cggggtcggg 1560
[0038] taccagccat accgggtggt ggtgctgagc ttcgagctgc tgcacgcccc agccaccgtc 1620
[0039] tgcggccca agaagtccac taacctggtg aagaacaagt gcgtgaactt caacttcaac 1680
[0040] ggcctgacag ggacaggcgt gctgacagag tccaacaaga agttcctccc cttccagcag 1740
[0041] tttgggcggg acattgccga cacaaccgat gccgtgcggg acccacagac cctggagatc 1800

ctggacatca caccctgcag cttcggcggg gtgagcgtga ttacacccgg cacaaacacc 1860

tccaaccagg tggccgtgct gtaccaggat gtgaactgca cagaggtccc cgtggccatt 1920

cacgccgatc agctgacccc cacctggcgg gtgtacagca ccggctccaa cgtgttccag 1980

actagggccg gctgcctgat cggggccgag cacgtgaaca acagctacga gtgcgacatc 2040

cccattgggg ccgggatctg cgcctcctac cagacacaga caaacagccc taggcgggcc 2100

aggtcggtgg ccagccagtc catcatcgcc tacaccatga gcctgggcgc cgagaacagc 2160

gtggcctaca gcaacaacag catcgctatc ccaacaaact ttaccatctc cgtgaccacc 2220

gagatcctgc ccgtcagcat gactaagaca tccgtcgact gcaccatgta catctgcggg 2280

gacagcaccg agtgctccaa cctgctgctg cagtacgggt ccttctgcac ccagctgaac 2340

Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD                                                29 January 2021

agggccctga ctggccattgc cgtcgagcag gataagaaca cacaggaggt ctttgcccag 2400

gtgaagcaga tctacaagac acccccaatt aaggacttcg gcggcttcaa cttctcccag 2460

attctgcctg accccagcaa gcccagcaag cggtccttca tcgaggacct gctgttcaac 2520

aaggtgacac tggccgacgc cggctttatc aagcagtacg gcgactgcct cggcgacatc 2580

gccgctaggg acctgatctg cgcccagaag ttcaacggcc tgacagtgct gccccctctg 2640

ctgacagacg agatgatcgc ccagtacaca agcgccctgc tggccggcac catcacctcc 2700 gggtggacat
tcgggggccgg ggccgccctg cagatcccct ttgccatgca gatggcctac 2760 aggttcaacg gcattggcgt gacacagaac
gtgctgtacg agaaccagaa gctgatcgcc 2820 aaccagttta actccgccat cgggaagatc caggattccc tgagcagcac
cgccagcgcc 2880 ctgggcaagc tccaggatgt ggtgaaccag aacgcccagg ccctcaacac cctggtgaag 2940
cagctgtcct ccaacttcgg cgccattagc tccgtgctga acgacatcct gagccggctg 3000 gacaaggtgg aggccgaggt
gcagattgac cggctgatta ccggacggct gcagtccctg 3060 cagacctacg tgacacagca gctcatccgg gccgccgaga
tccgcgcctc cgccaacctg 3120 gccgccacta agatgtccga gtgcgtgctc ggccagagca agagggtgga tttctgcggg
3180 aagggctacc acctgatgag cttcccccag agcgccccccc atggggtggt gttcctgcac 3240 gtgacatacg
tgcctgccca ggagaagaac ttcaccaccg ccccagccat ttgccacgac 3300 ggcaaggccc acttccctag ggagggcgtg
ttcgtgagca acgggacaca ctggttcgtg 3360 acccagcgga acttctacga gcccagatt atcaccacag ataacacctt
tgtgtccggg 3420 aactgcgatg tcgtgattgg gatcgtcaac aacacagtct acgaccccct gcagcccgag 3480
ctcgatagct ttaaggagga gctggataag tactttaaga accacacctc ccctgatgtg 3540 gacctgggggg atatcagcgg
catcaacgcc agcgtggtga acatccagaa ggagatcgat 3600 aggctgaacg aggtggccaa gaacctgaac
gagtccctga tcgacctgca ggagctgggg 3660 aagtacgagc agtacatcaa gttgccctgg tacatctggc tgggcttcat
cgccgggctg 3720 atcgccatcg tgatggtgac cattatgctc tgctgcatga ctagctgctg ctcctgcctg 3780
aaggggtgct gcagctgcgg gagctgctgc aagtttgatg aggatgatag cgagccagtg 3840 ctgaagggcg tgaagctgca
ctacacctga aagctt

### Adenovirus 5 vector shuttle with Synthetic construct H7N9 HA gene 7640-9302

  1 taactataac ggtcctaagg tagcgaaagc tcagatctgg atctcccgat cccctatggt
 61 cgactctcag tacaatctgc tctgatgccg catagttaag ccagtatctg ctccctgctt
121 gtgtgttgga ggtcgctgag tagtgcgcga gcaaaattta agctacaaca aggcaaggct
   181 tgaccgacaa ttgcatgaag aatctgctta gggttaggcg ttttgcgctg cttcgcgatg
   241 tacggggccag atatacgcgt tgacattgat tattgactag ttattaatag taatcaatta
   301 cggggtcatt agttcatagc ccatatatgg agttccgcgt tacataactt acggtaaatg
   361 gcccgcctgg ctgaccgccc aacgaccccc gcccattgac gtcaataatg acgtatgttc
   421 ccatagtaac gccaataggg actttccatt gacgtcaatg ggtggactat ttacggtaaa
   481 ctgcccactt ggcagtacat caagtgtatc atatgccaag tacgccccct attgacgtca
   541 atgacggtaa atggcccgcc tggcattatg cccagtacat gaccttatgg gactttccta
   601 cttggcagta catctacgta ttagtcatcg ctattaccat ggtgatgcgg ttttggcagt
   661 acatcaatgg gcgtggatag cggtttgact cacggggatt tccaagtctc cacccccattg
   721 acgtcaatgg gagtttgttt tggcaccaaa atcaacggga ctttccaaaa tgtcgtaaca
   781 actccgcccc attgacgcaa atgggcggta ggcgtgtacg gtgggaggtc tatataagca
   841 gagctctctg gctaactaga aacccactg cttactgctt atcgaaatt aatacgactc
   901 actatagggа gacccaagct ggctagcgtt taaacggggc ctctagagtt gtggtttcaa
   961 gtgtatattct tgttaataac taaacgaac

Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD                                                    29 January 2021

7681 tctgcctcgg acatcatgcc gtgtcaaacg gaaccaaagt aaacacatta actgaaagag

7741 gagtggaagt cgtcaatgca actgaaacag tggaacgaac aaacatcccc aggatctgct

7801 caaaagggaa aaggacagtt gacctcggtc aatgtggact cctggggaca atcactggac

7861 cacctcaatg tgaccaattc ctagaatttt cagccgattt aattattgag aggcgagaag

7921 gaagtgatgt ctgttatcct gggaaattcg tgaatgaaga agctctgagg caaattctca

7981 gagaatcagg cggaattgac aaggaagcaa tgggattcac atacagtgga ataagaacta

8041 atggagcaac cagtgcatgt aggagatcag gatcttcatt ctatgcagaa atgaaatggc

8101 tcctgtcaaa cacagataat gctgcattcc cgcacagatgac taagtcatat aaaaatacaa

8161 gaaaaagccc agctctaata gtatgggggga tccatcattc cgtatcaact gcagagcaaa

8221 ccaagctata tgggagtgga aacaaactgg tgacagttgg gagttctaat tatcaacaat

8281 cttttgtacc gagtccagga gcgagaccac aagttaatgg tctatctgga agaattgact

8341 ttcattggct aatgctaaat cccaatgata cagtcactt cagtttcaat ggggctttca

8401 tagctccaga ccgtgcaagc ttcctgagag gaaaatctat gggaatccag agtggagtac

8461 aggttgatgc caattgtgaa ggggactgct atcatagtgg agggacaata ataagtaact

8521 tgccatttca gaacatagat agcagggcag ttggaaaatg tccgagatat gttaagcaaa

8581 ggagtctgct gctagcaaca gggatgaaga atgttcctga gattccaaaa ggaagaggcc

8641 tatttggtgc tatagcgggt ttcattgaaa atggatggga aggcctaatt gatggttggt

8701 atggtttcag acaccagaat gcacagggaa agggaactgc tgcagattac aaaagcactc

8761 aatcggcaat tgatcaaata acaggaaaat taaaccggct tatagaaaaa accaaccaac

8821 aatttgagtt gatagacaat gaattcaatg aggtagagaa gcaaatcggt aatgtgataa

8881 attggaccag agattctata acagaagtgt ggtcatacaa tgctgaactc ttggtagcaa

8941 tggagaacca gcatacaatt gatctggctg attcagaaat ggacaaactg tacgaacgag

9001 tgaaaagaca gctgagagag aatgctgaag aagatggcac tggttgcttt gaaatatttc

9061 acaagtgtga tgatgactgt atggccagta ttagaaataa cacctatgat cacagcaaat

9121 acagggaaga ggcaatgcaa aatagaaatac agatgacccc agtcaaaacta agcagcggct

9181 acaaagatgt gatactttgg tttagcttcg gggcatcatg tttcatactt ctagccattg

9241 taatgggcct tgtcttcata tgtgtaaaga atggaaacat gcggtgcact atttgtatat

9301 aattg ccagccatct

2521 gttgtttgcc cctcccccgt gccttccttg accctggaag gtgccactcc cactgtcctt

2581 tcctaataaa atgaggaaat tgcatcgcat tgtctgagta ggtgtcattc tattctgggg

2641 ggtggggtgg ggcaggacag caaggggag gattgggaag acaatagcag gcatgctggg

2701 gatgcggtgg gctctatggc ttctgaggcg gaaagaacca gcagatctgc agatctgaat

2761 tcatctatgt cgggtgcgga gaaagaggta atgaaatggc attatgggta ttatgggtct

2821 gcattaatga atcggccaac gcgcggggag aggcggtttg cgtattgggc gctcttccgc

2881 ttcctcgctc actgactcgc tgcgctcggt cgttcggctg cggcgagcgg tatcagctca

2941 ctcaaaggcg gtaatacggt tatccacaga atcaggggat aacgcaggaa agaacatgtg

3001 agcaaaaggc cagcaaaagg ccaggaaccg taaaaaggcc gcgttgctgg cgtttttcca

3061 taggctccgc ccccctgacg agcatcacaa aaatcgacgc tcaagtcaga ggtggcgaaa

3121 cccgacagga ctataaagat accaggcgtt tccccctgga agctccctcg tgcgctctcc

3181 tgttccgacc ctgccgctta ccggatacct gtccgccttt ctcccttcgg gaagcgtggc

3241 gctttctcaa tgctcacgct gtaggtatct cagttcggtg taggtcgttc gctccaagct

3301 gggctgtgtg cacgaacccc ccgttcagcc cgaccgctgc gccttatccg gtaactatcg

3361 tcttgagtcc aacccggtaa gacacgactt atcgccactg gcagcagcca ctggtaacag

3421 gattagcaga gcgaggtatg taggcggtgc tacagagttc ttgaagtggt ggcctaacta

3481 cggctacact agaaggacag tatttggtat ctgcgctctg ctgaagccag ttaccttcgg

3541 aaaaagagtt ggtagctctt gatccggcaa acaaaccacc gctggtagcg gtggtttttt

3601 tgtttgcaag cagcagatta cgcgcagaaa aaaaggatct caagaagatc ctttgatctt

3661 ttctacgggg tctgacgctc agtggaacga aaactcacgt taagggattt tggtcatgag

3721 attatcaaaa aggatcttca cctagatcct tttgatcctc cggcgttcag cctgtgccac

3781 agccgacagg atggtgacca ccatttgccc catcaccg tcggtactga tcccgtcgtc

3841 aataaaccga accgctacac cctgagcatc aaactctttt atcagttgga tcatgtcggc

3901 ggtgtcgcgg ccaagacggt cgagcttctt caccagaatg acatcacctt cctccacctt

3961 catcctcagc aaatccagcc cttcccgatc tgttgaactg ccggatgcct tgtcggtaaa

4021 gatgcggtta gcttttaccc ctgcatcttt gagcgctgag gtctgcctcg tgaagaaggt

4081 gttgctgact cataccaggc ctgaatcgcc ccatcatcca gccagaaagt gagggagcca

4141 cggttgatga gagctttgtt gtaggtggac cagttggtga ttttgaactt ttgctttgcc

4201 acggaacggt ctgcgttgtc gggaagatgc gtgatctgat ccttcaactc agcaaaagtt

4261 cgatttattc aacaaagccg ccgtcccgtc aagtcagcgt aatgctctgc cagtgttaca

4321 accaattaac caattctgat tagaaaaact catcgagcat caaatgaaac tgcaatttat

4381 tcatatcagg attatcaata ccatattttt gaaaaagccg tttctgtaat gaaggagaaa

4441 actcaccgag gcagttccat aggatggcaa gatcctggta tcggtctgcg attccgactc

4501 gtccaacatc aatacaacct attaatttcc cctcgtcaaa aataaggtta tcaagtgaga

4561 aatcaccatg agtgacgact gaatccggtg agaatggcaa aagcttatgc atttctttcc

4621 agacttgttc aacaggccag ccattacgct cgtcatcaaa atcactcgca tcaaccaaac

4681 cgttattcat tcgtgattgc gcctgagcga gacgaaatac gcgatcgctg ttaaaaggac

4741 aattacaaac aggaatcgaa tgcaaccggc gcaggaacac tgccagcgca tcaacaatat

4801 tttcacctga atcaggatat tcttctaata cctggaatgc tgtttcccg gggatcgcag

4861 tggtgagtaa ccatgcatca tcaggagtac ggataaaatg cttgatggtc ggaagaggca

4921 taaattccgt cagccagttt agtctgacca tctcatctgt aacatcattg gcaacgctac

4981 ctttgccatg tttcagaaac aactctggcg catcgggctt cccatacaat cgatagattg

5041 tcgcacctga ttgcccgaca ttatcgcgag cccatttata cccatataaa tcagcatcca

5101 tgttgggaatt taatcgcggc ctcgagcaag acgtttcccg ttgaatatgg ctcataacac

5161 cccttgtatt actgtttatg taagcagaca gttttattgt tcatgatgat atattttttat

5221 cttgtgcaat gtaacatcag agattttgag acacaacgtg gctttgttga ataaatcgaa

5281 cttttgctga gttgaaggat cagatcacgc atcttcccga caacgcagac cgttccgtgg

5341 caaagcaaaa gttcaaaatc accaactggt ccacctacaa caaagctctc atcaaccgtg

5401 gctccctcac tttctggctg gatgatgggg cgattccaggc ctggtatgag tcagcaacac

5461 cttcttcacg aggcagacct cagcgctaga ttattgaagc atttatcagg gttattgtct

5521 catgagcgga tacatatttg aatgtattta gaaaaataaa caaatagggg ttccgcgcac

5581 atttcccga aaagtgccac ctgacgt

## Expression vector pShuttle-SN, complete sequence

GenBank: AY862402.1

FASTA    Graphics

Go to: ☑

```
LOCUS       AY862402              5607 bp    DNA     circular SYN 19-JUL-2005
DEFINITION  Expression vector pShuttle-SN, complete sequence.
ACCESSION   AY862402
VERSION     AY862402.1
KEYWORDS    .
SOURCE      Expression vector pShuttle-SN
  ORGANISM  Expression vector pShuttle-SN
            other sequences; artificial sequences; vectors.
REFERENCE   1  (bases 1 to 5607)
  AUTHORS   Liu,R.Y., Wu,L.Z., Huang,B.J., Huang,J.L., Zhang,Y.L., Ke,M.L.,
            Wang,J.M., Tan,W.P., Zhang,R.H., Chen,H.K., Zeng,Y.X. and Huang,W.
  TITLE     Adenoviral expression of a truncated S1 subunit of SARS-CoV spike
            protein results in specific humoral immune responses against
            SARS-CoV in rats
  JOURNAL   Virus Res. 112 (1-2), 24-31 (2005)
   PUBMED   16022898
REFERENCE   2  (bases 1 to 5607)
  AUTHORS   Liu,R.-Y., Huang,B.-J., Wu,L.-Z., Huang,J.-L., Zhang,R.-H.,
            Zeng,Y.-X. and Huang,W.
  TITLE     Constructing recombinant adenovirus carrying the spike gene
            fragments as a vaccine against SARS-CoV by in vitro ligation
  JOURNAL   Unpublished
REFERENCE   3  (bases 1 to 5607)
  AUTHORS   Liu,R.-Y., Huang,B.-J., Wu,L.-Z., Huang,J.-L., Zhang,R.-H.,
            Zeng,Y.-X. and Huang,W.
  TITLE     Direct Submission
  JOURNAL   Submitted (21-DEC-2004) Cancer Center, Sun Yat-Sen University, 651
            Dongfeng Road East, Guangzhou, Guangdong 510060, China
FEATURES             Location/Qualifiers
     source          1..5607
                     /organism="Expression vector pShuttle-SN"
                     /mol_type="other DNA"
                     /db_xref="taxon:308969"
                     /country="China"
     CDS             990..2507
                     /codon_start=1
                     /transl_table=11
                     /product="truncated SARS coronavirus spike glycoprotein S1
                     subunit"
                     /protein_id="AAW56614.1"
                     /translation="MFIFLLFLTLTSGSDLDRCTTFDDVQAPNYTQHTSSMRGVYYPD
                     EIFRSDTLYLTQDLFLPFYSNVTGFHTINHTFDNPVIPFKDGIYFAATEKSNVVRGWV
                     FGSTMNNKSQSVIIINNSTNVVIRACNFELCDNPFFAVSKPMGTQTHTMIFDNAFNCT
                     FEYISDAFSLDVSEKSGNFKHLREFVFKNKDGFLYVYKGYQPIDVVRDLPSGFNTLKP
                     IFKLPLGINITNFRAILTAFSPAQDTWGTSAAAYFVGYLKPTTFMLKYDENGTITDAV
                     DCSQNPLAELKCSVKSFEIDKGIYQTSNFRVVPSGDVVRFPNITNLCPFGEVFNATKF
                     PSVYAWEGKKISNCVADYSVLYNSTFFSTFKCYGVSATKLNDLCFSNVYADSFVVKGD
                     DVRQIAPGQTGVIADYNYKLPDDFMGCVLAWNTRNIDATPTGNYNYKYRYLRHGKLRP
                     FERDISNVPFSPDGKPCTPPALNCYWPLNDYGFYTTTGIGTKLKFKPLISLDCAF"
     misc_feature    990..2459
                     /note="Region: SARS coronavirus spike glycoprotein"
     misc_feature    2460..2507
                     /note="derived from pShuttle vector"
```

Source: https://www.ncbi.nlm.nih.gov/nuccore/AY862402.1?report=GenBank

Source: https://www.nature.com/articles/s41467-020-18077-5

nature COMMUNICATIONS

ARTICLE

https://doi.org/10.1038/s41467-020-18077-5 OPEN

Check for updates

## An adenovirus-vectored COVID-19 vaccine confers protection from SARS-COV-2 challenge in rhesus macaques

Liqiang Feng[1,2,8], Qian Wang[1,3,8], Chao Shan[4,8], Chenchen Yang[5], Ying Feng[2], Jia Wu[4], Xiaolin Liu[5], Yiwu Zhou[6], Rendi Jiang[4], Peiyu Hu[1], Xinglong Liu[1], Fan Zhang[1], Pingchao Li[1], Xuefeng Niu[2], Yichu Liu[1], Xuehua Zheng[1], Jia Luo[1], Jing Sun[2], Yingying Gu[2], Bo Liu[5], Yongcun Xu[5], Chufang Li[2], Weiqi Pan[2], Jincun Zhao[2], Changwen Ke[7], Xinwen Chen[1], Tao Xu[1], Nanshan Zhong[2], Suhua Guan[5✉], Zhiming Yuan[4✉] & Ling Chen[1,2,5✉]



**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**

Adenovirus vaccine sequences in patient specimen WIV02 from patient who is 32 y, male, hospitalized, ICU4G, outbreak 19 Dec 2019.



URL: https://www.ncbi.nlm.nih.gov/sra/SRX7730880%5baccn%5d

Adenovirus Expression vector pShuttle-SN, Synthetic construct H7N9 HA gene 7640-9302



534-3301 contiguous nt sequence (2768 nt) in H7N9 HA gene

**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**                                          **29 January 2021**



Adenovirus with CoV-2 Spike Protein, full sequence



**534-4573 contiguous (4040 nts)**

**Adenovirus with CoV-1 partial sequence**

**534--1905 (1372 nts) contiguous**

**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**





**Adenovirus vaccine with CoV-2 SP:**

## Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD

**29 January 2021**



## Adenovirus H7N9



## Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD

29 January 2021

### Adenovirus CoV-2



### Adenovirus CoV-1



## Adenovirus CoV-2

| | |
|---|---|
| Job Title | Adenovirus CoV-2 |
| RID | Z3SHM2HZ01R Search expires on 01-04 22:26 pm Download All |
| Program | BLASTN Citation |
| Database | SRA See details |
| Query Length | 7911 |
| Other reports | Distance tree of results MSA viewer |

| SRA Blast search set information | |
|---|---|
| SRX7730882 | SRR11092061 |

**Filter Results**

Percent Identity ___ to ___ E value ___ to ___ Query Coverage ___ to ___

Filter Reset

Descriptions | Graphic Summary | Alignments

hover to see the title · click to show alignments — Alignment Scores: < 40, 40 - 50, 50 - 80, 80 - 200, >= 200

*100 sequences selected*

**Distribution of the top 100 Blast Hits on 100 subject sequences**

## WIV-7 patient blast with Adenovirus to CoV-1

| | |
|---|---|
| Job Title | Nucleotide Sequence |
| RID | Z4M2WE5C01R Search expires on 01-05 06:16 am Download All |
| Program | BLASTN Citation |
| Database | SRA See details |
| Query ID | lcl\|Query_12043 |
| Description | None |
| Molecule type | dna |
| Query Length | 5607 |
| Other reports | Distance tree of results MSA viewer |

**Filter Results**

Percent Identity ___ to ___ E value ___ to ___ Query Coverage ___ to ___

Filter Reset

Descriptions | Graphic Summary | Alignments

hover to see the title · click to show alignments — Alignment Scores: < 40, 40 - 50, 50 - 80, 80 - 200, >= 200

*100 sequences selected*

**Distribution of the top 100 Blast Hits on 100 subject sequences**

Bayesian Analysis of SARS-CoV-2 Origin
Steven C. Quay, MD, PhD                                    **29 January 2021**

**Blast analysis of early RNA seq raw reads from the Wuhan Institute of virology contain extensive reads matching "Expression vector pShuttle-SN" sequences, the same adenovirus vector used by the PLA Army for the creation of a vaccine.**

Following the 2003 SARS epidemic, Liu et al. developed an adenoviral expression vector of a truncated S1 subunit of SARS-CoV spike protein that resulted in specific humoral immune responses against SARS-CoV in rats.[143] This same vector was used to create the CoV-2 adenovirus vector vaccine.[144]

In order to test the hypothesis that CoV-2 began in the PLA Hospital as a vaccine challenge clinical trial that went awry, RNA-Seq raw reads from nasopharyngeal specimens of Wuhan COVID patients were blasted against the published genome sequence of the SARS-CoV-1 vaccine (GenBank AY862402.1). I used the SARS-CoV-1 vaccine because the PLA CoV-2 vaccine has not been published.

| Nt Sequence | Function |
|---|---|
| 1-990 | Adeno virus genes |
| 991-2506 | Truncated N-terminus of SARS-CoV-1 Spike Protein |
| 2507-5607 | Adeno virus genes |

The expected result would be the finding of RNA-Seq sequence raw reads that were homologous to the two Adenovirus regions but only partially homologous (about 80%) to the SARS-CoV-1 regions.

Eleven entries were found on GenBank of SRA data for RNA-Seq of early COVID-19 patients from Wuhan that were sequenced at either the WIV or the Hubei Provincial Center for Disease Control and Prevention (Hubei CDC). These entries are in the Text-Table below.

---

[143] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7114075/
[144] Chinese patent, attached herein.

☐ **RNA-Seq** of Homo sapiens: hCov-19 infected patients Bronchoalveolar **lavage** uid
1. 1 ILLUMINA (Illumina MiSeq) run: 5.8M spots, 1.7G bases, 634.3Mb downloads
Accession: SRX8032203

☐ **RNA-Seq** of Homo sapiens: hCov-19 infected patients Bronchoalveolar **lavage** uid
2. 1 ILLUMINA (Illumina MiSeq) run: 5.2M spots, 1.6G bases, 583.4Mb downloads
Accession: SRX8032202

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
3. 1 ILLUMINA (Illumina MiSeq) run: 5.2M spots, 1.5G bases, 772.9Mb downloads
Accession: SRX7730887

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
4. 1 ILLUMINA (Illumina MiSeq) run: 5.2M spots, 1.5G bases, 768.3Mb downloads
Accession: SRX7730886

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
5. 1 ILLUMINA (Illumina MiSeq) run: 8.3M spots, 2.2G bases, 1.2Gb downloads
Accession: SRX7730885

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
6. 1 ILLUMINA (Illumina HiSeq 3000) run: 38.5M spots, 11.5G bases, 7.1Gb downloads
Accession: SRX7730884

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
7. 1 ILLUMINA (Illumina HiSeq 3000) run: 29.7M spots, 8.9G bases, 5.6Gb downloads
Accession: SRX7730883

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
8. 1 ILLUMINA (Illumina HiSeq 3000) run: 34.3M spots, 10.3G bases, 6.4Gb downloads
Accession: SRX7730882

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
9. 1 ILLUMINA (Illumina HiSeq 1000) run: 61.3M spots, 18.4G bases, 11.4Gb downloads
Accession: SRX7730881

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
10. 1 ILLUMINA (Illumina HiSeq 3000) run: 67.1M spots, 20.1G bases, 12.6Gb downloads
Accession: SRX7730880

☐ **RNA-Seq** of Homo sapiens: bronchoalveolar **lavage** fluid
11. 1 ILLUMINA (Illumina MiSeq) run: 3.6M spots, 1G bases, 548.1Mb downloads
Accession: SRX7730879

The WIV entry with the greatest read depth, Number 10 above, is described below:

**SRX7730880: RNA-Seq of Homo sapiens: bronchoalveolar lavage fluid**
1 ILLUMINA (Illumina HiSeq 3000) run: 67.1M spots, 20.1G bases, 12.6Gb downloads

**Design:** Total RNA was extracted from bronchoalveolar lavage fluid using the QIAamp Viral RNA Mini Kit (50) following the manufacturers instructions. An RNA library was then constructed using the MGIEasy RNA Library Prep Set (96 RXN) (Cat. No.: 1000006384). Paired-end (150 bp sequencing of the RNA library was performed on the MGISEQ-2000RS platform .

**Submitted by:** Wuhan Institute of Virology, Chinese Academy of Sciences

**Study:** Severe acute respiratory syndrome coronavirus 2 Raw sequence reads
PRJNA605983 • SRP249613 • All experiments • All runs
show Abstract

**Sample:**
SAMN14082196 • SRS6151291 • All experiments • All runs
*Organism:* Severe acute respiratory syndrome coronavirus 2

**Library:**
*Name:* WIV02-2
*Instrument:* Illumina HiSeq 3000
*Strategy:* RNA-Seq
*Source:* METAGENOMIC
*Selection:* RANDOM
*Layout:* PAIRED

**Runs:** 1 run, 67.1M spots, 20.1G bases, 12.6Gb

| Run | # of Spots | # of Bases | Size | Published |
|---|---|---|---|---|
| SRR11092063 | 67,083,195 | 20.1G | 12.6Gb | 2020-02-16 |

Unexpectedly, over 100 sequences producing significant alignment were identified:

BLAST » blastn suite-SRA » results for RID-S76CAHY001R — Home Recent Results Saved Strategies Help

< Edit Search Save Search Search Summary — How to read this report? BLAST Help Videos Back to Traditional Results Page

| | |
|---|---|
| Job Title | gb\|AY862402.1\| |
| RID | S76CAHY001R Search expires on 10-13 07:47 am Download All |
| Program | BLASTN Citation |
| Database | SRA See details |
| Query ID | AY862402.1 |
| Description | Expression vector pShuttle-SN, complete sequence |
| Molecule type | nucleic acid |
| Query Length | 5607 |
| Other reports | Distance tree of results MSA viewer |

**Filter Results**
Percent Identity ___ to ___ E value ___ to ___ Query Coverage ___ to ___
Filter Reset

Descriptions | Graphic Summary | Alignments

**Sequences producing significant alignments** Download Manage Columns Show 100

select all 100 sequences selected — Graphics Distance tree of results

| Description | Max Score | Total Score | Query Cover | E value | Per. Ident | Accession |
|---|---|---|---|---|---|---|
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.66604450.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.66455076.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.63120099.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.63120099.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.62730385.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.61105039.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.60748776.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.60011402.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.59155252.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.59155252.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.58125883.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.57571550.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.57484454.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.56079038.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.56066194.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.55663456.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.55111993.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.53777284.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.53079813.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.52965281.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.51414706.1 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.51016881.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.50509371.2 |
| SRX7730880 | 278 | 278 | 2% | 2e-70 | 100.00% | SRA:SRR11092063.50509371.1 |



**Bayesian Analysis of SARS-CoV-2 Origin**
**Steven C. Quay, MD, PhD**

**29 January 2021**

A graphical display of the alignments shows they are not in the Spike Protein region (961 to 2507) of the adenovirus vector but outside of those regions.



An examination of individual reads shows 100% homology over the entire 150 nt segments and outside of the Spike Protein region. The first set of reads are immediately downstream of the Spike Protein segment. The other read is from the 5' boundary of the Adenovirus vector with the Spike Protein region.

Download Graphics SRA

**SRX7730880**

**Sequence ID:** SRA:SRR11092063.66604450.1 **Length:** 150 **Number of Matches:** 1

**Range 1: 1 to 150** Graphics ▼ Next Match ▲ Previous Match

| Score | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|
| 278 bits(150) | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Plus |

```
Query  2536  CCCGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAAAATGAG  2595
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  1     CCCGTGCCTTCCTTGACCCTGGAAGGTGCCACTCCCACTGTCCTTTCCTAATAAAATGAG  60

Query  2596  GAAATTGCATCGCATTGTCTGAGTAGGTGTCATTCTATTCTggggggtggggtggggCAG  2655
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  61    GAAATTGCATCGCATTGTCTGAGTAGGTGTCATTCTATTCTGGGGGGTGGGGTGGGGCAG  120

Query  2656  GACAGCAAGGGGGAGGATTGGGAAGACAAT  2685
             ||||||||||||||||||||||||||||||
Sbjct  121   GACAGCAAGGGGGAGGATTGGGAAGACAAT  150
```

Download Graphics SRA

**SRX7730880**

**Sequence ID:** SRA:SRR11092063.66455076.2 **Length:** 150 **Number of Matches:** 1

**Range 1: 1 to 150** Graphics ▼ Next Match ▲ Previous Match

| Score | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|
| 278 bits(150) | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Minus |

```
Query  3290  CGCTCCAAGCTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCC  3349
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  150   CGCTCCAAGCTGGGCTGTGTGCACGAACCCCCCGTTCAGCCCGACCGCTGCGCCTTATCC  91

Query  3350  GGTAACTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCC  3409
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  90    GGTAACTATCGTCTTGAGTCCAACCCGGTAAGACACGACTTATCGCCACTGGCAGCAGCC  31

Query  3410  ACTGGTAACAGGATTAGCAGAGCGAGGTAT  3439
             ||||||||||||||||||||||||||||||
Sbjct  30    ACTGGTAACAGGATTAGCAGAGCGAGGTAT  1
```

Download Graphics SRA

**SRX7730880**

**Sequence ID:** SRA:SRR11092063.50609371.2 **Length:** 150 **Number of Matches:** 1

**Range 1: 1 to 150** Graphics ▼ Next Match ▲ Previous Match

| Score | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|
| 278 bits(150) | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Plus |

```
Query  703   CAAGTCTCCACCCCATTGACGTCAATGGGAGTTTGTTTTGGCACCAAAATCAACGGGACT  762
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  1     CAAGTCTCCACCCCATTGACGTCAATGGGAGTTTGTTTTGGCACCAAAATCAACGGGACT  60

Query  763   TTCCAAAATGTCGTAACAACTCCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGT  822
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  61    TTCCAAAATGTCGTAACAACTCCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGT  120

Query  823   GGGAGGTCTATATAAGCAGAGCTCTCTGGC  852
             ||||||||||||||||||||||||||||||
Sbjct  121   GGGAGGTCTATATAAGCAGAGCTCTCTGGC  150
```

Download Graphics SRA

**SRX7730880**

**Sequence ID:** SRA:SRR11092063.50609371.1 **Length:** 150 **Number of Matches:** 1

**Range 1: 1 to 150** Graphics ▼ Next Match ▲ Previous Match

| Score | Expect | Identities | Gaps | Strand |
|---|---|---|---|---|
| 278 bits(150) | 2e-70 | 150/150(100%) | 0/150(0%) | Plus/Minus |

```
Query  784   CCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGTGGGAGGTCTATATAAGCAGAG  843
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  150   CCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGTGGGAGGTCTATATAAGCAGAG  91

Query  844   CTCTCTGGCTAACTAGAGAACCCACTGCTTACTGGCTTATCGAAATTAATACGACTCACT  903
             ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct  90    CTCTCTGGCTAACTAGAGAACCCACTGCTTACTGGCTTATCGAAATTAATACGACTCACT  31

Query  904   ATAGGGAGACCCAAGCTGGCTAGCGTTTAA  933
             ||||||||||||||||||||||||||||||
Sbjct  30    ATAGGGAGACCCAAGCTGGCTAGCGTTTAA  1
```





To test if this was the actual SARS-CoV-1 vaccine vector and had been given to the patients as an desperate attempt to create immunity during an infection, the Spike Protein region of the vaccine was blasted against the above sample, looking for a near 100% homology. The only reads were a 38 nt segment of 1482-1518, with one gap, as expected. The absence of long reads for the SARS-CoV-1 Spike Protein establishes that this vaccine was not a CoV-1 vaccine.

To test if the homology seen between lavage specimens of patients in Wuhan with the CoV-1 Adenovirus vaccine was due to homology with human sequences, the Expression vector itself was blasted against *Homo sapien* sequences, but no matches were found, as shown below.

