RECEIVED BY MAIL
MAR 29 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI 5733318800
555 independence st. Cape girardeau mo 63703

THE STATE OF MISSOURI, et al.

Plaintiff

**JEFFREY CUTLER**

Intervenor Plaintiff

**v.**

THE PEOPLES REPUBLIC OF CHINA, et al.

Defendant

**CASE NO. 1:20-cv-00099**

JURY TRIAL REQUESTED

# MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files **THIS MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT**, to correct for new crimes and **OBSTRUCTION of JUSTICE** recently discovered. On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a **347  Page** PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805 USCA** third circuit. Mr. Cutler On 11MAR2021 JEFFREY CUTLER FILED A **MAIL FRAUD COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR CLAIMING THEY REFUSED A **321** PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909

1042 6153 86) at their DC Embassy (3505 International Place, NW) and after opening the document one week later (24FEB2021) claimed the document was REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED STATES GOVERNMENT of **RETURN POSTAGE** and follow the LAWS of the UNITED STATES OF AMERICA. This effectively PUTS the PEOPLES REPUBLIC OF CHINA in **DEFAULT** for violating the LAWS of the UNITED STATES and shows they have been properly served.  Inside the document is a **193 page** report that **COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming CHINA has engaged in **Bio-Warfare** with the WORLD based on a previous actions with **HEPARIN** and pet food and that the testing supplies are **tainted** and may be spreading the disease in the United States. The media and political leaders have been **BRIBED** to go along with MASKS and distance are the ONLY cure when **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 and FLU that result in DEATH from pneumococcal disease and Ivermectin to treat the COVID-19 <ref>

https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As

an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[Nancy Pelosi]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed a lawsuit in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy Pelosi**]] called (**CUTLER v. PELOSI, et al**.). This is 26 YEARS AFTER THE FIRST **WORLD TRADE CENTER BOMBING**. This documents that service of the complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at their **EMBASSY TO THE AMBASSADOR**. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler filed a 321 page document for case 20-1422 which contained **EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**. This document is still not present on the docket, a federal crime. It is believed this is has been based on **BRIBES** and **COLUSION** with funds from CHINA to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of

the **UNITED STATES DOLLAR**. **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the **CDC** have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref> https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19** is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED JUST LIKE VOTES FOR TRUMP**. It is believed that the testing components may be tainted and is the real reason that so much propoanda has been placed on testing when vacinations for to stop these deaths is cheaper and readily available. A previous document in case 21-40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just

another name for the **KKK**. It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5**. Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**. Mr. Cutler was granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first ammendment right to **PETTION THE COURT FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and the current **Attorney General** of Pennsylvania) IS ON THE DOCKET. Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA** **publically** stated the program was **ILLEGAL**. These persons are being **GRANTED EXTRA RIGHTS**. Mr. Cutler a natural born citizen presently 66 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL

GOVERNMENT!! The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision. Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL EAGLE**. The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated. On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abilility of the president to present any witnesses or other **EXCULPATARY** evidence This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum). This impeachment as fair was as true and correct as the attack on 11SEP2012 when

[[**Susan Rice**]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated."  Jeffrey Cutler found out that 5,000 Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on 13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over **Benghazi Libya**. During this period was the battle at El Alamein stopping NAZI advance towards Cairo and the Suez Canal.  Anthony Algindy <ref> https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey Broyer may have had prior information of the attacks on 911.  They both may be part of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>. The apparatus involving the **FBI** and **CIA** may have started when they tareted **Fawaz Younis** and operation **GOLDENROD** was started  and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted.   On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN
PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020**
PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY
FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,
PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE
IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH
CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP
BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT
AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE
CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**
AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE
**POLICE**, THAT IS WHY SHE WAS MURDERED.  PER **USCA** CASE **17-1770**
**JOE BIDEN** WAS PART OF A GROUP HELPING TO SMUGGLE STOLEN
NAZI ART INTO THE UNITED STATES AND BILL COSBY FOUND OUT. The
Proud Boys (Philadelphia leader Zach Rehl) had his first court appearance Friday the
19MAR2021. On 13JAN2021 JOSH SHAPIRO is named in part of a Petition [[En
banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to
[[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland,
Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[Electoral fraud]] made
to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a

letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the MURDER of [[Jonathan Luna]] by the [[Ku Klux Klan]]. Also see [[Publican and the Pharisee]] and [[Parable of the Unjust Judge]]. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY"

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON. The office of the president responded to this by 21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open. Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States. In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer. The USPS tracking number 9510 8141 4908 0199 0615 60 is not reporting results. The lawyers in sending Mr. Cutler the letters by MAIL makes them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**and **MAIL FRAUD**. On 30SEP2020 at 12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571 Page PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION USCA CASE 20-2936. On 15OCT2020 at 12:42 PM Jeffrey Cutler filled a 194 Page AMENDED PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION USCA CASE 20-2936. For USCA CASE 20-2936 On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC REVIEW of PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND

PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filled a PETITION TO COMBINE ADDITIONAL CASES BEFORE ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) FOR JUDICIAL EFFICIENCY in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr. Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC. VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. § 1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number 4:20-cv-02078. Even though it is on 322 page document it was put on the DOCKET as ECF 180 and ECF 181. Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref> https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in the UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF 33 filed 28OCT2020. Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler previously had filed copies of documents from case 19-11466 (Bankruptcy of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished, see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY. In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS. Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored. Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police). Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]]. Mr. Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC). Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions. Priority mail tracking number #9510 8066 2091 0225 1534 23. A document sent to the Supreme court on 30NOV2020 at 4:28 PM used Express Mail, tracking number EJ5050342510S and vanished also, just like previous documents in federal court. In case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant. [[DACA CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]] ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS WOLF, et al.). Even though the document IN CASE 1:17-cv-05228 was recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple claims by the clerks. Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in New York, and a MAIL FRAUD complaint has been submitted for his previous actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**. Since he is part of the **ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a **CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also **AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact MURDER of Jonthan Luna). In a previous case in Pennsylvania Judge Clarence C. Newcomer ruled that the Democratic campaign of William G. Stinson had stolen the election from Bruce S. Marks in North Philadelphia's Second Senatorial District through an elaborate fraud in which hundreds of residents were encouraged to vote by absentee ballot, a form of MAIL FRAUD. On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public. <ref> https://www.leagle.com/decision/1994892l9f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>. Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for **MAIL FRAUD**, someone else could be the real culprit. Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler. It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**. The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making

false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available.  This would set a standard for **CHINA** to attack the United States even further.  The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**.  This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia.  On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).  Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Shaun Bridges a secrect service ageny  stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-

extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**. Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **935** cases and **9 deaths** in **TAIWAN** as of **10FEB2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19. This is based on PREVIOUS actions by **CHINA**.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>
<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>
<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>
<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States. Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the

restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE**, also since it tries to limit prayer services in PA. , **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania. Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample. Mr. Cutler owns stock in Merck, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at AMAZON. On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing. <ref> https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref> On or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in direct support of Joe Biden's campaign focus <ref> https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is five years since the USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment clause (case 14-5183) and 75 years since VJ day of WWII. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON. The office of the president responded to this by 21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open. Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States. In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer. The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results. The lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**. Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season. Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**. Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events. Mr. Cutler had proposed an option to have games played in every city. As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**. The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS A CRIMINAL MATTER. The NEWS MEDIA AND OAGs ARE AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna). The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and

Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one.   The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63.  While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected.  Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office. <ref> https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt. The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT** On 20MAY2020. Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of federal crimes that resulted in convictions. Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III. Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law. Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020. The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing the bombs. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**. The judge dismissed the case even though 5 parties defaulted and were properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have defaulted in this case and therefore should have been **DENIED**. Mr. Cutler had made a complaint by mail to the DA office in Lancaster County, Pennsylvania and York, County Pennsylvania. Mr. Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019. Even though the document

filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**. Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars. Mr.Cutler had filed objections to limit the power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020. Mr. Cutler filed an Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**. When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania. Mr. Cuttler had requested that district court case number 4:20-cv-0064 in the United States District Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and case number 1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the United States District Court for the District of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this consolidation.  All charges in each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge Catherine C. Blake of Maryland had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on 01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr. Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in documents related to this case in federal court. <ref> https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties.  Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref> the **BOEREMAG** was just another name for **KLU KLUX KLAN**. Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on **07MAY2020** that use **WRIT OF EXECUTION** to **sieze property**. Recently in New York white police officers were beating a BLACK MAN for failing to practice social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing. It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history). Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases. In the Appeals for the Fifth Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019. The current order from that court is in error since the USCA order of December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed. Mr. Cutler had previously filed a document by MAIL on March 1, 2019

but it was illegally discarded. He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019. The office of the clerk decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904 International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review. Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as document number 00515298284 on 04FEB2020, the same date it was filed in court. In the case both **Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson** denied the petition. This violated the United States Constitution Ammend 1 and 5. It also also violates Mr. Cutler's rights under the Sixth Amendment of the Constitution. Mr. Cutler then on 04MAR2020 filed a 380 page document in this case (2:19-cr-00367). Within 24 hours of the filing Mr. Cutler got a threat by phone from an unidentified individual about the filing. On 06MAR2020 Mr. Cutler filed a nine page correction to the document previously filed. When the document was downloaded from the federal pacer system it was devoid of any markings. On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made.  This

court had allowed the House of Representatives to be an Intervenor. The petitioner,

Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the

house of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners. The FBI tried to force two Medical Examiners to say the **MURDER** was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpectenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX KLAN**. Mr. Cutler also now believes that **THOMAS C. WALES** was also **MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref> https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it". The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**. He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A, via district court case number 2:17-cv-00984 page 10. Since the individual mandate of the Affordable Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson. His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001). The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike. (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.) Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK, BAXTER and others. Mr. Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site. It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to Bribe, coerce or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the governments in the United States to discontinue religion in and in the State of Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the United States and the World, are all organized to take on the HOAX. This was previously called Agenda 21. As of 16MAR2020 Canada was still allowing flights from CHINA and those persons could be carrying hazardous bio material simply enter the United States from Canada. When Mr. Cutler was working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site.  It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme  court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has

corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's  civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976
</ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal, all the Insurance companies have conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of Tom Wolf, just like 2 different insurance companies failed to compensate Mr. Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA insurance department. Mr. Wolf's order also violates the Federal Voting law Voting Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting qualification or prerequisite to voting, or standard, practice, or procedure ... in a manner which results in a denial or abridgement of the right ... to vote on account of race," color, or language minority status. Based on the recent unsealed pleadings of Judge Domenick Demuro (press release 20-472) , voter fraud has been in Pennslvania a long time. The use of ABSENTEE ballots that are collected by individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud. Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr.

Cutler also notifies this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO** evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry Cosby should be vacated. George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data. Mr. Cutler was trying to fly to Philadelphia that day from Chicago. My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons. Even in case, 1:20-cv-01130 that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials with the aid of News Outlets. Previous corruption in the United States based out of Illinois called project **GREYLORD** was a 3.5 year activity. Mr. Cutler lived in Illinois during some of this time frame and the joke voting saying was **VOTE EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye** is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE** for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref>
https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE. The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi. China has been bribing CIA employees and others for

years. There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!! The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT. HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!! NBC BROADCAST ON THE BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref> https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324 page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin Clinesmith in Washington DC. The previous document was destroyed by the clerk or Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Thomas Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>
https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.  AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1. Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail. Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which includes mail Fraud (18 U.S. Code § 1341), the

murder of a federal employee (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871. The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.  In the Addendum is 272 pages of the document filed in case 20-1805.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

 the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Judgement

and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be

recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner

<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in **Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and Arizona. Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any way for this action. Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting elected Vice President at the hotel previously known as the Host Farm, but has since been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania Judge Stickman wrote in the case "but even in an emergency, the authority of government is not unfettered" in the case of County of Butler v Wolf. This court should also declare the entire Affordable Care Act (Obamacare) law and the executive order signed in 1942 as Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during an immediate **ENBANC** review of this case when combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have the government **CANNOT SPECIFY HOW TO PRAY** enforced by **Religious POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**. The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered **MOOT** as per order from the Judge ECF 203 and the clerk. This USCA case number **1:17-cv-05228**, **20-3371**, **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**, case number **20-5143** in the USCA DC CIRCUIT SHOULD, **2:21-cv-00031** Northern District of Washington, plus this case **21-4001** ALL BE COMBINED FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John Lewis and stop **5171** years of persecution of Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

ASHLI BABBITT WAS THE START OF KRISTALNAHT UNITED STATES

<ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE TRUTH**. At least Four different federal courts have conspired to deny Mr. Cutler the right to Petition the government for redress of grievances as part of the FIRST **AMENDMENT**, in conjunction with the media, elected and non-elected officials Based on payments inside and outside the United States. **IMPEACHING ANYONE** should demand the **FULL ATTENTION OF THE COURTS AND THE CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the chief judge of the Supreme Court or a Judge of the Supreme court does not preside in his place then the entire activity is fraud on the court. Just because the Biden Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING THE TRUTH** (Para Phrase from 3 Days of the Condor). YOU CAN DESTROY THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**.!

Respectfully submitted,

DATE: 23MAR2021 /s/ Jeffrey Cutler

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Missouri via United States Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .

Embassy of the People's Republic of China
in the United States of America
3505 International Place, N.W.
Washington, D.C. 20008 U.S.A.
Tel: +1-202-495-2266
Fax: +1-202-495-2138
E-mail: chinaembpress_us@mfa.gov.cn

**Ambassador Cui Tiankai**

/s/ Jeffrey Cutler