# ADDENDUM

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

## No. 14-5183

## September Term, 2014
FILED ON: AUGUST 14, 2015

JEFFREY CUTLER,

        APPELLANT

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-02066)

Before: HENDERSON, ROGERS and MILLETT, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed as to Cutler's standing to press his Establishment Clause challenge, and be affirmed both as to the merits of his Establishment Clause claim and his lack of standing to press his equal protection challenge, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
      Ken Meadows
      Deputy Clerk

Date: August 14, 2015

Opinion for the court filed by Circuit Judge Millett.

**In The**

# United States Court of Appeals

## for the Third Circuit

### 20-1805

JEFFREY CUTLER
Paintiff-Appellee

v.

NANCY PELOSI, et al., IN HER OFFICIAL CAPACITY AS SPEAKER OF THE
HOUSE OF REPRESENTATIVES
Defendants-Appellant

*Appeal from the Order/Judgment entered April 22, 2020 in the United States District
Court for the Eastern District of Pennsylvania at No. 5:19-cv-00834 and Clerk's
order of March 10, 2021.*

## PETITION FOR ENBANC HEARING BECAUSE OF CRIMES

## (18 U.S. Code § 1519 - Destruction, alteration, or falsification of

## records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL

## PROTECTION AND TO COMBINE CASES FOR JUDICIAL

## EFFICIENCY AND SUMMARY AFFIRMATION

ORAL ARGUMENTS REQUESTED

# AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT

I Jeffrey Cutler,  declare under penalty of perjury that the following facts are true and correct to

the best of my information and belief;

1. I am the plaintiff Intervenor in this action **1:20-cv-00099** and plaintiff in **USCA 20-1805**

2. I have certified on **March  22, 2021** that the following is **TRUE AND CORRECT**

3. On **11MAR2021** JEFFREY CUTLER FILED A MAIL FRAUD COMPLAINT AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR CLAIMING THEY REFUSED A 321 PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909 1042 6153 86) at their DC Embassy (3505 International Place, NW) and after opening the document one week later (24FEB2021) claimed the document was REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED STATES GOVERNMENT of **POSTAGE** and follow the **LAWS** of the **UNITED STATES OF AMERICA**. This **PUTS** the **PEOPLES REPUBLIC OF CHINA** in **DEFAULT** for violating the LAWS of the UNITED STATES. Inside the document is a 193 page report that COVID-19 is **LAB DERIVED** and **JEFFREY CUTLER** was claiming **CHINA** has engaged in **Bio-Warfare** with the **WORLD** based on a previous actions with **HEPARIN** and pet food and that the testing supplies are tainted and may be spreading the disease in the United States. The media and political leaders have been **BRIBED** to go along with **MASKS** and distance are the **ONLY** cure when PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 and FLU that result in DEATH from pneumococcal disease and **Ivermectin** to treat the COVID-19 <ref> https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref>https://www.brennancenter.org/legal-work/corman-v-torres </ref> <ref>https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY".

4. Jeffrey Cutler commented "Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of

the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On page 42a of document #1850892 it states "Related Cases. Judge Sullivan is unaware of any related case involving substantially the same parties and the same or similar issues". Mr. Cutler had previously notified Mr. Flynn's lawyer about his case that directly mentions General Flynn by name as being a related party of government abuse of power. This makes the statement in the document PERJURY (18 USC § 1001), the same crime which General Flynn was FORCED to plead guilty to protect family members. Mr. Cutler filed in FEDERAL COURT CASE #20-5143 PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND CORRECT PERJURED STATEMENT MADE BY LAWYER FOR JUDGE EMMET G. SULLIVAN AND OBSTRUCTION OF JUSTICE, but NANCY DUNN DISCARDED THE DOCUMENT. The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore Police department. https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref> For Years there has been a KLU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and the Possible MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref> https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html </ref> <ref> https://redistricting.lls.edu/files/PA%20lcorman%2020180724%20brief.pdf </ref>
Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY"
Jeffrey Cutler on 20MAY2020 filed at 4:10 PM an IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL jurisdictions of the United States, based on the ruling in case # 4:20-cv-00081 in the United States District Court for the Eastern District of North Carolina on 16MAY2020 by Judge James C. Dever III. Mr. CUTLER filed AN IMMEDIATE INJUNCTION PENDING APPEAL THAT ENJOINS EVERY JURISDICTION OF THE UNITED STATES FROM SPECIFYING RESTRICTIONS ON HOW TO PRAY and 25AUG2020 AT 3:05 PM FILED PETITION FOR REHEARING EN-BANC AND SUMMARY AFFIRMATION. On 02SEP2020 for case #20-1449 the PETITION FOR REHEARING EN-BANC AND SUMMARY AFFIRMATION was put online even though it was filed 25AUG2020.EVERY PBS/NPR STATION IS VIOLATING (18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THE ABOVE STORY) JUST LIKE TOM WOLF IS GUILTY OF THE SAME CRIME FOR REDIRECTING 2.8 MILLION DOLLARS FROM THE CARES ACT FROM LEBANON COUNTY FOR MASK ADVERTISING!! <ref.> https://www.witf.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>

5. This violates "**IN KIND**" campaign contributions and Section 230 of the Communications Decent Act effectively shields *Google* (and all websites) from any repercussions of showing defamatory comments if they **DO NOT PARTICIPATE IN THE EDITS**!!

6. The parent company of youtube has been properly served as part of case 20-1805

7. Mr. Cutler filed a **312** page motion in case 1:21-cv-00445 Washington DC District court via mail and it is time stamped on **04MAR2021** and it is still **NOT ON THE DOCKET**.

8. Mr. Cutler filed a **347** page petition for **En Banc Appeal** in person in **Philadelphia** and it is time stamped **1:26 PM** on **17MAR2021** and it is still **NOT ON THE DOCKET**.

Respectfully submitted:

*Jeffrey Cutler*

By: _____ Date: 23 MAR 2021
P.O. Box 2806
York, PA 17405-2806
(215) 872-5715,
(717) 854-4718

Sworn to and subscribed before me this ___23rd___ day of March 2021.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lisa M. Schuhl, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Oct. 13, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

*Notary Public*

By: _____ Date: 3-23-21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| U.S. DOMINION, et al. | ) | |
| | ) | |
| Plaintiffs | ) | **CASE NO. 1:21-cv-00445** |
| | ) | |
| v. | ) | |
| | ) | |
| MY PILLOW INC., et al. | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants | ) | |
| | ) | |
| **JEFFREY CUTLER** | ) | |
| | ) | |
| Intervenor Defendant | ) | |
| | ) | |

## ERRATTA MOTION TO INTERVENE, AND INJUNCTIVE

## RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

## Destruction, alteration, or falsification of records), 15 U.S.C. §§

## 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR

## JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

PAGE 1 of 312

# United States Court of Appeals

2021 MAR 17 ₽ 1: 26

## for the Third Circuit

~~~-EDPA

### 20-1805

### JEFFREY CUTLER
Paintiff-Appellee

v.

### NANCY PELOSI, et al., IN HER OFFICIAL CAPACITY AS SPEAKER OF THE HOUSE OF REPRESENTATIVES
Defendants-Appellant

*Appeal from the Order/Judgment entered April 22, 2020 in the United States District Court for the Eastern District of Pennsylvania at No. 5:19-cv-00834 and Clerk's order of March 10, 2021.*

## PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18

## U.S. Code § 1519 - Destruction, alteration, or falsification of records),

## 15 U.S.C. §§ 78dd-1,MAIL FRAUD,EQUAL PROTECTION AND

## TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

## SUMMARY AFFIRMATION

### ORAL ARGUMENTS REQUESTED

PAGE 1 of 347

AFFIDAVIT 1:20-cv-00099  Page 7 of 8



FEB 12 2021
BY MAIL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

THE STATE OF MISSOURI, et al.          )
                                       )
            Plaintiff                  )        CASE NO. 1:20-cv-00099
                                       )
      **JEFFREY CUTLER**               )
                                       )
      Intervenor Plaintiff             ).
                                       )
            **v.**                     )
                                       )
THE PEOPLES REPUBLIC OF CHINA,         )
            et al.                     )
                                       )        JURY TRIAL REQUESTED
            Defendant                  )
                                       )

## MOTION TO INTERVENE, AND INJUNCTIVE RELIEF

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

## alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL

## FRAUD AND TO COMBINE CASES FOR JUDICIAL

## EFFICIENCY AND SUMMARY JUDGEMENT

please forward this about pelosi 📣 👍👍 🙏

**People for life and freedom**
to People ▾

Jan 10, 2021, 5:33 PM (7 hours ago)

LOOKS LEGIT BUT UNVERIFIED



Nancy Pelosi
Speaker of the House

August 27, 2020

Mr. Ted Wheeler
1221 SW 4th Ave
# 340
Portland, OR 97204

Dear Mr. Wheeler:

I have seen your response to the riots in your city and I am
urging you to stick to the proven Democratic Play book.
I would like to review this with you now:
1: Deny there is a Problem. (Press will support this)
2: Refer to everything as peaceful and calm, (Press will help here also)
3: When all hell breaks loose, go on camera and show your support
for anybody breaking the law. (Press will praise you for this,
you will be a new hero, trust me)
4: When you can no longer keep any order "BLAME TRUMP!"
( I cannot over emphasize #4, This has worked every time we have
used it and again the Press has told me they will support and
fact check any claim we make" THIS IS POLITICAL GOLD )
5: Go on Television and Condemn TRUMP and refuse any assistance!
We CANNOT give TRUMP any victory before the election!!!"

best wishes,

Nancy Pelosi

NANCY PELOSI
Speaker of the House

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

Harrisburg, PA – Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also annour the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

"We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency." Torres said. "The federal assistance could not come at a more opportune moment."

Pennsylvania's allocation of $13.5 million comes from Congress' recent appropriation of $380 million for election security ☑ under the Omnibus Appropriations Act of 2018. The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund these voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security a auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase voti systems that meet the department's certification requirements.

"We want to bring about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly a feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems." Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off public education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the Fa Show complex. The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the featur and options offered by the new machines. Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018. Information regarding the examination and certification process (PDF) can be found on the departme website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transi to the new systems.

In the meantime, Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of phys and cyber security, training and resources to counties and partners, and increasing communications at all levels.

MEDIA CONTACT:   Wanda Murren, 717-783-1621

In The

# United States Court of Appeals

# for the Third Circuit

2021 MAR 17 P 1: 26

'SOC-EDPA

## 20-1805

JEFFREY CUTLER
Paintiff-Appellee

v.

NANCY PELOSI, et al., IN HER OFFICIAL CAPACITY AS SPEAKER OF THE
HOUSE OF REPRESENTATIVES
Defendants-Appellant

*Appeal from the Order/Judgment entered April 22, 2020 in the United States District
Court for the Eastern District of Pennsylvania at No. 5:19-cv-00834 and Clerk's order of
March 10, 2021.*

## PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18

## U.S. Code § 1519 - Destruction, alteration, or falsification of records),

## 15 U.S.C. §§ 78dd-1,MAIL FRAUD,EQUAL PROTECTION AND

## TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

## SUMMARY AFFIRMATION

ORAL ARGUMENTS REQUESTED

Here comes Jeffrey Cutler, Paintiff-Appellee in this case and  responds to the Order of the Clerk to dismiss based failure to make payment.  Mr. Cutler notifies the court that the Order is grand conspiracy to attack the United States as an act treason and revenge and violates equal protection.  The demoNcratic party in connection with the Peoples Republic of China, news media, and others have engaged in an effort to engage in activities based on bribes and cheat every American citizen out of religious freedom. The clerks and judges in varied courts including New York, Washington DC, have acted in concert to destroy documents to conceal the greatest [[**Electoral fraud**]] in the history of the United States.  The order to **DISMISS** is **UNCONSTITUTIONAL** because it violates **EQUAL PROTECTION**, and a **CONTINUING CONSPIRACY**, which has been aimed at Mr. Cutler since he filed his first challenge to **OBAMACARE**, **31DEC2013** in case **1:13-cv-2066** when the clerks office on **25JUL2014 CONSPIRED TO IGNORE PROPER PAYMENT**, based on bribes and other illegal activity by clerks and judges in various courts, to conceal the **MURDER** of **Jonnathan Luna**, by members of the **KKK** or persons related to the organization.  The clerks office in this case **FAILED** to issue a warning **letter** and time to correct any defect, as required by law, and payment received by Steve Thomas. Mr. Cutler now petitions this court FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION.  The

clerk's office in Washington, DC hid or destroyed Mr. Cutler's Erratta Motion to

Intervene. The previous document sent to the the court on **01MAR2021** was **hacked**

by parties unknown and changed the case number from **1:21-cv-00445** to **1:20-cv-00445** in this document. This document replaces the 311 page document filed for case

**1:20-cv-00445**. On **13JAN2021 at 4:10 PM**, that latter date Mr. Cutler filed a 321

page document for case 20-1422 which contained **EXCULPATORY EVIDENCE**

**OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages

in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**. This

document is still not present on the docket, a federal crime. It is believed this is has

been based on **BRIBES** and **COLUSION** with funds from **CHINA** to hide an

international effort to engage in [[**Biological warfare**]] with a primary target being the

United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**. **DR.**

**FAUCCI**, **KRISTEN WELKER** and Persons of the **CDC** have **LIED** about an

Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19** and &

**Ivermectin** to treat it. <ref> https://nypost.com/2021/02/05/youtube-cancels-the-senate-and-other-commentary/

</ref><ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S

HUSBAND IS A MARKETING EXECUTIVE FOR **MERCK**. THE TESTING KITS

ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD

\<ref\> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm \</ref\>\<ref\>

https://www.nytimes.com/2008/03/06/health/06heparin.html \</ref\>\<ref\> https://www.latimes.com/archives/la-xpm-2008-mar-

20-na-fda20-story.html \</ref\>\<ref\> https://en.wikipedia.org/wiki/2007_pet_food_recalls \</ref\> \<ref\>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac \</ref\> **COVID-19** is **Biological**

**warfare** \<ref\>https://en.wikipedia.org/wiki/Biological_warfare \</ref\> **NOTE CHINA GONE**

**FROM LISTS AND PROGRAMMED TO BE EXCLUDED JUST LIKE VOTES**

**FOR TRUMP**.  It is believed that the testing components may be tainted and is the

real reason that so much propoganda has been placed on testing when vacinations for

to stop these deaths is cheaper and readily available.  A previous document in case 21-

40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and

**KLU KLUX KLAN**.  It also shows **BIAS** and **MALICIOUS** intent to violate

**EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC**

on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge

Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR.

CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION

UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO

RECORD ON THE DOCKET EVEN THOUGH **JOSH SHAPIRO** (a

Sonderkommando, elector for Joe Biden and the current **Attorney General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres dated **12APR2018** (the same day in 1945 Harry Truman was sworn in as President) that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision. The DOMINION VOTING SYTEMS ALSO FAIL TO HAVE A HARD COPY RECEIPT AVAILABLE.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should declare they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM, a 321 Page

**AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR**

**HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abisility of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[Susan Rice]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN

PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020

PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY

FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,

PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN FIFTH

CIRCUIT 21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS MURDERED.  PER **USCA** CASE **17-1770**

**JOE BIDEN** WAS PART OF A GROUP HELPING TO SMUGGLE STOLEN NAZI

ART INTO THE UNITED STATES AND BILL COSBY FOUND OUT. On

13JAN2021 JOSH SHAPIRO is named in part of a Petition [[En banc]] in the USCA

in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]]

dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67

is EVIDENCE OF COMPLAINT of [[Electoral fraud]] made to Office of Attorney

General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private

Criminal Complaint About Perjury and Obstruction of Justice made to Office of

Attorney General Josh Shapiro dated 20JUN2017, that concerns the MURDER of [[Jonathan Luna]] by the [[Ku Klux Klan]]. Also see [[Publican and the Pharisee]] and [[Parable of the Unjust Judge]]. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY"

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON. The office of the president responded to this by 21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open. Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States. In case #20-5143 DC USCA Nancy Dunn obstructed

documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler

had sent a 330 page document on 17JUL2020 but that document vanished, just like the

white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny

Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The

USPS tracking number 9510 8141 4908 0199 0615 60 is not reporting results.   The

lawyers in sending Mr. Cutler the letters by MAIL makes them all a  party to the

**CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**and **MAIL**

**FRAUD**, and the training agreement (**National Democratic Training Committee**) document

DEMOMSREATES THIS FACT.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY

AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM Jeffrey Cutler

filled a 194  Page AMENDED PETITION TO COMBINE CASES  FOR JUDICIAL

EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL

FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY

AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936 On 28OCT2020

at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC REVIEW of PETITION

TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18

U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER

CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY

DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE

TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filed a PETITION

TO COMBINE ADDITIONAL CASES BEFORE ENBANC REVIEW BECAUSE

OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records)  FOR JUDICIAL EFFICIENCY  in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY

AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON IN

PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078. Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181. Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in the UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref> https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler previously had filed copies of documents from case 19-11466 (Bankruptcy of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished, see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY. In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS. Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored. Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police). Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLEC**TOR in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE

on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the

right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015.

Mr. Cutler has filed in many cases and has caught persons obstructing justice like in

case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the

documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions.

Priority mail tracking number #9510 8066 2091  0225 1534 23.  A document sent to

the Supreme court on 30NOV2020 at 4:28 PM used Express Mail, tracking number

EJ5050342510S and vanished also, just like previous documents in federal court.  In

case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL

(EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

alteration, or falsification of records)  AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE

OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant. [[DACA

CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315

attached in the Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD

AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED

AS PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v.

THOMAS WOLF, et al.). Even though the document IN CASE 1:17-cv-05228 was

recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite

multiple claims by the clerks. Josh Shapiro (a **SONDERKOMMANDO**) is part of the

case in New York, and a MAIL FRAUD complaint has been submitted for his

previous actions and BASED ON A STORY ON PAGE B2 09DEC2020

PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD

BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE

59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**. Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact

MURDER of Jonthan Luna). In a previous case in Pennsylvania Judge Clarence C.

Newcomer ruled that the Democratic campaign of William G. Stinson had stolen the

election from Bruce S. Marks in North Philadelphia's Second Senatorial District

through an elaborate fraud in which hundreds of residents were encouraged to vote by

absentee ballot, a form of MAIL FRAUD. On many of the ballots, they used the

names of people who were living in Puerto Rico or serving time in prison, and in one

case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for **MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over

Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia.   On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Shaun Bridges a secrect service ageny  stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on

his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **935** cases and **9 deaths** in **TAIWAN** as of **10FEB2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19.  This is based on PREVIOUS actions by **CHINA**.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE**, also since it tries to limit prayer services in PA. , **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL**

**PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in direct support of Joe Biden's campaign focus <ref> https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment clause (case 14-5183) and 75 years since VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19

<ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON. The office of the president responded to this by 21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results.  The lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season.  Mr. Cutler's brother and

approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**.  Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events.   Mr. Cutler had proposed an option to have games played in every city.  As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging the news media (case 1:16-cv-06624) is just another crime concealed from the public.That case is included by reference and joined to this one.   The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it

is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id. at 562–63.  While the practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings are protected.  Mr. Cutler had previously been elected to Public Office as the TAX COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based on an Election in November 2013. and took the Oath of OFFICE prior to his first day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office.  <ref> https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm

would represent him based on contacts with the FBI or law enforcemnt.  The lancaster

county treasurer was apponted to replace Mr. Cutler in the collection of taxes and

never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-

county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html

</ref> No Prosection of the treasurer was ever instituted, a clear violation of

**EQUAL TREATMENT** On 20MAY2020.   Mr. Cutler won a motion for

reconsideration in the court based on EQUAL TREATMENT under the law in this

court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any

compensation as requested and the clerks removed one defendant from the case an

tampered with the document. Pennsylvania has previously had a number notorious

crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including

judges Mark Ciavarella & Michael Conahan) convicted of  federal crimes that

resulted in convictions.  Mr. Cutler filed for an  **IMMEDIATE INJUNCTION**

**PENDING APPEAL FOR ALL** juridictions of the United States, based on the

ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern

Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III.  Since

Governor Roy Cooper has made public statements that he does not intend to appeal,

this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For Summary

JUDGEMENT and to consolidte related cases of religious discrimination by the

government in case USCA 20-1805 on 14MAY2020 and the document and was not

put online until 20MAY2020.  The document filed by Brian L. Calistri on May 8,

2020 contains some perjured statements and since it was sent by mail constitues Mail

Fraud and Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the

murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons

in the governments (both federal and state) and also the murder of five children on

May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing

the bombs. Mr. Cutler had stated that he believed that the **MURDER of**

**JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed

with help of the **FBI**. The judge dismissed the case even though 5 parties defaulted

and were properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late

Thomas O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**. Mr. Cutler had made

a complaint by mail to the DA office in Lancaster County, Pennsylvania and York,

County Pennsylvania. Mr. Cutler had also filed a motion to intervene on 22SEP2019

in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named

**DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a response to

the motion filed in oppoition on 25SEP2019. Even though the document filed on

25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.

Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft

of approximtely half million dollars.  Mr.Cutler had filed objections to  limit the

power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING**

**activity** in the Commonwealth of Pennsylvania.  Mr. Cutler filed his first lawsuit on

31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-**

**02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-**

**5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  To this

end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania,

but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on

04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was

illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had

requested that district court case number  4:20-cv-0064 in the United States District

Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al.**

**v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United

States District Court for the Western  District of Michigan [**KIMBERLEY**

**BEEMER et al. v. GRETCHEN WHTMER et al.**] and case number  1:20-cv-

01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the

United States District Court for the District of MARYLAND, BALTIMORE

DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J.**

**HOGAN et al.**] are also cases that should be part of this consolidation.  All charges in

each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**. Judge Catherine C. Blake of Maryland had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on 01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr. Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in documents related to this case in federal court. <ref> https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020. Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties. Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional. The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref> the **BOEREMAG** was just another name for **KLU KLUX KLAN**. Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020** that use **WRIT OF EXECUTION** to **sieze property**. Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing. It is notable

that Wikipedia has **SCRUBBED Mike Du Toit** from their records (effectively trying

to rewrite history). Taiwan is about 100 miles from CHINA, yet has less than ten

deaths and 500 confirmed cases. In the Appeals for the Fifth Circuit the Order from

the United States Northern District of Texas dated January 16, 2020 denying

Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE

VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO

PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion

denying Plaintiff's motion of December 30, 2019.   The current order from that court

is in error since the USCA order of  December 18, 2019, remanded the case back to

District Court and for further disposition and was unopposed and is still unopposed.

Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was

illegally discarded. He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019. The office of the clerk decided

it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020,

(Document 00515289904  International Holocaust Remembrance Day), and it was

only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager**

that she was violating Mr. Cutler's civil rights.  It was put online January 29, 2020. A

violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review.  Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as document number 00515298284 on 04FEB2020, the same date it was filed in court.  In the case both **Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson** denied the petition.  This violated the United States Constitution Ammend 1 and 5.  It also also violates Mr. Cutler's rights under the Sixth Amendment of the Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a nine page correction to the document previously filed. When the document was downloaded from the federal pacer system it was devoid of any markings.  On 12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING ORDER OF RECONSIDERATION – ON 04MAR2020 FOR IMPROPER SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER  2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT. At that time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.  In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF

99) **NOW** was properly marked.  Based on this Mr. Cutler printed a second copy of

the document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-

5262, 03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both involve

related issues and the Supreme Court previously has indicated they will not consider

the case this term, even though oral arguments were already made.  This court had

allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey

Cutler, acting pro se, respectfully previously identified that the speaker of the house

of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER**

was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpectenly in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html
</ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge  the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it".  The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.  He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to Bribe, coerce or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the governments in the United States to discontinue religion in and in the State of Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the United States and the World, are all organized to take on the HOAX. This was previously called Agenda 21. As of 16MAR2020 Canada was still allowing flights from CHINA and those persons could be carrying hazardous bio material simply enter the United States from Canada. When Mr. Cutler was working for Merck as a contractor some individuals were caught stealing trade secrects by security at the West Point site. It has been known China has been effectively using live people for transplants for years. Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS. The closing of all CASINOS in the STATE is to get 100% of all gambling revenue, to have a total monopoly on all sources of payment organized for a complete **Klu Klux Klan** takeover. Jeffrey Smiles has told Jeffrey Cutler that the Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme court case # 19-8538 ), and there is a seven acre compound in Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile across from the courthouse. This all may have a connection of Joe Biden to China and the transfer of technology to them that has violated the world's civil rights, except Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of Tom Wolf, just like 2 different insurance companies failed to compensate Mr. Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a manner which results in a denial or abridgement of the right ... to vote on account of race," color, or language minority status. Based on the recent unsealed pleadings of Judge Domenick Demuro (press release 20-472) , voter fraud has been in Pennslvania a long time. The use of ABSENTEE ballots that are collected by individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud. Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr. Cutler also notifies this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based

on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with

COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because

the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.

Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen,

Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-

2% of all law enforcement in the United States may be members or share their views.

Also some elected Officials and persons in the military all branches. An 8 year old

was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry

Cosby should be vacated. George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data. Mr. Cutler was trying to fly to Philadelphia that

day from Chicago. My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons. Even in case, 1:20-cv-01130 that the document legally

filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECTED officials with the aid of News Outlets. Previous corruption in the United States based out of Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in Illinois during some of this time frame and the joke voting saying was **VOTE EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged, **SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye** is still awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi. China has been bribing CIA employees and others for

years. There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-
facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!! The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT. HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!! NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.ils.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>

complaint was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> who was found **DEAD** the same day

**GEORGE FLOYD** was MURDERED in 2020. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]] called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]]. On 20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD complaints are based on being an INVESTOR in both companies and the ANNUAL REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW !!<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case. The AMERICAN RESCUE PLAN has Dylann Roof

<ref> https://en.wikipedia.org/wiki/Dylann_Roof </ref> To GET $1400 REWARD FOR KILLING BLACK PEOPLE IN CHURCH AND ON 25MAY2017 BLACK Federal AUSA Beranton Whisenant was MURDERED and found on Hollywood Beach Florida <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> and the FBI covered it up, this 3 years before George Floyd MURDER. THE EQUIVALENT OF THE KKK IS WORLDWIDE. Meghan Markle is being attacked for two reasons, one because she is half black, two because she is half Jewish. she pointed out the media are the attackers. Jeffrey Cutler had stated she would be a better VP for Joe Biden on air (<ref> https://www.iheart.com/podcast/459-the-marc-scaringi-show-28240609/ </ref>, because she had no record, she had international exposure, and she is a real princess. covid-19 is bio-warfare and blacks die at twice the rate of white people because it works as designed. On 04MAR2021 at about 1:20 PM Jeffrey Cutler filed a 312 page ERRATTA MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case 1:21-cv-00445 (U.S. DOMINION, et al. v MY PILLOW, et al.) UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, as an INTERVENER DEFENDANT. On page 80 is screen print of

complaint of ELECTORAL FRAUD made 24DEC2020, on page 81 is the mail fraud complaint against JOSH SHAPIRO for making FALSE certification by mail. On page 82 is a PRIVATE CRIMINAL COMPLAINT DATED JUNE 20, 2017 to JOSH SHAPIRO. On page 83 is time stamped Order from Robert Torres (DATED 12APR2018) that REQUIRES ALL VOTING METHODS IN PA HAVE A HARD COPY RECEIPT AVAILABLE, BY THE END OF 2019. The DROP BOXES IN PA FAILED TO HAVE A HARD COPY RECEIPT AVAILABLE, AND THEREFORE ALL VOTES VIA DROP BOXES ILLEGAL. RUSH LIMBAUGH died on ASH Wednesday and the same day they tried to ERASE TRUMP from Atlantic City. On 12FEB2021 at 10:41 AM JEFFREY CUTLER filed a 321 page MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case 1:20-cv-00099 (THE STATE OF MISSOURI, et al. v THE PEOPLES REPUBLIC OF CHINA, et al.) for engaging in Bio-Warfare in COLLUSION with the DemoNcratic party. It contains a 193 page REPORT that SHOWS COVID-19 is LAB DERIVED (www.DrQuay.com) and they tested it on the SUBWAY in CHINA. Mr. Cutler claims that some of the testing kits are tainted and are being use purposely to infect people, and that is why the infection rate is so high IN THE UNITED STATES. Multiple Documents in Federal Court have **VANISHED**!! Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of ongoing criminal acts and conspiracy involved with this civil rights action and requests the court to notify the DOJ Office immediately, and any other criminal justice authorities the court deems necessary, to effect and insure the prompt investigation and prosecution of crimes involved with this case which includes mail Fraud (18 U.S. Code § 1341), the murder of a federal employee (18 U.S. Code § 1114), seditious conspiracy (18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code § 2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466 Philadelphia Accademic Health System and Title 18, Section 871. The civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New York. et al. v. DONALD J. TRUMP, et al.). The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted). The current election for president may be just like 2 Star Trek Episodes combined. <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series) </ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Judgement

and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be

recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner

<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in

**Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and Arizona.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate **ENBANC** review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious  POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK** _man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk, as well as the MURDER

OF MALCOLM X and the newly discovered documents of FBI involvement <ref>

https://www.cbsnews.com/video/deathbed-letter-from-former-officer-alleges-nypd-fbi-link-to-malcolm-x-assassination/ </ref>.

The cases number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**,

**18-3693**, **21-4001**  case number **20-5143** in the USCA  DC CIRCUIT SHOULD all

be  combined , **2:21-cv-00031** Northern District of Washington, plus this case

number  **1:21-cv-00445** ALL BE COMBINED  FOR JUDICIAL EFFICIENCY and

"**GOOD TROUBLE**" as  per John Lewis and stop **5171** years of persecution of

Jewish Individuals in the case of  1:20-cv-00099 UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF MISSOURI (THE STATE OF

MISSOURI, et al., JEFFREY CUTLER INTERVEENOR v. THE PEOPLES

REPUBLIC OF CHINA, et al.).  Not GETTING EXPOSED IN A LIE IS NOT THE

SAME AS TELLING THE TRUTH!!! THE DEATH of ASHLI  BABBITT  WAS

THE START OF KRISTALNAHT IN the U.S. <ref>

https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>". **YOU CAN DESTROY THE**

**EVIDENCE**, **BUT YOU CANNOT DESTROY THE TRUTH**.  At least Four

different federal courts have conspired to deny Mr. Cutler the right to Petition the

government for redress of grievances as part of the **FIRST AMENDMENT**, in conjunction with the media, elected and non-elected officials . Based on payments inside and outside the United States. **IMPEACHING ANYONE** should demand the **FULL ATTENTION OF THE COURTS AND THE CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the chief judge of the Supreme Court or a Judge of the Supreme court does not preside in his place then the entire activity is **FRAUD ON THE COURT**.  The Importation of NAZI war criminals via operation PAPER CLIP (especially Hans Kammler) is a STAIN on the United States. Previously, Rush had reported a NBC reporter stated that signing the CLIMATE CHANGE TREATY in the UNITED NATIONS, Hurricanes would END, this is **NEW KIND OF STUPID**.  Just because the Biden Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**.!

Respectfully submitted,

DATE:_____17MAR2021_____          _____/s/ Jeffrey Cutler_____

                                        Jeffrey Cutler, pro se
                                        215-872-5715 (phone)
                                        eltaxcollector@gmail.com
                                        P.O. Box 2806
                                        York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on MARCH 17, 2021, I filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia via United States Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .

____/s/ Jeffrey Cutler_____
      Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than # of pages allowed by ECF 17 USCA CASE 20-2936, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default Affirmation and for good cause shown, it is hereby ORDERED the Motion is GRANTED.    SO ORDERED.

[1] Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2] DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[3] BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[4] Order the SUMMARY JUDGEMENT against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[5] ORDER THE PEOPLES REPUBLIC OF CHINA PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[6] JERRY NADLER for stating that  "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[7] ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR MANUFACTURING EVIDENCE JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE.

[8] ORDER THAT RUDOLPH  GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR SLANDER BY DOMINION, SINCE THE BIG LIE IS THE TRUTH.

[9] ORDER THAT  MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[10] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[11] Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[12] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS, and ACCESSORY TO MURDER after te fact.

[13] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[14] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[15] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[16] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[17] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel,Judge Ashcroft, and Judge Catherine Blake  pay twice their daily salary each day to the innosense project , until they resign.

[18] Order the Peoples Republic of China as defaulted for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later.

[19] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[20] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[21] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[22] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[23] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[24] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[25] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police,

Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[26] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[27] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[28] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[29] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[30] Other remedies the court deems appropriate.

[31] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[32] Order Nancy Pelosi to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[33] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[34] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[35]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[36] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[37] Combine cases 5:21-cv-00299,20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and  1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586  from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Western District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously.

[38] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[39] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at  511Avenue N and Mr.

William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[40] Order that the American Rescue Plan Act of 2021 be declared UNCONSTITUTIONAL since it EXPRESSLY signals out aid to FARMERS that are BLACK and all funds sent be recovered from the People's Republic of China.

[41] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[42] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[43] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[44] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[45] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[46] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[47] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[48] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[49] Order CITIBANK pay one million dollars plus three times the amount they allowed to be stolen via fmail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrpgates such as Midland Credit Management of San Diego, CA,

[50] The constitution should be ammended to allow all citizens of voting age in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total prison population shall be added to the census for the country. No additional seats shall be added to the house.

[51] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country. No additional seats shall be added to the house.

[52] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[53] The intentional termination of life by any third party for money for all individuals from 84 months old after conseption

to 30 months old after conseption shall be considered a crime.

[54]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[55]  The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE DENIED because it should be an injunction pending Appeal.

[56]  Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[57]  Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[58]  Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[59]  Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[60]  All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[61]  Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars

[62]  Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[63]  Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr. Cutler.

[64]  Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of their NET WORTH.

[65]  A  law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[66]  Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[67]  Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[68]  Jeffrey A Dellinger be compensated at a minimum of  250,000 dollars for being directed he must goto church on Sunday

[69] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[70] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[71] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[72] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[73] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[74]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[75]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[76]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[77]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUlC0 </ref>

[78]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[79]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[80]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[81] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[82] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[83] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their

pension for 10 years.

[84] ALL PENALTIES THAT THE IRS HAS LEVIED AGAINST MARILYN CUTLER SHOULD BE VACATED because OF MAIL FRAUD.

[85] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[86] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[87] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[88] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[89] Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[90] Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[91] Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion)

[92] Order all charges against Donld Trump and associates be vacated for violating FRUIT OF THE PISONOUS TREE.

[93] Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-Warfare attack on the United States, and providing Aid and Comfort to the Enemy..

[94] Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[95] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* **in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-

2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019

and Declare that no jurisdiction of the United States can dictate the proper way to pray.


Dated: _____, 2021_____                    _____

                              BY THE COURT

# ADDENDUM

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1805

Jeffrey Cutler v. Speaker of the House of Repres, et al

(U.S. District Court No.: 5-19-cv-00834)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    March 10, 2021
JK/cc:    Ms. Kate Barkman,
All Counsel of Record
Jeffrey Cutler

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5183

September Term, 2013

1:13-cv-02066-CKK

Filed On: July 30, 2014 [1505175]

Jeffrey Cutler,

     Appellant

  v.

United States Department of Health and
Human Services, et al.,

     Appellees

### O R D E R

Because the docketing fee in this case has not been paid, it is

ORDERED, on the court's own motion, that by August 29, 2014, appellant either pay the $505 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a). See Enclosure. In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

          FOR THE COURT:
          Mark J. Langer, Clerk

BY:   /s/
        Lynda M. Flippin
        Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG 11 2014

RECEIVED

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   AUG 11 2014

CLERK

**JEFFREY CUTLER**              )
*Plaintiff/Appellant*          )
                               )
-v.-                           )
                               )
**United States Department of Health and** )
**Human Services et al.,**     )
*Defendants/Appellees*         )
                               )

14-5183
~~14-5153~~   de 11 Aug 2014

1:13-cv-02066 (CKK)

Page 1 of 6

Filed: 08/11/2014

Document #1507128

USCA Case #14-5183

# MOTION FOR LEAVE TO PROCEED
# ON APPEAL

I Jeffrey Cutler declare that I am the appellant in the above-entitled proceeding. In support

of this motion to proceed on appeal, and have already paid the $ 505.00 fee.

Therefor, I state that because of United States Government Error the fee has already been paid, but not

properly recorded.  My affidavit or sworn statement is attached along with a copy of the cash receipt

provided by the clerk's office.  I believe I am entitled to relief.

The issues that I desire to present on appeal/review are as follows:

1. The Department of Justice "knowingly and willfully" made FALSE claims to the court in violation of

   Section 1001 of Federal Law, by claiming that the statement by the president "If YOU LIKE YOUR

   PLAN YOU CAN KEEP YOUR PLAN UNTIL October 1, 2016" WAS ALLEGED AND VAGUE

   (Document 15 Case 1:13-cv-2066)

2. The law as presently configured VIOLATES THE FOURTEENTH AMENDMENT OF THE

   CONSTITUTION  by providing unequal protection to persons of different states, based on changes

   made 6March2014 (see document 17).  I have standing since I liked my plan, it allowed me to choose

   the doctor to save my life, and I had prepaid for part of 2014.  This is valid standing just being a

   resident of PA.

USCA Case #14-5183    Document #1507128    Filed: 08/11/2014    Page 2 of 6

3. Standing should also be based on the Pennsylvania Constitution requiring elected officials to "Defend The Constitution", even though by Federal law tradition elected officials have only limited standing. Since there is no prohibition in the constitution of elected officials filing challenges, state law should take precedent.

4. The law as configured and as passed favors "one religion over other religion" in violation of the FIRST AMENDMENT OF THE CONSTITUTION, the 1947 SUPREME COURT decision "EVERSON v Board of Education" and gives the power to select the Government Approved Religion to the IRS.

5. The law as configured and as passed EMPOWERS THE IRS TO CERTIFY SOMEONE IS PART OF an EXEMPT RELIGION or SECT. This involves the IRS CREATING RULES AND PROCEDURES TO SPECIFY HOW TO PRACTICE YOUR RELIGION. Although the penalties are well spelled out, the IRS has already shown they will set and change regulations as they have felt appropriate to comply with policies and politics.

DATED: August 11, 2014.

Respectfully submitted,

Jeffrey Cutler

P.O. Box 2806

York, PA 17405

Telephone: (215) 872-5715

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    AUG 11 2014

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT    CLERK

| | |
|---|---|
| **JEFFREY CUTLER** <br> *Plaintiff/Appellant* <br><br> **-v.-** <br><br> **United States Department of Health and** <br> **Human Services et al.,** <br> *Defendants/Appellees* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

14-5183
14-5153  fc 11 Aug 2014

1:13-cv-02066 (CKK)

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL

### Affidavit in Support of Motion

I swear under penalty of Perjury that the fee has already been paid, and I saw the clerk attach the white copy of the receipt # 4616064890 to my "Notice of Appeal" to case 1:13-cv-2066.

DATED:  August 11, 2014.

Respectfully submitted,

Jeffrey Cutler

P.O. Box 2806

York, PA  17405

Telephone:  (215) 872-5715

Page 3 of 5

RECEIV

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUL 2 5 2

Clerk, U.S. District & E
Courts for the District o

**Jeffrey Cutler,**                              ) *No.: 1:13-cv-2066*
                                                 )
                    **Plaintiff,**               )
                                                 )*The Honorable COLLEEN KOLLAR-KOTE*
            **v.**                               )
                                                 )
**UNITED STATES DEPARTMENT OF HEALTH**           )
**AND HUMAN SERVICES, et al.**                   )
                    *Defendants*                 )

*NOTICE OF APPEAL*

Notice is hereby given that Jeffrey Cutler, Plaintiff in this matter, hereby appeals  to the

United States Court of Appeals    for the District of Columbia Order of the United States

District Court for the District of Columbia dated June 25, 2014 denying Plaintiff's  Motion for

Partial Summary Judgment, Plaintiff's renewed Motion for Partial Summary Judgment and

granting Defendants' Motion to Dismiss.

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616064890
Cashier ID: lfizer
Transaction Date: 07/25/2014
Payer Name: NEW CASE
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: NEW CASE
 Amount:        $505.00
-----------------------------------
CASH
 Amt Tendered:  $510.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $510.00
Change Amt:       $5.90

13-2066

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```

Respectfully submitted:

*Jeffrey Cutler*

By:

P.O. Box 2806
York, PA 17405-2806
(215) 872-5715

# MOTION FOR CERTIFICATE OF SERVICE

I hereby request that the filing of this motion on August 11, 2014, will cause a true and correct copy of the foregoing notice to be filed electronically with this court through its CM/ECF filing system, and it be accepted as CERTIFICATE OF SERVICE. The government Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's CM/ECF system, and such notice constitutes proper service. Parties may access this filing through the CM/ECF system. All parties involved in this proceeding are part of the CM/ECF system except me.

DATED:  August 11, 2014.

Respectfully submitted,

Jeffrey Cutler

P.O. Box 2806

York, PA  17405

Telephone:  (215) 872-5715

USCA Case #14-5183    · Document #1507128    Filed: 08/11/2014    Page 5 of 6

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. $14 \cdot 5183$
(To be supplied by the Clerk)

## NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

## NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

## NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

___

The plaintiff, defendant or counsel must complete the following:

I.  RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e=s) below.]

|   |     |                                                          |
|---|-----|----------------------------------------------------------|
| [ ] | (a) | relates to common property                               |
| [X] | (b) | involves common issues of fact                           |
| [X] | (c) | grows out of the same event or transaction               |
| [ ] | (d) | involves the validity or infringement of the same patent |
| [ ] | (e) | is filed by the same pro se litigant                     |

2.  RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

State of WV ex rel. Patrick Morisey    v.    United States Department of HHS, et al.    C.A. No. _____

1:14-cv-01287

11Aug2014
DATE

Signature of Plaintiff /Defendant (or counsel)

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5183

September Term, 2013

1:13-cv-02066-CKK

Filed On: August 12, 2014 [1507129]

Jeffrey Cutler,

        Appellant

    v.

United States Department of Health and
Human Services, et al.,

        Appellees

## O R D E R

        Upon consideration of the motion to appeal in forma pauperis, which was received from appellant, it is, on the court's own motion,

        ORDERED that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

        FURTHER ORDERED that this case be held in abeyance pending further order of the court.

        The Clerk is directed to transmit this order and the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
      Ken R. Meadows
      Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis