# UNITED STATES COURT OF APPEALS

## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Jeffrey Cutler

**v.**

U.S. Dep't of Health & Human Services

**Case No:** 14-5183

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

⦿ Appellant(s)/Petitioner(s)    ○ Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

Jeffrey Cutler

Names of Parties                                        Names of Parties

### Counsel Information

Lead Counsel: Robert Joseph Muise

Direct Phone: ( 734 ) 635-3756  Fax: ( 801 ) 760-3901   Email: rmuise@americanfreedomlawcenter.org

2nd Counsel: David Yerushalmi

Direct Phone: ( 646 ) 262-0500  Fax: ( 801 ) 760-3901   Email: dyerushalmi@americanfreedomlawcenter.org

3rd Counsel:

Direct Phone: (   )            Fax: (   )            Email:

Firm Name: American Freedom Law Center

Firm Address: PO Box 131098, Ann Arbor, MI 48113

Firm Phone: ( 734 ) 635-3756  Fax: ( 801 ) 760-3901  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the participants in this case are registered CM/ECF users.

AMERICAN FREEDOM LAW CENTER

/s/ *Robert J. Muise*
Robert J. Muise, Esq.

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

**Harrisburg, PA** — Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also announ the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

'We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency.' Torres said. 'The federal assistance could not come at a more opportune moment.'

Pennsylvania's allocation of $13.5 million comes from Congress' recent appropriation of $380 million for election security ☑ under the Omnibus Appropriations Act of 2018. The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund these voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security a auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase voti systems that meet the department's certification requirements.

'We want to bring about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly a feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems.' Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off public education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the Fa Show complex. The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the featur and options offered by the new machines. Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018. Information regarding the examination and certification process (PDF) can be found on the departme website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transi to the new systems.

In the meantime, Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of phys and cyber security, training and resources to counties and partners, and increasing communications at all levels.

**MEDIA CONTACT:** Wanda Murren, 717-783-1621

please forward this about pelosi

**People for life and freedom**
to People ▾

Jan 10, 2021, 5:33 PM (7 hours ago)

LOOKS LEGIT BUT UNVERIFIED



Nancy Pelosi
Speaker of the House

August 27, 2020

Mr. Ted Wheeler
1221 SW 4th Ave
# 340
Portland, OR 97204

Dear Mr. Wheeler

I have seen your response to the riots in your city and I am urging you to stick to the proven Democratic Play book.
I would like to review this with you now:

1- Deny there is a Problem, (Press will support this)
2- Refer to everything as peaceful and calm. (Press will help here also)
3- When all hell breaks loose, go on camera and show your support for anybody breaking the law. (Press will praise you for this, you will be a new hero, trust me)
4- When you can no longer keep any order "BLAME TRUMP" (I cannot over emphasize #4. This has worked every time we have used it and again the Press has told me they will support and fact check any claim we make" THIS IS POLITICAL GOLD.)
5- Go on Television and Condemn TRUMP and refuse any assistance. We CANNOT give TRUMP any victory before the election""

best wishes,

Nancy Pelosi

NANCY PELOSI
Speaker of the House

# JOSH SHAPIRO
ATTORNEY GENERAL

Home > Contact Us

# Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us. Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

**Name** *

| JEFFREY | CUTLER |
| First | Last |

**Email** *

| eltaxcollector@gmail.com | eltaxcollector@gmail.com |
| Enter Email | Confirm Email |

**Phone Number**

(717) 854-4718

**Questions Concerning** *

Complaint Against OAG Emp

**Questions** *

PAGE 9 OF THE LINK BELOW IS TIME STAMPED PROOF OF
ELECTORAL FRAUD, ORIGINALLY FILED IN FEDERAL COURT
20OCT2020 PAGE 169 OF CASE 20-2936!<ref>
https://www.expertlistener.com/recup/gov.uscourts.pamd.127057
/gov.uscourts.pamd.127057.18.0.pdf <ref> THE DROP BOXES
IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT
HAD TO BE AVAILABLE FOR ALL VOTING METHODS. ALL
VOTES VIA DROP BOXES ILLEGAL AND COVERED UP BY
FEDERAL COURT CLERKS, JUDGES, MEDIA
COVID-19 IS <ref>https://en.wikipedia.org
/wiki/Biological_warfare </ref> NOTE CHINA GONE FROM LISTS
THE TESTING KITS ARE TAINTED AND HELPING TO INFECT
PEOPLE AROUND THE WORLD <ref>https://www.gov.info.gov
/content/pkg/CHRG-110chrg53183/html/CHRG-
110chrg53183.htm </ref><ref> https://www.nytimes.com
/2000/03/04/health/04heparin.html </ref><ref>
https://www.latimes.com/archives/la-xpm-2000-mar-20-na-
fda20-story.html </ref><ref> https://en.wikipedia.org
/wiki/2007_pet_food_recalls </ref><ref>https://www.latimes.com
/business/story/2019-09-18/cardinogin-scam-tainted-
zantac</ref>

DR FAUCCI, KRISTEN WELKER and Persons of the CDC have
LIED about an Approved Vaccine to Stop COMPLICATIONS from
the FLU & COVID-19 <ref>https://www.futuremedicine.com
/doi/10.2217/fca-2020-0082<ref>. They are called
PNEUMOVAX23 and Prevnar13 which are the PRIME
COMPLICATION TO THE COVID-19 that result in DEATH from
pneumococcal disease <ref> https://www.diabetes.org/diabetes
/medication-management/flu-and-pneumonia-shots<ref>.
KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE
FOR MERCK. On 21DEC2020 Jeffrey Cutler filed a167 page
AMENDED PETITION FOR REHEARING ENBANC AND
INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519
- Destruction, alteration, or falsification of records) & MAIL
FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY
AND SUMMARY AFFIRMATION in USCA case 20-1422 at 2:38
PM. The PREVIOUS document from 14DEC2020 that Jeffrey
Cutler filed a118 page PETITION FOR REHEARING ENBANC
AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code §
1519 - Destruction, alteration, or falsification of records) & MAIL
FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY
AND SUMMARY AFFIRMATION never made it to the docket. On
23DEC2020 Jeffrey Cutler called the CLERK at the USCA and
complained the document is not on the DOCKET the CLERK
HUNG UP THE PHONE!! On page 137 is a copy of the letter sent
to Josh Shapiro on 20JUN2017. On page 122 is a Mail Fraud
Complaint against Josh Shapiro. On page 121 is Josh's Press
Release on DACA. Mr. Shapiro is called a Sonderkommando
twice in the petition of 23DEC2020.
<ref> https://en.wikipedia.org/wiki/Samuel_Wilenberg <ref>

**Are you a robot?**

I'm not a robot



Submit

---

# Contact Resources

Event requests for the
Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

717-787-3391

Regional Office

Fax:
717-787-8242

Main Office Line:
717-787-3391

Press Office:
717-787-5211

Helplines:
Child Predator –
800-385-1044

Drug Tip Line –
800-442-8006

Senior Protection –
866-623-2137

Consumer Protection-
800-441-2555

Public Engagement –
800-525-7642

Health Care –
877-888-4877

Do Not Call –
888-777-3406

Military and Veterans Affairs –
717-783-1944

Home Improvement Consumer –
888-520-6680

Home Improvement Contractor –
717-772-2425

CHRIA/Regulatory Compliance –
316-937-1375

---

# JOSH SHAPIRO
ATTORNEY GENERAL

Home > Contact Us

# Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us. Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

Thank you for contacting the Office of Attorney General. Your information is being reviewed. SUBMITTED 24DEC2020 07:50 AM

# Contact Resources

Event requests for the
Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

717-787-3391

Regional Office

Fax:
717-787-8242

**Mail Fraud Complaint**

**Your Information**

Company Name:
* First Name: JEFFREY
* Address: P.O. BOX 2806
* City: YORK
* State: Pennsylvania
* ZIP Code: 17405-2806
* Country: UNITED STATES
Cell Phone: (215) 872-5715
Home Phone: (717) 854-4718
Email Address: eltaxcollector@gmail.com
Age Range: 55 or older
Are you a Veteran?: ○Yes ○No

* Last Name: CUTLER

Work Phone: (717) 854-4718
Fax:

**Complaint Filed Against**

Company Name: WALTH OF PENNSYLVANIA
First Name: JOSH                    Last Name: SHAPPIRO
Address: 16TH FLOOR STRAWBERRY SQUARE
City: HARRISBURG
State: Pennsylvania
ZIP Code: 17120
Country: UNITED STATES
Cell Phone:                          Work Phone: (717) 787-5211
Home Phone:                          Fax: (717) 787-8242
Email Address: press@attorneygeneral.gov
Website Address: www.attorneygeneral.gov

**How Were You Contacted?**

How were you contacted? US Mail
On what date were you contacted?
Do you have the envelope it was mailed in? ○Yes ●No

**How Did You Respond to This Offer?**

How did you respond to this offer? Other
Other: FILED COMPLANT CCF41
Response Mailed to a Different Address? ●Yes ○No
Company Name: ER, BYLER & THOMAS, P.C
First Name: SUSAN              Last Name: PEPPER
Address: 29 Penn Square
City: Lancaster
State: Pennsylvania
ZIP Code: 17603
Country: UNITED STATES
Do you have a Tracking Number? ○Yes ●No
What did you receive?: A DENIAL BASED ON BRIBES, PERJURY, AND KKK MEMBERSHIP
How did it differ from what you expected?: EXPECTED JUSTICE AND A JURY TRIAL
How much did the company ask you to pay ($)? 990,000.00
Do you have the item? ○Yes ●No
How was it delivered? US Mail
Did you contact the company or person about the complaint? ●Yes ○No
Date Last Contacted Company or Person: 13/08/2020

**Did You Lose Money?**

Lose Money: ●Yes ○No
Payment Type: Money Transfer Service
Payment Amount(S): 990,000.00
Payment Date: 61/03/2017
Money Transfer Service Type: Other
Other: IY BY VP AT FULTON BANK
Money Transfer Number:
Money Payout Address:
City: LANCASTER
State: Pennsylvania
ZIP Code: 17603
Country: UNITED STATES

**Type of Mail Fraud Complaint**

Scheme Category: Fiduciary
Scheme Type: Bribery/Kickbacks/Embezzlements

**Additional Information**

BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA INQIRER, AG SHAPRO IS GUILTY OF MAIL FRAUD BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 PAGE MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT FILED 07DEC2020 IN CASE 1:17-cv-05228 NEW YORK EASTERN DISTRICT WHICH WAS BOVD (EJ50503302 1US) 08DEC2020 FILED BY JEFFREY CUTLER AS A Intervenor Defendant (NEW YORK STATE v DONAL D.J. TRUMP). PAGE 9 OF THE LINK BELOW IS TIME STAMPED PROOF OF ELECTORAL FRAUD, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936fl<ref> https://www.courtslistener.com/recao /gov/uscourts.pamd.127057 /gov/uscourts.pamd.127057.181.0.pdf <ref>. THIS IS ALSO A CONSPIRACY TO COMMIT MAIL FRAUD(



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
**U.S. POSTAL INSPECTION SERVICE**

Mail Fraud Complaint form submitted successfully.    SUBMITTED 13DEC2020 2:00 PM

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



**UNITED STATES COURT OF APPEALS**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 2, 2020

David H. Clark
Price Benowitz
1617 John F. Kennedy Boulevard
20th Floor, Unit 2010
Philadelphia, PA 19103

RE: USA v. Joseph Johnson, Jr.
Case Number: 20-1449
District Court Case Number: 2-19-cr-00367-001

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

Enclosed please find case opening information regarding the above-captioned appeal by **Joseph R. Johnson** docketed at No. **20-1449**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

Payment of fees is required upon filing a Notice of Appeal from a District Court decision unless you are exempt by order of the Court. All fees are to be paid to the District Court. The following fees are currently unpaid:

*$5.00 District Court filing fee*
*$500.00 Court of Appeals docket fee*

**Both fees must be paid within fourteen (14) days of the date of this letter.**

**Counsel for Appellant**

Counsel is required to continue on appeal unless relieved by order of this Court. 3rd Cir. LAR Misc. 109.1.

As Counsel for Appellant(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Criminal Appeal Information Statement;and
4. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** from the date of this letter.

**Counsel for Appellee**
As Counsel for Appellee(s), you must file:
1. Appearance Form
This form must be filed within **fourteen (14) days** from the date of this letter.

Failure of counsel to comply with any of these requirements by the deadline may result in the imposition of sanctions by the Court. 3rd Cir. LAR Misc. 107.2.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk

By: James King
Case Manager
267-299-4958

cc:     Linwood C. Wright Jr.

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



**Theodore Roosevelt Federal Courthouse**
Pro Se Office
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2665

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000
Pro Se: (631) 712-6060

Date: December 14, 2020

Dear *pro se* litigant: Jeffrey Cutler

The enclosed __papers__ is/are being returned without docketing or consideration for the following reason(s):

( ) The docket number and/or judges' initials are incorrect or missing.

( ) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( ) These papers appear to be intended for another court or agency.

( ) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( ) Your papers do not meet the minimum requirements for:
    ( ) Legibility: please type or print clearly.
    ( ) Language: only English is acceptable.
    ( ) Form or Content: See forms/instructions enclosed.
    ( ) Please indicate the documents you served on your affirmation of service.
    ( ) Other:

( ) This Court will only accept papers on 8 1/2 by 11 paper.
( ) Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( ) Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square
    New York, NY 10007

( ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

( ) Criminal complaints are filed in federal court by a law enforcement agency, not by private individuals.

(✓) Other:  You are not a party to case 17-cv-5228(NGG)(VMS).

Sincerely, Pro Se Office
(718) 613-2665



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S. DOMINION, et al.                )
                                     )
        Plaintiffs                   )     **CASE NO. 1:20-cv-00445**
                                     )
                                     )
            v.                       )
                                     )
MY PILLOW INC., et al.               )
                                     )     JURY TRIAL REQUESTED
        Defendants                   )
                                     )
    **JEFFREY CUTLER**               )
                                     )
    Intervenor Defendant             )
                                     )

## MOTION TO INTERVENE, AND INJUNCTIVE RELIEF

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

## alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL

## FRAUD AND TO COMBINE CASES FOR JUDICIAL

## EFFICIENCY AND SUMMARY JUDGEMENT



**1:21-cv-00445-CJN** US DOMINION, INC. et al v. MY PILLOW, INC. et al
Carl J. Nichols, presiding
**Date filed:** 02/22/2021
**Date of last filing:** 03/09/2021

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 13 | *Filed:* *Entered:* | 03/09/2021 03/10/2021 | Leave to File Denied |
| 11 | *Filed & Entered:* | 03/08/2021 | Order |
| 12 | *Filed:* *Entered:* | 03/08/2021 03/09/2021 | Leave to File Denied |
| 10 | *Filed & Entered:* | 03/04/2021 | Waiver of Service |
|  | *Filed & Entered:* | 02/22/2021 | Notice of QC- New Case |
|  | *Filed & Entered:* | 02/22/2021 | Case Assigned/Reassigned |
|  | *Filed & Entered:* | 02/22/2021 | Summons Not Issued |
| 1 | *Filed & Entered:* | 02/22/2021 | Complaint |
| 2 | *Filed & Entered:* | 02/22/2021 | Notice (Other) |
| 3 | *Filed & Entered:* | 02/22/2021 | Notice of Appearance |
| 4 | *Filed & Entered:* | 02/22/2021 | Notice of Appearance |
| 5 | *Filed & Entered:* | 02/22/2021 | Notice of Related Case |
| 6 | *Filed & Entered:* | 02/22/2021 | Notice of Related Case |
| 7 | *Filed & Entered:* | 02/22/2021 | LCvR 26.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 8 | *Filed & Entered:* | 02/22/2021 | Request for Summons to Issue |
| 9 | *Filed & Entered:* | 02/22/2021 | Summons Issued Electronically |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/16/2021 21:29:26 | | | |
| PACER Login: | jk6550 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 1:21-cv-00445-CJN |
| Billable Pages: | 1 | Cost: | 0.10 |

**1:21-cv-000445 DOMINION, et al. v. MY PILLOW, et al.**

Tracking Number: EJ545775115US

**Scheduled Delivery by**                    **Status**

**THURSDAY**                                  ✅ **Delivered**

**4** MARCH 2021ⓘ    by    **12:00pm** ⓘ

March 4, 2021 at 1:20 pm
Delivered
WASHINGTON, DC 20001

Get Updates ∨

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S. DOMINION, et al.    )
                         )
         Plaintiffs      )    **CASE NO. 1:21-cv-00445**
                         )
                         )
            **v.**       )
                         )
MY PILLOW INC., et al.   )
                         )    JURY TRIAL REQUESTED
      Defendants         )
                         )
**JEFFREY CUTLER**       )
                         )
Intervenor Defendant     )
                         )

# ERRATTA MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

Here comes Jeffrey Cutler, Defendant-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files **THIS MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT**, to correct for new crimes and **OBSTRUCTION of JUSTICE** recently discovered  The previous document sent to the this court on **01MAR2021** was **hacked** by parties unknown and changed the case number from **1:21-cv-00445** to **1:20-cv-00445** in this document. This document replaces the 311 page document filed for case **1:20-cv-00445**. On **13JAN2021 at 4:10 PM**,  that latter date Mr. Cutler filed a 321 page document for case 20-1422 which contained **EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is believed this is has been based on **BRIBES** and **COLUSION** with funds from **CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the **CDC** have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19**  and & **Ivermectin** to treat it.

<ref> https://nypost.com/2021/02/05/youtube-cancels-the-senate-and-other-commentary/ </ref><ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR **MERCK**. THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref> https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19** is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED JUST LIKE VOTES FOR TRUMP**. It is believed that the testing components may be tainted and is the real reason that so much propoganda has been placed on testing when vacinations for to stop these deaths is cheaper and readily available. A previous document in case 21-40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**. It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5**. Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on **14AUG2015** for case **14-5183** , and **ORDER**

does not **EXPIRE**.  Mr. Cutler was granted the **RIGHT** to protect the

**ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first

ammendment right to **PETTION THE COURT FOR REDRESS OF**

**GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge Nicholas G. Garaufis

(Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF

THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND

HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET

EVEN THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and

the current **Attorney General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is

being denied **MEDICARE** part **B** coverage while the order in this case grants that

coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the

president **OBAMA** **publically** stated the program was **ILLEGAL**.  These persons are

being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66

years old and second generation American and **JEWISH**, eligable to be President or

**Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of

the order from Mr. Torres  dated **12APR2018** (the same day in 1945 Harry Truman

was sworn in as President) that all voting methods must have a **HARD COPY**

**RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL

GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP**

**BOXES** that failed to have this provision.  The DOMINION VOTING SYTEMS

ALSO FAIL TO HAVE A HARD COPY RECEIPT AVAILABLE.  Mr. Cutler had

stated these ballots violated the states **OWN** order, and a judge should declare they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL** **EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated. On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abillity of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[Susan Rice]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a

spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated."  On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936, PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS MURDERED.  PER **USCA** CASE **17-1770**
**JOE BIDEN** WAS PART OF A GROUP HELPING TO SMUGGLE STOLEN
NAZI ART INTO THE UNITED STATES AND BILL COSBY FOUND OUT. On
13JAN2021 JOSH SHAPIRO is named in part of a Petition [[En banc]] in the USCA
in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]]
dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67
is EVIDENCE OF COMPLAINT of [[Electoral fraud]] made to Office of Attorney
General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private
Criminal Complaint About Perjury and Obstruction of Justice made to Office of
Attorney General Josh Shapiro dated 20JUN2017, that concerns the MURDER of
[[Jonathan Luna]] by the [[Ku Klux Klan]]. Also see [[Publican and the Pharisee]]
and [[Parable of the Unjust Judge]].  Watch https://www.youtube.com/watch?v=mgCle8F_zUk for
more information and read comments sorted newest first. Also see <ref>
https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/
</ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref>
https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>
https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official
Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the
actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted
effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY"

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING

APPEAL was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov

</ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**and **MAIL FRAUD**, and the training agreement (**National Democratic**

**Training Committee**) document DEMOMSREATES THIS FACT.  On 30SEP2020 at

12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571  Page PETITION

TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES

(18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER

CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936. On

15OCT2020 at 12:42 PM Jeffrey Cutler filed a 194  Page AMENDED PETITION

TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES

(18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER

CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA

CASE 20-2936 On 28OCT2020 at 1:38 PM Jeffrey Cutler filed a PETITION FOR

ENBANC REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL

EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL

FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY

AFFIRMATION AND PEREMTORY DISQUALIFICATION OF ALL JUDGES OF

THE THIRD CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56

PM Jeffrey Cutler filed a PETITION TO COMBINE ADDITIONAL CASES

BEFORE  ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S.

Code § 1519 - Destruction, alteration, or falsification of records)  FOR JUDICIAL

EFFICIENCY  in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078. Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181. Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL. Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

 https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE

17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART

FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM

VANISHED IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020. Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER

VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished, see pages

23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY. In fact he had talked to 2 of the bidders

for the Hospital that wanted to KEEP IT OPEN as a running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS. Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored. Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police). Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days,** <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]]. Mr. Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC). Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions. Priority mail tracking number #9510 8066 2091  0225 1534 23. A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS WOLF, et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in New York,  and a MAIL FRAUD complaint has been submitted for his previous actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the **ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also **AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge Clarence C. Newcomer ruled that the Democratic campaign of William G. Stinson had stolen the election from Bruce S. Marks in North Philadelphia's Second Senatorial District through an elaborate fraud in which hundreds of residents were encouraged to vote by absentee ballot, a form of <u>MAIL FRAUD</u>.  On many of the ballots, they used the names of people who were living in Puerto Rico or serving time in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for **MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making

**PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available.  This would set a standard for **CHINA** to attack the United States even further.  The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**.  This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).

Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. Shaun Bridges a secrect service ageny stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**. Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China.  Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER, J&J** etc. GMP training and the only **935** cases and **9 deaths** in **TAIWAN** as of **10FEB2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19. This is based on PREVIOUS actions by **CHINA**.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>
<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>
<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>
<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current

non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States. Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE**, also since it tries to limit prayer services in PA. , **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in direct support of Joe Biden's campaign focus <ref> https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment clause (case 14-5183) and 75 years since VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to this by 21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  \<ref\> prosefilings@cadc.uscourts.gov \</ref\>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by  **MAIL** makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.  Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE**.   Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.  As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS**

**A CRIMINAL MATTER. The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna). The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and

Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one. The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63. While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected. Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**. In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office. <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt. The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020. Mr. Cutler won a motion for reconsideration in the court based

on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740

06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document.

Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella &

Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr.

Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR**

**ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081**

in the United States District Court for the Eastern Ditrict of North Carolina on

16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law.  Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May

13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the

bombs.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN**

**LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the

**FBI**.  The judge dismissed the case even though 5 parties defaulted and were

properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5)

which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a

response to the motion filed in oppoition on 25SEP2019.  Even though the document

filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF**

**GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who

pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed

objections to  limit the power of the Tom Wolf to classify that religion as a **NOT** a

**LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-0064 in the United States District Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United States District Court for the Western District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the United States District Court for the District of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this consolidation.  All charges in each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge Catherine C. Blake of Maryland had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on 01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr. Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties.  Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on **07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in New York white police officers were beating a BLACK MAN for failing to practice social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing.  It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019.   The current order from that court is in error since the USCA order of  December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was illegally discarded.  He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019.  The office of the clerk decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904  International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review.  Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as document number 00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition. This violated the United States Constitution Ammend 1 and 5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made.  This

court had allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER** was a  **Suicide**.  **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpectenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also **MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it". The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**. He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case number 2:17-cv-00984 page 10. Since the individual mandate of the Affordable Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson. His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF 100-103) a significant crime (18 USC § 1001). The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike. (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.) Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK, BAXTER and others. Mr. Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site. It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to Bribe, coerce or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the

governments in the United States to discontinue religion in and in the State of Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the United States and the World, are all organized to take on the HOAX. This was previously called Agenda 21. As of 16MAR2020 Canada was still allowing flights from CHINA and those persons could be carrying hazardous bio material simply enter the United States from Canada. When Mr. Cutler was working for Merck as a contractor some individuals were caught stealing trade secrects by security at the West Point site. It has been known China has been effectively using live people for transplants for years. Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS. The closing of all CASINOS in the STATE is to get 100% of all gambling revenue, to have a total monopoly on all sources of payment organized for a complete **Klu Klux Klan** takeover. Jeffrey Smiles has told Jeffrey Cutler that the Allentown Federal Courthouse contains NAZI insigna in the tile work in the building (pending supreme court case # 19-8538 ), and there is a seven acre compound in Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile across from the courthouse. This all may have a connection of Joe Biden to China and the transfer of technology to them that has violated the world's civil rights, except Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770). Also Based on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be included by reference these claims are true and correct and the book Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal government may have violated the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Since Mr. Wolf's order is illegal, all the Insurance companies have conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of Tom Wolf, just like 2 different insurance companies failed to compensate Mr. Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA insurance department. Mr. Wolf's order also violates the Federal Voting law Voting Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting qualification or prerequisite to voting, or standard, practice, or procedure ... in a manner which results in a denial or abridgement of the right ... to vote on account of race," color, or language minority status. Based on the recent unsealed pleadings of Judge Domenick Demuro (press release 20-472) , voter fraud has been in Pennslvania a long time. The use of ABSENTEE ballots that are collected by individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr. Cutler also notifies  this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Gorirrillas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO** evidence that the tigers, Gorirrillas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also  some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated.  George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that day from Chicago.  My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in Illinois during some of this time frame and the joke voting saying was **VOTE EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged, **SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme Richard and effects in TAIWAN are evidence of cooridinated attacks on the United States which are being hidden from the general population like the civil case against Nancy Pelosi.  China has been bribing CIA employees and others for years.  There is no reason what Joe Biden did should be ignored. <ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china </ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html  </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47 VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].   On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>
https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.  AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems necessary, to effect and insure the prompt investigation and prosecution of crimes involved with this case which includes mail Fraud  (18 U.S. Code § 1341), the murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy (18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code § 2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466 Philadelphia Accademic Health System and Title 18, Section 871.  The civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education.  Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted).  The current election for president may be just like 2 Star Trek Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series) </ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now. As per Bell Atlantic Corp. v.
Twombly, 550 U.S. 544, 589 (2007) the court must accept the foregoing information
as true.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests
the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Judgement
and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be
recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner
<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in

**Pennsylvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and Arizona.
Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any
way for this action. Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting
elected Vice President at the hotel previously known as the Host Farm, but has since
been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania
Judge Stickman wrote in the case "but even in an emergency, the authority
of government is not unfettered" in the case of County of Butler v Wolf. This court
should also declare the entire Affordable Care Act (Obamacare) law and the
executive order signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate **ENBANC** review of this case when
combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE
as **19-840**, **19-1019** also have the government **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK** _man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk, as well as the MURDER
OF MALCOLM X and the newly discovered documents of FBI involvement <ref>

https://www.cbsnews.com/video/deathbed-letter-from-former-officer-alleges-nypd-fbi-link-to-malcolm-x-assassination/ </ref>.

The cases number   **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**,

**18-3693**, **21-4001**  case number **20-5143** in the USCA  DC CIRCUIT SHOULD all

be  combined , **2:21-cv-00031** Northern District of Washington, plus this case

number **1:21-cv-00445** ALL BE COMBINED  FOR JUDICIAL EFFICIENCY and

"**GOOD TROUBLE**" as  per John Lewis and stop **5171** years of persecution of

Jewish Individuals in the case of  1:20-cv-00099 UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF MISSOURI (THE STATE OF

MISSOURI, et al., JEFFREY CUTLER INTERVEENOR v. THE PEOPLES

REPUBLIC OF CHINA, et al.).  Not GETTING EXPOSED IN A LIE IS NOT THE

SAME AS TELLING THE TRUTH!!! THE DEATH of ASHLI  BABBITT  WAS

THE START OF KRISTALNAHT IN the U.S. <ref>

https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>". **YOU CAN DESTROY THE**

**EVIDENCE**, **BUT YOU CANNOT DESTROY THE TRUTH**.  At least Four

different federal courts have conspired to deny Mr. Cutler the right to Petition the

government for redress of grievances as part of the **FIRST AMENDMENT**, in

conjunction with the media, elected and non-elected officials . Based on payments

inside and outside the United States. **IMPEACHING ANYONE** should demand the

**FULL ATTENTION OF THE COURTS AND THE CONSTITUTION**, and there

should be **NO SHORTCUTS ALLOWED**, if the chief judge of the Supreme Court

or a Judge of the Supreme court does not preside in his place then the entire activity

is **FRAUD ON THE COURT**. The Importation of NAZI war criminals via

operation PAPER CLIP (especially Hans Kammler) is a STAIN on the United States.

Previously, Rush had reported a NBC reporter stated that signing the CLIMATE

CHANGE TREATY in the UNITED NATIONS, Hurricanes would END, this is

**NEW KIND OF STUPID**. Just because the Biden Election has not been exposed as

a **LIE, IT IS NOT THE SAME AS TELLING THE TRUTH** (Para Phrase from 3

Days of the Condor). YOU CAN DESTROY THE **EVIDENCE**, BUT YOU

CANNOT DESTROY THE **TRUTH**.!

Respectfully submitted,

DATE:_____05MAR2021_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ /s/ Jeffrey Cutler_ _ _ _ _ _

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on MARCH 5, 2021, I filed the
foregoing with the Clerk of the Court for the United
States District Court for the District of Columbia via
United States Mail or in person. Participants in the
case who are registered CM/ECF users will be
served by the appellate CM/ECF system. I further
certify that all of the other participants or their
lawyers in this case are registered CM/ECF users
except as follows and they are served by mail or
email .

_____/s/ Jeffrey Cutler_ _ _ _ _ _ _ _ _ _ _
Jeffrey Cutler