# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.    SO ORDERED.

[1] Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2] DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[3] BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[4] Order the SUMMARY JUDGEMENT against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[5] ORDER THE PEOPLES REPUBLIC OF CHINA PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[6] JERRY NADLER for stating that "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[7] ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR MANUFACTURING EVIDENCE JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE.

[8] ORDER THAT RUDOLPH  GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR SLANDER BY DOMINION, SINCE THE BIG LIE IS THE TRUTH.

[9] ORDER THAT  MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[10] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[11] Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[12] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with

the voting in Pennsylvania and mailing the vote tally to CONGRESS, and ACCESSORY TO MURDER after te fact.

[13] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer,

Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against

Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma,

etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his

appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[14] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

East Lampeter Township and Haverford, PA.

[15] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[16] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this

document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[17] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge

Nicholas G. Garaufis, Judge Midge Rendel, and Judge Catherine Blake pay twice their daily salary each day to

the innosense project , until they resign.

[18] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[19] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[20] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and

Donald Trump in all future actions with the court by East Lampeter Township Lancaster County. Legal fee

documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[21] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

especially any officials of the United States Government, and all payments by any George Soros organization.

[22] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or

individual agreements are reached with each party.

[23] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause

why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations,

and 18 U.S.C. § 1964, Civil RICCO Act.

[24] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police,

Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[25] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[26] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[27] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[28] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[29] Other remedies the court deems appropriate.

[30] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[31] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[32] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[33] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[34] Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[35] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[36] Combine cases 5:21-cv-00299,20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213 and 1:21-cv-0040 from the District of Columbia and TRAFFIC CITATION C6598201-1

[37] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[38] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[39] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds,

or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[40] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[41] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[42] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[43] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[44] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[45] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[46] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via fmail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrpgates such as Midland Credit Management of San Diego, CA,

[47] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.

[48] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country.  No additional seats shall be added to the house.

[49] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[50] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[51]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[52] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE

DENIED because it should be an injunction pending Appeal.

[53] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[54] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[55] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[56] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[57] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[58] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars

[59] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[60] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr. Cutler.

[61] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of their NET WORTH.

[62] A  law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[63] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[64] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[65] Jeffrey A Dellinger be compensated at a minimum of  250,000 dollars for being directed he must goto church on Sunday

[66] Mr. Jammal Harris be compensated at a minimum of  250,000 dollars

[67] Survivors of Sean D. Williams (18-2773) be awarded a minimum of  250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[68] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[69] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[70] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[71]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[72]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[73]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[74]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUlC0 </ref>

[75]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[76]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[77]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[78] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[79] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[80] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[81] ALL PENALTIES THAT THE IRS HAS LEVIED AGAINST MARILYN CUTLER SHOULD BE VACATED because OF MAIL FRAUD.

[82] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[83] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[84] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[85] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[86] Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[87] Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[88] Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion)

[89] Order all charges against Donld Trump and associates be vacated for violating FRUIT OF THE PISONOUSTREE.

[90] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: ____, 2021_____                    _____

BY THE COURT

# ADDENDUM

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
# U.S. POSTAL INSPECTION SERVICE

## Mail Fraud Complaint

**Your Information**

| | |
|---|---|
| Company Name: | |
| * First Name: | JEFFREY |
| * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 |
| * City: | YORK |
| * State: | Pennsylvania |
| * ZIP Code: | |
| * Country: | UNITED STATES |
| Cell Phone: | (717) 854-4718 |
| Work Phone: | (215) 872-5716 |
| Home Phone: | |
| Fax: | |
| Email Address: | eltaxcollector@gmail.com |
| Age Range: | 65 or older |
| Are you a Veteran?: | ○Yes ●No |

**Complaint Filed Against**

| | |
|---|---|
| Company Name: | PLES REPUBLIC OF CHINA |
| First Name: | CUI |
| Last Name: | TIANKAI |
| Address: | 3505 INTERNATIONAL PLACE, NW |
| City: | WASHINGTON |
| State: | District of Columbia |
| ZIP Code: | 20008 |
| Country: | UNITED STATES |
| Cell Phone: | |
| Work Phone: | (202) 495-2266 |
| Home Phone: | |
| Fax: | (202) 495-2138 |
| Email Address: | chinaembpress_us@mfa.gov.cn |
| Website Address: | |

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 03/10/2021 |
| Do you have the envelope it was mailed in? | ○Yes ●No |
| Does the envelope have a permit number? | ○Yes ●No |
| Does the envelope have a postage meter number? | ○Yes ●No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | Other |
| Other: | FILED MAIL THIS COMPLAIN |
| Response Mailed to a Different Address: | ○Yes ●No |
| Do you have a Tracking Number? (Certified, Insured or Express Mail) | ○Yes ●No |
| Tracking Number: | 9505 5141 4509 1042 6153 86 |
| What did you receive? max size 250 characters | RETURNED COPY OF MOTION TO INTERVENE, AND INJUNCTIVE RELIEF CASE 1:20-cv-00099 UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI |
| How did it differ from what you expected? max size 250 maximum | EXPECTED A LEGAL REPLY |
| How much did the company ask you to pay ($)? | 9.95 |
| Do you have the item? | ●Yes ○No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ●Yes ○No |
| Date Last Contacted Company or Person: | 03/11/2021 |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money. | ●Yes ○No |
| Payment Type: | Virtual Currency |
| Payment Amount($): | 100,000.00 |
| Payment Date: | 03/10/2021 |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category: | International Fraud |
| Scheme Type: | International Fraud |

**Additional Information**

| | |
|---|---|
| max size 1000 characters | BASED ON A 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) CHINA ENGAGED IN Bio Warfare BY BRIBING UNITED STATES OFFICIALS, WHO DOCTORS, MEDIA AND THE MURDER OF 500,000 AMERICANS BY COVERT MEANS AND SUPPORT OF AMERICAN BILLIONAIRES <ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ <ref>, AS OF :10MAR2020 ONLY 10 PEOPLE HAVE DIED IN TAIWAN WITH 978 CASES. THIS IS TO ALLOW CHINA TO ATTACK TAIWAN, LIKE INDIA ATTACKED PORTUGAL IN GAMA ON 09MAR1961 AND DESTROY RELIGION IN THE UNITED STATES AND CHEAT OUR ELECTION |



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
# U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully.    11MAR2021 6:06 AM

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
## U.S. POSTAL INSPECTION SERVICE

**File a Report: Mail Fraud**

### Your Information

| | |
|---|---|
| Company Name: | |
| * First Name: | JEFFREY |
| * Address: | P.O. BOX 2806 |
| * City: | YORK |
| * State: | Pennsylvania |
| * ZIP Code: | 17405- |
| * Country: | UNITED STATES |
| Cell Phone: | (215) 872-6715 |
| Home Phone: | (717) 390-9991 |
| Email Address: | eltaxcollector@gmail.com |
| Age Range: | 65 or older |

* Last Name: CUTLER
Work Phone: (717) 854-4718
Fax:

### Complaint Filed Against

| | |
|---|---|
| Company Name: | LERK USCA THIRD CIRCUIT |
| First Name: | PATRICIA |
| Address: | 601 MARKET STREET |
| City: | PHILADELPHIA |
| State: | Pennsylvania |
| ZIP Code: | 19106 |
| Country: | UNITED STATES |
| Cell Phone: | |
| Home Phone | |
| Email Address: | |
| Website Address: | |

Last Name: DODSZUWEIT
Work Phone: (215) 597-2995
Fax

### How Were You Contacted?

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | |
| Do you have the envelope it was mailed in? | ○ Yes ● No |
| Does the envelope have a permit number? | ○ Yes ● No |
| Does the envelope have a postage meter number? | ○ Yes ● No |
| Postage Meter Number: | 00006114999 |

### How Did You Respond to This Offer?

| | |
|---|---|
| How did you respond to this offer? | In Person |
| Response Mailed to a Different Address: | ○ Yes ● No |
| Do you have a mailing receipt | ○ Yes ● No |
| What did you receive? | PAST EXPERIENCE FOUND MANY DOCUMENTS DESTROYED OR NOT FOUND |
| How did it differ from what you expected? | EXPECTED ORAL ARGUMENTS, ORDER HAD DOCUMENTS STRICKEN |
| How much did the company ask you to pay (S)? | 500,000.00 |
| Do you have the item? | ○ Yes ● No |
| How was it delivered? | Other |
| Other: | 'ERY THING I OWN STOLEN. |
| Did you contact the company or person about the complaint? | ○ Yes ○ No |
| Date Last Contacted Company or Person: | 05/15/2019 |

### Did You Lose Money?

| | |
|---|---|
| Lose Money: | ● Yes ○ No |
| Payment Type: | Money Transfer Service |
| Payment Amount(S): | 500,000.00 |
| Payment Date: | 05/17/2019 |
| Money Transfer Service Type: | Other |
| Other: | 18 USC § 2113 |
| Money Transfer Number: | |
| Money Payout Address: | |
| City | LANCASTER |
| State: | Pennsylvania |
| ZIP Code: | |
| Country: | UNITED STATES |

### Type of Mail Fraud Complaint

| | |
|---|---|
| Scheme Category: | Harassment |
| Scheme Type: | Harassment |

### Additional Information

ON 05/6/2019 A MEETING AT EAST LAMPETER TOWNSHIP RESULTED IN 3 DIFFERENT ACTIONS BY THE KLU KLUX KLAN THE NEXT DAY  A LETTER FROM P.O. BOX 3753, ORLANDO, FL 32808, A REQUEST FOR MONEY FROM EOS CCA, P.O. BOX 981008, BOSTON MA 02298-1008 AND THE CLERK LETTER. THAT LETTER ALSO MAKES IT DIFFICULT TO VOTE IN MY DISTRICT AND FILE A RESPONSE. YESTERDAY CASE #2:18-cv-05029 IDENTIFIED THAT DOCUMENTS VISIBLE ON PACER AT THE COURTHOUSE WERE ONLY ALLERED TO ONLY SHOW LIMITED ITEMS1,13 AND 16. ITEM 13 WAS INCORRECT. THIS IS PHIL JEWISH POLICE THAT ARE BEING DISCRIMINATED



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
## U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully.  SCREEN PRINT 21MAY2019 8:10 AM
Thank you for completing the form.  MAIL FRAUD ID #1904647 RCVD 23MAY 1:40 PM

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

ttps://en.wikipedia.org/w/index.php?title=List_of_political_conspiracies&action=submit        Q Search        

# Editing List of political conspiracies (section)



Error:

An automated filter has identified this edit as potentially unconstructive, so it has been disallowed. If this edit is constructive, please report this error. Disruptive editing may result in a block from editing.

**You are not logged in.** Your IP address will be publicly visible if you make any edits. If you **log in** or **create an account**, your edits will be attributed to a user name, among other benefits.

*Content that violates any copyrights will be deleted. Encyclopedic content must be verifiable. Any work submitted to Wikipedia can be edited, used, and redistributed—by anyone—subject to certain terms and conditions.*



**B** *I* 🔗 🖼 📖 🔖 ✏ › Advanced › Special characters › Help › Cite       ✏ ∨

```
Knowlton]] for the [[Kuwaiti government]]
* 2001 - [[September 11 attacks]] - Attacks on the [[World Trade Center (1973-2001)|World Trade
Center]] in [[New York City]], the Pentagon in [[Arlington County, Virginia|Arlington]],
[[Virginia]], and a planned fourth target in [[Washington, D.C.|Washington D.C.]] using
[[Aircraft hijacking|hijacked airplanes]] by [[al-Qaeda]].<ref>{{citation|chapter-
url=http://www.9-11commission.gov/report/911Report_Ch1.pdf|title=9/11 Commission
Report|chapter=Chapter 1.1: 'We Have Some Planes': Inside the Four
Flights|year=2004|publisher=National Commission on Terrorist Attacks Upon the United States}}
</ref>
*2003 - [[Plame affair]] - publication of [[Valerie Plame|Valerie Plame's]] employment as a
covert [[Central Intelligence Agency|CIA]] officer by [[Robert Novak]], who learned it from
[[Richard Armitage (naval officer)|Richard Armitage]], after her husband [[Joseph C. Wilson]]
published a [[The New York Times|''New York Times'']] [[op-ed]] expressing doubt that [[Saddam
Hussein]] purchased [[uranium]] from [[Niger]]. Lead to conviction of [[Scooter Libby]] for
[[obstruction of justice]] and [[perjury]].
*2015 - [[November 2015 Paris attacks|November 2015 Paris attacks -]] attacks on targets in
Paris, including an [[Eagles of Death Metal]] concert at the [[Bataclan (theatre)|Bataclan
theatre]] and the [[Stade de France]] in [[Saint-Denis, Seine-Saint-Denis|Saint-Denis]],
conducted by coordinated teams of [[Islamic terrorism|Islamic terrorists]] affiliated with
[[Islamic State of Iraq and the Levant|ISIS]].<ref>Mario Arturo Ruiz Estrada, and Evangelos
Koutronas. "Terrorist attack assessment: Paris November 2015 and Brussels March *2016."
''Journal of Policy Modeling'' 38.3 (2016): 553-571. {https://www.researchgate.net/profile
/Mario_Ruiz_Estrada/publication/303881692_Paris_and_Brusells_Terrorist_Attacks/links
/575a85cb08ae414b3e46232e.pdf online]</ref>
*2020 - [[Misinformation related to the COVID-19 pandemic]]
*2021 - [[Electoral Fraud]] and [[Biologic warfare]] with [[Nancy Pelosi]] and news media
```

| Insert ▼ |  _ — ‐ " " " ' ' ~ ≈ ≠ ≤ ≥ ± − × ÷ → ← · § | Cite your sources: <ref></ref> |

Edit summary (Briefly describe your changes)

/* List */Added [[Electoral Fraud]] of Presidential Election~~~~

**IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA**
**CIVIL ACTION**

IN RE: JONATHAN LUNA                    :
                                        :        No. CI-20-01310
LNP MEDIA GROUP, INC.,                  :
Intervenor                              :

**O R D E R**

AND NOW, this 13th day of January, 2021, upon consideration of the Motion of

Intervenor LNP Media Group, Inc., to Unseal Coroner Records in the above-captioned

case, and the Commonwealth of Pennsylvania's response thereto, and after a hearing

in this matter, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

DAVID L. ASHWORTH
PRESIDENT JUDGE

ATTEST:

Copies to:    Heather L. Adams, District Attorney
              Christina L. Hausner, Esquire, Lancaster County Solicitor
              Craig J. Staudenmaier, Esquire, Nauman, Smith, Shissler & Hall, LLP, 200
                  North Third Street, 18th Floor, P.O. Box 840, Harrisburg, PA
              17108-0840

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO PA. R.C.P. NO. 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THIS CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE:

HOME    DAYS    COUNTRIES    USA    CENTURIES    SUBJECTS    SKYSTUFF



## Timeline CIA &FBI

Return to home

CIA: https://www.cia.gov/kids-page/6-12th-grade/operation-history/history-of-the-cia.html
FBI: http://www.fbi.gov/fbihistory.htm

1865     Jul 5, The US Secret Service began operating under the Treasury Department. The Secret Service Division began in Washington, D.C., to suppress counterfeit currency. Chief William P. Wood was sworn in by Secretary of the Treasury Hugh McCulloch.
    (MC, 7/5/02)(http://www.ustreas.gov/usss/history.shtml)

1867     US Secret Service responsibilities were broadened to include "detecting persons perpetrating frauds against the government." This appropriation resulted in investigations into the Ku Klux Klan, non-conforming distillers, smugglers, mail robbers, land frauds, and a number of other infractions against the federal laws.
    (http://www.ustreas.gov/usss/history.shtml)

1870     US Secret Service headquarters relocated to New York City.
    (http://www.ustreas.gov/usss/history.shtml)

1874     Secret Service headquarters returned to Washington, D.C. after 4 years in NYC.
    (http://www.ustreas.gov/usss/history.shtml)

1875     The first commission book and a new badge were issued to operatives of the US Secret Service.
    (http://www.ustreas.gov/usss/history.shtml)

1877     Congress passed an Act prohibiting the counterfeiting of any coin, gold or silver bar.
    (http://www.ustreas.gov/usss/history.shtml)

1883     The US Secret Service was officially acknowledged as a distinct organization within the Treasury Department.
    (http://www.ustreas.gov/usss/history.shtml)

1893     Apr 7, Allan W. Dulles, US diplomat, CIA head (1953-61), (Germany's Underground), was born.
    (MC, 4/7/02)

1894     The Secret Service began informal part-time protection of President Cleveland.
    (http://www.ustreas.gov/usss/history.shtml)

1895     US Congress passed corrective legislation for the counterfeiting or possession of

ⓔ ezoic    report this ad

SEARCH

Custom Search

POPULAR PAGES

Home

ⓔ ezoic    report this ad

counterfeit stamps.
  (http://www.ustreas.gov/usss/history.shtml)

1901    Congress informally requested Secret Service Presidential protection following the assassination of President William McKinley.
  (http://www.ustreas.gov/usss/history.shtml)

1902    The Secret Service assumed full-time responsibility for protection of the President. Two operatives were assigned full time to the White House Detail.
  (http://www.ustreas.gov/usss/history.shtml)

1908    Jul 26, US Attorney General Charles J. Bonaparte issued an order creating an investigative agency that was a forerunner of the FBI. Until this time Pinkerton had served as the America's unofficial national law enforcement agency.
  (AP, 7/26/97)(ON, 7/06, p.12)

1913    Mar 13, William J. Casey, headed CIA during Iran Contra scandal (1981-87), was born.
  (MC, 3/13/02)

1917    Jul 26, J. Edgar Hoover got job with the Justice Department.
  (MC, 7/26/02)

1919    Nov, Attorney Gen'l. A. Mitchell Palmer ordered anti-Communist raids supported by his assistant J. Edgar Hoover. The Palmer raids led to the arrest of over 450 members of the Union of Russian Workers. [see Jan. 1920]
  (SSFC, 1/11/04, p.M6)

1919    The US FBI released "Radicalism and Sedition Among the Negroes as Reflected in Their Publications." This was the bureau's "first major work of book-talk" and an early survey of the Harlem Renaissance.
  (SSFC, 2/8/15, p.N4)

1920    Nov, The US Palmer raids led to the arrest of some 10,000 members of radical clubs. [see Nov. 1919]
  (SSFC, 1/11/04, p.M6)

1921    Aug 22, J. Edgar Hoover became asst. director of FBI.
  (MC, 8/22/02)

1924    Mar 6, William H. Webster, US judge, head FBI and CIA, was born.
  (MC, 3/6/02)

1924    May 10, J. Edgar Hoover was appointed head of the Federal Bureau of Investigation at age 29.
  (TMC, 1994, p.1924)(AP, 5/10/97)(HN, 5/10/98)

1924    Jun 15, J. Edgar Hoover assumed leadership of the FBI. [see May 10]
  (MC, 6/15/02)

1933-1935    The US Justice Department's War on Crime took place. In 2004 Bryan Burrough authored "Public Enemies: America's Greatest Crime Wave and the Birth of the FBI, 1933-1934" a reconstruction of this period based on FBI files.
  (WSJ, 7/15/04, p.D8)(SSFC, 7/25/04, p.M3)

1934    May 15, US Dept. of Justice offered $25,000 reward for John Dillinger, dead or alive.
  (MC, 5/15/02)

1934    Jul 22, A man identified as bank robber John Dillinger (33) was shot to death by federal agents outside Chicago's Biograph Theater. FBI agent Murray Faulkner, brother of William Faulkner, helped in the killing. In 1924 Dillinger was sent to the Indiana State Reformatory for holding up a grocer, and was later transferred to the Michigan City, Indiana, State Prison, where he hatched a plan for a mass breakout with a group of other infamous convicts. When Dillinger was paroled in 1933, he robbed several banks to provide money for his friends' escape. He was caught in Ohio, but by then his friends had escaped and they helped him break out. Dillinger was famous for the size of his penis, which was "reportedly" severed and shown at exclusive viewings. Dillinger's supposed death remains mysterious. Anna Sage, the "Lady in Red," had agreed to deliver Dillinger to the FBI if they would stop deportation proceedings against her. The setup went as planned, and the FBI shot the man with Anna Sage. By some accounts, the man was not John Dillinger.
  (AP, 7/22/97)(SFC, 12/26/97, p.C22)(HNPD, 7/22/98)(HN, 7/22/99)

1935    Jan 16, US federal agents killed gangsters Ma Barker and Freddy, one of her 4 sons, at

Lake Weir, Florida.
  (AH, 2/05, p.16)

1936    May 1, FBI's J Edgar Hoover arrests Alvin Karpis.
  (MC, 5/1/02)

1936    Aug 24, FDR gave the FBI authority to pursuit fascists and communists.
  (MC, 8/24/02)

1939    Edwin Sutherland, sociology prof. at Indiana Univ., coined the term white-collar crime.
  (WSJ, 10/15/03, p.B1)

1942    Jun 27, The FBI announced the capture of eight Nazi saboteurs who had been put ashore from 2 submarines, one off New York's Long Island and the other off of Florida. The men were tried by a military court and 6 were secretly executed in a DC jail. Ernest Burger and George Dasch were sentenced to 30 years in prison for their help in revealing the plot. They were pardoned in 1948 by Pres. Truman.
  (AP, 6/27/97)(SFC, 11/30/01, p.A18)

1944    Jun 20, The US Congress chartered the Central Intelligence Agency (CIA).
  (MC, 6/20/02)

1945    Nov 9, FBI agents staked out a house in Berkeley, Ca., to watch George Eltenton, a suspected Soviet spy. In 1946 Eltenton admitted that he had tried to obtain secret data on Berkeley's radiation lab. Eltenton moved to Britain in 1947.
  (SSFC, 6/9/02, p.F2)

1945    Russian code clerk Igor Gouzenko defected to Canada and Elizabeth Bentley changed her role from Soviet courier to FBI informant. They helped the West gain an understanding of Soviet spy rings in North America. In 2003 Lauren Kessler authored "Clever Girl: Elizabeth Bentley, the Spy Who Ushered in the McCarthy Era." Bentley provided the FBI with the names of 150 spies.
  (WSJ, 9/22/99, p.A22)(SSFC, 8/17/03, p.M2)(SSFC, 1/11/04, p.M6)

1945    John S. Service (d.1999 at 89), one of the US "China hands" experts, participated in the "Dixie Mission" as a US Foreign Service officer, and visited Mao Zedong at Yanan. He reported that Chiang Kai-shek was vulnerable due to corruption and that the Communists would win the war. The US ambassador to China, Army Gen'l. Patrick Hurley, ordered him back to the US and later accused him of handing secret US documents to the Chinese. In the US Service was arrested by the FBI in the Amerasia affair and became a target of Joseph McCarthy. He was dismissed from the State Dept. in 1951 but later vindicated.
  (SFC, 2/5/99, p.D4)

1946    Jan 22, President Truman set up the Central Intelligence Group. In late 1945 he had coordinated various intelligence reform plans considered in the drafting of the directive that created the CIG. In 1947 it was re-named the Central Intelligence Agency (CIA).
  (http://tinyurl.com/l3go2n)

1946    Mar 2, Kingman Douglass became deputy director of CIA.
  (SC, 3/2/02)

1946    Jul 25, In Monroe, Georgia, 2 black couples were killed by Ku Klux Klansmen near Moore's Ford Bridge in Walton County. Roger Malcom had just been given bail after stabbing a white farmer 11 days earlier. Pres. Truman ordered an FBI investigation and 55 suspects were named in the lynching of Roger and Dorothy Malcom and George and Mae Murray Dorsey, but no one was ever charged. Dorothy Malcom was pregnant. In 2019 a US appeals court considered whether federal judges can order the unsealing of grand jury records in cases with historical significance.
  (SFC, 7/26/05, p.A5)(Econ., 2/21/15, p.32)(SSFC, 12/31/17, p.A21)(AP, 10/22/19)

1947    Jul 26, President Truman signed the National Security Act, creating the Department of Defense, the National Security Council, the Central Intelligence Agency, CIA, FBI, and the Joint Chiefs of Staff. The act forbade the CIA from operating within the US. The CIA was transformed from the Office of Strategic Services (OSS), founded by Gen. William Donovan (1941), and was led by Adm. Walter Chilcott Ford (d.1999 at 96) until 1949.
  (SFC, 11/23/96, p.A2)(AP, 7/26/97)(SFC, 11/25/99, p.D9)(WSJ, 1/14/07, p.P8)

1947    Frank Wisner was recruited by Dean Acheson to join the US State Department's Office of Occupied Territories. In 1948, the CIA created a covert action wing, innocuously called the Office of Policy Coordination (OPC). Frank Wisner was put in charge of the operation and recruited many of his old friends from the NYC Carter Ledyard law firm. Wisner later coined the term "mighty Wurlitzer" to describe the orchestration of the agency's activities.

(http://en.wikipedia.org/wiki/Frank_Wisner)

1949    The National Council for a Free Europe was set up, seemingly the initiative of American philanthropists, to help refugees. It was later revealed to be a CIA front group.
    (WSJ, 1/23/08, p.D8)

1950    Mar 14, The FBI began its "10 Most Wanted" list after a reporter asked for the names and descriptions of the "toughest guys" the FBI would like to capture.
    (SFEC, 4/30/00, Par p.4)

1950    Mar 22, A one-page memo was addressed to FBI Director J. Edgar Hoover from Guy Hottel, then head of the FBI's Washington, D.C., field office. It relayed some information from an informant. The subject: FLYING SAUCERS INFORMATION CONCERNING: "An investigator for the Air Force stated that three so-called flying saucers had been recovered in New Mexico. They were described as being circular in shape with raised centers, approximately 50 feet in diameter. Each one was occupied by three bodies of human shape but only 3 feet tall, dressed in metallic cloth of a very fine texture. Each body was bandaged in a manner similar to the blackout suits used by speed fliers and test pilots." The file was released in April 2011 under the Freedom of Information Act. The memo is dated nearly three years after the infamous events in Roswell in July 1947.

    (http://tinyurl.com/cwg4uwp)

1951    Mar 10, FBI director J. Edgar Hoover declined the post of baseball commissioner.
    (MC, 3/10/02)

1952    Nov 29, A plane carrying CIA paramilitary officers on their first overseas assignment, John T. Downey (22) of New Britain, Conn., and Richard G. Fecteau (25), of Lynn, Mass., was shot down over Jilin province. Pilots, Robert C. Snoddy (31), a native of Roseburg, Ore., and Norman A. Schwartz (29) of Louisville, Ky., did not survive. Downey and Fecteau were captured. They had been assigned to a covert program called "Third Force," intended to create a resistance network. Fecteau was released by China in December 1971 and Downey in March 1973, shortly after President Richard Nixon publicly acknowledged Downey's CIA connection.
    (SFC, 7/3/98, p.A11)(SFC, 7/10/02, p.A12)(AP, 6/19/10)

1953    Feb 9, General Walter Bedell Smith, USA, ended term as 4th director of CIA. Allen W. Dulles, became acting director of CIA and served to 1961.
    (MC, 2/9/02)(SFC, 5/29/97, p.A4)

1953    Feb 26, Allen W. Dulles was promoted from deputy to 5th director of CIA.
    (SC, 2/26/02)

1953    Mar, The US CIA's Tehran station reported that an Iranian general had approached the US embassy for support in an army-led coup. Based on this information Allen Dulles, director of the CIA, approved $1 million to be used to help bring about the fall of Prime Minister Mossadegh. Pres. Eisenhower gave the CIA the ok to overthrow the elected government of PM Mohammad Mossadegh. Mossadegh had nationalized the Anglo-Iranian Oil Co. after Britain refused to compromise and split profits 50-50. In 2003 Stephen Kinzer authored "All the Shah's Men: An American Coup and the Roots of the Middle East Terror."
    (SFEC, 4/16/00, p.A18)(SSFC, 8/24/03, p.M6)

1953    Aug 15, In Iran a CIA plot to unseat PM Mossadeq failed. It was masterminded by Kermit Roosevelt. A 2nd attempt succeeded on August 19. In preparation for the coup the CIA "stockpiled enough arms and demolition material to support a 10,000-man guerrilla organization for six months," and paid out $5.3 million for bribes and other costs. An initial US State Dept. 1989 release, outlining the years surrounding the coup, whitewashed the US role.
    (Econ, 5/15/10, p.92)(AP, 6/12/20)

1953    Aug 21, US CIA officials funneled $5 million to Iran to help the coup leaders consolidate power.
    (SFEC, 4/16/00, p.A18)

1953    Aug 19, Gen'l. Zahedi ousted PM Mossadegh and became the Premier of Iran in a bloody coup that left 300 dead. Britain and the US CIA under Allen Dulles planned a secret mission to overthrow the government. PM Mossadeq had sought to nationalize the Anglo-Persian Oil Co. The US government made a formal apology for the coup in 2000. A 1954 CIA description of the coup was made public in 2000. In 1979 Kermit Roosevelt (d.2000) published "Countercoup: The Struggle for the Control of Iran," an account of his role in the coup. In 2010 Darioush Bayandor authored "Iran and the CIA: The Fall of Mossadeq Revisited."
    (SFC, 11/20/53, p.A1)(SFC, 11/15/99, p.E6)(SFC, 5/29/97, p.A4)(WSJ, 3/20/00, p.A1)(SFEC, 4/16/00, p.A18)(SFEC, 6/11/00, p.D6)(WSJ, 4/2/07, p.A6)(Econ, 5/15/10, p.91)

1953    Dec 30, Ramon Magsaysay (1907-1957) began serving as the seventh President of the

Philippines. American CIA operative Edward Lansdale almost single-handedly steered Magsaysay into the presidency of the Philippines.
   (https://en.wikipedia.org/wiki/Ramon_Magsaysay)(Econ., 10/3/20, p.72)

1953      Pres. Eisenhower gave the CIA the ok to overthrow the elected government of PM Mohammad Mossadegh. Mossadegh had nationalized the Anglo-Iranian Oil Co. after Britain refused to compromise and split profits 50-50. In 2003 Stephen Kinzer authored "All the Shah's Men: An American Coup and the Roots of the Middle East Terror."
   (SSFC, 8/24/03, p.M6)
1953      The first issue of the US CIA sponsored British magazine "Encounter" was published under Irving Kristol and Stephen Spender. It became the West's most important vehicle for highbrow anti-Marxist commentary. The funding source did not become known until 1966/7.
   (WSJ, 3/27/00, p.A46)(Econ, 6/19/04, p.81)
1953      Thomas Guinzburg, Donald Hall, Harold Humes, Peter Matthiessen (1927-2014) and George Plimpton founded the Paris Review. William Styron (1925-2006) helped establish the Paris Review. Matthiessen later admitted that he was a CIA recruit and used his work with the Review as a cover.
   (SFC, 9/27/03, p.A2)(Econ, 11/11/06, p.95)(SSFC, 4/6/14, p.A18)
1953      Project MKUltra, sometimes referred to as the CIA's mind control program, was officially sanctioned. The code name given to an illegal program of experiments on human subjects, designed and undertaken by the United States Central Intelligence Agency (CIA), had begun in the early 1950s. Project MKUltra was first brought to public attention in 1975 by the Church Committee of the US Congress, and a Gerald Ford commission to investigate CIA activities within the United States. Investigative efforts were hampered by the fact that CIA Director Richard Helms ordered all MKUltra files destroyed in 1973. South Boston gangster James Bulgar was among prison inmates who had time shaved off their sentences in exchange for LSD injections in MKUltra.
   (https://en.wikipedia.org/wiki/Project_MKUltra)(Boston Globe, 2/26/16, p.A12)
1953      Frank Olson, US Army chemist, jumped to his death from a hotel window while under the influence of LSD. He was an unwitting subject in the CIA MKULTRA mind-control project. In 1976 Congress approved a $760,000 payment to his widow.
   (SSFC, 7/14/02, p.A4)

1954      May 19, Postmaster General Summerfield approved a CIA mail-opening project.
   (MC, 5/19/02)

1954      Jun 2, Senator Joseph McCarthy charged that there are communists working in the CIA and atomic weapons plants.
   (HN, 6/2/98)

1954      Jun 27, CIA-sponsored rebels overthrew the elected government of Guatemala. A US supported force of Guatemalan mercenaries invaded from Honduras. Sam Zemurray, head of United Fruit, helped fund the rebels. Pres. Arbenz was toppled and replaced by 30 years of military rule. He spent much of his exile in Cuba. Arbenz died in 1971 in Mexico City. It was disclosed in 1997 to have been motivated by US economic interests with 58 Guatemalan politicians put on a list of potential targets for political killing. In 1982 "Bitter Fruit: The Untold Story of the American Coup in Guatemala" by Stephen Schlesinger and Stephen Kinzer, was published by Doubleday. In 2011 Guatemalan President Alvaro Colom acknowledged the state's responsibility in overthrowing Arbenz and apologized to his family.
   (NG, 6/1988, p.783)(SFC, 5/24/97, p.A1)(WSJ, 3/3/99, p.A18)(AP, 10/21/11)(SSFC, 7/8/12, p.F5)

1955      Apr 18, Albert Einstein (76), physicist, died in Princeton New Jersey. Dr. Thomas Harvey, chief pathologist at Princeton Hospital, performed Albert Einstein's autopsy. He removed the brain and took it home. In 2000 Michael Paterniti authored "Driving Mr. Albert: A Trip Across America with Einstein's Brain." In 1999 it was reported that Einstein's inferior parietal lobe was larger than normal. In 2000 Amir D. Aczel published "God's Equation: Einstein, Relativity, and the Expanding Universe." [see Apr 15] In 1983 Abraham Pais (d.2000 at 81) authored "Subtle Is the Lord: The Science and the Life of Albert Einstein." In 2000 Dennis Overbye authored "Einstein In Love," on Einstein's 1st marriage with Mileva Maric. In 2002 Fred Jerome authored "The Einstein File: J. Edgar Hoover's Secret War Against the World's Most Famous Scientist."
   (EnRoute, 11/'95, p.111)(AP, 4/18/97)(SFC, 6/18/99, p.A18)(SFEC, 1/9/00, BR p.4)(SFC, 8/1/00, p.B2)(WSJ, 10/20/00, p.W10)(SSFC, 3/18/01, BR p.6)(SFC, 9/15/02, p.M5)

1955      Aug 4, Eisenhower authorized $46 million for the construction of CIA headquarters.
   (MC, 8/4/02)

1955-1965   In San Francisco the house at 225 Chestnut St. was used by the CIA as part of a top secret mind-control program. In "Operation Midnight Climax" CIA agents used hookers to lure johns from North Beach bars to the house and then dosed them with LSD and observed the proceedings through a two-way mirror.

(SFC, 4/2/16, p.C1)

1956    John Kerry King (d.2003 at 86), CIA official and consultant (1956-1979), authored "Southeast Asia in Perspective."
  (SFC, 4/12/03, p.A18)

1956    The FBI created its "Reserve Index," a list of people who did not meet standards for another detention list approved by the Justice Department. By 1959 the reserve index totaled 12,784 names.
  (SFCM, 10/10/04, p.20)

1956    Winston Scott (1909-1971) was appointed as the American CIA station chief in Mexico.
  (www.spartacus.schoolnet.co.uk/JFKscottW.htm)

1957    Mar 13, The FBI arrested Jimmy Hoffa on bribery charges.
  (HN, 3/13/98)

1957    Jul 22, In El Segundo, Ca., 2 police officers were shot and killed after pulling over a car for running a red light. Gerald Mason (68) was arrested in 2003 following fingerprint ID from a new FBI database.
  (SFC, 1/30/03, p.A5)

1957    The FBI closed its investigation on Jay Lovestone (d.1999), a former Communist turned CIA informer, after 6 years of wiretaps. Lovestone worked as an executive secretary for the AFL's Free Trade Union Committee which was primarily supported by CIA funds.
  (WSJ, 5/19/99, p.A20)

1957    The first team of 6 Tibetans trained at a Saipan US CIA base and then airdropped back into Tibet with modern weapons and radios.
  (WSJ, 8/30/08, p.A8)

1958    A secret war in Indonesia ended abruptly when Allen Pope, a CIA contract pilot, was downed in a dogfight. Pope was carrying a trove of documents that revealed the extent of US involvement. The CIA had been sending weapons and advisers to anti-government rebels on Indonesia's Sulawesi island as mercenaries mounted combat sorties in a fleet of unmarked B-26 bombers. Indonesia later received a batch of 10 C-130 transport planes from the US in exchange for Pope's release.
  (AP, 4/24/05)(AP, 5/20/09)

1958    The US CIA began airdropping weapons over Tibet.
  (WSJ, 8/30/08, p.A8)

1960    May 9, US sent a U-2 over USSR.
  (MC, 5/9/02)

1960    Following the independence of Congo DRC the US CIA lingered for decades to keep uranium, and, later, other minerals out of Russian hands. In 2016 2016 Susan Williams authored "Spies in the Congo: America's Atomic Mission in World War II."
  (Econ, 8/27/16, p.64)

1960-1979   The US CIA launched a secret domestic spying program dubbed MHCHAOS aimed at the US anti-war underground press. The events were later described in the 1997 book by Angus McKenzie (d.1997): "Secrets: The CIA's War at Home."
  (http://archives.cjr.org/year/98/2/books-cia.asp)

1961    Apr 17, About 1,500 CIA-trained Cuban exiles launched the disastrous Bay of Pigs invasion of Cuba in a failed attempt to overthrow the government of Fidel Castro. The US clandestinely invaded Cuba in the Bay of Pigs operation and the operation failed completely without any of the promised air support from the United States. Cuban forces killed 200 rebels and captured 1,197 in less than 72 hours. 26 survivors were rescued after 3 days of fighting. A single copy of a CIA report written by inspector general Lyman Kirkpatrick was made public in 1998. The operation, which had been devised during the Eisenhower Administration, was nonetheless endorsed by the new president, John F. Kennedy. In 1979 Peter Wyden wrote "Bay of Pigs: The Untold Story." Portion of the 1961 Taylor Report was made public in 1977 and 1986. Most of the report was made public in 2000 and it showed that the CIA knew that the Soviets knew the exact date of the attack. In 2009 Guadeloupe apologized to Cuba for allowing the CIA to train Cuban exiles on its soil.
  (AP, 4/17/97)(TMC, 1994, p.1961)(SFEC, 2/22/98, p.A19)(HNQ, 4/11/00)(SFC, 4/29/00, p.A7)
  (AP, 2/18/09)

1961    Jun, Congo DRC authorities accused Frank Carlucci (1930-2018), 2nd secretary of the US Embassy and a covert CIA agent,, of subversive activities and expelled him from the country.
(https://en.wikipedia.org/wiki/Frank_Carlucci)(SFC, 6/6/18, p.D3)

1961    Richard Masato Aoki (1938-2009), a Japanese-American, began working as an FBI informant (1961-1977) in the SF Bay Area. He became an early member of the Black Panthers (1967) gave the Panthers some of their first guns.
(SFC, 8/20/12, p.A1)(http://tinyurl.com/9g5u4zn)(SFC, 9/8/12, p.C2)

1961-1973    The CIA backed a secret army in Laos to help fight the communist Pathet Lao and North Vietnamese. An estimated 50,000 Hmong civilians died over this period. CIA director William Colby acknowledged the US and Hmong alliance in 1994.
(SFC, 6/14/04, p.A1)

1962    May, A memo from the CIA briefing for Attorney Gen'l. Robert Kennedy revealed that $150,000 was offered to the US mob for the assassination of Fidel Castro. The mob insisted on doing the job at no charge.
(SFC, 7/2/97, p.A5)

1962    Jun 1, The Conference of African Writers of English Expression opened at Makerere, Uganda. The CIA was the original funder of the Makerere conference in an effort to influence the eventual decolonization of east Africa.
(https://en.wikipedia.org/wiki/African_Writers_Conference)(Econ, 10/22/16, p.75)

1963    Feb 11, A CIA Domestic Operations Division was created.
(MC, 2/11/02)

1963    George Joannides, a CIA agent, was in charge of the Revolutionary Students Directorate (DRE), one of the most powerful Cuban anti-Castro organizations in Miami. A few months before the assassination of JFK the DRE had significant contacts with Lee Harvey Oswald and Oswald tried to infiltrate the New Orleans branch of the DRE.
(SSFC, 5/13/07, p.M5)

1963    Winston Scott served as American CIA station chief in Mexico during the time that Lee Harvey Oswald visited the Cuban Embassy there. In 2008 Jefferson Morley authored "Our Man in Mexico: Winston Scott and the Hidden History of the CIA." Morley proposed that Scott later covered up CIA operations that involved Oswald.
(www.spartacus.schoolnet.co.uk/JFKscottW.htm)(WSJ, 3/20/08, p.D7)

1963-1973    The 1975 US Church committee report on CIA activity in Chile included a chronology that covered this period.
(http://academic.brooklyn.cuny.edu/history/johnson/churchreport.htm)

1964    Jan 16, Pres. Johnson approved OPLAN 34A-64, calling for stepped up infiltration and covert operations against North Vietnam to be transferred from the Central Intelligence Agency (CIA) to the military."
(http://millercenter.org/academic/americanpresident/lbjohnson)

1964    Feb, Yuri Nosenko (1927-2008), Soviet KGB officer, defected under CIA guidance in Geneva. He had begun passing information in June, 1962. He was incarcerated for his first 3 years in the US and settled there under a new name in 1969.
(Econ, 9/6/08, p.101)(http://en.wikipedia.org/wiki/Yuri_Nosenko)

1964    Nov 18, FBI Director J. Edgar Hoover described civil rights leader Martin Luther King Jr. as "the most notorious liar in the country" for accusing FBI agents in Georgia of failing to act on complaints filed by blacks.
(AP, 11/18/04)

1964    Nov, The US HONETOL committee was formed to look into the question of a mole in the CIA, based on information from Soviet defector Anatoly Golitsin. It was in existence to April 1965, and consisted of James Jesus Angleton, Newton S. Miler and Bruce Solie from the CIA's Office of Security, FBI domestic intelligence chief William C. Sullivan, FBI CIA liaison Sam Papich and two others. The investigations damaged many careers including that of case officer Richard Kovich (1926-2006). In 1992 David Wise authored "Molehunt: The Secret Search for Traitors that Shattered the CIA."
(http://tinyurl.com/lqo6jj)(SFC, 2/27/06, p.B5)

1964    Fred J. Cook (1911-2003) authored "The FBI Nobody Knows."
(SFC, 5/5/03, p.B4)

1964-1987    FBI agents in Boston used hit men and mob leaders as informants and shielded them from prosecution in exchange for information on the Mafia. This allowed the Winter Hill Gang to

rise in power as the prosecutors brought down the Patriarcha crime family.
(SSFC, 7/28/02, p.A5)

1965      Mar 12, The SF FBI sent bureau headquarters a secret 33-page report on Mario Savio, leader of the Berkeley Free Speech Movement.
(SFCM, 10/10/04, p.18)

1965      Mar 12, Edward "Teddy" Deegan was found dead in an alley in Chelsea, Mass. A week later an FBI memo named 6 men, including Vincent J. Flemmi and Joseph "The Animal" Barboza, as the killers. Barboza became a star witness and provided false testimony to convict 4 innocent men. The New England Mafia shotgunned Barboza in SF in 1976. Over the next 3 decades FBI informants in Boston murdered over 20 people.
(SSFC, 7/28/02, p.A5)(SFC, 11/21/03, p.A3)

1967      Feb 14, Ramparts Magazine published an ad in the NY Times and Washington Post saying "In its March issue, Ramparts magazine will document how the CIA has infiltrated and subverted the world of American student leaders over the past fifteen years."
(WSJ, 1/23/08, p.D8)(www.nytimes.com/books/first/m/mackenzie-secrets.html)

1967      Sidney Gottlieb (1918-1999) rose to the top of the technical services division of the CIA. For 22 years he experimented with LSD and participated in the MKULTRA program of secret experiments with mind-altering drugs.
(http://spartacus-educational.com/JFKgottlieb.htm)

1967      Luis Posada Carriles, Cuban-born CIA agent since 1965, moved to Venezuela and rose to become head of a government counterintelligence security agency.
(SFC, 5/18/05, p.A9)

1967      Feb 14, Ramparts Magazine published an ad in the NY Times and Washington Post saying: "In its March issue, Ramparts magazine will document how the CIA has infiltrated and subverted the world of American student leaders over the past fifteen years."
(WSJ, 1/23/08, p.D8)(www.nytimes.com/books/first/m/mackenzie-secrets.html)

1967      The US CIA put Manuel Antonio Noriega on its payroll and continued paying him to 1988. During Ronald Reagan's presidency (1981-1989) Noriega was an invaluable conduit of cash and weapons to the Nicaraguan contras.
(Econ 6/3/17, p.82)

1968      May 10, FBI director Hoover sent all field offices an urgent memo escalating the FBI's attack on dissent. It authorized an operation called "Counterintelligence Program – New Left."
(SFCM, 10/10/04, p.23)

1968      Mar 8, The Russian K-129, a Golf-II class, diesel-electric submarine armed with nuclear missiles and 98 seamen aboard, sank in 16,000 feet of water northwest of the Hawaiian island of Oahu. Russian officials suspected that the K-129 was struck by an American submarine, the USS Swordfish. The US Navy said the vessel suffered a catastrophic internal explosion. A US sub, the Halibut, found the Soviet vessel 6 months later and recovered 3 missiles with nuclear warheads, Soviet code books and an encryption machine. In August 1974 the CIA recovered part of the sub. A 100 foot section was pulled in by the Glomar Explorer with 2 nuclear tipped torpedoes and the bodies of 6 Russian sailors.
(SFC, 7/15/96, p.A6)(SFC, 7/5/96, p.A19,21)(AP, 9/11/07)(AP, 2/13/10)

1968      Jul 31, In Boston 4 men were convicted for shooting Edward "Teddy" Deegan in a Chelsea, Mass., alley in 1965. In 2007 a federal judge in Boston ordered the government to pay a record nearly $102 million for the FBI's role in the wrongful murder convictions of the 4 men. Two of the men convicted, Louis Greco and Henry Tameleo, died behind bars. The others, Peter Limone (73) and Joseph Salvati (74) spent three decades in prison.
(www.justicedenied.org/issue/issue_27/fbi%27s_legacy_of_shame.html)

1968      The A-12 Blackbird spy plane was retired. Lockheed Martin had built 15 such planes, a forerunner to the SR-71 Blackbird. It had originated as part of the CIA's "Oxcart" program.
(WSJ, 1/26/06, p.A1)

1969      Jan 29, Allan Welsh Dulles (b.1893), US diplomat, director (CIA 1953-61), died.
(http://en.wikipedia.org/wiki/Allen_Dulles)

1969      Jul 16, Vu Ngoc Nha (d.2002), top aide to presidents Ngo Dinh Diem and Nguyen Van Thieu, was arrested in Saigon. The CIA uncovered him as the head of a Communist espionage ring. He and 2 others were convicted of treason and sentenced to life in prison.
(SFC, 8/13/02, p.A20)

1969      Jul 17, An FBI memo titled "New Left and Extremist Movements" revealed Gov. Reagan's plans for the destruction of disruptive elements on California college campuses through

"psychological warfare" and other methods.
(SSFC, 6/9/02, p.F8)

1970        Sep 22, President Richard M. Nixon signed a bill giving the District of Columbia
representation in the U.S. Congress. Pres Nixon requested 1,000 new FBI agents for college
campuses.
(HN, 9/22/98)(http://tinyurl.com/5qrct8)

1971        Mar 8, Catholic radicals in Media, Pa., broke into the local FBI offices and stole
documents that revealed the agency's illegal activities against radical groups and leaked them to
the media. In 2014 Betty Medsger authored "The Burglary: The Discovery of J. Edgar Hoover's
Secret FBI." Prof. John Raines (1933-2017) and his wife Bonnie were among the eight antiwar
activists who took part in the burglary.
(SFEC, 2/16/97, BR p.8)(SSFC, 1/12/14, p.F1)(SSFC, 11/19/17, p.C9)

1971        Aug 20, FBI began a covert investigation of CBS journalist Daniel Schorr.
(www.theatlantic.com/politics/polibig/wisepres.htm)

1971        Nov 24, On Thanksgiving eve DB Cooper boarded Flight 305 in Portland, Or., and
demanded $200,000 with the threat of a bomb. He parachuted from a Northwest Airlines 727
with the money over the Cascade Mountains near Ariel, Wash., and was never seen again. FBI
agent Ralph Himmelsbach wrote the book NORJAK that described the case. A packet containing
$5,880 of the ransom money was found in 1980 on the north shore of the Columbia River, just
west of the Washington city of Vancouver. In 2011 evidence was presented that Lynn Doyle
Cooper (d.1999) of Oregon, a Korean war veteran, was the hijacker. On July 13, 2016, the FBI
said it is no longer investigating the case.
(SFEC, 11/17/96, Z1 p.5)(AP, 11/24/97)(SFC, 8/4/11, p.A8)(SFC, 7/13/16, p.A6)

1971        US CIA funding for Radio Free Europe and Radio Liberty was disclosed. In 2000 Arch
Puddington, deputy director of RFE/RL's new York bureau from 1985 to 1993, authored
"Broadcasting Freedom." The Munich headquarters were closed in 1994 and the organization
moved to an afterlife in Prague.
(WSJ, 6/5/00, p.A30)(http://en.wikipedia.org/wiki/Radio_Free_Europe)

1971-1972   The US FBI reported more than 2,500 bombings over an eighteen month period.
(SSFC, 4/12/15, p.N1)

1972        May 2, J. Edgar Hoover, head of the FBI (1924-72), died in Washington at age 77.
Hoover had come to the forefront of federal law enforcement during the "Red Scare" of 1919 to
1920. The Watergate affair subsequently revealed that the FBI had illegally protected President
Richard Nixon from investigation. Ronald Kessler later published "The FBI: Inside the World's
Most Powerful Law Enforcement Agency."
(AP, 5/2/97)(SFEC, 6/6/99, p.A19)(MC, 5/2/02)

1972        Jun 17, Chile president Allende formed a new government and the CIA prepared to
oust him.
(MC, 6/17/02)

1972        Jun 19, Two days after the botched Watergate break-in, FBI official W. Mark Felt
secretly assured Bob Woodward that The Washington Post could safely make a connection
between the burglars and a former CIA agent linked to the White House, E. Howard Hunt.
Woodward's secret source for information became known as Deep Throat, and Felt's name was
not made public until 2005. In 2006 Mark Felt and John O'Connor authored "A G-Man's Life:
The FBI, Being "Deep Throat," and the Struggle for Honor in Washington."
(http://tinyurl.com/cva26)(SSFC, 5/21/06, p.M3)

1972        Jul 17, The first women since the 1920s were officially hired as special FBI agents.
(www.pbs.org/wgbh/amex/dillinger/peopleevents/p_women.html)

1973        Mar 4, Khalid Duhham Al-Jawary (b.1947), and possibly others readied cars with
bombs in anticipation of Israeli PM Golda Meir's visit to NYC. The bombs failed to detonate and
were discovered after two cars on Fifth Avenue were towed. The FBI learned about a third car at
JFK and notified police. In 1979 Border police stopped Al-Jawary's car as he and another man
tried to cross into Germany from Austria. In the trunk of the car, police found 88 pounds of high
explosives, electronic timing-delay devices and detonators hidden in a suitcase. They also
unearthed cash and nine passports inside a portable radio that could be used to monitor
transmissions from ships, airplanes or the police. Germany released Al-Jawary long before the
FBI knew that he had been taken into custody. In 1991 he was detained in Rome and picked up
by the FBI. In 1993 a jury convict Al-Jawary, just days after the first attack on the World Trade
Center, based on evidence that included his fingerprints on one of the NYC bombs. In 2009
Al-Jawary was deported to Sudan after completing only about half his term, including time served
prior to his sentencing and credit for good behavior.

(AP, 1/25/09)(SFC, 2/27/09, p.A5)(WSJ, 3/5/09, p.A6)

1973    Mar 11, An FBI agent was shot at Wounded Knee in South Dakota.
(HN, 3/11/98)

1973    Apr 2, ITT pleaded guilty to asking CIA to "influence" Chilean presidential elections.
(MC, 4/2/02)

1973    Apr 27, Acting FBI Director L. Patrick Gray resigned after it was revealed that he had handed over bureau files on the Watergate burglary to the Nixon White House.
(AP, 4/27/08)

1973    May, CIA director James R. Schlesinger (b.1929), in response to the unfolding Watergate scandal, ordered employees to report activities which might be construed to be outside the legislative charter of the agency.
(AH, 10/07, p.16)

1973    Jun 7, Pres. Nixon nominated Clarence M. Kelley (1911-1997), chief of police in Kansas City, to succeed J. Edgar Hoover as director of the FBI. Kelley retired in 1978 when Pres. Carter selected William Webster to serve as the director.
(SFC, 8/6/97, p.A14)(http://en.wikipedia.org/wiki/Clarence_M._Kelley)

1973    Jul 2, CIA director James R. Schlesinger (b.1929), nominated on May 10 by Pres. Nixon, became the 12th US Sec. of Defense.
(www.defenselink.mil/specials/secdef_histories/bios/schlesinger.htm)

1973    Jul 13, In Chile a strike began that lasted until the September 11 coup. More than a million workers were on strike demanding that Allende go. American CIA funding was involved.
(WSJ, 10/30/98, p.A19)(http://foia.state.gov/reports/churchreport.asp)

1973    Sep 4, William E Colby (1920-1996), became the 10th director of the CIA.
(http://ngothelinh.tripod.com/wcolby.htm)

1973    Oct 24, John Lennon sued the US government to admit FBI was tapping his phone.
(http://tinyurl.com/4xox8x)

1974    Columnist Jack Anderson blew the cover of CIA agent James Lilley, attached to the US representative office in Beijing. In 2004 James and Jeffrey Lilley authored "China Hands: Nine Decades of Adventure, Espionage and Diplomacy in Asia."
(WSJ, 5/6/04, p.D10)

1974    Aug, The CIA in Project Azorian recovered part of a Soviet submarine that had sunk in the Pacific on March 8, 1968. A 100 foot section of K-129 was pulled in by the Hughes Glomar Explorer with 2 nuclear tipped torpedoes and the bodies of 6 Russian sailors. The US Navy's fully submersible dry dock, called the Hughes Mining Barge, was used under the Glomar Explorer to position a claw to recover the submarine. Claude Barnes Capehart worked on the Howard Hughes' deep-sea research vessel, Glomar Explorer, that under CIA sponsorship raised part of the Soviet submarine. Later in Chowchilla, Ca., he told his girlfriend that he was in Texas when Kennedy was assassinated, and that "Oswald wasn't the only one involved." Just before a scheduled interview in 1989, Capehart dropped dead of a heart attack. In 1996 the Glomar Explorer began under going remodeling for work as a deep-sea drilling ship. The barge was later used to house the Navy's $195 million Sea Shadow, an experimental stealth ship made public in 1993. In 2006 the barge and Sea Shadow were put to rest in Suisun Bay, near San Francisco.
(SFC, 7/15/96, p.A6)(WSJ, 2/24/09, p.A6)(AP, 2/13/10)

1975    Jan 4, Pres. Ford's signed Executive Order No. 11828 on CIA Activities within the US. He directed the Commission, chaired by VP Nelson A. Rockefeller, to determine whether or not any domestic CIA activities exceeded the Agency's statutory authority and to make appropriate recommendations.
(www.archives.gov/federal-register/executive-orders/1975.html)(http://tinyurl.com/5ukhxo)

1975    Jan 27, The US Senate voted to establish a special 11-member investigating body to examine FBI and CIA activities. Under the chairmanship of Idaho Senator Frank Church, with Texas Senator John Tower as vice-chairman, the select committee was given nine months and 150 staffers to complete its work. On November 20 the committee released a report, charging both US government agencies with illegal activities.
(http://tinyurl.com/2tb7rc)(http://en.wikisource.org/wiki/Church_Committee)

1975    Jun 2, Vice President Nelson Rockefeller said his commission had found no widespread pattern of illegal activities at the Central Intelligence Agency.
(AP, 6/2/97)

1975    Jun 10, The Rockefeller panel reported on illegal CIA files on Americans.
(http://en.wikipedia.org/wiki/1975)

1975    Sep 22, President Gerald R. Ford dodged a second assassination in less than three weeks. Sara Jane Moore, an FBI informer and self-proclaimed revolutionary, attempted to shoot President Ford outside a San Francisco hotel, but missed. Oliver Sipple (1941-1989), a disabled former Marine, knocked Moore's arm aside. A bullet she fired slightly wounded a man in the crowd. Moore was sentenced to life in prison, but was paroled at the end of 2007 after serving over 30 years without getting into trouble.
    (AP, 9/22/97)(SFC, 1/1/08, p.A1)(SSFC, 2/2/14, DB p.42)

1975    Oct 5, Democratic Senator Frank Church of Idaho charged that the CIA tried to kill Cuban President Fidel Castro during the administrations of three US presidents. The 1975 Church Committee hearings revealed the FBI's worst secrets of surveillance and intimidation.
    (MC, 10/5/01)(WSJ, 10/27/04, p.D12)

1975    Nov 20, An interim report by the US Senate's Church Committee said that the CIA failed to assassinate Fidel Castro at least 8 times. The report also covered CIA activity in Chile, the Congo, the Dominican Republic and elsewhere.
    (WSJ, 8/5/06, p.A9)(http://en.wikisource.org/wiki/Church_Committee)

1975    Dec 23, Richard S. Welch, the Central Intelligence Agency station chief in Athens, was shot and killed outside his home. The left-wing November 17 urban guerrilla group was responsible. In 2002 Pavlos Serifis was arrested in connection with the murder.
    (AP, 12/23/00)(SFC, 7/5/02, p.A9)

1976    Jan 30, George Bush became the 11th director of the CIA replacing William E. Colby. Bush revived the reputation of the organization and left it Jan 20, 1977.
    (SFEC, 1/16/00, Par p.2)(http://tinyurl.com/2mm8r9)

1976    May 19, The US Senate established congressional oversight over the CIA with the permanent Select Committee on Intelligence (SSCI).
    (SFC, 9/17/97, p.A3)(http://tinyurl.com/3cc2yh)

1976    Aug 8, John Roselli, hired by CIA to kill Castro, was found murdered.
    (MC, 8/8/02)

1977    Mar 9, Admiral Stansfield Turner took office as head of the CIA under Pres. Carter.
    (www.espionageinfo.com/Cou-De/DCI-Director-of-the-Central-Intelligence-Agency.html)

1977    Jul 14, US House established a permanent Select Committee on Intelligence.
    (MC, 7/14/02)

1977    Christopher Boyce was convicted of espionage. He had gained access to CIA communications during his job at TRW and sold classified documents to the Russian Embassy in Mexico City. His story was told in the 1985 film "The Falcon and the Snowman." Boyce was paroled in 2003.
    (SFC, 3/15/03, p.A2)

1978    Jan 7, Michael Josselson (b.1908), Estonia-born director of the Congress for Cultural Freedom, died. The organization was a CIA front to gain the support of the non-Communist left for the US. In 2000 Frances Stonor Saunders authored "The Cultural Cold War: The CIA and the World of Arts and Letters."
    (SFEC, 7/16/00, BR p.4)

1978    Aug 18, Bechtel Corp. hired Richard Helms, former director of the CIA, as a consultant. Former government officials George Shultz and Caspar Weinberger were also recently hired.
    (SFC, 8/15/03, p.E9)

1978-1979    The US FBI conducted a sting operation using phony Arab sheikhs, a yacht in Florida and suitcases of money to snare a senator, six congressman and other public officials for influence peddling. The FBI hired convicted swindler Mel Weinberg (1924-2018) to orchestrate the operation. This led to the 2013 film "American Hustle" based on 1981 biography of Weinberg by Robert W. Greene.
    (SFC, 6/8/18, p.D2)

1979    Nov 4, In Iran, as Islamist students stormed the US Embassy in Tehran, six American diplomats escaped and found sanctuary at the home of Canadian ambassador Ken Taylor (d.2015 at 81) and his first secretary, John Sheardown. Taylor then worked with the Canadian government and the CIA to obtain Canadian passports and forged visas allowing the diplomats to fly to Switzerland.

(SFC, 10/17/15, p.C3)

1980    Feb 2, Reports surfaced that the FBI had conducted a sting operation targeting members of Congress using phony Arab businessmen in what became known as "Abscam," a codename protested by Arab-Americans.
(AP, 2/2/00)

1980    Oct 24, David H. Barnett, former CIA agent, was indicted. He pleaded guilty to spying for the Soviet Union from 1976-1979 while based in Indonesia. He admitted to exposing the identities of 30 US agents.
(SFC, 11/19/96, p.A17)(www.agentsnotes.com/spycases.html)

1981    Jan 28, William J. Casey (1913-1987) became the 13th director of CIA replacing Adm. Stansfield Turner.
(www.espionageinfo.com/Cou-De/DCI-Director-of-the-Central-Intelligence-Agency.html)

1981    May 1, Harrison Williams (Sen-D-NJ) was convicted on FBI Abscam charges.
(http://en.wikipedia.org/wiki/Abscam)(AP, 5/1/01)

1981    Dec 4, President Reagan broadened the power of the CIA by allowing spying in the U.S. This was Executive Order on Intelligence No 12,333. The order also barred assassinations.
(HN, 12/4/98)(Econ, 2/20/10, p.57)(www.tscm.com/EO12333.html)

1981    Barry Seal (1939-1986), gunrunner, drug trafficker, and covert CIA operative, began his operations at the Intermountain Regional Airport in Mena, Arkansas. Seal was murdered by Colombian assassins in Feb, 1986, after he had testified in federal court in Las Vegas, Fort Lauderdale, and Miami for the US government against leaders of the Medellin drug cartel. According to a 1986 letter from the Louisiana attorney general to then US attorney general Edwin Meese, Seal had "smuggled between $3 billion and $5 billion of drugs into the US." Among the aircraft flown in and out of Mena was Seal's C-123K cargo plane, christened Fat Lady. Records show that Fat Lady, serial number 54-0679, was sold by Seal months before his death. On Oct 5, 1986, Fat Lady was shot down over Nicaragua with a load of arms destined for the Contras.
(www.ratical.org/ratville/JFK/crimesOfMena.html)

1981    Roger Wheeler, chairman of Telex Corp. and owner of World Jai Alai, was shot execution style at a Tulsa country club. In 2001 2 reputed Boston mobsters, James Bulger and Stephen Flemmi, were charged. Jai Alai executive John B. Callahan was murdered in Aug 1982 in Miami. In 2001 hitman John Vincent Martorano (60) pleaded guilty to wheeler's murder and was sentenced to 15 years in prison. In 2003 former FBI agent H. Paul Rico (78) was arrested and charged with murder for helping to setup the hit.
(SFC, 3/15/01, p.A8)(SFC, 5/4/01, p.D5)(SFC, 10/10/03, p.A3)

1982    Jun, "Farewell," a C.I.A. campaign of computer sabotage, stayed secret because the blast, estimated at three kilotons, took place in the Siberian wilderness, with no casualties known. "The pipeline software that was to run the pumps, turbines and valves was programmed to go haywire," writes Reed, "to reset pump speeds and valve settings to produce pressures far beyond those acceptable to the pipeline joints and welds. The result was the most monumental non-nuclear explosion and fire ever seen from space." "At the Abyss," by Thomas C. Reed, was published by Random House in 2004.
(http://www.nytimes.com/2004/02/02/opinion/02SAFI.html)

1982    Jul 31, Jai Alai executive John B. Callahan (45) was fatally shot in Miami by mob hit man John Martorano. Callahan's body was found Aug 2 in the trunk of his Cadillac. In 2008 former FBI agent John Connolly was convicted of 2nd degree murder for leaking information to mobsters that led to the shooting death of Callahan. In Jan, 2009, Connolly was sentenced to 40 years in prison.
(SFC, 11/6/08, p.A9)(http://mafiatoday.com/?p=442)(SFC, 1/16/09, p.A2)

1983    Jul 19, In Honduras Reyes Mata, a Cuban-trained doctor and guerrilla leader, led a unit of 96 Nicaraguan-trained rebels and Rev. James F. Carney into the Olancho. They were routed by the Honduran army. American CIA records, disclosed in 1998, reported that Mata was tortured and executed by the Honduran army.
(SFC, 11/5/98, p.C4)(www.fas.org/sgp/congress/hr051198/valladares.html)

1983    Edwin Wilson was convicted of running arms to Libya. In 2003 the conviction was thrown out because prosecutors knew he worked for the CIA and misled the court.
(WSJ, 10/29/03, p.A1)

1984    Apr 13, Christopher Wilder, FBI's "most wanted man," accidentally killed himself.
(MC, 4/13/02)

1984    May, Marta Healy, a Nicaraguan exile, contacted George Morales, a champion power

boat racer and big-league drug trafficker under indictment in the US, to arrange a meeting with contra rebels at her Miami home. Her aim was to broker a deal to help the rebels financially. The rebels got an ok from the CIA to accept airplanes and cash from the drug dealer while still receiving CIA money under the table.
    (SFC, 10/31/96, p.A7)(www.usdoj.gov/oig/special/9712/ch11p1.htm)

1984    Oct 2, Richard W. Miller became the first FBI agent to be arrested and charged with espionage. Miller was tried three times; he was sentenced to 20 years in prison, but was released after nine years.
    (AP, 10/2/04)

1984    Oct 15, The Central Intelligence Agency's Freedom of Information Act was signed into law by Pres. Reagan.
    (www.asne.org/index.cfm?ID=453)

1984    Nov, The CIA told the US Congress in 1987 that it had concluded in Nov., 1984, that it could not resume aid to the Costa Rican-based Contras because "everybody around Pastora was involved in cocaine."
    (SFC, 10/31/96, p.A7)

1985    Mar 6, Mexican authorities found the body of US drug agent Enrique C. Salazar.
    (MC, 3/6/02)

1985    May 20, FBI arrested John A. Walker. US Navy Chief Petty Officer Walker began spying for the Soviet Union in 1968 for $1,000 per week. Walker's ex-wife turned him into the FBI.
    (www.dss.mil/training/espionage/1985.htm)

1985    Jun 3, Jerry A. Whitworth was arrested by the FBI, accused of being part of a spy ring headed by John A. Walker Jr. Whitworth was later sentenced to 365 years in prison.
    (AP, 6/3/05)

1985    Mar 8, In Lebanon a massive car bomb killed 80 people. It targeted Grand Ayatollah Sayyed Muhammad Hussein Fadlallah, but he escaped injury. Reporter Bob Woodward later wrote that CIA director William Casey, while lying on his deathbed, admitted personal culpability in the attack, which he suggests was carried out with funding from Saudi Arabia.
    (Econ, 7/10/10, p.48)(http://en.wikipedia.org/wiki/1985_Beirut_car_bombing)

1985    Aug 9, A federal judge in Norfolk, Va., found retired Navy officer Arthur J. Walker, brother of John A. Walker Jr., guilty of 7 counts of spying for the Soviet Union.
    (AP, 8/9/97)

1985    Sep 6, Tscherim Soobzokov (b.1924), a former Waffen SS soldier, was killed by a bomb at his home in Patterson, NJ. In 2006, declassified documents of the Central Intelligence Agency confirmed that Soobzokov had been a CIA agent in Jordan and that the agency had misled the United States Immigration and Naturalization Service on Soobzokov's Nazi past.
    (SSFC, 11/14/10, p.A18)(http://en.wikipedia.org/wiki/Tscherim_Soobzokov)

1985    Oct 28, The leader of the so-called "Walker family spy ring," John A. Walker Jr., pleaded guilty to giving U-S Navy secrets to the Soviet Union.
    (MC, 10/28/01)

1985    Sep, Edward Lee Howard, CIA officer, vanished from Santa Fe, NM. He fled the US to Russia while under FBI investigation for spying for the Soviet Union. He was accused of disclosing CIA agents in Moscow. Howard died in 2002 of a broken neck from an accident at his residence outside Moscow. In 1995 Howard's memoir "Safe House" was ghost written by Richard Cote.
    (SFC, 11/19/96, p.A17)(SFC, 7/22/02, p.A6)

1985    Oct 7, The United States announced it would no longer automatically comply with World Court decisions. This was in response to a June 25, 1985, World Court ruling that U.S. involvement in Nicaragua violated international law. The ruling stemmed from a suit brought in April 1984 after revelations that the CIA had directed the mining of Nicaraguan ports. The U.S. later vetoed two U.N. resolutions calling for compliance to the World Court ruling.
    (HNQ, 6/9/99)

1985    Nov 23, Retired CIA analyst Larry Wu-tai Chin was arrested and accused of spying for China. He committed suicide a year after his conviction.
    (AP, 11/23/97)

1985    Four off-duty US Marines and 9 others were killed at sidewalk restaurants in the Zona Rosa section of San Salvador. Pedro Antonio Andrade Martínez (aka Mario Gonzalez), a Marxist

guerrilla, was one of the reputed masterminds of the massacre. Andrade later became an informant for the CIA and sought US asylum. Andrade was deported from the US in 1997.
    (SFC, 11/22/96, p.A21)(SFC, 11/6/97, p.C3)

1985    American CIA clerk in Ghana Sharon Scranage pleaded guilty to disclosing the names of US agents to her Ghanaian boyfriend. She was prosecuted under a 1982 federal law called the Intelligence Identities Protection Act.
    (SFC, 11/19/96, p.A17)(LAT, 7/15/05)

1985    The American CIA rewrote its 1983 training manual for security forces after public uproar over another manual that taught Nicaraguan contra rebels about neutralizing enemies and holding demonstrations that could provoke violence.
    (SFC, 1/28/97, p.A3)

1985-1986    Celerino Castillo III, a US agent for the DEA, reported Contra drug flights from Nicaragua to the US to US Embassy officials. His testimony in 1996 followed reports that the CIA was involved in smuggling drugs to southern California with the proceeds going to support Contra forces at war with the Sandinista government.
    (SFC, 9/24/96, p.A7)

1985-1994    Aldrich H. Ames, a CIA counterintelligence official, passed over this time information to the Soviet Union that included the names of US agents. The deaths of at least 9 agents were blamed on his disclosures. In 1994 Ames and his wife, Rosario, pleaded guilty to spying for the Soviet Union.
    (SFC, 11/19/96, p.A17)

1986    Feb 19, Barry Seal (b.1939), gunrunner, drug trafficker, and covert CIA operative extraordinaire, was murdered in a hail of bullets by Medellin cartel hit men outside a Salvation Army shelter in Baton Rouge, Louisiana. He had testified in federal court in Las Vegas, Fort Lauderdale, and Miami for the US government against leaders of the Medellin drug cartel.
    (www.ratical.org/ratville/JFK/crimesOfMena.html)(http://en.wikipedia.org/wiki/Barry_Seal)

1986    Jul 11, President Ronald Reagan placed the Contras, who were fighting the government of Nicaragua, under CIA jurisdiction.
    (HN, 7/11/98)

1986    Jul 14, Richard W. Miller became the 1st FBI agent convicted of espionage.
    (MC, 7/14/02)

1986    Dec, Sergeant Clayton Lonetree informed his CIA station chief in Austria that he had been spying for the Soviets. He was later sentenced to 30 years, but the sentence was reduced and he was released in 2/96. "Dancing With The Devil, Sex, Espionage and the US Marines: The Clayton Lonetree Story" (1996) by Rodney Barker tells the tale.
    (SFC, 8/29/96, p.B4)

1986    Peter Mass authored "Manhunt," the story of Edwin Wilson (1928-2012). Wilson had worked for the CIA but was arrested in 1982 for selling 20 tons of explosives to Libya. He was sentenced to 52 years in prison for smuggling arms and plotting to murder his wife.
    (SSFC, 9/23/12, p.C10)
1986    Osama bin Laden began building a tunnel complex under mountains in Afghanistan near Pakistan as part of a CIA-funded project.
    (SSFC, 5/9/04, p.M6)

1987    Apr 15, A jury in Northampton, Mass., found Amy Carter, Abbie Hoffman and 13 other protesters innocent of charges stemming from a demonstration against CIA recruiters at the University of Massachusetts.
    (AP, 4/15/97)

1989    May 5, A federal judge ordered sweeping changes in the FBI's promotion system, months after the judge found that the bureau had systematically discriminated against its Hispanic employees in advancements and assignments.
    (AP, 5/5/99)

1987    May 6, William J. Casey, CIA Director (1981-1987), died at age 74.
    (AP, 5/6/97)

1987    Jul 10, Lt. Col. Oliver North told the Iran-Contra committees that the late CIA director William J. Casey had embraced a fund created by arms sales to Iran because it could be used for secret operations other than supplying the Contras.
    (AP, 7/10/97)

1990    Jan 18, In an FBI sting, Washington, D.C., Mayor Marion Barry was arrested for drug

possession. Barry was arrested while smoking crack cocaine and fondling a woman who was not his wife. He was later convicted of a misdemeanor.
    (AP, 1/18/00)(SFC, 11/24/14, p.A6)

1990    May 24, Darryl Cherney and Judi Bari (11/7/49-3/2/97), environmental activists in the Earth First! movement, were injured after a pipe bomb exploded in their car as they drove through Oakland, Ca. They were arrested while in the hospital on charges of transporting a bomb but the charges were never filed. They later filed a suit against the FBI and Oakland police for false arrest, illegal search and seizure and conspiracy to violate free-speech rights. Bari died of liver cancer in 1997. In 2002 a jury awarded $2.9 million to Bari's estate and $1.5 million to Cherney saying the FBI had framed them as eco-terrorists. In 2004 the government settled civil suits for $2 million.
    (SFC, 3/1/97, p.C2)(SFC, 10/21/97, p.A20)(SFC, 6/12/02, p.A1)(SFC, 4/23/04, p.B1)

1990    Nov 3, The Kryptos sculpture, created by sculptor Jim Sanborn, was dedicated in the courtyard of the CIA headquarters in Virginia.
    (SSFC, 11/21/10, p.A16)(http://en.wikipedia.org/wiki/Kryptos)

1991    May 8, CIA Director William H. Webster announced his retirement; he was eventually succeeded by Robert Gates.
    (AP, 5/8/01)

1991    The president of Rochester Inst. of Technology (RIT) resigned following a scandal over CIA influence on research and curriculum, and his own work for the agency.
    (WSJ, 10/4/02, p.A1)

1993    Jan 23, FBI Director William S. Sessions dismissed a Justice Department report accusing him of ethical abuses, accusing former Attorney General William P. Barr of a "crassly calculated attack."
    (AP, 1/23/98)

1993    Jul 18, FBI Director William Sessions continued to resist White House suggestions he step down, saying he would resign only if President Clinton asked him to. Sessions was fired by Clinton the next day.
    (AP, 7/18/03)

1993    Aug 6, Louis Freeh won US Senate confirmation to be director of the FBI.
    (AP, 8/6/98)

1993    Aug 8, Freddie Woodruff (b.1947), CIA agent chief in Tbilisi, Georgia, was shot and killed during an outing with friends. Georgian authorities charged Anzor Sharmaidze (20), a volunteer soldier, with the murder. Sharmaidze confessed under torture and later said he was framed for the murder. In 2008 Sharmaidze was granted parole from prison.
    (WSJ, 10/18/08, p.A1)(http://public.cq.com/docs/hs/hsnews110-000002604568.html)(WSJ, 10/27/08, p.a12)

1993    Sep 1, Louis Freeh was sworn in as director of the FBI.
    (AP, 9/1/99)

1994    Jun 4, Gregory Scarpa, nicknamed The Grim Reaper, died in a Minnesota prison. He was a soldier for the Colombo crime family and an informant for the FBI.
    (http://en.wikipedia.org/wiki/Gregory_Scarpa_Sr.)

1994    Sep 11, Anthony Marceca visited Craig Livingstone at the White House and secretly perused his own personal FBI file. He obtained the names of 2 women, Lanny Stephenson and Joyce L. Montag, who had provided the FBI background information and sued them for slander.
    (WSJ, 6/28/96, p.A9)(www.judicialwatch.org/archive/ois/cases/filegate/SubCertBrief.htm)

1994    Dec 23, John Connolly, FBI agent, came to the Winter Hill gang's headquarters in a Boston liquor store and warned Kevin Weeks of pending FBI arrests for mobsters James Bulger, Stephen Flemmi and Francis Salemme. Connolly was convicted for corruption in 2002 and sentenced to 121 months.
    (SFC, 5/29/02, p.A3)(SFC, 9/17/02, p.A5)

1994    David Corn authored "Blond Ghost," a biography of former CIA chief Theodore Shackley.
    (SSFC, 9/23/12, p.C10)

1995    Jan 5, A warrant was issued for the arrest of James "Whitey" Bulger (b.1929), top mobster of Boston's Winter Hill Gang. He had disappeared with his girlfriend just days before the warrant was issued. Bulger was linked to 21 murders and in 2000 became a fixture on the FBI's "Ten Most Wanted" list. In 2007 Kevin Weeks authored "Brutal: The Untold Story Of My Life

Inside Whitey Bulger's Irish Mob."
(http://tinyurl.com/2c8u37f)(SSFC, 1/30/05, p.A13)(http://tinyurl.com/29unfq4)

1995    Mar 11, President Clinton nominated Deputy Defense Secretary John Deutch to be CIA
director.
    (AP, 3/11/00)

1995    Apr 20, In the aftermath of the Oklahoma City bombing, the FBI announced it was
looking for two men suspected of renting the truck used to carry the explosive; rescue teams
suspended the search for survivors so that the remaining structure of the Alfred P. Murrah
Building could be shored up.
    (AP, 4/20/00)

1995    Jul 14, Under pressure from Congress, FBI Director Louis Freeh removed his friend
Larry Potts as the bureau's deputy director because of controversy over Potts' role in a deadly
1992 FBI siege in Idaho.
    (AP, 7/14/00)

1995    Aug 22, FBI agent Lon Horiuchi shot at Randy Weaver's cabin in Idaho.
    (MC, 8/22/02)

1995    Sep 13, The FBI made at least a dozen arrests, capping a nationwide two-year
investigation of pedophiles and pornographers using the America Online computer network.
    (AP, 9/13/00)

1996    Feb 23, FBI agents arrested Robert Lipka, a former army clerk at the National Security
Agency, for espionage in the late 1960s.
    (WSJ, 11/21/96, p.A1)

1996    Apr 3, FBI agents arrested a suspect thought to be the Unabomber. Theodore John
Kaczynski was arrested near Lincoln, Montana on a tip from his brother. His mail bombs had
killed 3 and injured 23 over the last 17 years. An original draft of his manifesto "Industrial Society
and Its Future" was found some days later.
    (WSJ, 4/4/96, A-1)(SFC, 4/13/96, p.A-1)(AP, 4/3/97)

1996    Apr 27, William Egan Colby (76), CIA Director, died. In 2003 John Prados authored
"Lost Crusador," a biography of Colby.
    (MC, 4/27/02)(WSJ, 6/5/03, p.D8)

1996    May 5, The FBI released preliminary figures showing that serious crimes reported to
police fell for the fourth straight year in 1995.
    (AP, 5/5/97)

1996    May 6, The body of former CIA director William E. Colby was found on a riverbank
near his southern Maryland vacation home, eight days after he'd disappeared.
    (AP, 5/6/97)

1996    May 24, The Pleasant Hill Baptist Church in Lumberton, N.C., burned down. Arson
was suspected and investigations by the FBI and ATF were later begun.
    (SFC, 6/11/96, p.A16)

1996    Robert Gates (b.1943), former director of the CIA (1991-1993), authored his
autobiography "From the Shadows."
    (Econ, 8/8/09, p.29)(http://en.wikipedia.org/wiki/Robert_Gates)

1996    The CIA obtained an al-Qaida training manual that suggested a 10-position leadership
structure for members held in prison. In 2006 a report was made public that said prisoners at
Guantanamo followed this structure.
    (SFC, 7/20/06, p.A12)

1997    Mar 10, The White House and the FBI clashed in a rare public quarrel after President
Clinton said he should have been alerted when the bureau told national security officials that the
Chinese government might be trying to influence U.S. elections.
    (AP, 3/10/98)

1997    Apr 9, The CIA announced that its own errors may have led to demolition of an Iraqi
ammunition bunker filled with chemical weapons at Kamisiyah in 1991. The CIA apologized to
Gulf War veterans for failing to do a better job in supplying information to U.S. troops who blew
up an Iraqi bunker later found to contain chemical weapons.
    (SFC, 4/10/97, p.A1)(AP, 4/9/98)

1997    Jun 5, Harold J. Nicholson, the highest-ranking CIA officer ever caught spying against

his own country, was sentenced to 23 1/2 years in prison for selling defense secrets to Russia after the Cold War. Officials later claimed that he and his son continued to make contact with Russian operatives. In 2009 Nicholson and his son were arraigned on charges of money laundering and acting as agents of a foreign government.
(AP, 6/5/98)(WSJ, 1/30/08, p.A3)

1997    Jul 16, Hundreds of FBI agents, some handing out photos in gay bars and hotels, blanketed south Florida in the continuing hunt for alleged prostitute-turned-serial killer Andrew Phillip Cunanan, who was suspected of killing designer Gianni Versace.
(AP, 7/16/98)

1997    Aug 15, The Justice Department decided not to prosecute senior FBI officials in connection with an alleged cover-up that followed the deadly 1992 Ruby Ridge siege in Idaho.
(AP, 8/15/98)

1997    Aug 27, A secret CIA report acknowledged that the CIA knew of human rights abuses by the Honduran military in the 1980s. It was declassified in 1998.
(SFC, 10/24/98, p.A3)

1997    The FBI began Operation Black Widow to infiltrate the Nuestra Familia gang. This led to indictments of 22 members in 2001.
(SFC, 11/29/03, p.A15)

1998    Jan 23, A judge in Fairfax, Va., sentenced Mir Aimal Kasi to death for an assault rifle attack outside CIA headquarters in 1993 that killed two men and wounded three other people. Kasi was executed November 2002.
(AP, 1/23/03)

1998    Feb 27, FBI arrested suspected serial killer Tony Ray Amati, their 10th most wanted.
(MC, 2/27/02)

1998    Mar 20, George Tenet, director of the CIA, disclosed that $26.7 billion was the 1998 budget secret intelligence activities, one-tenth the overall US military budget.
(SFC, 3/21/98, p.A4)

1998    Apr 3, Douglas Fred Groat, a disgruntled spy fired by the CIA, was charged with espionage and extortion. Groat later pleaded guilty to extortion, and was sentenced to five years in prison.
(AP, 4/3/03)

1998    Felix Sater, a Russian-American businessman, began cooperating with the US government after pleading guilty to participating in a $40 million stock-fraud case involving New York mafia figures. After entering his plea, Sater spent years working hand-in-hand with the CIA and the FBI to target New York organized crime families and Al Qaeda.
(The Daily Beast, 8/23/19)

1999    Feb 15, Abdullah Ocalan was captured in Kenya while being transferred from the Greek embassy to Jomo Kenyatta International Airport in Nairobi, in an operation by the Turkey's Milli İstihbarat Teskilatı reportedly with the help of CIA. George Costoulas, the Greek consul who protected him, said that his life was in danger after the operation. By 2015 Ocalan authored some 40 books including "To Kill a Man," which became something of a feminist bible.
{Kenya, Kurds, Turkey, USA, CIA}
(http://en.wikipedia.org/wiki/Abdullah_%D6calan)(Econ., 3/7/15, p.53)

1999    May 16, The Justice Department said preliminary figures from the FBI indicated a decline in serious crime in 1998 for the seventh consecutive year.
(AP, 5/16/00)

1999    Aug 20, In a highly unusual move, the CIA pulled the security clearances for former Director John Deutch for keeping secret files on an unsecured home computer.
(AP, 8/20/00)

1999    Aug 25, The FBI, reversing itself after six years, admitted that its agents might have fired some potentially flammable tear gas canisters on the final day of the 1993 standoff with the Branch Davidians near Waco, Texas, but said it continued to believe law enforcement agents did not start the fire which engulfed the cult's compound.
(AP, 8/25/00)

1999    Aug 26, Attorney General Janet Reno pledged that a new investigation of the 1993 Waco, Texas, siege would "get to the bottom" of how the FBI used potentially flammable tear gas grenades against her wishes and then took six years to admit it.
(AP, 8/26/00)

1999    Sep 1, Attorney General Janet Reno ordered US marshals to FBI headquarters to seize an infrared videotape containing a recording of FBI communications made during the 1993 FBI assault of the Branch Davidian sect in Waco, Texas. FBI officials had stated that no tape of that stage of the operation existed.
    (SFC, 9/2/99, p.A3)(SFC, 9/3/99, p.A3)

1999    Gary Webb (1955-2004), San Jose news reported, authored "Dark Alliance: The CIA, the Contras, and the Crack Cocaine Explosion."
    (SFC, 12/13/04, p.B3)

1999    The FBI helped launch the 1st Regional Computer Forensics Laboratory (RCFL) to support federal, state and local law-enforcement agencies. By 2005 there were 6 such labs.
    (Econ, 3/12/05, TQ p.32)

2000    Apr 8, The Central Intelligence Agency confirmed that personnel action had been taken following the mistaken bombing of the Chinese embassy during the NATO war against Yugoslavia; one employee was reportedly fired.
    (AP, 4/8/01)

2000    Apr, The FBI issued an alert to American agencies warning of a possible al Qaeda attack. It was based on allegations by Niaz Khan, a Briton of Pakistani descent who turned himself in to US authorities.
    (WSJ, 6/7/04, p.A8)

2003    The US CIA paid $15 million to Polish intelligence or use of a secret prison site, handing over the cash in two cardboard boxes. This only became public in 2014 when the Washington Post cited former CIA officers regarding the 'black site."
    (AP, 1/24/14)

2001    Jan 5, In 2007 it was reported that a French intelligence document dated to this day warned that al-Qaida was at work on a hijacking plot. The information was passed on to the CIA. Documents on Osama bin Laden's terror network were drawn up by the French spy service, the DGSE, between July 2000 and October 2001.
    (AP, 4/16/07)

2001    Feb 18, Robert Philip Hanssen (56), senior FBI agent, was arrested for spying. He had allegedly passed information to the Russians for 15 years. It was believed that he had betrayed the construction of a tunnel under the Soviet Embassy in Washington. He pleaded guilty July 3 to avoid execution. His disclosures were later reported to have played a role in the execution or jailing of at least 3 Russians and threatened the identity of another 50 people. In 2002 David A. Wise authored: "The Bureau and the Mole." Hanssen was sentenced to life in prison on May 10, 2002.
    (SFC, 2/21/01, p.A1)(SSFC, 3/4/01, p.A6)(SFC, 7/4/01, p.A3)(WSJ, 1/8/02, p.A16)(AP, 2/18/02)(SSFC, 4/7/02, p.A14)(SFC, 5/11/02, p.A3)

2001    Mar 23, It was reported that the Bush administration had removed the CIA as a broker between Israeli and Palestinian security services.
    (SFC, 3/23/01, p.D4)

2001    Apr, Mr. Behrooz Sarshar, in his position as FBI interpreter/translator, attended a meeting between a long-term, reliable FBI asset and two additional FBI agents from the Washington Field Office. That FBI asset told the two FBI agents that his sources in Afghanistan had information of an al-Qaeda plot to attack America in a suicide mission involving planes.
    (http://impudicus.wordpress.com/)

2001    May 14, The FBI found in Baltimore another batch of undisclosed records on Timothy McVeigh.
    (SFC, 5/15/01, p.A1)

2001    May 16, Former FBI agent Robert Hanssen was indicted on charges of spying for Moscow. Hanssen later pleaded guilty to 15 counts of espionage and was sentenced to life in prison without parole.
    (AP, 5/16/02)

2001    Jul 5, Kenneth Williams, an FBI agent in Phoenix, Arizona, wrote to bureau headquarters that al Qaeda could be sending terrorists to train as student pilots. He urged the investigation of Middle Eastern men enrolled in American flight schools. [see Jul 10]
    (SFC, 5/17/02, p.A19)(SFC, 5/22/02, p.A18)

2001    Jul 10, George Tenet, director of the CIA, allegedly met with Condoleeza Rice and warned her of an imminent al-Qaida attack. News of the meeting was only made public in 2006.

(SFC, 10/2/06, p.A4)

2001    Jul 17, John Ashcroft, US Attorney Gen'l. reported that 184 FBI laptops and nearly 450 guns were stolen or lost over the last decade.
    (SFC, 7/18/01, p.A1)

2001    Aug 16, Zacarias Moussaoui (33), a French citizen of Moroccan descent, was arrested in Eagan, Minnesota, on immigration charges. He was taking lessons on flying Boeing jets with no interest in taking off or landing. He was later suspected as a 5th member of one of the Sep 11 WTC attack teams. In Nov the FBI reported that Moussaoui wanted to learn how to take off and land but not to fly. Mueller also said Ramzi Omar of Yemen, aka Ramsi Binalshibh, may have been the 20th hijacker. The local FBI contacted the CIA for action on Moussaoui when FBI managers failed to take action. Agent Coleen Rowley later charged that senior officials fumbled an opportunity to possibly prevent the Sep 11 terrorist attacks.
    (SFC, 11/8/01, p.A7)(SFC, 11/15/01, p.A12)(WSJ, 2/4/02, p.A1)(WSJ, 5/24/02, p.A1)(SFC, 5/25/02, p.A1)(SFC, 6/6/02, p.A14)

2001    Aug 22, The FBI arrested eight major suspects in a fraud scheme involving McDonald's Monopoly game pieces and charged Jerry Jacobson with conspiracy to commit mail fraud. Jacobson had swindled more than $24 million out of a major fast food promotion over 12 years. Jacobson served 37 months behind bars and agreed to pay $12.5 million in restitution.
    (NY Times, 2/4/20)

2001    Aug 23, Brian Regan (38), retired US Air Force master sergeant and cryptanalyst, was arrested by the FBI at Dulles Int'l. Airport on charges of spying. In 2002 Regan was accused of trying to spy for Iraq, Libya and China. On February 20, 2003, Regan was found guilty of three charges of attempted espionage including two counts of attempted espionage related to attempts to sell information to Iraq and China, and one count of gathering national defense information. He was acquitted of attempting to provide US secrets to Libya. On March 20, 2003, Regan was sentenced to life in prison without parole.
    (http://cicentre.com/Documents/DOC_Regan_1.htm)(SFC, 8/29/01, p.A6)(WSJ, 2/15/02, p.A1)

2001    Sep 10, Attorney General John Ashcroft rejected a proposed $58 million increase in FBI financing for counter-terrorism programs.
    (SFC, 6/1/02, p.A1)

2001    Oct 26, Pres. Bush signed a sweeping anti-terrorism bill into law. It gave police and intelligence agencies vast new powers to fight terrorism. The USA Patriot Act included Section 215 that gave the FBI authority to obtain library and bookstore records without evidence of wrongdoing.
    (SFC, 10/27/01, p.A3,6)(SSFC, 6/23/02, p.A5)

2001    The FBI tracked 8,322 US bank robberies this year, up 17% from 2000.
    (WSJ, 10/8/02, p.A1)

2001-2002    The US Navy Engineering Logistics Office issued at least 10 classified contracts to US aviation companies to fly terror suspects to countries known to practice torture. The CIA also played a role in the operations.
    (SSFC, 9/25/05, A4)

2002    Feb, Joseph C. Wilson IV, former US diplomat and veteran of the diplomatic wars of Iraq and Africa, was sent on a secret mission to Niger to determine if Iraqis had tried to purchase yellowcake uranium from Africa to build nuclear weapons. Wilson spent a week in Niger chatting with locals about the allegation, coming to the conclusion that the yellowcake charges were probably unfounded. His wife, Valerie Plame, was a CIA operative.
    (WP, 7/17/05)(WSJ, 7/18/05, p.A4)

2002    Mar 18, The FBI "Operation Candyman" snared over 90 people following a 14-month investigation of child pornography over the Internet.
    (SFC, 3/19/02, p.A3)

2002    Mar, In Cuba Anthony Boadle began working as Reuters' bureau chief and continued through 2008. He published reports favoring local counterrevolutionaries and the interests of the United States and the European Union. In 2011 Cuban state-television accused Boadle of working as a CIA operative.
    (AP, 4/5/11)

2002    May 29, FBI Director Robert Mueller acknowledged that the bureau did not pursue "red flags" in the weeks before Sep 11, and suggested for the first time that investigators might have uncovered the plot if they had been more diligent about pursuing leads. A reorganization plan for the bureau was announced with a focus on terrorist attacks.

(SFC, 5/30/02, p.A1)(AP, 5/29/03)

2002    Jun 4, Pres. Bush said the CIA and FBI had failed to communicate adequately before
the Sept. 11, 2001, terror attacks; Congress began extraordinary closed-door hearings into
intelligence lapses.
    (AP, 6/4/03)

2002    Jun 17, A converted C-130 air tanker crashed over a flaming ridge near Walker in
Mono County, Ca., and 3 crew members were killed. It was later reported that the 1956 plane had
been used by the CIA and lacked maintenance records.
    (SFC, 6/17/02, p.A1)(SFC, 1/7/03, p.A3)

2002    Sep 3, Louisiana State Univ. fired Dr. Steven J. Hatfill after the Justice Dept. said the
school could not use him on grants funded by the agency. The firing came following FBI
investigations of Hatfill and naming him as a "person of interest."
    (SFC, 9/5/02, p.A6)(WSJ, 9/4/02, p.A1)

2002    Oct 22, Richards Helms (89), CIA director who was fired by Richard Nixon, died. In
2003 his autobiography "A Look Over My Shoulder," co-written with William Hood, was
published.
    (WSJ, 10/24/02, p.A1)(WSJ, 6/5/03, p.D8)

2002    Oct 29, Gul Rahman, suspected of links to al-Qaida, was picked up from a home in
Islamabad and taken with four other people to a CIA black site called the Salt Pit near the Kabul
Airport. He was stripped naked, doused in cold water and then left to die in the CIA-run prison.
Rahman died Nov. 20, 2002, but his identity was not known until revealed by an Associated Press
investigation in March 2010.
    (AP, 1/5/11)

2002    Nov 12, Former FBI Director William Webster resigned under pressure as head of a
special accounting oversight board created by Congress to rebuild public confidence shaken by a
cascade of business scandals.
    (AP, 11/12/03)

2002    Nov 21, Al-Qaida leader Abd al-Rahim al-Nashiri, the network's chief of operations in
the Persian Gulf, was reported to have been captured earlier in the month. The Saudi of Yemeni
descent was captured in Dubai and flown to a CIA prison in Afghanistan and then onto Thailand
where he was waterboarded and interrogated. He had allegedly planned the Oct 12, 2000, attack
on the US Navy destroyer Cole.
    (AP, 11/21/02)(SFC, 9/29/11, p.A2)

2003    Jan 17, In Kenya FBI informer William Mwaura Munuhe (27) was found dead at his
home in the affluent Nairobi suburb of Karen, two days after the US Embassy and Kenyan police
tried to trap Rwandan genocide suspect Felicien Kabuga. Munuhe's body was partially dissolved
in acid.
    (AP, 1/21/03)(Econ., 5/23/20, p.37)

2003    Feb 17, American CIA operatives snatched Egyptian cleric Hassan Mustafa Osama
Nasr (Abu Omar) from his house in Milan and took him to Egypt, where he was jailed, tortured
and released. In 2005 an Italian judge ordered the arrest of 13 American suspects on charges of
kidnapping. In 2009 Nasr asked for euro10 million (nearly $15 million) in damages from the
American and Italian defendants charged in his abduction.
    (Econ, 7/2/05, p.48)(AP, 10/7/09)(SFC, 10/8/09, p.A2)

2003    Mar 2, Iraq crushed another six Al Samoud II missiles, as ordered by UN weapons
inspectors. Iraqi scientist Mahmud Faraj Bilal al-Samarrai, implicated in Saddam Hussein's
weapons of mass destruction (WMD), surrendered to the CIA. He was freed in 2012.
    (AP, 3/2/08)(AFP, 4/15/12)

2003    May 8, A federal grand jury indicted Chinese-born California socialite Katrina Leung
on charges that she'd illegally taken, copied and kept secret documents obtained from an FBI
agent. A federal judge later dismissed the case against Leung, rebuking prosecutors for
misconduct.
    (AP, 5/8/08)

2003    Mar 19, EU officials found electronic bugs in a building in Brussels where a summit was
set to open the next day. Belgian police suspected the US.
    (WSJ, 1/20/02, p.A1)

2003    Apr 9, James Smith (59), a senior FBI counterintelligence agent, was arrested in LA
along with Katrina Leung (49), prominent venture capitalist, for the alleged theft and transfer of a
classified defense document to the Chinese government. In 2004 Smith pleaded guilty failing to

disclose his 2-year sexual relationship with Leung.
(SFC, 4/10/03, p.A9)(NW, 4/21/03, p.6)(SFC, 5/13/04, p.A3)

2003    Jun 23, Judith Miller, reporter for the NY Times, met with Lewis "Scooter" Libby, chief
of staff for VP Dick Cheney, who gave her information about CIA operative Valery Plame.
Reporter Bob Woodward also spoke with Libby on this day and on June 27 and in 2005 testified
that Libby made no mention of Plame. Woodward did say another senior government official told
him about Plame and her role in the CIA in mid-June.
(SFC, 10/22/05, p.A3)(SFC, 11/17/05, p.A3)(WSJ, 11/17/05, p.A5)

2003    Jul 6, Joseph Wilson, former American ambassador, alleged that Pres. Bush had falsely
accused Iraq of trying to buy uranium from Niger. Two White House officials soon called at least
6 Washington journalists and told them that Wilson's wife, Valerie Plame, was an undercover CIA
agent who had worked in Niger. [see Jul 14]
(Econ, 8/21/04, p.28)(SFC, 7/16/05, p.A4)

2003    Jul 9, Karl Rove, senior advisor to Pres. Bush, spoke with syndicated columnist Robert
Novak about diplomat Joseph Wilson and his wife Valerie Plame. About this same time Rove also
spoke with Matthew Cooper, Time's White House correspondent, and mentioned Wilson and
Plame. In 2006 Novak acknowledged that 3 administration sources, including Rove and CIA
spokesman Bill Harlow, had provided him information.
(SFC, 7/16/05, p.A4)(SFC, 12/12/05, p.A3)(SFC, 7/12/06, p.A3)

2003    Jul 11, CIA Director George Tenet took blame for Pres. Bush's State of the Union
discredited claim that uranium from Africa had been shipped to Iraq.
(SFC, 7/18/03, p.A14)

2003    Jul 14, Columnist Robert Novak identified Valerie Plame as a CIA officer. Joseph
Wilson, former American ambassador, had earlier alleged (July 6) that Pres. Bush had falsely
accused Iraq of trying to buy uranium from Niger. Two White House officials soon called at least
6 Washington journalists and told them that Wilson's wife, Valerie Plame, was an undercover CIA
agent who had worked in Niger. In 2006 Richard Armitage, former Deputy Sec. of State, said he
had confessed to the FBI on Oct 1, 2003, that he told Robert Novak about Valerie Plame during a
July 8, 2003, meeting.
(Econ, 8/21/04, p.28)(SFC, 10/14/04, p.A4)(SFC, 7/16/05, p.A4)(SFC, 8/29/06, p.A2)

2003    Aug 12, The FBI arrested Hemant Lakhani, an Indian-born British arms dealer, in a
sting operation in New Jersey and foiled a contrived plot aimed at smuggling a shoulder-fired
missile for some $80,000 to US-based terrorists. It involved cooperation between the intelligence
services of the US and Russia.
(AP, 8/13/03)(WSJ, 8/13/03, p.A1)(SFC, 8/14/03, p.A3)

2003    Sep 29, US The Justice Department launched a full-blown criminal investigation into
who leaked the name of CIA officer Valerie Plame, the wife of ex-Ambassador Joseph Wilson,
and President Bush the next day directed his White House staff to cooperate fully.
(AP, 9/30/03)(WSJ, 10/1/03, p.A1)(SFC, 10/4/03, p.A3)

2003    Sep 30, The FBI began a full-scale criminal investigation into whether White House
officials had illegally leaked the identity of undercover CIA officer Valerie Plame.
(AP, 9/30/08)

2003    Sep, Abd al-Rahim Al Nashiri, a Saudi national later sent to Guantanamo Bay, was
detained and abused in Romania at a secret US prison. His detention continued to Oct. 2005.
Romania later denied hosting such CIA facilities.
(AP, 5/31/18)

2003    Oct 25, In Afghanistan CIA operatives William Carlson, 43, of Southern Pines, N.C.,
and Christopher Glenn Mueller, 32, of San Diego were ambushed and killed near the village in
Shkin in Paktika province while "tracking terrorists."
(AP, 10/29/03)

2003    Oct, Donald Rumsfeld approved a CIA request to hold a suspected Iraqi terrorist in
secret and shield his detention from the Red Cross.
(WSJ, 6/17/04, p.A1)

2003    Dec 31, Security forces boarded a bus in Macedonia and snatched a German citizen
named Khaled el-Masri (b.1963). For the next five months, el-Masri was a ghost. Only a select
group of CIA officers knew he had been whisked to a secret prison for interrogation in
Afghanistan. He was the wrong guy. El-Masri was dumped in Albania in a remote hillside on May
28, 2004, without explanation or apology. Five months later Germany withdrew warrants for the
arrest of 13 CIA agents. In 2012 el-Masri took his case to Europe's human rights court.
(http://en.wikipedia.org/wiki/Khalid_El-Masri)(AP, 2/9/11)(SSFC, 3/6/11, p.F6)(SFC, 5/17/12,

p.A4)

2003    Dec, Dennis Montgomery, a California computer programmer, reported that hidden in the crawl bars broadcast by Al Jazeera, someone had planted information about specific American-bound flights from Britain, France and Mexico that were hijacking targets. CIA officials rushed the information to Pres. Bush, who ordered those flights to be turned around or grounded before they could enter American airspace. Montgomery had patented computer codes that he claimed could find terrorist plots hidden in broadcasts of Al Jazeera. His codes were later believed to be fake. In 2011 Montgomery faced charges of trying to pass $1.8 million in bad checks at Las Vegas casinos.
    (SSFC, 2/20/11, p.A8)(http://tinyurl.com/5rur55y)

2004    Jan 28, David Kay, former head of the CIA's weapons search team in Iraq, told Congress no weapons of mass destruction had been found and that prewar intelligence was "almost all wrong." In 2007 Bob Drogin authored "Curveball: Spies, Lies, and the Con Man Who Caused a War." Curveball was the code name for an Iraqi chemical engineer who turned up in Germany in 1999 and served as the source for Iraq's chemical and biological weapons pro-grams. In 2011 Rafid Ahmed Alwan al-Janabi, identified as the informer called "Curveball," said he is proud that he lied about his country developing mobile biological warfare labs.
    (SSFC, 4/11/04, p.A22)(WSJ, 10/13/07, p.W8)(Econ, 11/3/07, p.100)(AP, 2/16/11)

2004    Feb 12, Behrooz Sarshar, an Iranian emigre in his mid-sixties and former FBI translator, stated he was forced to retire from the FBI (in November 2002) after a two-and-a-half year OPR investigation in which he was accused of talking about FBI matters with non-FBI people.
    (http://cryptome.org/nara/behrooz-sarshar.pdf)

2004    Mar 12, An FBI proposal was made public to require all broadband Internet providers to support easy wiretapping.
    (SFC, 3/13/04, p.C2)

2004    May 6, The US FBI, using fingerprint evidence, arrested Oregon lawyer Brandon Mayfield as part of the investigation into the Madrid, Spain, train bombings. The bureau later said Mayfield's arrest had been a mistake, and apologized. In 2006 the US government agreed to pay Mayfield $2 million to settle a lawsuit.
    (AP, 5/6/05)(SFC, 11/30/06, p.A7)

2004    May 26, The FBI issued an alert warning of a possible major terrorist attack in the US this summer. Photos of 7 suspects were released.
    (SFC, 5/26/04, p.A1)(SFC, 5/27/04, p.A1)

2004    Mar, The US CIA worked closely with Moammar Gadhafi's intelligence services in the rendition of terror suspects to Libya for interrogation as revealed by documents uncovered in 2011. The documents appear to be American correspondence to Libyan officials to arrange for the rendition of Abdel-Hakim Belhaj (nom de guerre, Abdullah al-Sadiq), a leader of the Libyan Islamic Fighting Group (LIFG) with links to al-Qaida. Belhadj later claimed to have been tortured by CIA agents at a secret prison, then returned to Libya. Belhaj was detained in Thailand and transferred to Tripoli, where he spent years in prison. In 2013 he sued the British government over its alleged role in his detention and rendition offered to settle for 3 pounds ($4.50) and an apology.
    (AP, 9/3/11)(Econ, 9/10/11, p.62)(AP, 3/4/13)

2004    Jun 3, Pres. Bush said CIA Director George Tenet, has resigned for personal reasons.
    (AP, 6/3/04)

2004    Jun 3, FBI Director Robert Mueller proposed the creation of an intelligence service within the FBI with clear authority over all FBI activities.
    (SFC, 6/4/04, A5)

2004    Aug 10, Pres. Bush nominated Porter J. Goss, Florida Republican congressman, to head the CIA. Goss spent most of his career as a clandestine operative in Latin America.
    (AP, 8/11/04)(WSJ, 8/11/04, p.A1)

2004    Nov 4, John H. Waller (b.1923), CIA official and historian, died. His books included "Beyond the Khyber Pass: The Road to British Disaster in the First Afghan War" (1990).
    (SSFC, 11/7/04, p.A23)

2004    Nov 12, John McLaughlin, deputy director of the CIA, resigned after a series of confrontations over the past week between senior operations officials and Patrick Murray, the CIA Director Porter J. Goss's new chief of staff. The riff left the agency in turmoil.
    (SFC, 11/13/04, p.A6)

2004    Nov 15, Top CIA officials, Stephen Kappes and Michael Sulick announced their

resignations after reported disputes with new Director Peter J. Goss.
(SFC, 11/16/04, p.A1)

2004    Dec 8, The US Senate approved an intelligence restructure bill. The legislation called for a new director of national intelligence.
(SFC, 12/9/04, p.A3)

2004    Victor Cherkashin, former KGB chief at the Soviet embassy in Washington, authored "Spy Handler: The True Story of the Man Who Recruited Robert Hanssen and Aldrich Ames."
(WSJ, 12/30/04, p.D8)

2004    Richard Gid Powers authored "Broken: The Troubled Past and Uncertain Future of the FBI."
(WSJ, 10/27/04, p.A1)

2004    The CIA hired Blackwater USA as part of a secret program to locate and assassinate top operatives of Al-Qaida. Blackwater of North Carolina, later renamed Xe Services, helped with planning, training and surveillance until the unsuccessful program was cancelled.
(SFC, 8/20/09, p.A2)

2005    Jan 14, The US Justice Department's Office of the Inspector General released an unclassified summary of its investigation into the March, 2002, termination of Sibel Edmonds. She had discovered and reported several problems inside the FBI, including shoddy translation work, a large backlog of untranslated documents and employees with questionable alliances. The report concluded that Edmonds was fired for reporting serious security breaches and misconduct in the agency's translation program, and that many of her allegations were supported.
(www.fbi.gov/pressrel/pressrel05/011405.htm)

2005    Jan 19, It was reported that the FBI had shelved its surveillance technology, once know as Carnivore and later renamed DCS-1000, and switched to unspecified commercial software to eavesdrop on computer traffic.
(SFC, 1/19/05, p.A3)

2005    Jan 24, Jeffrey Royer, former FBI agent, and Anthony Elgindy, Internet penny stock advisor, were convicted for mining government computers for confidential information to manipulate stocks.
(SFC, 1/25/05, p.E3)

2005    Jan, Lindsay Moran authored "Blowing My Cover: My Life As a CIA Spy."
(WSJ, 2/4/05, p.W12)

2005    Feb, Lithuania began hosting a secret CIA detention facility and continued to March 2006, where Abu Zubaydah, a Palestinian suspected of being a planner for the Sept. 11 attacks, was detained. Romania later denied hosting such CIA facilities. A 2009 investigation in Lithuania concluded that the country's intelligence agency helped the CIA set up two small detention centers there, but did not determine whether the facilities were actually used in the interrogation of terrorism suspects.
(AP, 5/31/18)

2005    Jun 30, Time editor Norman Pearlstein agreed to hand over notes relating to the CIA-leak probe. The next day Lawrence O'Donnell broke the story that the e-mails that Time turned over to the prosecutor that day reveal that Karl Rove is the source Matt Cooper is protecting. [see Jul 14, 2003, Sep 29, 2003]
(WSJ, 7/1/05, p.A1)(http://tinyurl.com/83v7r)(SSFC, 7/3/05, p.A8)

2005    Jul 6, NY Times reporter Judith Miller was jailed for refusing to name her CIA-leak source (2003) for a never-written article on CIA officer Valerie Plame.
(WSJ, 7/6/05, p.A1)

2005    Jul 20, A Milan prosecutor sought arrest warrants for six more purported CIA operatives, accusing them of helping plan the kidnapping of an Egyptian radical Muslim cleric.
(AP, 7/20/05)

2005    Jul, Carlos Enrique Perez-Melara, a student from El Salvador, was indicted for selling spyware. He had created and sold an $89 program called Loverspy for users to help catch cheating lovers. In 2013 Perez-Melara (33) was added to the FBI's most wanted cybercriminals list.
(SFC, 11/8/13, p.A16)

2005    Admiral Stansfield Turner, former CIA chief (1977-1980) authored "Burn Before Reading," an examination of how American presidents have interacted with their intelligence chiefs.

(WSJ, 10/11/05, p.D8)

2005    The US CIA destroyed at least 2 videotapes documenting the interrogation of 2 al-Qaida operatives, including Abu Zubaydah, dating back to 2002. CIA lawyers had told federal prosecutors in 2003 and 2005 that the CIA did not possess recordings of interrogations. The tapes were destroyed at the order of Jose Rodriquez Jr., head of the CIA's clandestine service. In 2010 it was made public that Porter J. Goss, director of the CIA at the time, approved the Rodriguez decision shortly after the tapes were destroyed.
(SFC, 12/7/07, p.A6)(SFC, 4/16/10, p.A12)

2006    Apr 20, The CIA fired Mary McCarthy, a top intelligence analyst, who admitted leaking classified information about a network of secret CIA prisons. She had provided information that contributed to a Washington Post story last year disclosing secret US prisons in Eastern Europe.
(AP, 4/22/06)

2006    Apr 26, EU Parliament investigators said the CIA has conducted more than 1,000 undeclared flights over European territory since 2001, a clear violation of an international treaty.
(AP, 4/26/06)

2006    May 8, The White House said it will nominate General Michael Hayden to run the CIA and defended the move to name a top military officer to run the civilian intelligence agency.
(AFP, 5/8/06)

2006    May 26, US Air Force General Michael Hayden won confirmation to be the 20th CIA director in a 78-15 Senate vote.
(AP, 5/26/07)

2006    May 30, US Air Force Gen. Michael Hayden was sworn in as CIA director. He had directed US National Security Agency (NSA) from 1999-2005. Hayden continued as CIA director to early 2009.
(AP, 5/30/07)(SSFC, 11/25/18, p.A13)

2006    Jun 7, Swiss senator Dick Marty, the head of an investigation into alleged CIA clandestine prisons, said 14 European nations colluded with US intelligence in a "spider's web" of secret flights and detention centers that violated international human rights law.
(AP, 6/7/06)

2006    Jun 22, In Florida FBI agents arrested 7 people in the Liberty City area of Miami in connection with a nascent plot to attack the Sears Tower and federal buildings in south Florida. Narseal Batiste (32), the alleged ringleader, called the group "Seas of David." In 2009 five Miami men were convicted of plotting to start an anti-government insurrection by destroying Chicago's Sears Tower and bombing FBI offices. One man was acquitted.
(SFC, 6/23/06, p.A10)(Econ, 7/1/06, p.26)(AP, 5/12/09)

2006    James Risen authored "State of War." One chapter recounted botched efforts by the CIA during the Clinton administration in to trick Iranian scientists. In 2010 former CIA officer Jeffrey Sterling was accused of being Risen's source. Sterling was indicted on Espionage Act charges.
(SFC, 7/20/13, p.A6)

2007    Feb 13, Brent Wilkes, a former CIA official, was indicted on corruption charges related to ex-Congressman Randy Cunningham and defense contractors.
(SFC, 2/14/07, p.A3)
2007    Feb 13, David Passaro, a former CIA contract employee, was sentenced to 8 ½ years in prison for beating Afghan detainee Abdul Wali in July, 2003. Wali died 48 hours after interrogation.
(SFC, 2/14/07, p.A3)

2007    Feb 16, An Italian judge indicted 26 Americans and five Italians in the abduction of an Egyptian terror suspect on a Milan street in what would be the first criminal trial stemming from the CIA's extraordinary rendition program.
(AP, 2/16/07)

2007    Mar 9, In Iran Robert Levinson, a retired FBI agent, disappeared from the island of Kish, a free trade zone. Levinson retired from the FBI in 1998 and became a private investigator. He was investigating cigarette smuggling in early 2007, and his family has said that effort took him to Iran. In 2010 the AP confirmed Levinson's ties to the CIA. In late 2010 his family received proof that the father of seven was alive. In 2015 the US offered a $5 million reward to find Levinson. Levinson's family received a $2.5 million annuity from the CIA in order to stop a lawsuit revealing details of his work, while the agency forced out three veteran analysts and disciplined seven others. In 2019 Iran acknowledged for the first time it has an open case before its Revolutionary Court over the disappearance Levinson.

(AP, 3/4/11)(AFP, 3/4/11)(SFC, 12/14/13, p.A5)(Reuters, 3/9/15)(AP, 11/9/19)

2007    Mar 9, The top two US law enforcement officials acknowledged the FBI broke the law to secretly pry out personal information about Americans. They apologized and vowed to prevent further illegal intrusions.
    (AP, 3/10/07)

2007    Apr 3, An AP investigation said CIA and FBI agents hunting for al-Qaida militants in the Horn of Africa have been interrogating terrorism suspects from 19 countries held at secret prisons in Ethiopia, which is notorious for torture and abuse.
    (AP, 4/3/07)

2007    Jun 8, A European investigator issued a report saying the CIA ran secret prisons in Poland and Romania from 2003 to 2005 to interrogate detainees in the war on terror.
    (AP, 6/8/07)

2007    Jun 8, In Italy the first trial involving the CIA's extraordinary rendition program opened in the absence of all 26 American defendants accused of kidnapping an Egyptian terrorist suspect.
    (AP, 6/8/07)

2007    Jun 27, A Swiss investigator said European governments have built a "wall of silence" surrounding their complicity with a CIA program that included holding terrorist suspects in secret jails.
    (AP, 6/27/07)

2007    Jul 19, A federal judge dismissed a lawsuit brought by former CIA operative Valerie Plame, who was demanding money from Bush administration officials she blamed for leaking her agency identity.
    (AP, 7/19/08)

2007    Jul 24, Chinese officials said the FBI and Chinese police have busted two software piracy gangs and seized programs worth an estimated $500 million in a joint campaign that began in 2005.
    (AP, 7/24/07)

2007    Sep 6, FBI agents arrested 12 people, including 11 public officials, in New Jersey on charges of taking bribes in exchange for influencing the awarding of public contracts. Mims Hackett Jr., mayor of Orange, was among those arrested.
    (SFC, 9/7/07, p.A3)(WSJ, 5/27/08, p.A2)

2007    Oct 15, Ernest Withers (b.1922), African American freelance photographer, died. In 2012 the FBI admitted that had served as an informant, revealing a 14-year history between the noted civil rights photographer and the agency.
    (SFC, 7/5/12, p.A6)(http://en.wikipedia.org/wiki/Ernest_Withers)

2007    Nov 19, The FBI reported hate crime incidents rose nearly 8 percent in 2006.
    (AP, 11/19/08)

2007    Dec 7, US Congressional Democrats demanded a full Justice Department investigation into whether the CIA had obstructed justice by destroying videotapes documenting the harsh 2002 interrogations of two alleged terrorists.
    (AP, 12/7/07)

2007    Dec 11, The US Senate Intelligence Committee took closed-door testimony from CIA Director Michael Hayden on how videotapes of terror suspect interrogations were made, then destroyed.
    (AP, 12/11/08)

2007    Joseph Dominick Pistone (b.1939), alias Donnie Brasco, authored "Donnie Brasco: Unfinished Business." Pistone, a former FBI agent, worked undercover for six years infiltrating the Bonanno family and to a lesser extent the Colombo Family, branches of the Mafia in NYC.
    (http://en.wikipedia.org/wiki/Donnie_Brasco)

2007    Tim Weiner authored "Legacy of Ashes: The History of the CIA."
    (WSJ, 1/14/07, p.P8)

2008    Jan 16, CIA analyst Tom Donahue disclosed that criminals have been able to hack into computer systems via the Internet and cut power to several cities outside the US. He offered few specifics on what actually went wrong.
    (www.pcworld.com/article/id,141564-c,hackers/article.html)

2008    Feb 12, In Syria Imad Mughniyeh (45), the suspected mastermind of dramatic attacks on the US Embassy and US Marine barracks that killed hundreds of Americans in Lebanon in the

1980s, died in a car bombing. Hezbollah and its Iranian backers blamed Israel for the killing. Israel denied involvement and said it was looking into the death. Mughniyeh, a Lebanese Shia, was recruited by Ali Hassan Salameh (d.1979), the chief of operations officer of Black September. In 2015 the Washington Post reported that the CIA and Israel's spy agency Mossad were behind the plot.
    (AP, 2/13/08)(Econ, 6/7/14, p.88)(AFP, 1/31/15)

2008    May 18, A Yemeni-American on the FBI's Most Wanted list of terror suspects was jailed in Yemen after an appeals court upheld his 10-year prison sentence. Jaber Elbaneh has been accused of belonging to al-Qaida, convicted of plots to attack oil installations in Yemen and of involvement in a 2002 attack on the French tanker Limburg off Yemen's coast that killed one person. On November 8 Elbaneh's sentence was cut to 5 years after winning an appeal.
    (AP, 5/19/08)(AP, 11/8/08)

2008    May 30, In Florida 2 veteran police officers were charged with providing protection for purported shipments of cocaine and stolen goods in what was actually an undercover FBI operation.
    (AP, 5/30/08)

2008    Aug, In Puerto Rico FBI agents and police officers launched the late-night raid in the city of Carolina to free a Dominican man. Police say kidnappers were holding him in the trunk of a car and demanding $650,000 in ransom. A Puerto Rican policeman was killed by "friendly fire" during the gunbattle with kidnappers. In 2009 authorities charged FBI agent Jared Hewitt with negligent homicide for shooting 12-year police veteran Orlando Gonzalez Ortiz.
    (AP, 8/7/09)

2008    Sep 17, A CIA missile strike in South Waziristan killed 6 people as US Adm. Mike Mullen assured Pakistan's leaders that the US respects Pakistan's sovereignty.
    (SFC, 9/19/08, p.A6)

2008    Sep 29, Kyle Dustin Foggo (53), former executive director of the CIA, pleaded guilty to defrauding the government. His guilty plea to a single charge wiped out 27 additional counts. The case was linked to the corruption scandal involving Randy Cunningham, former Republican congressman from San Diego. In 2009 Foggo was sentenced to 37 months in prison.
    (SFC, 9/30/08, p.A3)(SFC, 2/27/09, p.A5)

2008    Sep, From Algeria Andrew Warren, a CIA station chief and a convert to Islam, was sent back to the United States after two women came forward with charges of rape after lacing their drinks with a drug.
    (AP, 1/29/09)(SFC, 7/1/09, p.A4)

2008    Oct 2, The US FBI arrested Puerto Rico Sen. Jorge de Castro Font (45) for providing political favors in exchange for cash and services totaling roughly half a million dollars. He was indicted by a federal grand jury on 31 criminal counts including bribery, wire fraud and money laundering.
    (AP, 10/2/08)

2008    Oct 27, An FBI spokesman said 642 arrests in 29 cities were made last week during a 3-day sting operation, Operation Cross Country II, focusing on people who forced teens into prostitution. 100 adults were arrested in the SF Bay Area.
    (SFC, 10/28/08, p.B1)

2008    Nov 19, An FBI agent was shot and killed while serving a warrant at a home near Pittsburgh. A roundup of drug suspects was happening in the greater Pittsburgh area.
    (AP, 11/19/08)

2008    Dec 18, W. Mark Felt (95), former FBI second-in-command, died. He revealed himself as "Deep Throat" in 2005, 30 years after he tipped off reporters to the Watergate scandal that toppled Pres. Nixon.
    (AP, 12/19/08)

2008    John Diamond authored "The CIA and the Culture of Failure: US Intelligence From the end of the Cold War to the Invasion of Iraq."
    (SFC, 9/7/08, Books p.1)
2008    Hugh Wilford authored "The Mighty Wurlitzer: How the CIA Played America," an account of the CIA's post war front groups.
    (WSJ, 1/23/08, p.D8)

2009    Jan 5, Pres. Elect Obama named William Panetta (70) to head the CIA.
    (SFC, 1/6/09, p.A1)

2009    Feb 23, The FBI said it has rescued more than 45 suspected teenage prostitutes, some

as young as 13, in a nationwide 3-night sweep, Operation Cross Country, to remove kids from the illegal sex trade and punish their accused pimps.
  (AP, 2/23/09)

2009      Mar 2, The Obama administration threw open the curtain on years of Bush-era secrets, revealing anti-terror memos that claimed exceptional search-and-seizure powers and divulging that the CIA destroyed nearly 100 videotapes of interrogations and other treatment of terror suspects.
  (AP, 3/2/09)

2009      Mar 6, The CIA destroyed a dozen videotapes of harsh interrogations of terror suspects, according to documents filed in a lawsuit over the government's treatment of detainees. The 12 tapes were part of a larger collection of 92 videotapes of terror suspects that the CIA destroyed. The extent of the tape destruction was disclosed through a suit filed by the American Civil Liberties Union against the government.
  (AP, 3/7/09)

2009      Mar 11, Italy

简体中文   Français   Русский   Español   عربي

search

**Home   The Ministry   Policies and Activities   Press and Media Service   Countries and Regions   About China Resources**

Home > Top Stories

### Reality Check of US Unilateral Demand for China to Close Consulate-General in Houston

#### 2020/07/29

On 21 July, the US made the unilateral provocation by making an outrageous demand that China close its Consulate-General in Houston. By so doing, the US has grossly violated international law, the basic norms of international relations, and relevant provisions of the China-US Consular Convention, and gravely damaged China-US relations. China has made legitimate and necessary response.

The US has been fabricating pretexts and spreading lies about its egregious decision. In a matter of just a few days, the US has churned out different versions of the story. Lies, however, will always be lies even if they are repeated a thousand times. The different versions of the story concocted by the US side have no factual base and mix black with white. In sum, the US has failed to present even one single piece of solid evidence. It is important that we list US false allegations vis-à-vis the facts. The purpose is to debunk the falsehoods and let people know the truths.

**1. False: China has stolen intellectual property from the US, including the COVID-19 vaccine research achievements. Closing the Chinese Consulate-General is "to protect American intellectual property and Americans' private information".**

**True: The US side is talking sheer nonsense. It has failed to back its allegation with even one single piece of solid evidence. The reality is, China is a big country in terms of innovation and intellectual property. It has become a main source driving intellectual property growth in the world. On COVID-19 vaccine research and development, China has been at the forefront and has no need to steal from the US .**

◆ China is a big country in terms of innovation and intellectual property. It has kept strengthening the protection of scientific innovation and intellectual property rights. China is now among the world's leading players in terms of scale and growth rate of innovation input. Its R&D expenditure had grown from RMB 300.31 billion yuan in 2006 to RMB 1.96779 trillion yuan in 2018, an average annual increase of 17% and rising from the sixth to the second in the world. China has the world's biggest number of researchers. China's IP offices have received the highest number of patent applications for nine years in a row. China also registered rapid increase in international patent applications and has risen to the world's second biggest filer via WIPO's Patent Cooperation Treaty (PCT) System. As pointed out in the WIPO annual report, China has become a main driving force for the overall growth in the global demand for intellectual property rights.

◆ China is one of the global leaders in the research and development of COVID-19 vaccines. At the moment, Chinese scientists are working on multiple vaccine projects along five technical routes. Vaccines with China's independent intellectual property have entered clinical trials. The Beijing Institute of Biological Products under the China National Biotec Group, a subsidiary of the China National Pharmaceutical Group (Sinopharm), has set up the world's largest production plant for COVID-19 vaccines. China's National Medical Products Administration and other competent authorities are working to facilitate the deployment of vaccines. China is also working with relevant countries on vaccine research and development, production and distribution.

The US accuses China of stealing its research outcomes. Such accusations are a total disrespect to the hard work of Chinese scientists and malicious slanders against China's COVID-19 response. They have seriously undermined international cooperation on vaccine research and disrupted the global response against the disease.

◆ The Houston Chronicle, Cable News Network (CNN), Columbia Broadcasting System (CBS), and British Broadcasting Corporation (BBC) all called the reason "to protect American intellectual property", as cited by the US State Department in its order to close the Chinese Consulate-General in Houston, suspicious.

The real aim of the US decision was to deflect people's attention from the US administration's poor handling of COVID-19. Closing the Chinese Consulate-General prior to the election was a measure by Trump to "play tough on China", hold up his declining approval rating, and turn China into a convenient target to vilify and shore up votes. New moves acting on the absurd logic that "China is ripping off America" pop up almost every single day in the US.

In the midst of a presidential re-election campaign and with the US economy battered by the disease, Trump is convinced that playing the "China card" gives him political advantages. The actions taken by the US side, which are largely driven by internal politics, would only make China-US relations even more strained.

**2. False: China is using its talent recruitment programs to steal scientific research and intellectual property from research institutions such as the MD Anderson Cancer Center and from energy and high-tech companies in the Houston area.**

**True: These are trumped-up charges made by the US under the presumption of guilt against the normal scientific and people-to-people exchanges and cooperation between the two countries. China's efforts in attracting talent from abroad are no different in essence from customary practices of other countries. These efforts are above-board and beyond reproach.**

◆ The cross-border movement of talent in the era of globalization has facilitated technological and economic advances worldwide. Countries are all actively carrying out international exchanges and cooperation on talent. What China is doing in this respect is in essence not different from other countries' practices.

◆ Closer exchanges and cooperation between China and the US on science and technology serves the interests of both sides. According to the *Global AI Talent Tracker* released in mid-June by MacroPolo, the in-house think tank of the Paulson Institute, 29% of top-tier AI researchers working in the US received undergraduate degrees in China. Thus, the US global lead on AI has much to do with the talent supply from China.

◆ What the US government is doing conflicts with its self-claimed ideals of openness and freedom as well as the commitments publicly made by its leaders. It runs counter to the global trend of talent exchanges worldwide, and has brought grave negative impact on the normal people-to-people exchange and personnel inter-flow between the two countries.

**3. False: The Chinese Consulate-General in Houston has a history of engaging in "subversive behavior". It is the central node of the Communist Party's vast network of spies and influence operations, and the epicenter of efforts by the Chinese military to send students to the US to obtain information that could advance its warfare capabilities. It has engaged for years in massive illegal spying and influence operations.**

**True: Since its opening, the Chinese Consulate-General in Houston has always observed international law and US laws, and stayed committed to promoting friendship between the two countries. There are no spying activities or influence operations as claimed by the US. By fabricating such claims, the US is simply "measuring others' corn with its own bushel".**

◆ China always pursues the principle of non-interference in other countries' internal affairs. Infiltration and interference is never in the genes or tradition of China's foreign policy. Dedicated to advancing mutual understanding and friendship between the two peoples, Chinese diplomatic and consular missions in the US abide by the *Vienna Convention on Diplomatic Relations*, the *Vienna Convention on Consular Relations*, bilateral treaties and US laws.

◆ The Chinese Consulate-General in Houston was the first consular mission opened in the US following the establishment of China-US diplomatic ties. In the past four decades and more, it worked hard to promote friendship and cooperation between the two peoples, and enhance mutual understanding and all-round cooperation between the two countries in various sectors. While COVID-19 raged on in the southern states of the US, the Consulate-General donated masks to Houston and Harris County, actively facilitated anti-virus cooperation between China and the southern states, and assisted Shanghai, Shandong and Shenzhen of China in donating medical supplies to Houston.

◆ The composition and number of the staff at the Consulate-General in Houston was open information to the US side. It runs counter to the common sense in diplomacy to accuse the Consulate-General of being the central node of the Communist Party's vast network of spies and influence operations, and the epicenter of efforts by the Chinese military to send students to the US to obtain information that could advance its warfare capabilities. Such a claim is also very preposterous.

◆ Some staff of the US Embassy and consulates-general in China have been engaged in activities incompatible with their capacities, interfering in the internal affairs and undermining the security interests of China. The US Embassy often publishes on its website articles attacking China and China's political system. It is reported that the staff of the US Consulate-General in Hong Kong met covertly with "Hong Kong independence" elements during the turbulence surrounding the proposed legislative amendments in Hong Kong to discuss US sanctions on Hong Kong, interfering in Hong Kong's affairs. China has lodged representations on multiple occasions.

◆ In July 2018 and January 2020, the US side opened Chinese diplomatic bags twice without permission. This was a flagrant breach of the *Vienna Convention on Diplomatic Relations* and the *Vienna Convention on Consular Relations*. It also grossly violated China's diplomatic dignity and security interests.

Hence China's diplomatic and consular missions lodged strong representations at the first opportunity. The US side did not deny what had actually happened, but kept exonerating its wrongful behavior with technical excuses in an attempt to shirk responsibility. The US behavior and response ran counter to international law and the norms of international relations, and therefore must be condemned. In addition to opening diplomatic pouches, the US side has since 2018 forcibly unpacked the office supplies of Chinese missions on at least 13 occasions.

◆ *The New York Times* questions the assertion that "the Houston Consulate-General had a history of engaging in 'subversive behavior' and was the 'epicenter' of research theft in the US", and it believes that there is no evidence to support this allegation.

◆ An editorial of *Houston Chronicle* reads that China is the Houston region's second-largest trading partner and it has benefited from having the Consulate-General in the city. For more than 40 years, the Chinese Consulate-General in Houston has served as a symbolic bridge, facilitating travel, trade and cultural ties between Houston and China. For decades, China has been an important trading partner of Texas in key sectors such as energy, oil, chemicals, science and technology, which will bear the brunt of the US move. The closure will also have a direct impact on passport and visa application in the regions covered by the Consulate-General, and will put a heavy damper on the desire of Chinese citizens to study, travel and work in the US. Houston Mayor Sylvester Turner was shocked by the US decision. He expressed his hope that friction between the US and China, whatever it may be, can be resolved peacefully and that at some

point in time the Consulate-General will reopen.

◆ According to US Congressman Al Green, communities of Asian Americans in Houston have already been discriminated against because of President Trump's comments against China and their work and the safety of their families are under threat. The closure of the Chinese Consulate-General in Houston will make the situation worse. He called for not treating all Asian Americans as spies and fully evaluating the potential damage these words and actions may do to the American people and thinking more for their sake.

**4. False: Chinese Consul-General in Houston and two other diplomats were recently caught using false birth information at the security check of an airport in Houston to escort Chinese travelers to the gate area of a charter flight.**

**True: The US allegation could not be further from facts. The staff of the Chinese Consulate-General in Houston have always followed international law and American local laws when performing their duties in the US.**

◆ All diplomats and consular staff must obtain identification cards from foreign affairs authorities of the host country, thus their personal information including date of birth is no secret, but open information to such authorities. This is common sense.

◆ The said Chinese consular officers used consular ID cards issued by the US State Department and entered the restricted area of the airport upon approval from the US side to take care of Chinese nationals who were taking the temporary flight back to China due to COVID-19.

**5. False: There is a complete lack of reciprocity between the US and China in the treatment of diplomatic and consular staff. The US concerns over the treatment of its diplomats and consular officers in China have gone unresolved.**

**True: China supports and provides necessary facilitation for the performance of all lawful, normal official acts in China by foreign diplomatic and consular officers including those from the US. It is the US that has imposed unjustified restrictions on and created barriers for Chinese diplomats and consular officers in the US.**

◆ The US figure far outnumbers China's when it comes to diplomatic and consular missions and staff. China has five diplomatic and consular missions in the US, while the US has six in China. It is reported that there are more than 1,000 staff in the US Consulate-General in Hong Kong alone.

◆ China supports and provides necessary facilitation for the performance of all normal official activities in China by foreign diplomatic personnel including those from the US. A former US ambassador to China visited each of China's provinces within his three-year term.

◆ In October 2019 and June 2020, the US made unilateral provocations by imposing restrictions on the activities of Chinese diplomats and consular officials in the US. Such restrictions are a serious violation of the relevant rules of international law and the basic norms governing international relations.

For example, all Chinese members of China's foreign missions in the US are required to submit a written notification to the Office of Foreign Missions (OFM) of the State Department of all official engagements with any local government representatives, as well as all official visits to any educational or research institutions. Such notifications must be submitted five business days prior to the planned engagement date. All Chinese military personnel assigned to the Chinese Embassy or a consular post, as well as those temporarily visiting, are required to provide OFM notification five business days prior to any travel plan, for official or private purposes, which is in excess of a 25-mile radius of their places of work or the US ports of their entry.

In the face of the unreasonable provocations of the US, China has no choice but respond with legitimate and reciprocal countermeasures as necessary.

**6. False: The US demanded the closure of the Chinese Consulate-General in Houston because China did not accord facilities for the reopening of the US Consulate-General in Wuhan and the exemption of nucleic acid testing of returning US diplomats.**

**True: China has never set up obstacles for the return of diplomats and consular officials of other countries, including the US. Quite the contrary, China has provided necessary facilities for them to perform duties in accordance with law.**

◆ On 25 January, the US unilaterally announced the temporary closure of its Consulate-General in Wuhan and the evacuation of the personnel therefrom. China accorded facilities for the departure of the personnel, for which the US expressed appreciation at different levels. Records are available for verifying the fact.

◆ In June, some US diplomats returned to Wuhan. Since then, China has accorded facilities to the US Consulate-General to perform its functions in accordance with law.

◆ On the basis of respecting their privileges and immunities, China has applied nucleic acid testing equally to all foreign diplomats and consular officials entering China. This arrangement is also accepted by the US. The so-called issue of nucleic acid testing is simply an excuse.

**7. False: The US side claims that its demand to take over the premises of the Chinese Consulate-General in Houston is consistent with relevant US laws and regulations.**

**True: The outrageous and unreasonable demand of the US seriously violates a number of international laws.**

◆ Both the land and the premises of the Chinese Consulate-General in Houston are properties of the Chinese government.

♦ According to Article 27 of the *Vienna Convention on Consular Relations*, the sending State may entrust another consular post or diplomatic mission it has in the territory of the receiving State with the custody of the premises of the consular post which has been closed, together with the property contained therein and the consular archives. China is entitled to entrust its Embassy or other consulates-general in the US with the custody of the premises of its Consulate-General in Houston. The unreasonable demand of the US side to take over the premises of the Chinese Consulate-General in Houston seriously violates the *Vienna Convention on Consular Relations*, and infringed on China's legitimate rights and interests.

♦ Both the land and premises of the Chinese Consulate-General in Houston are China's state property. Even if relevant premises are not covered by consular privileges and immunities, the relevant property is still protected by international law.

**8. False: The Chinese Consulate-General in Houston threatened dissidents and refugees with the *Fox Hunt* operation.**

**True: Chinese law-enforcement authorities engage in international law-enforcement cooperation in accordance with international law and on the basis of respecting the sovereignty and laws of other countries. The targets are fugitive suspects, not "dissidents and refugees" as claimed by the US side.**

♦ Combating transnational crimes is a broad consensus of the international community. China's judicial and law-enforcement cooperation with other countries are aimed at repatriating fugitives, and upholding the sanctity of law and social justice. China will step up its efforts in fugitive repatriation and return of the criminal proceeds, and bring the suspects to justice.

♦ By portraying fugitives as dissidents and refugees, the US side is distorting basic facts and offering itself as a safe haven for criminals. Its deep-rooted Cold War mentality and ideological prejudice have been fully exposed.

**9. False: Diplomats working in Chinese Consulate-General in Houston are Chinese spies. Chinese spies are stirring up trouble all over the world.**

**True: Meddling in other countries' internal affairs is never in the DNA of China's diplomacy. Chinese diplomats, who are working vigorously to advance China's friendly exchanges and practical cooperation with other countries, have never engaged in activities incompatible with their status.**

♦ China is committed to growing its relations with other countries on the basis of such principles as mutual respect and non-interference in internal affairs. Chinese diplomats have always followed the *Vienna Convention on Diplomatic Relations*, the *Vienna Convention on Consular Relations* and the laws of their host countries when they promote China's bilateral ties, and friendship and cooperation with their host countries.

♦ The US allegation that Chinese diplomats at the Consulate-General in Houston have carried out espionage in Australia and other US allies is made up out of thin air. It is like measuring others' corn by one's own bushel. It is common sense for diplomats to rotate among different postings. The US has the world's largest diplomatic service. It is reported that the US Consulate-General in Hong Kong alone has more than 1,000 employees. The Five Eyes intelligence alliance headed by the US has long been engaged in large-scale, organized and indiscriminate cyber-theft,wire-tapping and surveillance against foreign governments,companies and individuals in violation of international law and the basic norms governing international relations. This is an open secret.

♦ From Wikileaks to Snowden, from the arrest of former ALSTOM executive Pierucci to the Crypto AG scandal, there are enough facts to show who is the world's largest spy factory and troublemaker.

♦ A *Foreign Policy* article noted that "Houston is an odd pick to target for intelligence allegations" and that "the activities cited by the administration are vague."

**10. False: The Chinese Consulate-General in Houston openly criticized Hong Kong pro-democracy camp and supported nationalist counter protests on campus. The Consulate-General has planted informants on campus, tried to influence Chinese students through propaganda and undermined freedom of speech.**

**True: The "China-supported counter protests", as claimed by the US, were spontaneous, rational patriotic actions by Chinese students in exercising their freedom of speech. It is the US who has intentionally condoned anti-China actions on campus by certain rioters seeking to destabilize Hong Kong.**

♦ Certain anti-China elements seeking to destabilize Hong Kong openly made radical remarks and inflamed violence on campus in total disregard of law. The Chinese students only came together to express their outrage in what is spontaneous, rational patriotic action. In doing so, they are also exercising their freedom of speech.

♦ China firmly opposes any separatist rhetoric or action. We support Chinese students' desire and aspiration to safeguard the unity of the country and the prosperity and stability of Hong Kong, and encourage them to abide by local laws and regulations and express their patriotic sentiments rationally.

♦ The US is using the pretext of "human rights" and "democracy" to whitewash the radical, violent criminal acts by anti-China forces seeking to destabilize Hong Kong, and condone their behaviors on US campus. The US has no interest whatsoever in the safety and well-being of Hong Kong residents. It only cares about its own selfish interests and hegemony, and has been using "human rights" and "democracy" as a fig leaf to interfere in other countries' domestic affairs.

| ⊠ Suggest to a friend | Please enter E-mail | Submit | 🖨 Print | Please enter keywords | Go |

**Related News:**

Premier Li calls on China, U.S. to manage differences via consultation

Copyright©1998-2014, Ministry of Foreign Affairs, the People's Republic of China

Contact us Address: No. 2, Chaoyangmen Nandajie, Chaoyang District, Beijing, 100701 Tel: 86-10-65961114





W Criticism of Amazon - Wikipedia    ✕    +

https://en.wikipedia.org/wiki/Criticism_of_Amazon#Antisemitic_content    Q Search

Getting Started    Most Visited    University of Delaware

[157][158]

Although Nazi paraphernalia was still listed on Amazon in the US and Canada in 2016,[159] on March 9, 2017, the World Jewish Congress announced Amazon's compliance with the requests it and other Jewish organizations had submitted by removing from sale the Holocaust denial works complained of in the requests. The WJC offered ongoing assistance in identifying Holocaust denial works among Amazon's offerings in the future.[160]

In July 2019 the Central Council of Jews in Germany denounced Amazon for continuing to sell items that glorify the Nazis.

On 27JAN2021 a 196 Page MOTION TO INTERVENE, RECONSIDER AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 – Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT IN CASE # 2:21-cv-00031 WESTERN DISTRICT OF WASHINGTON PARLER LLC v. AMAZON WEB SERVICES, INC. On 12JAN2021 a MAIL FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD complaints are based on being a INVESTOR in both companies and the ANNUAL REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other investors and statements in those reports. JOSH SHAPIRO (PENNSYLVANIA AG) has COMMITED MAIL FRAUD ABOUT CERTIFICATION OF BALLOTS AND COMMITTED Electoral fraud. PAGE 9 OF THE LINK BELOW IS TIME STAMPED PROOF OF ELECTORAL FRAUD, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936 AND PAGE 384 OF DOCUMENT filed in case 21-40001 USCA 5[161]

---

W Criticism of Amazon: Revision ...    ✕    +

https://en.wikipedia.org/w/index.php?title=Criticism_of_Amazon&action=history    Q Search

Getting Started    Most Visited    University of Delaware

Not logged in  Talk  Contributions  Create account  Log in

Article  Talk    Read  Edit  View history    Search Wikipedia

20 years of
WIKIPEDIA
Over One Billion Edits

# Criticism of Amazon: Revision history    ❓ Help

View logs for this page (view filter log)

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute

Help
Learn to edit
Community portal
Recent changes
Upload file

Tools
What links here
Related changes

∨ **Filter revisions**

External tools: Find addition/removal (Alternate) · Find edits by user · Page statistics · Pageviews · Fix dead links

For any version listed below, click on its date to view it. For more help, see Help:Page history and Help:Edit summary.

(cur) = difference from current version, (prev) = difference from preceding version,

**m** = minor edit, → = section edit, ← = automatic edit summary

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

**Compare selected revisions**

• (cur | prev) ⊙ 20:37, 29 January 2021  Ohnoitsjamie (talk | contribs) **m** . . (129,451 bytes) **(−1,134)** . . *(Reverted edits by 172.58.203.143 (talk) to last version by Sadgrove) (Tag: Rollback)*

• (cur | prev) .    ~~20:36, 29 January 2021~~  172.58.203.143 (talk) . . (130,585 bytes) **(+1,134)** . . ~~(edit summary removed)~~ *(Tags: review edit, Reverted)*

• (cur | prev)⊙    12:59, 16 January 2021  Sadgrove (talk | contribs) . . (129,451 bytes) **(+598)** . . *(→Price control: Law suit against Amazon)* (undo) *(Tag: Visual edit)*

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA

CIVIL ACTION – LAW

EAST LAMPETER TOWNSHIP             :
                                  :
                   Plaintiff      :    Docket No.: CI-15-05424
                                  :
        v.                        :    Action in Mandamus
                                  :
JEFFREY CUTLER                    :    The Honorable Margaret C. Miller
                                  :
                   Defendant      :

**ORDER**

AND NOW, this _17th_ day of March 2017, upon consideration of the Petition for Special Injunction, it is HEREBY ORDERED and DECREED that Defendant Jeffrey Cutler is enjoined from performing any duties as Tax Collector for East Lampeter Township.

IT IS FURTHER ORDERED that:

1.     The Lancaster County Treasurer shall serve as interim Tax Collector for 2017;

2.     Fulton Bank shall continue to freeze Defendant Jeffrey Cutler's Tax Collector Account No. xxxxxx8603 and Administrative Account No. xxxxxx8612;

3.     Fulton Bank and/or the Lancaster County Treasurer or her designee shall open a post office lockbox with the East Petersburg post office for the purpose of receiving tax payments, and the United States Postal Service shall forward all such mail from P.O. Box 26 in East Petersburg to such new post office lockbox;

4.     On or before March 30, 2017, the Lancaster County Treasurer shall open a new bank account at Fulton Bank for the purpose of collection of tax payments from East Lampeter Township taxpayers;

5.     On April 3, 2017, Fulton Bank shall close Defendant Jeffrey Cutler's Tax Collector Account No. xxxxxx8603 and Administrative Account No. xxxxxx8612 and transfer

any balances in such accounts to the new bank account opened by the Lancaster County Treasurer;

6.    After April 3, 2017, Fulton Bank shall deposit all tax payments payable to Jeffrey Cutler submitted to the Bank (either by mail or at branch locations) into the new bank account opened by the Lancaster County Treasurer; and

7.    Defendant Jeffrey Cutler shall deliver all books and records associated with his tax collection duties to the Lancaster County Controller within ten (10) days of the date of this Order.

BY THE COURT:

Margaret Miller                J.

Attest: Jessica Rombach

Copies to:    Susan P. Peipher, Esquire – 3 at counter
Christina L. Hausner, Esquire
Jeffrey Cutler

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO PA R C P. NO. 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THIS CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE: 3/17/17

2

# Prothonotary of Lancaster County
## Counter Receipt

I, _Susan P. Peipher_ , accept receipt of the following,
(full printed name)

_Cl-15- 05424_          _Older dated 3/17/17  (3)_
(case number)              (document(s) received)

_____          _____
(case number)              (document(s) received)

_____          _____
(case number)              (document(s) received)

_____          _____
(case number)              (document(s) received)

_____          _____
(case number)              (document(s) received)

_____          _____
(case number)              (document(s) received)

as an authorized representative of _Blakinger Thomas PC_.
                                                    (law firm or attorney name)

_____                          _3/17/17_
(signature)                                    (date)

REV 12/16/2016

FEB 12 2021

BY MAIL

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

THE STATE OF MISSOURI, et al. )
)
Plaintiff )  **CASE NO. 1:20-cv-00099**
)
**JEFFREY CUTLER** )
)
Intervenor Plaintiff )
)
**v.** )
)
THE PEOPLES REPUBLIC OF CHINA, )
et al. )
) JURY TRIAL REQUESTED
Defendant )
)

## MOTION TO INTERVENE, AND INJUNCTIVE RELIEF

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

## alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL

## FRAUD AND TO COMBINE CASES FOR JUDICIAL

## EFFICIENCY AND SUMMARY JUDGEMENT

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States

Constitution Ammend 1, for Redress of Grievances and preservation of the

Establishment Clause, Mr. Cutler files **THIS MOTION TO INTERVENE, AND**

**INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -**

**Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL**

**FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND**

**SUMMARY JUDGEMENT**, to correct for new crimes and **OBSTRUCTION of**

**JUSTICE** recently discovered **13JAN2021 at 4:10 PM**.  On that date Mr. Cutler

filed a 321 page document for case 20-1422 which contained **EXCULPATORY**

**EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320

& first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL**

**ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is

believed this is has been based on **BRIBES** and **COLUSION** with funds from

CHINA to hide an international effort to engage in [[Biological warfare]] with a

primary target being the United States, and **DESTROY** the value of the **UNITED**

**STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the

CDC have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the

**FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are

called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE
TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND
THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-
110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html
</ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref>
https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>
https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19**
is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE**
**CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED**
**JUST LIKE VOTES FOR TRUMP**. It is believed that the testing components may
be tainted and is the real reason that so much propoanda has been placed on testing
when vacinations for to stop these deaths is cheaper and readily available. A
previous document in case 21-40001 was altered by persons unknown to protect the
**CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**. It also shows **BIAS** and
**MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of
the United States Constitution **Ammend 5**. Jeffrey Cutler has **STANDING** and it
was granted by the **USCA in DC** on **14AUG2015** for case **14-5183** , and **ORDER**
does not **EXPIRE**. Mr. Cutler was granted the **RIGHT** to protect the
**ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first
ammendment right to **PETTION THE COURT FOR REDRESS OF**
**GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge Nicholas G. Garaufis

(Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF

THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND

HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET

EVEN THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and

the current **Attorney General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is

being denied **MEDICARE** part **B** coverage while the order in this case grants that

coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the

president **OBAMA publically** stated the program was **ILLEGAL**.  These persons are

being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66

years old and second generation American and **JEWISH**, eligable to be President or

**Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of

the order from Mr. Torres  dated **12APR2018** that all voting methods must have a

**HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from

the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide

**DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots

violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**,

just like the term that may presently describe the sick bird Philadelphia football team

**ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated

by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the

football game due to substitution of the Quarterback, so the GIANTS were not able to

be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM,

a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abillity of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[Susan Rice]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the

**ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler**

and **other investors** and statements in those reports.

THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN

PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020

PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY

FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,

PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH

CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS MURDERED.  PER **USCA** CASE **17-1770**

**JOE BIDEN** WAS PART OF A GROUP HELPING TO SMUGGLE STOLEN

NAZI ART INTO THE UNITED STATES AND BILL COSBY FOUND OUT. On

13JAN2021 JOSH SHAPIRO is named in part of a Petition [[En banc]] in the USCA

in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]]

dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67

is EVIDENCE OF COMPLAINT of [[Electoral fraud]] made to Office of Attorney

General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private

Criminal Complaint About Perjury and Obstruction of Justice made to Office of

Attorney General Josh Shapiro dated 20JUN2017, that concerns the MURDER of

[[Jonathan Luna]] by the [[Ku Klux Klan]]. Also see [[Publican and the Pharisee]]

and [[Parable of the Unjust Judge]]. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for

more information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/

</ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref>

https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY"

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING

APPEAL was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON. The office of the president responded to this by

21MAY2020. The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open. Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States. In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is not reporting results. The lawyers in sending Mr. Cutler the letters by MAIL makes them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE** and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936 On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND
PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD
CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey
Cutler filled a PETITION TO COMBINE ADDITIONAL CASES BEFORE
ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519
- Destruction, alteration, or falsification of records)    FOR JUDICIAL EFFICIENCY
in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE
RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or
falsification of records) AND TO COMBINE CASES FOR JUDICIAL
EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON
IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR
PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.
Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.
VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §
1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND
OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND
SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number
4:20-cv-02078. Even though it is on 322 page document it was put on the DOCKET
as ECF 180 and ECF 181. Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL. Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal.neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-

explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-

paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE

17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART

FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM

VANISHED IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020. Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER

VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished, see pages

23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY. In fact he had talked to 2 of the bidders

for the Hospital that wanted to KEEP IT OPEN as a running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS. Tom Wolf, the

mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the

media, but everything Mr. Cutler did was censored. Mr. Cutler was prevented from

atteding hearings at the law office of Saul Ewing while reporters were allowed to

attend at the law office of Saul Ewing (he was asked to leave by security, and

Philadelphia Police). Mr. Cutler previously had contested the states order that they

could redistrict (**USCA Case 18-1816**) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]]. Mr.

Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC). Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions. Priority mail tracking number #9510 8066 2091  0225

1534 23. A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court. In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant. [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]] ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF, et al.). Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks. Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York, and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**. Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna). In a previous case in Pennsylvania Judge

Clarence C. Newcomer ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of MAIL FRAUD. On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a

decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even

though the judge is named as part of the complaint filed for case #1:20-cr-00165 for

**MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in

case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE**

was a reason to deny ALL motions by Mr. Cutler.  It was established that ALL

parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same

judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT

under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. §

3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the

FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on

the injuries may be the same individuls in a Louisiana town of Baldwin that are

responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has

been filed against Judge Schmehl for his opinion in the case, for making

**PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect

parties that defaulted as well as both insurance companies and their lawyers making

false statements by mail in denying claims. Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction. Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. Shaun Bridges a secrect service ageny  stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted

https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-

Case: 1:20-cv-00099-SNLJ   Doc. #: 18   Filed: 02/12/21   Page: 7 of 46   PageID #: 188
Case: 1:20-cv-00099-SNLJ   Doc. #: 18   Filed: 02/12/21   Page: 17 of 46   PageID #: 188
#: 710

extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of**

**JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed

with help of persons of the **FBI**. Mr. Cutler based on his past jobs & training that the

COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and

**CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the

Logan Act Stat. 613, 18 U.S.C. § 953 with China. Based on his previous contracts in

**VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **935**

cases and **9 deaths** in **TAIWAN** as of **10FEB2021**, **THAT THE TESTING**

**COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19.

This is based on PREVIOUS actions by **CHINA**.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>
<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>
<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>
<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current

non-binding mandate from the Dr. Levine and others in other STATES may be trying

to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes

and TREASON by mostly DemoNcrats and some Republicans posing as good people

who are RHINO's, when President Trump may have been the first DINO identified

since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations

is complicit in the deaths in the United States. Although **Thanksgiving** was not a

religious holiday, many people say a prayer before the meal and therefore the

restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT**

**CLAUSE**, also since it tries to limit prayer services in PA. , **INTERFERENCE IN**

**INTERSTATE COMMERCE**, and the order also violates **EQUAL**

**PROTECTION** since commuters are exempt in Pennsylvania.  Forced testing

without a court order violates the FIRST Amendment, just like you cannot be forced

to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures

PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the

company, and should be prosecuted just like Martha Stewart was charged and put in

prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a

**DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results. The lawyers in sending Mr. Cutler the letters by **MAIL** makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.  Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE**.  Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.  As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS**

**A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin Zemser and

Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one. The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63. While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected. Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**. In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020.   Mr. Cutler won a motion for reconsideration in the court based

on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740

06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document.

Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella &

Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr.

Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR**

**ALL** juriditions of the United States, based on the ruling in case # **4:20-cv-00081**

in the United States District Court for the Eastern Ditrict of North Carolina on

16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law. Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020. The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May

13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing the

bombs. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN**

**LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the

**FBI**. The judge dismissed the case even though 5 parties defaulted and were

properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**. Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania. Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5)

which named **DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a

response to the motion filed in oppoition on 25SEP2019. Even though the document

filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF**

**GRIEVIENCES**. Tami Levin was replaced by **Movita Johnson-Harrell** who

pleaded guilty to the theft of approximtely half million dollars. Mr.Cutler had filed

objections to limit the power of the Tom Wolf to classify that religion as a **NOT** a

**LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania. Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**. To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020. Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**. When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania. Mr. Cuttler had requested that district court case number 4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number 1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER
et al.**] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA
et al. v. LAWRENCE J. HOGAN et al.**] are also cases that should be part of this

consolidation. All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020. Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is

notable that Wikipedia has **SCRUBBED Mike Du Toit** from their records

(effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet

has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January

16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION

TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS

TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the

motion denying Plaintiff's motion of December 30, 2019.   The current order from

that court is in error since the USCA order of  December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is still

unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019

but it was illegally discarded. He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019. The office of the clerk

decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904 International Holocaust Remembrance Day),

and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary**

**Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online

January 29, 2020. A violation of EQUAL PROTECTION by employee of the

federal government, which treated the two documents differently and potentially hid

the document from the review of the judges considering an ENBANC review. Mr.

Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court. In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition. This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.  Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367). Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing. On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made.  This

court had allowed the House of Representatives to be an Intervenor. The petitioner,

Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the

house of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners. The FBI tried to force two Medical Examiners to say the **MURDER**

was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpectenly in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**. Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAIdUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge  the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it".  The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.  He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to Bribe, coerce  or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the governments in the United States to discontinue religion in and in the State of  Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the United States and the World, are all organized to take on the HOAX.  This was previously called Agenda 21.  As of 16MAR2020 Canada was still allowing flights from CHINA and those persons could be carrying hazardous bio material simply enter the United States from Canada. When Mr. Cutler was  working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site. It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover. Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme  court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has

corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's  civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976
</ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal, all the Insurance companies have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department. Mr. Wolf's order also violates the Federal Voting law Voting

Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) , voter fraud has been in

Pennslvania a long time. The use of ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud. Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr.

Cutler also notifies this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based

on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with

COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because

the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.

Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen,

Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-

2% of all law enforcement in the United States may be members or share their views.

Also some elected Officials and persons in the military all branches. An 8 year old

was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry

Cosby should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data. Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.  My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally

filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the

actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of

grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https: en.wikipedia.org wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com nation-world chi-chicagodays-greylord-story-story.html </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref>
https: fbistudies.com wp-content uploads 2017 04 FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye** is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE** for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-
to-tax-fraud-docs/2365089/  </ref> <ref>
https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-
facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

 <ref>  https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

 For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/dg-maintains-autopsy-in-luna-murder-mystery-should-
remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltzfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-
1772

</ref>  On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.  AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions. Mr. Cutler filed

a 231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.

**WHEREFORE,** for all the foregoing reasons, petitioner respectfully requests

the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Judgement

and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be

recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner

<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in

**Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and Arizona.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action. Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf. This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when

combined with the writ from case  **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK**  man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case

number   **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case   **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

ASHLI BABBITT WAS THE START OF KRISTALNAHT UNITED STATES

<ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**. At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States. **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court. Just because the Biden

Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor). YOU CAN DESTROY

THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**.!

Respectfully submitted,

DATE:____12FEB2021_____          ____/s/ Jeffrey Cutler_____

<div style="margin-left:2em">

Jeffrey Cutler, pro se
215-872-5715 (phone)
· eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on FEBRUARY 12, 2021, I
filed the foregoing with the Clerk of the Court for
the United States District Court for the Eastern
District of Missouri via United States Mail or in
person. Participants in the case who are registered
CM/ECF users will be served by the appellate
CM/ECF system. I further certify that all of the
other  participants or their lawyers in this case are
registered CM/ECF users except as follows and they
are served by mail or email .

Embassy of the People's Republic of China
in the United States of America
3505 International Place, N.W.
Washington, D.C. 20008 U.S.A.
Tel: +1-202-495-2266
Fax: +1-202-495-2138
E-mail: chinaembpress_us@mfa.gov.cn

**Ambassador Cui Tiankai**

____/s/ Jeffrey Cutler_____
Jeffrey Cutler