# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this______ day of ____________, 2021 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED. SO ORDERED.

[1] Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2] DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[3] BEND BULLETIN NEWSPAPER AND EO MEDIA GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[4] Order the SUMMARY JUDGEMENT against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[5] ORDER THE PEOPLES REPUBLIC OF CHINA PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[6] JERRY NADLER for stating that "**<u>GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS</u>**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[7] ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR MANUFACTURING EVIDENCE JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE.

[8] ORDER THAT RUDOLPH GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR SLANDER BY DOMINION, SINCE THE BIG LIE IS THE TRUTH.

[9] ORDER THAT MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[10] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[11] Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[12] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with

the voting in Pennsylvania and mailing the vote tally to CONGRESS, and ACCESSORY TO MURDER after te fact.

[13] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[14] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[15] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[16] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[17] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel,Judge Ashcroft, and Judge Catherine Blake pay twice their daily salary each day to the innosense project , until they resign.

[18] Order the Peoples Republic of China as defaulted for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later.

[19] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[20] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[21] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[22] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[23] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[24] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations,

and 18 U.S.C. § 1964, Civil RICCO Act.

[25] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[26] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[27] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[28] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[29] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[30] Other remedies the court deems appropriate.

[31] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[32] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[33] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[34] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[35] Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[36] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[37] Combine cases 5:21-cv-00299,20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and 1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586 from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously plus 2:21-cv-01290 from Pennsylvania.

[38] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[39] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at 511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[40] Order that the American Rescue Plan Act of 2021 be declared UNCONSTITUTIONAL since it EXPRESSLY signals out aid to FARMERS that are BLACK and all funds sent be recovered from the People's Republic of China.

[41] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[42] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[43] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[44] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[45] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[46] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[47] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[48] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[49] Order CITIBANK pay one million dollars plus three times the amount they allowed to be stolen via fmail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA. Starting on 01APR2021 the penalty be increased to one million dollars per day for continued violations of the fair credit and reporting act.

[50] The constitution should be ammended to allow all citizens of voting age in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total prison population shall be added to the census for the country. No additional seats shall be added to the

house.

[51] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country. No additional seats shall be added to the house.

[52] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[53] The intentional termination of life by any third party for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[54] A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[55] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE DENIED because it should be an injunction pending Appeal.

[56] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[57] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[58] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[59] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[60] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[61] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of $250,000 dollars

[62] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[63] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car via email to Mr. Cutler.

[64] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment of at least 10% of their NET WORTH.

[65] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[66] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[67] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[68] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[69] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[70] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[71] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[72] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[73] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[74] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[75] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[76] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[77] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUIC0 </ref>

[78] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[79] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[80] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[81] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[82] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[83] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[84] ALL PENALTIES THAT THE IRS HAS LEVIED AGAINST MARILYN CUTLER SHOULD BE VACATED because OF MAIL FRAUD.

[85] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[86] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[87] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[88] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[89] Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[90] Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[91] Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion)

Order all charges against Donld Trump and associates be vacated for violating FRUIT OF THE PISONOUS TREE.

[92] Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[93] Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for providing Aid and Comfort to the Enemy and violating their oaths of office

[94] Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[95] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to ***comply with established tenets or teachings of such sect or division of ANY religion*** **in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: ____, 2021_____ ______________________________

BY THE COURT