**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL POSTAGE REQUIR[ED]

PRIORITY MAIL 3-DAY®

U.S. POSTAGE $14.20
PM 3-DAY
19083 0004
Date of sale 03/23/21
06  2S  SSK
11487581

EXPECTED DELIVERY DAY: 03/27/21

3 lb 8.50 oz

0004

C004

SHIP TO:
555 INDEPENDENCE ST
Cape Girardeau MO 63703-6235

USPS TRACKING® ®



9505 5066 2091 1082 2238 82

FROM:
JEFFREY CUTLER
P.O. BOX 2806
YORK, PA 17405

RECEIVED BY MAIL
MAR 29 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

TO:
UNITED STATES DIST[RICT]
555 INDEPENDENCE ST
CLERKS OFFICE
CAPE GIRARDEAU, MO

VISIT US AT USPS.C[OM]
ORDER FREE SUPPLIES ON[LINE]