**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **THE STATE OF MISSOURI, ex rel.** | ) | |
| **ERIC S. SCHMITT, in his official** | ) | |
| **capacity as Missouri Attorney General,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:20-cv-0099-SNLJ** |
| | ) | |
| **THE PEOPLE'S REPUBLIC OF** | ) | |
| **CHINA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Jeffrey Cutler's "Motion to Intervene, and Injunctive Relief Because of Crimes (18 U.S. Code § 1519 – Destruction, alteration, or falsification of records), 15 U.S.C.  §§ 78dd-1 & Mail Fraud and to Combine Cases for Judicial Efficiency and Summary Judgement" [#18, #20].

Plaintiff's motion is a 46-page diatribe that runs the gamut from "biological warfare" to his Medicare coverage, the 2020 Presidential election, corporate mail fraud, stolen Nazi art, and the alleged wrongful substitution of the quarterback during a New York Giants football game.  Many other topics are also covered.

Plaintiff alludes to other lawsuits in which he has filed documents (and regarding which he maintains federal crimes have been committed), and he appears to want to consolidate the cases, but it is not at all clear to what the cases pertain nor even where many of the other cases are pending.

1

Plaintiff's motion is fantastic and delusional, sets forth no reason to intervene in the subject lawsuit, and explains nothing regarding his apparent desire for injunctive relief.

Accordingly,

IT IS HEREBY ORDERED that Jeffrey Cutler's motions [#18, #20] are DENIED.

So ordered this 11th day of May, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE