| | |
|---|---|
| **From:** | Sauer, John |
| **To:** | "xinxi@idcpc.org.cn" |
| **Cc:** | "kf@people.cn" |
| **Subject:** | Service of Process |
| **Date:** | Tuesday, May 18, 2021 10:23:26 AM |
| **Attachments:** | Simplified Chinese Compl - Missouri v. PRC - Complaint and Civil Cover Sheet.pdf |

Please see Complaint, attached.