**From:**        Sauer, John
**To:**          "xinxi@idcpc.org.cn"
**Cc:**          "kf@people.cn"
**Subject:**     Service of Process
**Date:**        Tuesday, May 18, 2021 10:24:15 AM
**Attachments:** Summons - Communist Party of China - Simplified Chinese.pdf

Please see summons, attached.