| | |
|---|---|
| **From:** | Sauer, John |
| **To:** | "xinxi@idcpc.org.cn" |
| **Cc:** | "kf@people.cn" |
| **Subject:** | RE: Service of Process |
| **Date:** | Tuesday, May 18, 2021 10:37:02 AM |
| **Attachments:** | Summons 2 - Communist Party of China - Simplified Chinese.pdf |

Please see summons, attached.

**From:** Sauer, John
**Sent:** Tuesday, May 18, 2021 10:24 AM
**To:** 'xinxi@idcpc.org.cn' <xinxi@idcpc.org.cn>
**Cc:** 'kf@people.cn' <kf@people.cn>
**Subject:** Service of Process

Please see summons, attached.