| | |
|---|---|
| **From:** | Sauer, John |
| **To:** | "wangyy@wh.iov.cn" |
| **Cc:** | "guanwx@wh.iov.cn"; "xiaogf@wh.iov.cn"; "gongpeng@wh.iov.cn" |
| **Subject:** | State of Missouri v. Wuhan Institute of Virology, No. 1:20-cv-0099 (E.D. Mo.) - Service Documents |
| **Date:** | Tuesday, May 18, 2021 11:08:16 AM |
| **Attachments:** | Summons - Wuhan Institute of Virology - English.pdf |
| | Doc. 22 - Order Granting Alternative Methods of Service.pdf |
| | Summons - Wuhan Institute of Virology - Simplified Chinese.pdf |
| | Missouri v. PRC - Complaint and Civil Cover Sheet - English and Simplified Chinese.pdf |

Attached please find service documents for the Wuhan Institute of Virology in the above-captioned case.