# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee | |

Postmark Here

CAPE GIRARDEAU MO 63701
JUN 11 2021

Secretary of State
Attn: Director of Special Consular Services
U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail.

Certified Mail is *not* available for any class of international mail.

NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.

For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a return receipt, a USPS® postmark on your Certified Mail receipt is required.

[For an ad]ditional fee, delivery may be restricted to the addressee or [addressee']s authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.

[If a postma]rk on the Certified Mail receipt is desired, please present the article [at the] post office for postmarking. If a postmark on the Certified Mail [receipt is n]ot needed, detach and affix label with postage and mail.

**Save this receipt and present it when making an inquiry.**

August 2006 *(Reverse)* PSN 7530-02-000-9047