RECEIVED
BY MAIL

AUG 1 1 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI, et al. | ) |
| | ) |
| Plaintiff | ) **CASE NO. 1:20-cv-00099** |
| | ) |
| **JEFFREY CUTLER** | ) |
| | ) |
| Intervenor Plaintiff | ) |
| | ) |
| **v.** | ) |
| | ) |
| THE PEOPLES REPUBLIC OF CHINA, et al. | ) |
| | ) JURY TRIAL REQUESTED |
| Defendant | ) |
| | ) |

## MOTION TO RECONSIDER BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

Here comes Jeffrey Cutler, PLAINTIFF-Intervenor in this case based on the United

States Constitution Ammend 1, for Redress of Grievances and preservation of the

Establishment Clause, Mr. Cutler files this motion to RECONSIDER, since he was

just served the document at his **P.O. BOX in YORK PA** on **03AUG2021**.  Mr.

Cutler filed an  **AMMENDED EMERGENCY EXPEDITED PETITION  FOR**

**ENBANC HEARING, BECAUSE OF CRIMES (18 U.S. Code § 1519 -**

**Destruction, alteration, or falsification of records), 18 U.S. Code § 872 -**

**EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES,**

**18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY**

**FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES**

**FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**.  Mr. Cutler

files the petition for an **AMMENDED ENBANC HEARING** because the clerks

office decided not to even put the previous document  on the docket and Mr. Bonta

has made statements via twiter that stated

> **Rob Bonta @RobBontaJul 15**
>
> **Being your Attorney General is new to me, but fighting for crime survivors isn't.**
>
> **#ThrowbackThursday to 2014 when my bill, AB 1629, became law and expanded**
>
> **services and counseling to survivors of crime across the state**
>
> **Ms.Hardtoexplain@gabriela0722Jul 15**
>
> **Replying to @RobBonta**
>
> **Please investigate Britney Spears case !!! #FreeBritney**

This makes Mr. Cutler a party those proceedings and also **JILLIAN MIXELL** OF

**ERIE INSURANCE** participated in a **RICCO** conspiracy as well as **MARK MURPHY** of **STATE FARM INSURANCE** to deny compensation and

For an insurance claim and is also equally liable for concealling the **MURDERS** of 600,000 americans and cancelling Mr. Cutler's Auto Insurance Illegally to protect the **Pennsylvania Attorney General**, since it was served after cancellation of the policy. According to Wikipedia Spears studied **Kabbalah**, making her a party to this case, Mr. Bonta made false statements in his previous document (18 U.S.C. § 1001) based on the tweets he made on 15JUL2021 to the public, while Donald J. Trump is Banned from using Twitter for at least 2 years in violation of securities laws.  The vaccine may deliberately allow persons to be **MURDERED** and the use of the word **INPLAUSABLE** has been deemed to be **SUBSTITUTED** for **TRUTH**<ref>

http:_mediaarchives.gsradio.net rense special rense_072021_hr2.mp3 </ref>

On 21JUN2021 a 342 page MOTION TO RECONSIDER BECAUSE OF CRIMES (18  U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in CASE NO. 4:21-cv-01774 in the Southern District of Texas. It is ILLEGAL to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE

LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In that document page 167 is time stamped **PROOF** of a [[**Brady disclosure**]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of [[**Biological warfare**]] by the [[**People's Republic of China**]] and the Murder of **600,000 people** in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]] in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped **PROOF** [[**Josh Shapiro**]] was aware of the fraud. Per the clerk, **Judge** [[**Lynn Hughes**]] **stole** the mailed documents. This may be related to [[1939 Nazi rally at Madison Square Garden]], [[**David Fahrenthold**]], the murder of [[**Jonathan Lun**a]] and [[**FOIA**]]-2020-01319.<ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>. On 08JUL2021 Mr. Cutler was robbed of his wallet, credit cards, and **PASSPORT**, in order to prevent him from travel in the United States in a manner just like Sean Williams that filed a lawsuit against Lancaster County Police and ended up **DEAD**. <ref> https://www.washingtonpost.com/news/post-nation/wp/2018/07/01/sean-williams-lancaster-police-shot-taser-even-though-he-was-unarmed-compliant/ </ref>. Mr. Cutler is still being **Denied Part B Medicare** even though he is at full age and the Biden administration is presently providing this to **thousands** of people that just entered the country in a **illegal** manner. **Judge Garaufis** denied Mr. Cutler **Part B Medicare** and ruled that **Allison Mack** only pay a 20 thousand dollar fine and serve 3 years in prison for her role in case 1:18-cr-00204, where a minimum of 8 women were raped and

**BRANDED** by her actions, and where Multiple women who had sex with Bill Cosby were awarded **MILLIONS.**  Mr. Cosby was incarcerated **INSTANTLY** at the end of the trial as well as **Rufus Seth Williams** at the end of his trial.  Verizon has programmed several numbers of individuals of the United States govenement to be **non-reachable** by Mr. Cutler's  phone including Andrea Parker listed in the letter dated May 7, 2021 for FOIA-2020-01319 that was **409-981-7938**.  Verizon also sold the debt based on the Illegal removal of him from his apartmemt at **67 CAMBRIDGE VILLAGE** and the **THEFT** of 100% of the contents and his records simply by the payment to a **CORRUPT JUDGE**, and covered up by **CORRUPT MEDIA**.  The government is transporting people by plane without passports.  <ref>
https://www.nbcnews.com/politics/immigration/biden-admin-again-flying-migrants-who-cross-border-one-place-n1271211
</ref>.  Jeffrey Cutler and Britany Spears were both denied **DUE PROCESS**.  Judge Diamond's order of 12JUN2021 may in this case be because he was **BRIBED**, **BLACKMAILED** or **THREATENED**  or simply corrupt.  The plaintiffs presented arguments that failed to have all the evidence of criminal activity, and also real data <ref> https://www.thegatewaypundit.com/2021/03/exclusive-per-cdc-data-nearly-twice-many-vaccine-related-deaths-far-2021-1755-vaccine-deaths-past-decade-994 </ref>.  Since the  motion in case 4:21-cv-01774 also combines cases, the judge for case 4:18-cv-00167-0 (Northern District of Texas). should act on this motion since that is an older case.  Mr. Cutler has also been denied justice as recently by an **UN-OPPOSED** motion on the order of 17MAY2021 in case 2:20-cr-00210.  Judge Stewart Dalzel hinted at this in is verdicts over 25 years ago in

orders regarding Lisa Michelle Lambert, of implied threats.  Based on the story <ref> https://www.newyorker.com/news/essay/saying-her-name </ref> in the New Yorker people have known that people in the Government **MURDERED 5 CHILDREN**  on **13MAY1985**, and there is a conspiracy to **CONCEAL** the crime and **OBSTRUCT** justice. Judge Diamond should have realized that Mr. Cutler has filed a **MAIL FRAUD** complaint, against judge Diamond for the order denying **MOTION TO RECONSIDER**  25MAY2021.  The **UN-OPPOSED ORDER** of **Judge Limbaugh** of **11MAY2021** NO MATTER WHAT WORDS LIKE **DIATRIBE** used in the **ORDER** is **ILLEGAL** and **CONSTUTES MAIL FRAUD**.  It shows **ACTUAL PROOF** of **BIOLOGICAL WARFARE** by the **ACTIONS** of the **PEOPLES REPUBLIC of CHINA**, and **ELECTORAL FRAUD** by **JOSH SHAPIRO**.  The **ORDER** is the equivalent of **DENYING** that **6 MILLION JEWS** were **MURDEED** during **WWII**, or 5 **CHILDREN** were **MURDEED** in **PHILADELPHIA** by 2 **bombs furnished** by the **FBI**, on **13MAY1985**.  Even though this document is later than normally allowed, the **ORDER** should be **RECONSIDERED** because of the minimum of  20,000 members of the NAZI party that are in the United States since 20FEB1939, when **20,000 people** of American **Nazi** Party held a rally in Madison Square Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan </ref>, **CONSPIRED** to prevent Mr. Cutler from being served sooner and this is **REVENGE** of the **NAZI** party against the **UNITED STATES**.  Dates are an **IMPORTATNT** part of  history and the **TRUTH**.  On 04JUN is the date **LUKE**

**WILLIAMS** HAD HIS FIRST HOME RUN AS A member of the Philadelphia

Phillies., and won the ball game.  It is also the date that duchess of Essex had the

FIRST ENGLISH PRINCESS TO BE AN AMERICAN CITIZEN, Lilibet Diana

Mountbatten-Windsor, AND **CLARENCE WILLIAMS THE III DIED**,  MR.

WILLIAMS HAD PORTRAYED LINC ON THE MOD SQUAD TV PROGRAM.

In the obituary from the Associated Press Lindsay Bahr printed on page B4 in the

Philadelphia Inquirer on  07JUN2021.  The obituary referenced BILL COSBY had

told Aaron Spelling about Mr. Williams.  Mr. Cosby was released from prison on

30JUN2021, after a ruling by the Pennsylvania Supreme court **CORRECTLY**

**IDENTIFIED** his trial was unfair.  Mr. Cutler has not been able to present his case in

court because of **CRIMINAL ACTS** and either has **Brittany Spears**.  **Brittany** has

been a **slave for 13 YEARS**, based on the testimony of **JUDGES**, **DOCTORS** and

**OTHERS**.  The case against Keith Raniere, **Allison Mack**, **ENSLAVED** and

**BRANDED** people.   Based on case 1:18-cr-00204 **Allison Mack** (based on reports

born in **Germany**) is only paying a minimal fine based on reports she is worth

between 2-7 million dollars and gets significant residual payments from her acting

residuals.  **Mayor Bill deBlasio** of New York City **ORDERED** all PERSONS

**MUST BE VACINATED** ,<ref> https://www.nytimes.com/2021/08/03/nyregion/nyc-vaccine-mandate.html

</ref> to LIVE in New York City, which **VIOLATES** the <ref>

https://en.wikipedia.org/wiki/Americans_with_Disabilities_Act_of_1990 <ref>  and <ref>

https://en.wikipedia.org/wiki/ADA_Amendments_Act_of_2008 </ref>, since persons with

**COMPROMISED IMMUNITY** (such as persons taking some type of drugs).  On

20FEB1939 **20,000 people** of American **Nazi** Party held a rally in Madison Square

Garden <ref> https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-

manhattan </ref> <ref> https:_en.wikipedia.org wiki/1939_Nazi_rally_at_Madison_Square_Garden </ref> Per

the

[Code of Federal Regulations][Title 21, Volume 4][Revised as of April 1, 2020]

[CITE: 21CFR211.137] **211.137 Expiration dating**. It is **ILLEGAL** to SELL DRUGS

BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of

America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In

April 2015, U.S. District Court Judge Mark Bennett in Sioux City, Iowa, sentenced

Austin (Jack) DeCoster and his son Peter to three months in jail for their role in

selling contaminated food across state lines. Their company, Quality Egg LLC, was

sentenced to a $6.8 million fine and placed on probation for three years.  The CDC

has <ref> https:_www.wsj.com articles u-s-suspends-j-j-covid-19-vaccine-shipments-as-states-face-a-surplus-of-expiring-

doses-11623351701 </ref>  apparently stopped shipping doses of the J&J vaccine.  Jews are

being attacked in New York, Los Angeles, Canada, and (followed in) New Jersey per

a story in the Philadelphia Inquirer (24MAY2021).   The **NAZI's** during **WWII** only

required offering a **small bar of SOAP** to get JEWS to enter **GAS CHAMBERS**

**disguised as SHOWERS**.  The MURDER of the 5 children on on  **13MAY1985** is

as serious as the case of  **Thomas Capano** and his lover Anne Marie Fahey <ref>

https:_en.wikipedia.org wiki Thomas_Capano </ref> and the murder of 300 people at the black

wallstreet <res> https://www.cleveland.com/darcy/2021/06/biden-addresses-tulsa-massacre-darcy-cartoon.html </ref>

and <ref> https://www.npr.org/2021/06/01/1002008061/nyc-gallery-hosting-a-tulsa-race-massacre-exhibition-was-vandalized-with-white-p </ref>.  On 01JUN2021 Jeffrey Cutler called the THE REPORTER ANYA

JONES OF THE PHILADELPHIA TRIBUNE at 4:32 PM (215-893-5747) IN

ORDER to TALKED TO HER ABOUT THE STORY SHE WROTE ABOUT

BLACK WALL STREET AND NEGLECTED TO MENTION THE BOMBING IN

PHILADELPHIA **13MAY1985** THAT THE [[**FBI**]] FURNISHED THE

EXPLOSIVES, SHE HUNG UP THE PHONE.  Mr. Cutler has also called the **FBI**,

**CIA** (Langley) and **NSA** about the **BIO-WARFARE** from CHINA, proof shown in

case 1:20-cv-00099, Eastern District of Missouri.  In order to correct for new crimes

and **OBSTRUCTION of JUSTICE**  discovered.  On **20SEP2018** at 2:08 PM the a

**BRADY VIOLATION** was conspired against BILL COSBY and Mr. Cutler based

on Mr. Cutler's filing in case 19-3693 page 56, originally filed on 27SEP2018 case in

the Eastern District of Pennsylvania, 5:17-cv-05025.  On 19APR2021 at 3:44 PM

Jeffrey Cutler filed a 211 page motion to do the same thing as in the case for  **2:21-**

**cr-00170** . That document **VANISHED** in **FEDERAL COURT** despite calls to the

clerks office and on 21APR2021 and 22APR2021 Jeffrey Cutler called **TWICE**

**EACH  DAY** the AUSA handling case number 2:21-cr-00170,  ( **MARK**

**DUBNOFF 215-861-8397** ). The U.S. Attorrney's office **HAS ALSO**

**PROGRAMMED** Mr. Cutler's **cellphone** and **LAND LINE NUMBER** to be

excluded by the office of ASUSA, A **BRADY VIOLATION**, AND **VIOLATION**

**OF THE U.S. CONSTITUTION AMMEND 1**.   This document and the case for

2:21-cr-00170 has information about the MURDER of 2 BLACK AUSA's, **Jonathan**

**Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> **Beranton Whisenant** (Found 25MAY2017)

were also MURDERED by possibly members of the KKK OR THE 5 BLACK

CHILDREN CREMATED ALIVE ON NATIONAL TV 13MAY1985 BASED ON 2

BOMBS FURNISHED BY THE [[FBI]].  The judge in case 2:21-cr-00170 (**Gerald**

**Papert**) directed that the document filed on **19APR2021** at **3:44 PM** be returned and

removed from the docket and committed **MAIL FRAUD**.  On **06APR2021** at **2:34**

**PM** Jeffrey Cutler filed a 356 page **EMERGENCY EXPEDITED PETITION TO**

**INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.**

**Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§**

**78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL**

**EFFICIENCY AND SUMMARY AFFIRMATION** in person at the federal

courthouse in Philadelphia at 601 Market Street case #**19-1842**. On **06APR2021** at

**4:10 PM** a clerk called that they had the document. This DOCUMENT has also

**VANISHED**!!!  The clerk in case 19-1842 (Patricia Dodszuweit) stamped the

document **08APR2021** and then wrote a letter dated **12APR2021 MAKING A**

**FALSE STATEMENT** and mailed it on **13MAY2021** and committed **MAIL**

**FRAUD**.  On 21APR2021 and 22APR2021 Jeffrey Cutler called TWICE EACH

DAY the AUSA handling case number 2:21-cr-00170, ( MARK DUBNOFF 215-

861-8397 ). The U.S. Attorrney's office HAS ALSO **PROGRAMMED** Mr. Cutler's

cellphone and LAND LINE NUMBER to be excluded by the office of ASUSA, A

**BRADY VIOLATION**, AND VIOLATION OF THE U.S. CONSTITUTION

AMMEND 1.  On 26APR2021 at 3:56 PM Jeffrey Cutler served the ACTING U.S.

Attorney Jennifer Arbittier Williams at 615 Chestnut St # 1250, Philadelphia, PA

19106 two copies of the 211 page stamped motions by Jeffrey Cutler for case 2:21-cr-

00170. On 14APR2021 Jeffrey Cutler filed a 136 page **MOTION TO**

**INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.**

**Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code §**

**872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED**

**STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,**

**BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**JUDGEMENT** in case 2:21-cv-00190 in person.  On 16APR2021 Mr. Cutler

recieved an email from the office of George Bochetto with a response to his motion

of 14APR2021.  He could not open the document.  He called the office and got an

answering machine.  He was not able to get the document from PACER until

17APR2021 at about 5:50 PM.  He also found Mr. Cutler's motion was **DENIED** as

**MOOT** with no chance for Mr. Cutler to respond, since he is not on the CM/ECF

system.  On **13MAY2021** Mr. Farley resigned as **HEALTH COMMISIONER**

because he **OBSTRUCTED JUSTICE** and **ORDERED EVIDENCE**

**DESTROYED** in the **GREATEST EXAMPLES OF MURDER BROADCAST** of

children on **LIVE TELEVISION**, as a form of **EVICTION**.  This also protects

**INSURANCE COMPANIES** from liability or being required to compensate owners,

includung the claim made by Jeffrey Cutler, Nov 2, 2017,  **A00000575634**, and

terminated 21MAR2020, after **PAYING ZERO**, by bribing Judges and ckerks.

Insurance companies have conspired to not pay claims and in a continuing procedure

as with case 15-1271 USCA.  Lawyers have got vedicts from companies like Johnson

& Johnson, for case 20-1223.  The scope of **manufacturing** evidence as was on

display during the second impeacment of Mr. Trump was indefensible.  On

06JUL2021 Mr. William McMichael was found guilty and fined **2,608,329.75** of

allowing lead paint be present in a property that at the time the inspection was made

he was not the registered deed holder and the property owner lives actually in West

Virginia in court **PA MDJ-02-1-01** by Judge **AdamWitkonis** case **MJ-02101-NT-**

**0000612-2020** .  This is revenge on William H McMichael III notifying the treasurer

he was  listed as the owner of the deed identified as instrument 6252884 with a tax ID

listing identified as **400-73447-0-0000**, which was illegally sold to others with a

defective title.  Since **MJ-02101-NT-0000612-2020** case involves parties from

multiple states the state court was not the correct venue and the verdict must be

vacated.  On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a **347  Page**

PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code §

1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL

FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805** **USCA** third

circuit. Instead of granting a hearing the CLERK's OFFICE of the USCA issued an

ORDER that granted Mr. Cutler, the ability to **PAY** **$ 505.00** without resinding the

order dismissing case 20-1805 (**ECF 52**).  After calling about the fee being paid they

wrote a letter returning the money order on 19APR2020, which Mr. Cutler has not

recieved.  In the case which is an appeal,  **U.S. NEWS AND WORLD REPORTS** is

a defendant of **PAID SLANDER** against Mr. Cutler by Persons unknown or **China**.

They **paid** for **targetted** defamation and **FALSE** story against Mr. Cutler to conceal

the **MURDER** of **2 BLACK AUSAs**, **MAIL FRAUD**, and other crimes.  To garner

a hearing before an **ENBANC COURT**. Mr. Cutler recently discovered just how

easy the people have lied and conspired, as with multiple lawsuits filed by lancaster

county and **Josh Shapiro** to enable an **Agenda**, false statements made in **Supreme**

**Court Brief 220155**  (18 U.S.C. § 1001). Mr.  Cutler filed a 356 page

EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF

CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records),

15 U.S.C. §§ 78dd-1, MAIL FRAUD EQUAL PROTECTION AND TO COMBINE

CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case

**19-1842 USCA** third circuit, time stamped 06APR2021 at 2:46 PM (first 67 pages

were attached)  Someone from the clerk's office acknowledged they got the

document at **4:10 PM 06APR2021**. Mr. Cutler emailed the PDF of the stamped copy

to all parties in the case as well as over 400 individuals. In the document 5 case

#2:21-cv-01609 the document has TIME STAMPED evidence of a MAIL FRAUD

COMPLAINT against Jim Kenney and Josh Shapiro. It also has evidence that Josh

Shapiro falsified the certification of the election and TRUMP won. On  page **128** is

**TIME STAMPED PROOF JOSH SHAPIRO KNEW HE LIED ABOUT THE**

**ELECTION RESULTS**, On  page **132 IS PROOF THAT CHINA KNOWS**

**THEY ARE ACCUSED OF BIO-WARFARE AGAINST THE WORLD**

**KILLING 3 MILLION PEOPLE**, AND **COMMITTED MAIL FRAUD TO**

**HIDE EVIDENCE**, On  page **133** is **TIME STAMPED PROOF THE**

**ELECTION RESULTS WERE ALTERED TO ALLOW CHEATING (AN**

**ORDER FROM TORRES FROM 12APR2018**), On  page **134** IS A LETTER

FROM **NANCY PELOSI** IN COLLUSION TO WITH TED WHEELER OF

PORTLAND PROMOTING VIOLENCE, On  page 136 IS A TIME STAMPED

MAIL FRAUD COMPLAINT FROM AGAINST **JIM KENNEY** VERIFIED

10MAR2020.  On **11MAR2021** JEFFREY CUTLER FILED A **MAIL FRAUD**

**COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR

CLAIMING THEY REFUSED A **321** PAGE MOTION TO INTERVENE, AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL

FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on

or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909

1042 6153 86) at their DC Embassy (3505 International Place, NW) and after

opening the document one week later (24FEB2021) claimed the document was

REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED

STATES GOVERNMENT of **RETURN POSTAGE** and follow the LAWS of the

UNITED STATES OF AMERICA. This effectively PUTS the PEOPLES

REPUBLIC OF CHINA in **DEFAULT** for violating the LAWS of the UNITED

STATES and shows they have been properly served and the return of the document

equates to a **Waiver of Service**.  Inside the document was a **193 page** report that

**COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming CHINA has

engaged in **Bio-Warfare** with the WORLD based on a previous actions with

**HEPARIN** and pet food and that the testing supplies are **tainted** and may be

spreading the disease in the United States. The media and political leaders have been

**BRIBED** to go along with MASKS and distance are the **ONLY** cure when

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 and FLU that result in DEATH from pneumococcal disease and

Ivermectin to treat the COVID-19 <ref>

https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-

v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref>`As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[Nancy Pelosi]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed a lawsuit in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy Pelosi**]] called (**CUTLER v. PELOSI, et al**.). This is 26 YEARS AFTER THE FIRST **WORLD TRADE CENTER BOMBING**. This documents that service of the complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at their **EMBASSY TO THE AMBASSADOR**. Mr. Cutler had also published information that the **MURDER** of two **BLACK AUSAs Jonathan Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found 25MAY2017) were also MURDERED by possibly members of the **KKK**. Mr.

Whisenant was found on the same day **George Floyd** was declared Murdered in

2017.  Despite calls to the clerk of the United States Court of Appeals, the clerks

Time Stamped Petition for Enbanc Hearing case 20-1805 was still not on the docket.

To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a

copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get

redress of grievances in person at the same courthouse in Philadelphia on

**23MAR2021** with a 341 page motion to Intervene. On **24MAR2021** judge Kenney

denied the motion to intervene **ECF 4** and stated the document was

**incomprehensible and has no bearing or relavance to the above captioned action**,

even though the motion was **unopposed**.  A **mail fraud complaint** has been filed

against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler

filed a 321 page document for case 20-1422 which contained **EXCULPATORY**

**EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320

& first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL**

**ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is

believed this is has been based on **BRIBES** and **COLLUSION** with funds from

**CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a

primary target being the United States, and **DESTROY** the value of the **UNITED**

**STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the

CDC have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the

**FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are

called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE

TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND

THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-

110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html

</ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref>

https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19**

is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE**

**CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED**

**JUST LIKE VOTES FOR TRUMP**. It is believed that the testing components may

be tainted and is the real reason that so much propoanda has been placed on testing

when vacinations for to stop these deaths is cheaper and readily available. A

previous document in case 21-40001 was altered by persons unknown to protect the

**CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just

another name for the **KKK**. It also shows **BIAS** and **MALICIOUS** intent to violate

**EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**. Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC**

on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**. Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first ammendment right to **PETTION THE COURT FOR REDRESS OF GRIEVANCES**.  On 13DEC2016 **Judge Diamond** ignored Mr. Cutler's information about **ELECTORAL FRAUD** in case 16-cv-06287. Recently in case # 1:17-cv-05228 **Judge Nicholas G. Garaufis** (Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and the current **Attorney General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA** **publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 67 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres  dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed **20OCT2020**, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**,

just like the term that may presently describe the sick bird Philadelphia football team

**ILL** **EAGLE**.  The **Citizens of the State** of **New York** and may have been violated

by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the

football game due to substitution of the Quarterback, so the GIANTS were not able to

be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM,

a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED**

**PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF**

**BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or**

**falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR**

**JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia

USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT

with NO abililiy of the president to present any witnesses or other

**EXCULPATARY** evidence  This was equivalent of a  **HIGH TECH LYNCHING**

(to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the

president were selectively **EDITED** to remove the word **peaceful**, and the concept

this speech incited the riot is contradicticted by reports that the **FBI** knew about

activities for over a month (the document is contained in the Addemdum).  This

impeachment as fair was as true and correct as the attack on 11SEP2012 when

[[**Susan Rice**]] stated "But our current best assessment, based on the information that

we have at present, is that, in fact, what this began as, it was a spontaneous -- not a

premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a

few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." Jeffrey Cutler found out that 5,000 Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on 13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over **Benghazi Libya**. During this period was the battle at El Alamein stopping **NAZI** advance towards Cairo and the Suez Canal.  Anthony Algindy <ref> https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey Broyer may have had prior information of the attacks on 911.  They both may be part of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>. The apparatus involving the **FBI** and **CIA** may have started when they tareted **Fawaz Younis** and operation **GOLDENROD** was started  and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted.   On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS **TIME STAMPED** PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020** PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY

FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936,

PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN FIFTH

CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS **MURDERED**.  Reporter **CHRISTIAN SIGN**

was recently found dead <ref> https://denvergazette.com/wex/reporter-who-broke-story-on-clinton-lynch-tarmac-

meeting-found-dead/article_939887c0-cf2d-5edc-b553-f31ef6e012e2.html </ref>, he had exposed the Bill

Clinton meeting with Lorreta Lynch, and Mr. Newsome has banned **CHRISTIAN's**

from **SINGING** IN **CHURCH**.  PER **USCA** CASE **17-1770** **JOE BIDEN** WAS

PART OF A GROUP HELPING TO SMUGGLE STOLEN **NAZI** ART INTO THE

UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys**

(Philadelphia leader Zach Rehl) had his first court appearance Friday the

19MAR2021. On 13JAN2021 **JOSH SHAPIRO** is named in part of a Petition [[En

banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to

[[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland,

Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[**Electoral fraud**]] made

to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a

letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made

to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the

**MURDER** of [[**Jonathan Luna**]] by the [[**Ku Klux Klan**]]. Also see [[Publican and

the Pharisee]] and [[Parable of the Unjust Judge]].  Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments

sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-

v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-

work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf

</ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As

an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler

declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a

concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a

Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper

on 24OCT2018 page 15 :titled "**SAVE BILL COSBY**".

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING

APPEAL was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov

</ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM

Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936

On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC

REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND

PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD

CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey

Cutler filed a PETITION TO COMBINE ADDITIONAL CASES BEFORE

ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519

- Destruction, alteration, or falsification of records)   FOR JUDICIAL EFFICIENCY

in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE

17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART

FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM

VANISHED IN FEDERAL COURT, just like Mr. Cutler's testimony at SEPTA FY

2020 ANNUAL SERVICE PLAN dated June 10, 2019 on page 290-292 of ECF 62,

case number 2:20-cr-00210 (USA v MICHEAL OZZIE MEYERS).

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records)  & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler previously had filed copies of documents from case 19-11466 (Bankruptcy of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLEC**TOR in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225

1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York,  and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge

**Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the ballots, they used the names of people who were living in Puerto Rico or serving time in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for **MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect

parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims. Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction. Midge Rendel has **failed** to **RECUSE** from case 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. In the name of Tzadikim Nistarim, Shaun Bridges a secrect service agent stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted

https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China.  Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1178** cases and **12 deaths** in **TAIWAN** as of **07MAY2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19, in the **United States**, and other places. This is based on PREVIOUS actions by **CHINA**.  <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm</ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations

is complicit in the deaths in the United States.  Although **Thanksgiving** was not a

religious holiday, many people say a prayer before the meal and therefore the

restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT**

**CLAUSE**, also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN**

**INTERSTATE COMMERCE**, and the order also violates **EQUAL**

**PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing

without a court order violates the FIRST Amendment, just like you cannot be forced

to give a DNA sample.  Mr. Cutler owns stock in **Merck**, which manufactures

PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the

company, and should be prosecuted just like Martha Stewart was charged and put in

prison, but also pushing sales at **AMAZON**.  On 17JUL2020 **TOM WOLF** issued a

**DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 **Tom WOLF** reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>.  KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK.  On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case **20-1449** even though it was actually filed on

20MAY2020 at 4:10 PM..  The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results. The lawyers in sending Mr. Cutler the letters by **MAIL** makes

them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**. Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season. Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE** during the 2020 baseball season and today they allow only

8,000 people to attend in 2021. Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events. Mr. Cutler had proposed an option to have games played in every city. As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**. The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS**

**A CRIMINAL MATTER. The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna). The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and

Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one.   The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63. While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected. Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of  **EQUAL TREATMENT**

On 20MAY2020.   Mr. Cutler won a motion for reconsideration in the court based

on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740

06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document.

Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella &

Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr.

Cutler filed for an  **IMMEDIATE INJUNCTION PENDING APPEAL FOR**

**ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081**

in the United States District Court for the Eastern Ditrict of North Carolina on

16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law.  Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May

13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the

bombs.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN**

**LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the

**FBI**.  The judge dismissed the case even though 5 parties defaulted and were

properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019.  Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed objections to  limit the power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number  1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is

notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records

(effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet

has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January

16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION

TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS

TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the

motion denying Plaintiff's motion of December 30, 2019.  The current order from

that court is in error since the USCA order of December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is still

unopposed. Mr. Cutler had previously filed a document by MAIL on March 1, 2019

but it was illegally discarded. He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019. The office of the clerk

decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904  International Holocaust Remembrance Day),

and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary**

**Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online

January 29, 2020. A violation of EQUAL PROTECTION by employee of the

federal government, which treated the two documents differently and potentially hid

the document from the review of the judges considering an ENBANC review. Mr.

Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court. In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition. This violated the United States Constitution Ammend 1 and 5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution. Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367). Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made.  This

court had allowed the House of Representatives to be an Intervenor. The petitioner,

Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the

house of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER**

was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpecently in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of  **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656g-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it".  The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A, via district court case number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>.  There is NOW

**PROOF THIS IS TRUE**, since the PEOPLES **REPUBLIC OF CHINA** commited

**MAIL FRAUD** when served documents at their EMABSSY on Washington, DC.,

thus **CONFIRMING CHINA IS RESPONSIBLE FOR THE DEATHS OF 3**

**MILLION PEOPLE**.  It is very easy to Bribe, coerce  or pay individuals to bear

false witness against another individual and violate **THALL SHALL NOT BEAR**

**FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders

have issued effectively allows the governments in the United States to discontinue

religion in and in the State of Pennsylvania, by a member of the **KLU KLUX**

**KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the

United States and the World, are all organized to take on the HOAX. This was

previously called Agenda 21. As of 16MAR2020 Canada was still allowing flights

from CHINA and those persons could be carrying hazardous bio material simply

enter the United States from Canada. When Mr. Cutler was working for Merck as a

contractor some individuals were caught stealing trade secrects by security at the

West Point site. It has been known China has been effectively using live people for

transplants for years. Mr. Ellyahoo has stated the word in **HUNGARY** for **SIN** is

pronounced VIRUS. The closing of all CASINOS in the STATE is to get 100% of

all gambling revenue, to have a total monopoly on all sources of payment organized

for a complete **Klu Klux Klan** takeover. Jeffrey Smiles has told Jeffrey Cutler that

the POST OFFICE near the Allentown Federal Courthouse contains NAZI insigna in

the tile work in the building (supreme court case # 19-8538 ), and there is a **7 acre**

site in Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles

has sent a picture via text to Mr. Cutler's of insigna is actually in the Post office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770). Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal, all the Insurance companies have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department. Mr. Wolf's order also violates the Federal Voting law Voting

Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) , voter fraud has been in

Pennslvania a long time. The use of ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud. Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in
Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the
guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr
Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**
**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr.
Cutler also notifies  this court that the failure of the Dams in the state of
Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of
governor Gretchen Witmer's unlawful act from being persued in federal court case
1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have
LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &
COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called
PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE
COVID-19 that result in DEATH from pneumococcal disease <ref>
https:  www.diabetes.org diabetes medication-management flu-and-pneumonia-shots </ref>. KRISTEN
WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based
on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with
COVID-19, as well as one million mink in the Netherlands there is **ZERO**
evidence that the tigers, Goririllas ever failed to practice social distancing, because
the person would be called **LUNCH**. **HIV** has NO VACCINE. This
**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.
Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen,

Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-

2% of all law enforcement in the United States may be members or share their views.

Also  some elected Officials and persons in the military all branches. An 8 year old

was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry

Cosby should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally

filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the

actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of

grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECTED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

 <ref>  https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

 For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>
https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was

reported as postponed.

\<ref\> https://www.pennlive.com news 2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html \</ref\>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud (18 U.S. Code § 1341), the

murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.  In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD.  THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM.  The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by  police woman **Lisa Mearkle**  in 2015 and violated his civil

rights<ref> https:_news.yahoo.com_princeton-university-policy-political-protests-103048931.html </ref>

**Maxine Waters** and the **MEDIA** networks are trying to incite riots so that Marshal

LAW can be declared and all firearms siezed.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

 the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as **SUMMARY JUDGEMENT**, this is

effectively a **CHANGE IN VENUE**.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

**Donald J. Trump** be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in **Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and **Arizona**.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting elected Vice President at the hotel previously known as the Host Farm, but has since been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania Judge Stickman wrote in the case "but even in an  emergency, the authority of government is not unfettered" in the case of County of Butler v Wolf.  This  court should also declare the entire Affordable Care Act (Obamacare) law and the executive order  signed in 1942 as Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when combined with the writ from case  **15-632**, and the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**. The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered **MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**, case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031** Northern District of Washington, plus this case and  **21-4001** ALL BE COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI BABBITT** MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court.  Just because the Biden

Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY

THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**, on **Jerusalem**

**Day** <ref> https: en.wikipedia.org wiki Jerusalem_Day </ref>.  03JUN is celebrated as a part of

history in large part of the United States as the birthday of Jefferson Davis and
Edward

Cutler thought it was nice that his birthday was a special part of history, and his son

files this document to honor his father, and his brother Irv. Irv was killed in a B24

13JUL1942.  On 03JUN2021 Edward Cutler would have been 100, if he was still

alive, it is also the birthday of Jill Biden.  This document should be inserted and

combined with the previous document and replace the first 72 pages that document.

On 17JUN1856 the REPUBLICAN party held it's FIRST CONVENTION in

PHILADELPHIA.  In the previous document filed on17JUL2021.

**Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY**
**Page 411 is PROOF OF BIO  WARFARE**.
**Page 412 is PROOF OF  ELECTORAL FRAUD**
**Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD**.

Respectfully submitted,


DATE:____09AUG2021_____        _____/s/ Jeffrey Cutler_____

                                          Jeffrey Cutler, pro se
                                          215-872-5715 (phone)
                                          eltaxcollector@gmail.com
                                          P.O. Box 2806
                                          York, PA 17405

### CERTIFICATE OF SERVICE

I hereby certify that on August 09, 2021, I filed the foregoing with the Clerk of the UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF MISSOURI, SOUTHEASTERN DIVISION by Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other  participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler