# ADDENDUM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

THE STATE OF MISSOURI, ex rel.           )
ERIC S. SCHMITT, in his official          )
capacity as Missouri Attorney General,    )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )        Case No. 1:20-cv-0099-SNLJ
                                          )
THE PEOPLE'S REPUBLIC OF                  )
CHINA, et al.,                            )
                                          )
        Defendants.                       )

## MEMORANDUM AND ORDER

This matter comes before the Court on Jeffrey Cutler's "Motion to Intervene, and

Injunctive Relief Because of Crimes (18 U.S. Code § 1519 – Destruction, alteration, or

falsification of records), 15 U.S.C. §§ 78dd-1 & Mail Fraud and to Combine Cases for

Judicial Efficiency and Summary Judgement" [#18, #20].

Plaintiff's motion is a 46-page diatribe that runs the gamut from "biological

warfare" to his Medicare coverage, the 2020 Presidential election, corporate mail fraud,

stolen Nazi art, and the alleged wrongful substitution of the quarterback during a New

York Giants football game. Many other topics are also covered.

Plaintiff alludes to other lawsuits in which he has filed documents (and regarding

which he maintains federal crimes have been committed), and he appears to want to

consolidate the cases, but it is not at all clear to what the cases pertain nor even where

many of the other cases are pending.

1

Plaintiff's motion is fantastic and delusional, sets forth no reason to intervene in the subject lawsuit, and explains nothing regarding his apparent desire for injunctive relief.

Accordingly,

IT IS HEREBY ORDERED that Jeffrey Cutler's motions [#18, #20] are DENIED.


So ordered this 11th day of May, 2021.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2

Jeffrey  Cutler
P.O. Box 2806
York, PA 17405

_____

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
**U.S. POSTAL INSPECTION SERVICE**

## Mail Fraud Complaint

### Your Information

| | |
|---|---|
| Company Name: | |
| * First Name: | JEFFREY |
| * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 |
| * City: | YORK |
| * State: | Pennsylvania |
| * ZIP Code: | |
| * Country: | UNITED STATES |
| Cell Phone: | (717) 854-4718 |
| Work Phone: | (215) 872-6715 |
| Home Phone: | |
| Fax: | |
| Email Address: | etuxcollector@gmail.com |
| Age Range: | 65 or older |
| Are you a Veteran?: | ○ Yes  ● No |

### Complaint Filed Against

| | |
|---|---|
| Company Name: | PLES REPUBLIC OF CHINA |
| First Name: | CUI |
| Last Name: | TIANKAI |
| Address: | 3505 INTERNATIONAL PLACE, NW |
| City: | WASHINGTON |
| State: | District of Columbia |
| ZIP Code: | 20008 |
| Country: | UNITED STATES |
| Cell Phone: | |
| Work Phone: | (202) 495-2266 |
| Home Phone: | |
| Fax: | (202) 495-2138 |
| Email Address: | chinaembpress_us@mfa.gov.cn |
| Website Address: | |

### How Were You Contacted?

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 03/10/2021 |
| Do you have the envelope it was mailed in? | ● Yes  ○ No |
| Does the envelope have a permit number? | ○ Yes  ● No |
| Does the envelope have a postage meter number? | ○ Yes  ● No |

### How Did You Respond to This Offer?

| | |
|---|---|
| How did you respond to this offer? | Other |
| Other: | FILED MAIL THIS COMPLAIN |
| Response Mailed to a Different Address: | ○ Yes  ○ No |
| Do you have a Tracking Number? (Certified, Insured or Express Mail?) | ● Yes  ○ No |
| Tracking Number: | 9505 5141 4909 1042 6153 8( |
| What did you receive? (max size 250 characters) | RETURNED COPY OF MOTION TO INTERVENE, AND INJUNCTIVE RELIEF CASE 1:20-cv-00099 UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI |
| How did it differ from what you expected? (max size 250 characters) | EXPECTED A LEGAL REPLY |
| How much did the company ask you to pay ($)? | 9.95 |
| Do you have the item? | ● Yes  ○ No |
| How was it delivered? | US Mail |
| Did you contact the company or person about this complaint? | ● Yes  ○ No |
| Date Last Contacted Company or Person: | 03/11/2021 |

### Did You Lose Money?

| | |
|---|---|
| Lose Money: | ● Yes  ○ No |
| Payment Type: | Virtual Currency |
| Payment Amount($): | 100,000.00 |
| Payment Date: | 03/10/2021 |

### Type of Mail Fraud Complaint

| | |
|---|---|
| Scheme Category: | International Fraud |
| Scheme Type: | International Fraud |

### Additional Information

(max size 1000 characters)

BASED ON A 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) CHINA ENGAGED IN Bio Warfare BY BRIBING UNITED STATES OFFICIALS WHO DOCTORS, MEDIA AND THE MURDER OF 500,000 AMERICANS BY COVERT MEANS AND SUPPORT OF AMERICAN BILLIONAIRES <ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>. AS OF 10MAR2020 ONLY 10 PEOPLE HAVE DIED IN TAIWAN WITH 978 CASES. THIS IS TO ALLOW CHINA TO ATTACK TAIWAN, LIKE INDIA ATTACKED PORTUGAL IN GAUA ON 09MAR1961 AND DESTROY RELIGION IN THE UNITED STATES AND CHEAT OUR ELECTION



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
**U.S. POSTAL INSPECTION SERVICE**

Mail Fraud Complaint form submitted successfully.   **11MAR2021 6:06 AM**

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

**THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE**

# U.S. POSTAL INSPECTION SERVICE

## Mail Fraud Complaint

### Your Information

Company Name:
* First Name: JEFFREY          * Last Name: CUTLER
* Address: P.O. BOX 2806
* City: YORK
* State: Pennsylvania
* ZIP Code: 17405-
* Country: UNITED STATES
Cell Phone: (215) 872-5715          Work Phone: (717) 854-4718
Home Phone:          Fax:
Email Address: eltaxcollector@gmail.com
Age Range: Select One...
Are you a Veteran?: ○ Yes ◉ No

### Complaint Filed Against

Company Name: UNITED STATES DISTRICT C
First Name: STEPHEN          Last Name: LIMBAUGH
Address: 555 INDEPENDENCE STREET
City: CAPE GIRARDEAU
State: Missouri
ZIP Code: 63701-
Country: UNITED STATES
Cell Phone:          Work Phone: (573) 331-8800
Home Phone:          Fax:
Email Address:
Website Address: https://www.moed.uscourts.gov/division/rush-hudson-limbaugh-sr-us-courthouse

### How Were You Contacted?

How were you contacted?: US Mail
On what date were you contacted?: 08/03/2021
Do you have the envelope it was mailed in?: ◉ Yes ○ No

### How Did You Respond to This Offer?

How did you respond to this offer?: Phone
Response Mailed to a Different Address: ◉ Yes ○ No
Do you have a Tracking Number?: ○ Yes ◉ No
(Certified, Insured or Express Mail)

What did you receive?
max size 250 characters
ORDER OF DENIAL FOR ECF 18, 20

How did it differ from what you expected?
max size 200 characters
EXPECTED DUE PROCESS AND PEOPLE'S REPUBLIC OF CHINA HELD RESPONSIBLE FOR 600 K AMERICAN DEATHS PLUS 2 AUSAs

How much did the company ask you to pay ($)? 100,000.00
Do you have the item?: ○ Yes ◉ No
How was it delivered?: US Mail
Did you contact the company or person about the complaint?: ◉ Yes ○ No

### Did You Lose Money?

Lose Money: ◉ Yes ○ No
Money Order Serial Number: 27241311701

### Type of Mail Fraud Complaint

Scheme Category: Fiduciary
Scheme Type: Bribery/Kickbacks/Embezzlements

### Additional Information
max size 1000 characters

THIS IS CONTINUING MAIL FRAUD AND THEFT OF MAIL STARTING WITH ECF 10 CASE 5:17-cv-05025 DATED 06/17/2018 BY PAUL C. TROY TO CONCEAL THE MURDER OF JONATHAN LUNA AND BERANTON WHISENANT FOIA-2020-1319 & 600K AMERICANS CASE 1:20-cv-00099 EAST MO UNOPPOSED AND ELECTORAL FRAUD BY JOSH SHAPIRO, PA AG. NOW FILED IN CASE 1:21-cv-02023



**THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE**

## U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully.      6:52AM 05AUG2021

Thank you for completing the form.

The information you provided will be entered into our national complaint system

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

https://mail.google.com/mail/u/0/h/14a60rt81t4yj/?&th=17afc06773d88l

NYT Corrections<corrections@nytimes.com>    Fri, Jul 30, 2021 at 2:04 AM
To: eltaxcollector@gmail.com

Reply | Reply to all | Forward | Print | Delete | Show original

Thank you for contacting The New York Times. We appreciate readers who share their feedback and help us report thoroughly and accurately.

You have written to the corrections department, and your message will reach the appropriate editor or reporter promptly. If we determine there is a correctable error, a correction will be appended to the article and published in print if necessary. Because of the volume of email we receive, we cannot respond individually to every query.

For other issues, please visit the following pages:

**Share feedback on our news coverage**

**Submit a letter to the editor**

**Share a confidential news tip**

**Manage your subscription or report a delivery problem**

https://en.wikipedia.org/w/index.php?title=Suicide_of_Beranton_Whisen ▽ ⟳ | 🔍 Search     ☆ 🖹 ⬇ 🏠 🗁

# Editing Suicide of Beranton Whisenant (section)

> **Error:**
>
>  An automated filter has identified this edit as potentially unconstructive, so it has been disallowed. If this edit is constructive, please report this error. Disruptive editing may result in a block from editing.

ℹ **You are not logged in.** Your IP address will be publicly visible if you make any edits. If you **log in** or **create an account**, your edits will be attributed to a user name, among other benefits.

ℹ *Content that violates any copyrights will be deleted. Encyclopedic content must be verifiable. Any work submitted to Wikipedia can be edited, used, and redistributed—by anyone—subject to certain terms and conditions.*

**B** *I* 🔗 🖼 📄 ➦ 🖉 ⟩ Advanced ⟩ Special characters ⟩ Help ⟩ Cite     🖉 ⌄

```
==Death==
A passerby on a beach in [[Miami, Florida]] found Whisenant's corpse floating in
the water with possible [[head trauma]] or possible head gunshot wounds at 6:30 AM
on May 25, 2017. He was wearing a dress shirt and black pants. Hollywood police
detectives initially were unsure whether the death was a homicide, suicide, or
something else. All of Whisenant's personal effects were on his body, so robbery
was ruled out as a motive.

Whisenant was 37 years old, and had been a U.S. Attorney for only five months. His
memorial service was held on June 1, 2017 at [[Antioch Missionary Baptist Church]]
in Miami.<ref>{{cite news|url=http://www.foxnews.com/us/2017/05/25/federal-
prosecutor-found-dead-on-florida-beach.html|title=Federal prosecutor found dead on
Florida beach|work=[[Fox News]]|date=May 25, 2017}}</ref><ref>{{cite
news|url=http://www.cbsnews.com/news/beranton-whisenant-jr-federal-prosecutor-
found-dead-on-florida-beach/|title=Federal prosecutor Beranton Whisenant Jr. found
dead on Florida beach|work=[[CBS News]]|date=May 26, 2017}}</ref><ref>{{cite
news|url=http://www.nydailynews.com/news/national/mystery-federal-prosecutor-
found-dead-waves-florda-beach-article-1.3198776|title=Federal prosecutor found
dead as his body mysteriously floated in waves on Florida beach|work=NY Daily
News|date=May 26, 2017}}</ref><ref>{{cite news|url=http://www.sun-sentinel.com
/local/broward/hollywood/fl-sb-beranton-whisenant-follow-20170602-
story.html|title=Prosecutor found dead on Hollywood beach is remembered at
services|work=sun-sentinel.com|date=June 2, 2017}}</ref> Whisenant left behind
three children, his wife, Ebony, a doctor and teacher at [[Florida International
University]]'s medical school, and his parents, both Jacksonville physicians.

The U.S. attorney's office and the [[Federal Bureau of Investigation]] (FBI)
determined that his death had no connection to his employment as a prosecutor or
his federal criminal cases, leaving the death investigation to the Hollywood
Police Department. Hollywood police and the Broward medical examiner's office
declined numerous [[public records]] requests on Whisenant's death, which was
determined to be a suicide.<ref>{{cite news|url=http://www.miamiherald.com
/news/local/community/broward/article166516317.html
miamiherald.com|title=Mysterious death of federal prosecutor on Hollywood beach
ruled a suicide|author=Elizabeth Koh and Jay Weaver|date=August 10, 2017}}</ref>

The lack of information from authorities about his death opened the door for
hypotheses.<ref>{{cite news|author=Jay Weaver and David
Ovalle|url=http://www.miamiherald.com/news/local/crime
/article158305419.html|title=Month later, no answers in case of federal prosecutor
found dead on Florida beach|work=[[Miami Herald]]|date=June 26, 2017}}</ref>
<ref>{{cite news|url=http://www.newsweek.com/whisenant-fake-news-far-right-theory-
618744|title=The Far Right's Fake News Story of the Week Has Hijacked the Tragic
Death of Beranton Whisenant|work=[[Newsweek]]|date=June 1, 2017}}</ref> There is
no evidence it was a SUICIDE, just false statements by the [[FBI]] or [[Klu Klux
Klan]]
```

Insert ▾ | – — ° ′ ″ ≈ ≠ ≤ ≥ ± – × ÷ ← → · §     Cite your sources:
`<ref></ref>`

Edit summary (Briefly describe your changes)

🖉 Death */Added More Detail About FBI calling it a SUICIDE----

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**®

July 29, 2021

Jsc Associates Inc
PO Box 2806
York PA  17405-2806

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:    Claim Number:      38-22S8-38D
        Date of Loss:        July 8, 2021

To Whom It May Concern:

This letter confirms your recent conversation with us regarding the above-captioned claim. Our understanding is you do not want to pursue this claim. We will record it as a "Record Only" claim.

Under the terms and conditions of your policy, you have certain duties apply after a loss.  Please review your policy and call us if you have any questions. This letter is not intended to waive any of the policy provisions that apply, and your compliance with policy provision is required. Failure to comply with the policy provisions may jeopardize your rights to benefits payable by this policy.

You can enjoy the benefits of online registration. Benefits include 24/7 access to your claim progress and staying connected to State Farm®. Just go to **statefarm.com**® and select Manage Your Claim to get registered. All you need to complete the process is some initial information, which may include your claim number, email address, and/or your State Farm policy or account number. It only takes a few minutes. If you are already registered, thank you!

If you have any questions or need further assistance, please call us at (844) 458-4300 Ext. 9726571094.

Sincerely,

Mark Murphy
Claim Specialist
(844) 458-4300  Ext. 9726571094

State Farm Fire and Casualty Company



**Erie Insurance Exchange**
100 Erie Insurance Place • Erie, Pennsylvania 16530 • 814.870.2000
Toll Free 1.800.458.0811 • Fax 814.870.3126 • www.erieinsurance.com

## NOTICE OF CANCELLATION

| Date of Mailing | 06/23/2021 |
|---|---|

Named Insured          GC7030 - AGENT COPY

JEFFREY S CUTLER
PO BOX 2806
YORK, PA 17405-2806

| CANCELLATION | EFFECTIVE | AUTO POLICY NUMBER (IF ANY) | CHARGES FOR TIME POLICY WAS IN EFFECT (CANCELLATION ONLY) | AGENT AND NUMBER |
|---|---|---|---|---|
| 12:01 A.M. Standard Time | 07/13/2021 | Q090125867 | $0.00 | MONROE CHRIS WILLIAMS AGENCY AA7051 |

**DEAR POLICYHOLDER: AFTER CAREFUL CONSIDERATION, WE HAVE DECIDED TO CANCEL YOUR AUTOMOBILE POLICY AS OF THE EFFECTIVE TIME AND DATE SHOWN ABOVE. WE SINCERELY REGRET THAT THIS ACTION WAS NECESSARY.**
The reason(s) for this action is: (Not shown on Other Interest(s) copy)

Your Erie Insurance Exchange policy is being canceled because of Jeffrey S Cutler's license suspension within the current policy period. Jeffrey S Cutler's Pennsylvania Motor Vehicle Record lists a suspension effective 09/12/2020, and the license is currently suspended.

If this action is a cancellation, the charge for the time the policy was in effect is shown above. If you have paid more than the charge, an accounting of the over-payment is enclosed or will be sent to you very soon. However, if the amount you have paid is less than the charge, please send us the balance due.

The Motor Vehicle Record was secured by LexisNexis Consumer Center, PO Box 105108, Atlanta GA 30348-5108, telephone number 1-800-456-6004, www.consumerdisclosure.com. LexisNexis did not make this adverse Underwriting decision and cannot explain to you why the decision was made. You have the right to dispute with LexisNexis the accuracy or completeness of any information provided to us by them. You may obtain a free copy of the Motor Vehicle Record from LexisNexis Consumer Center by contacting them and requesting it within 60 days.

cc: Agent:                                                    Sincerely,

AA7051 MONROE CHRIS WILLIAMS AGENCY

President and Chief Executive Officer

EIG1209PA-CN 1016                    (See Page 2 For **IMPORTANT NOTICE**.)                    Page 1 of 2

# IMPORTANT NOTICE

IF YOU HAVE DIFFICULTY GETTING NEW INSURANCE, ANY INSURANCE AGENT OR BROKER MAY APPLY FOR COVERAGE FOR YOU THROUGH THE PENNSYLVANIA ASSIGNED RISK PLAN IF YOU ARE ELIGIBLE FOR IT.

Pennsylvania Assigned Risk Plan
302 Central Avenue
Johnston, RI 02919

FINANCIAL RESPONSIBILITY MUST BE MAINTAINED ON ALL PENNSYLVANIA REGISTERED VEHICLES. FAILURE TO DO SO COULD RESULT IN THE SUSPENSION OF YOUR OPERATOR'S PRIVILEGE AND REVOCATION OF YOUR MOTOR VEHICLE REGISTRATION. WE MUST NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT YOUR POLICY IS BEING TERMINATED. THE POLICYHOLDER MUST THEN NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT REPLACEMENT INSURANCE HAS BEEN OBTAINED WITH A PENNSYLVANIA LICENSED INSURANCE COMPANY.

IF THIS ACTION WAS TAKEN DUE, PARTIALLY OR WHOLLY, TO INFORMATION PROVIDED IN A CONSUMER INVESTIGATIVE REPORT FROM LEXIS NEXIS RISK SOLUTIONS, YOU MAY CALL OR VISIT THEIR OFFICE FOR A REVIEW OF THE REPORT.

IF THIS ACTION WAS INFLUENCED BY DRIVING RECORD INFORMATION RECEIVED IN A MOTOR VEHICLE REPORT FROM PENNSYLVANIA, OBTAINED AT OUR REQUEST BY LEXIS NEXIS RISK SOLUTIONS, YOU MAY REQUEST A COPY OF THE REPORT FROM LEXIS NEXIS RISK SOLUTIONS AT 1-800-456-6004.

WHEN COVERAGE IS BEING TERMINATED DUE TO NON-RESPONSE TO A CITATION IMPOSED UNDER 75 PA.C.S. 1533 (RELATING TO SUSPENSION OF OPERATING PRIVILEGE FOR FAILURE TO RESPOND TO CITATION) OR NON-PAYMENT OF A FINE OR PENALTY IMPOSED UNDER THAT SECTION, COVERAGE SHALL NOT TERMINATE IF YOU PROVIDE THE ERIE WITH PROOF THAT YOU HAVE RESPONDED TO ALL CITATIONS AND PAID ALL FINES AND PENALTIES ON OR BEFORE THE TERMINATION DATE OF THIS POLICY.

YOU HAVE THE RIGHT TO REQUEST THE PENNSYLVANIA INSURANCE COMMISSIONER TO REVIEW THIS ACTION BY THE ERIE. TO DO THIS, SIGN AND SEND A COPY OF THIS FORM WITHIN THIRTY DAYS TO THE PENNSYLVANIA INSURANCE COMMISSIONER AT:

**Pennsylvania Insurance Department**
Bureau of Consumer Services
1209 Strawberry Square
Harrisburg, PA 17120

Toll Free Consumer Line (877) 881-6388
Fax: (717) 787-8585

I request the Pennsylvania Insurance Commissioner review this action.

_____          _____
Date                                                      Signature of Insured

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES,

        -against-

ALLISON MACK,

               Defendant.

**SENTENCING MEMORANDUM**

**18-CR-204 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

This sentencing statement concerns Defendant Allison Mack, who entered a plea of guilty on April 8, 2019 to two counts of an 11-count second Superseding Indictment. Ms. Mack pled guilty to Count One, which charged her with racketeering conspiracy in violation of 18 U.S.C. §§ 1962(d) and 1963(a), and to Count Two, which charged her with racketeering in violation of 18 U.S.C. §§ 1962(c) and 1963(a). The statutory maximum sentence for these crimes is 20 years on each count. There is no statutory mandatory minimum.

Per the plea agreement, the defendant admits to the following racketeering activity: (1) the extortion of Jane Doe 5 and Jane Doe 8; (2) the forced labor of Jane Doe 5 and Jane Doe 8; and (3) wire fraud of "lower-ranking" members of the organization DOS. She also stipulates to the conduct underlying the sex trafficking of Jane Doe 5. (Presentence Investigation Report ("PSR") ¶¶ 1-2.)

## I. CALCULATION OF OFFENSE LEVEL & GUIDELINES RANGE

The Probation Department recommends that I calculate the Total Offense Level for Ms. Mack's sentence as 35. (Presentence Investigation Report ("PSR") ¶ 196.) The defendant is in Criminal History Category I. Based on a Total Offense Level of 35 and a

1

Criminal History Category I designation, the Probation Department recommends that I calculate the applicable Guidelines range as 168 to 210 months (or 14 to 17 ½ years). The defense agrees with this calculation.

The court finds that the Total Offense Level is properly calculated as 35, and that Ms. Mack belongs in Criminal History Category I. Accordingly, the court also calculates the applicable Guidelines range as 168 to 210 months in the custody of the Attorney General.

## II. SENTENCE

Having calculated the Guidelines range, I now turn to the factors outlined in 18 U.S.C. § 3553(a). Under § 3553(a), I must consider several factors in imposing a sentence, including the nature and circumstances of the offense; the defendant's history and characteristics; the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; the need for the sentence to afford adequate deterrence; and the need to protect the public. The sentence must be sufficient, but not greater than necessary, to comply with the purposes of sentencing.

As determined by the Supreme Court in *United States v. Booker*, 543 U.S. 220 (2005), and its progeny, the Sentencing Guidelines are merely advisory, not mandatory. Accordingly, while I must consider the applicable Guidelines range, I am free to impose a sentence that falls outside of that range in either direction, even in the absence of "extraordinary" circumstances. *See Gall v. United States*, 552 U.S. 38, 47 (2007). The only limits on the sentence I will give today are that it be no greater than the statutory maximum, 20 years on each count, and that it be reasonable in light of the factors identified in § 3553(a).

Before turning to an analysis of the § 3553(a) factors, it is important to say a word about what I will be considering in that

2

analysis. First, I have reviewed the parties' sentencing submissions and listened to their arguments today in court. And I want to commend counsel on both sides for their excellent work in preparing for this sentencing.

I have read the 14 letters submitted in support of Ms. Mack, as well as two letters written by Ms. Mack herself. And I have listened carefully to Ms. Mack's statement during today's proceeding. I have reviewed and considered the six victim impact statements that were submitted in writing, and the two victim impact statements that were made on the record today.

I have also read nine letters of apology that Ms. Mack wrote to the victims of her conduct: because the terms of Ms. Mack's release precluded her from communicating with the addressees of these letters, she asked the court to modify the conditions of release to permit her to send these letters. The court reviewed the letters *in camera* and, after determining that they were reasonable and appropriate, granted the requested temporary modification of Ms. Mack's conditions of release to permit her counsel to send them, so long as the addressees consented to receive them.

I have also considered testimony adduced at co-defendant Keith Raniere's trial, to the extent it is relevant and has been proven, in my view, by a preponderance of the evidence. It is well-settled that the scope of a sentencing judge's inquiry when analyzing the § 3553(a) factors is "largely unlimited as to the kind of information [the district court] may consider, and it is free to consider evidence of uncharged crimes, dropped counts of an indictment, and criminal activity resulting in an acquittal in determining sentence." *United States v. Bennet*, 839 F.3d 153, 161 n.5 (2d Cir. 2016). I am not bound by the rules of evidence that would pertain at a trial, and I am not limited to considering admissible evidence in determining an appropriate sentence. *See United States v. Chang*, 59 F. App'x 361, 363 (2d Cir. 2003). Particularly

3

relevant here, the Second Circuit has repeatedly held that a sentencing court is entitled to rely on information "gleaned from a trial in which the person to be sentenced was neither a defendant nor represented by counsel." *United States v. Cacace*, 796 F.3d 176, 191 (2d Cir. 2015); *see also United States v. Tracy*, 12 F.3d 1186, 1203 (2d Cir. 1993).

Ms. Mack, you pleaded guilty to one count of racketeering and one count of racketeering conspiracy, predicated on conduct that included forced labor, extortion, sex trafficking, and wire fraud. You admitted to conduct, in connection with your role as a "first-line master" in the secret organization DOS, that included recruiting women to join the organization and requiring them to serve as your "slaves."

By many accounts, you were able to use your status as a well-known public figure to gain credibility and influence with Nxivm and DOS recruits. You abused this position of power to persuade and pressure women to join DOS. You capitalized on your celebrity and these individuals' eagerness to be close to you, told them you were recruiting them for a "women's empowerment" sorority, and misrepresented and obscured fundamental facts about the organization and the conditions of membership. You told them that Keith Raniere was not involved. You did not tell them that they would be required to engage in sexual conduct.

You required your "slaves" to provide "collateral," both as a price of admission and on a continuing basis, in order to ensure their obedience and secrecy. The collateral that you extracted from your "slaves" included explicit photographs and videos, confessions and accusations that would damage them or their loved ones if released, and rights to significant financial assets. For example, one victim provided a sexually explicit video, credit card authorizations, a series of letters falsely alleging sexual abuse by a close family member, and the right to a family heirloom. She

testified explicitly that she believed her collateral would be for-feited and made public if she reneged on her commitment to DOS. In other words, you demanded that these women give you the keys to the most intimate, personal, and valuable parts of themselves, so that you could maintain power over them and have leverage to direct them to do anything you wanted.

And what did you direct them to do, using your leverage? You directed them to subject themselves to extreme sleep and food deprivation and geographical isolation, and to perform uncom-pensated labor whenever asked, often for your own benefit or gain. You directed them to submit nude photographs of them-selves, and to be branded on their pubic areas with a symbol that, unbeknownst to them, included Mr. Raniere's initials. And in sev-eral cases, you directed your slaves to engage in sexual contact with Mr. Raniere. You used your leverage, your power over these women, to recruit and groom them as sexual partners for Mr. Raniere, and to pressure them into engaging in sexual acts that – according to their testimony – they did not want to engage in and would not have engaged in voluntarily.

This court, in sentencing Mr. Raniere, made it very clear how se-riously it views the conduct for which he was convicted. When it comes to DOS, and the monstrous crimes he committed in con-nection with that organization, you were an essential accomplice. You willingly enslaved, destabilized, and manipulated other women so that when they were at their most vulnerable, when they believed that they owed you total obedience and that any-thing less than that would cause them serious personal and financial harm, when you had taken from them their sense of agency to make their own choices, you gave them "special assign-ments" to satisfy Mr. Raniere's sexual interests. Mr. Raniere could not have done that without you. You did that together. The evi-dence presented at his trial demonstrated that you were not a

begrudging or passive enabler, but rather that you were a willing and proactive ally.

The victims of your conduct have described, through their testimony at Mr. Raniere's trial and through their letters and statements to the court, the serious psychological and physical injuries that they suffered at your hands. They have described your cruelty, your lies and manipulation, your apparent sadistic pleasure in watching them suffer, and your creative enthusiasm when it came to developing new ways to debase them. They have described enduring psychological trauma as a result of your actions. The court acknowledges that to some of them, no sentence short of severe punishment will seem sufficient, and that no sentence of any length can truly redress their trauma.

The seriousness of your conduct and the harm that you wrought dovetails with the need for your sentence serve as a forceful deterrent – both for you, over the next many decades of your life, and for others who might be tempted to use their privileges and authority to inflict harm and exert control over the vulnerable and impressionable. For all of these reasons, I think that a serious sentence is appropriate.

There are also important mitigating factors, three of which I want to emphasize. First, your lawyers make a persuasive case that you, like the victims of your conduct, were ensnared in Mr. Raniere's coercive and manipulative web. Like your victims, you turned over collateral in connection with your involvement in DOS. Like your victims, you were subject to abusive and unreasonable demands that were designed to destabilize you and deprive you of your agency. I don't doubt that you were also manipulated and that you also felt captive, even as you were inflicting those very consequences on other women. In the language of DOS, you were a slave as well as a master, and the harms that you inflicted as a master were, to some extent, demanded of you in your capacity as Mr. Raniere's slave. Even the

letters from your victims reflect a kind of ambivalence: many of them see you both as their abuser and as a fellow victim. That is something that weighs on me. It is hard to determine an appropriate sentence for a perpetrator who is also her co-conspirator's victim.

Second, you have expressed remorse and contrition and made significant progress towards rehabilitating yourself. And I see no reason to doubt that your efforts and your progress are sincere. In contrast to other individuals who have remained deferential to Mr. Raniere even as the artifice of his virtues crumbled, you have begun the hard work of unraveling the lies and grappling with your culpability and the consequences of your behavior. I don't doubt that it has been difficult and painful to dispel some of the illusions under which you were operating and to attempt to see yourself and your behavior with a new kind of clarity. I commend you for having the courage to engage in that work. Your contrition and ownership of your actions cannot repair the damage that you inflicted, but it is an important and encouraging step towards your own rehabilitation. I urge you to continue that work, during and after your sentence, so that you may better understand for yourself what happened, why it happened, what effects it had, and how you can ensure that it does not happen again.

Third, you have assisted the Government with its investigation and prosecution. As the Government described in its sentencing submission, you began to cooperate with their investigation approximately one month prior to Mr. Raniere's trial. You provided key details about Mr. Raniere's role in DOS, including his solicitation of nude photographs and sexual encounters. You turned over evidence, including emails, documents, and an audio recording that became a crucial piece of evidence at trial, in which Mr. Raniere devises the DOS branding ritual. According to the Government, you were willing to testify at trial, though you were

not called upon to do so. The Government takes the position that while you could have been even more helpful if you had begun to cooperate sooner, you deserve a sentence below the Guidelines range in recognition of the assistance that you provided. (*See* Gov't Mem. at 6.)

## III. CONCLUSION

Taking all of this into consideration, my task today is to balance the need for a sentence that adequately punishes your serious conduct with the need for a sentence that supports rather than disrupts your efforts towards rehabilitation. There will be more chapters to your life after your sentence concludes, and it is the court's hope that you will be ready and able to make the most of those chapters, and that the family and community that have supported you through the last three years will aid you in continuing your work of rehabilitation as you move through your sentence, and as you eventually move beyond it.

I have considered the range of sentences that are available, and the range suggested by the Sentencing Guidelines. I have also considered the need to avoid unwarranted sentence disparities between you and other defendants who have been convicted of similar conduct. I have considered my obligation to impose a sentence that is sufficient but not greater than necessary to achieve the objectives of sentencing.

I agree with the Government, and with your lawyers, that a downward departure from the Guidelines range is warranted in this case. A sentence even in the lower end of that range would be much greater than necessary. At the same time, for the reasons I have explained, I believe that the nature and consequences of your offense and the need for deterrence warrant a serious sentence. While I accept your contrition as sincere and your efforts toward rehabilitation as genuine, it is impossible to ignore

8

the tremendous injuries that you caused. For that reason, I believe that a carceral sentence is appropriate.

Ms. Mack, I sentence you as follows: on Count One, a sentence of 36 months in the custody of the attorney general; on Count Two, a sentence of 36 months in the custody of the attorney general, to be served concurrently with the sentence on Count One.

I also sentence you to a three-year term of post-incarceration supervised release, to be served concurrently on both counts, to a fine in the amount of $20,000, payable immediately, and a $200 Special Assessment, also due immediately. While the court is not ordering restitution at this time, it reserves the right to make Ms. Mack jointly and severally responsible for any forthcoming restitution orders imposed upon her co-conspirators, as permitted under the relevant statutes.

The court has already approved an amended preliminary order of forfeiture on July 17, 2019. I direct that the forfeiture order be made final and attached to the judgment.

The following special conditions post-incarceration term of supervised release:

- The defendant shall not attempt to contact in person, or communicate with by letter, telephone, electronic means, or through a third party, any individual with an affiliation to Executive Success Programs, Nxivm, DOS or any other Nxivm-affiliated organizations, unless granted permission in advance by the Probation Office or by this court; nor shall the defendant frequent any establishment, or other locale where these groups may meet pursuant, but not limited to, a prohibition list provided by the U.S. Probation Department, unless granted permission in advance by the Probation Office or by this court.

- The defendant shall undergo a mental health evaluation, and if deemed necessary, participate in an outpatient

mental health treatment program as approved by the Probation Department. The defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree she is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess her ability to pay.

- The defendant shall complete 1,000 hours of community service.

You have the right to appeal your sentence to the United States Court of Appeals for the Second Circuit if you believe the Court has not properly sentenced you. Your time to appeal is extremely limited, so you should consult with your attorneys at once whether an appeal would be worthwhile.

Ms. Mack, I am not going to remand you into custody. You may return home, where you will be subject to the same conditions of release that have previously applied. You will be designated to a facility and given a surrender date. The court recommends that the defendant be designated to a Bureau of Prisons facility that provides mental health counseling so that she may continue the course of rehabilitative treatment that she has pursued while on release.

SO ORDERED.

Dated:    Brooklyn, New York
          June 30, 2021

                              /s/ Nicholas G. Garaufis
                              NICHOLAS G. GARAUFIS
                              United States District Judge

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In The

## United States Court of Appeals

JUL 2 9 2021

FILED _____

DOCKETED _____

DATE        INITIAL

## for the Nineth Circuit

## 21-55608

JAMES MILLER, et al.

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

ROB BONTA, et al.
Defendants-Appellant

*Appeal from Nineth Circuit 21-5608 the Order/Judgment entered
Junel 21, 2021 in the United States Court for Nineth Circuit
at No. 3:19-cv-01537 and Judge's order of Junel 04, 2021.*

## AMMENDED EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION

Here comes Jeffrey Cutler, PLAINTIFF-Intervenor in this case based on the United

States Constitution Ammend 1, for Redress of Grievances and preservation of the

Establishment Clause, Mr. Cutler files this **AMMENDED EMERGENCY**

**EXPEDITED PETITION  FOR ENBANC HEARING, BECAUSE OF CRIMES**

**(18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S.**

**Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE**

**UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,**

**BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**AFFIRMATION**.  Mr. Cutler files this petition for an **AMMENDED ENBANC**

**HEARING** because the clerks office decided not to even put the previous document

on the docket and Mr. Bonta has made statements via twiter that stated

> **Rob Bonta @RobBontaJul 15**
>
> **Being your Attorney General is new to me, but fighting for crime survivors isn't.**
>
> **#ThrowbackThursday to 2014 when my bill, AB 1629, became law and expanded**
>
> **services and counseling to survivors of crime across the state**
>
> **Ms.Hardtoexplain@gabriela0722Jul 15**
>
> **Replying to @RobBonta**
>
> **Please investigate Britney Spears case !!! #FreeBritney**

This makes Mr. Cutler a party these proceedings and also **JILLIAN MIXELL** OF

**ERIE INSURANCE** participated in a **RICCO** conspiracy to deny compensation and

For an insurance claim and is also equally liable for concealling the MURDERS of

600,000 americans and cancelling Mr. Cutler's Auto Insurance Illegally to protect the **Pennsylvania Attorney General**, since it was served after cancellation of the policy. According to Wikipedia Spears studied **Kabbalah**, making her a party to this case, Mr. Bonta made false statements in his previous document (18 U.S.C. § 1001) based on the tweets he made on 15JUL2021 to the public, while Donald J. Trump is Banned from using Twitter for at least 2 years in violation of securities laws.  The vaccine may deliberately allow persons to be **MURDERED** and the use of the word **INPLAUSABLE** has been deemed to be **SUBSTITUTED** for **TRUTH**<ref>

http:_mediaarchives.gsradio.net rense_special_rense_072021_hr2.mp3 </ref>

On 21JUN2021 a 342 page MOTION TO RECONSIDER BECAUSE OF CRIMES (18  U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in CASE NO. 4:21-cv-01774 in the Southern District of Texas. It is ILLEGAL to SELL DRUGS BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In that document  page 167 is time stamped **PROOF** of a [[**Brady disclosure**]] for [[**Bill Cosby**]], on page 324 is time stamped **PROOF** of [[**Biological warfare**]] by the [[**People's Republic of China**]] and the Murder of

**600,000 people** in the [[United States]], on page 325 is time stamped **PROOF** of [[**Electoral fraud**]] in [[**Pennsylvania**]] to alter the 2020 election, and on page 327 is time stamped **PROOF** [[**Josh Shapiro**]] was aware of the fraud.  Per the clerk, **Judge** [[**Lynn Hughes**]] **stole** the mailed documents.  This may be related to [[1939 Nazi rally at Madison Square Garden]], [[**David Fahrenthold**]], the murder of [[**Jonathan Lun**a]] and [[**FOIA**]]-2020-01319.<ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>.  On 08JUL2021 Mr. Cutler was robbed of his wallet, credit cards, and **PASSPORT**, in order to prevent him from travel in the United States in a manner just like Sean Williams that filed a lawsuit against Lancaster County Police and ended up **DEAD**. <ref> https://www.washingtonpost.com news post-nation wp 2018/07 01 sean-williams-lancaster-police-shot-taser-even-though-he-was-unarmed-compliant </ref>.  Mr.  Cutler is still being **Denied Part B Medicare** even though he is at full age and the Biden administration is presently providing  this to **thousands** of people that just entered the country in a **illegal** manner.  **Judge Garaufis** denied Mr. Cutler **Part B Medicare** and ruled that **Allison Mack** only pay a 20 thousand dollar fine and serve 3 years in prison for  her role in case 1:18-cr-00204, where a minimum of 8 women were raped and **BRANDED** by her actions, and where Multiple women who had sex with Bill Cosby were awarded **MILLIONS.**  Mr. Cosby was incarcerated **INSTANTLY** at the end of the trial as well as **Rufus Seth Williams** at the end of his trial.  Verizon has programmed several numbers of individuals of the United States govenement to be **non-reachable** by Mr.

Cutler's phone including Andrea Parker listed in the letter dated May 7, 2021 for

FOIA-2020-01319 that was **409-981-7938**. Verizon also sold the debt based on the

Illegal removal of him from his apartmemt at **67 CAMBRIDGE VILLAGE** and the

**THEFT** of 100% of the contents and his records simply by te payment to a

**CORRUPT JUDGE**, and covered up by **CORRUPT MEDIA**. The government is

transporting people by plane without passports. <ref>

https://www.nbcnews.com/politics/immigration/biden-admin-again-flying-migrants-who-cross-border-one-place-n1271211

</ref>. Jeffrey Cutler and Britany Spears were both denied **DUE PROCESS**. Judge

Diamond's order of 12JUN2021 may in this case be because he was **BRIBED**,

**BLACKMAILED** or **THREATENED** or simply corrupt. The plaintiffs presented

arguments that failed to have all the evidence of criminal activity, and also real data

<ref> https://www.thegatewaypundit.com_2021/03/exclusive-per-cdc-data-nearly-twice-many-vaccine-related-deaths-far-2021-

1755-vaccine-deaths-past-decade-994/ </ref>. Since the motion in case 4:21-cv-01774 also

combines cases, the judge for case 4:18-cv-00167-0 (Northern District of Texas).

should act on this motion since that is an older case. Mr. Cutler has also been denied

justice as recently by an **UN-OPPOSED** motion on the order of 17MAY2021 in case

2:20-cr-00210. Judge Stewart Dalzel hinted at this in is verdicts over 25 years ago in

orders regarding Lisa Michelle Lambert, of implied threats. Based on the story <ref>

https://www.newyorker.com/news/essay/saying-her-name </ref> in the New Yorker people have

known that people in the Government **MURDERED 5 CHILDREN** on

**13MAY1985**, and there is a conspiracy to **CONCEAL** the crime and **OBSTRUCT**

justice. Judge Diamond should have realized that Mr. Cutler has filed a **MAIL FRAUD** complaint, against judge Diamond for the order denying **MOTION TO RECONSIDER** 25MAY2021. Dates are an IMPORTATNT part of history and the **TRUTH**. On 04JUN is the date **LUKE WILLIAMS** HAD HIS FIRST HOME RUN AS A member of the Philadelphia Phillies., and won the ball game. It is also the date that duchess of Essex had the FIRST ENGLISH PRINCESS TO BE AN AMERICAN CITIZEN, Lilibet Diana Mountbatten-Windsor, AND **CLARENCE WILLIAMS THE III DIED**, MR. WILLIAMS HAD PORTRAYED LINC ON THE MOD SQUAD TV PROGRAM. In the obituary from the Associated Press Lindsay Bahr printed on page B4 in the Philadelphia Inquirer on 07JUN2021. The obituary referenced BILL COSBY had told Aaron Spelling about Mr. Williams. Mr. Cosby was released from prison on 30JUN2021, after a ruling by the Pennsylvania Supreme court **CORRECTLY IDENTIFIED** his trial was unfair. Mr. Cutler has not been able to present his case in court because of **CRIMINAL ACTS** and either has **Brittany Spears**. **Brittany** has been a **slave for 13 YEARS**, based on the testimony of **JUDGES**, **DOCTORS** and **OTHERS**. The case against Keith Raniere, **Allison Mack**, enslaved and **BRANDED** people. Based on case 1:18-cr-00204 **Allison Mack** (based on reports born in **Germany**) is only paying a minimal fine based on reports she is worth between 2-7 million dollars and gets significant residual payments from her acting residuals. On 20FEB1939 **20,000 people** of American **Nazi** Party held a rally in Madison Square Garden <ref>

https://www.npr.org/sections/codeswitch/2019/02/20/695941323/when-nazis-took-manhattan </ref> <ref>

https://en.wikipedia.org/wiki/1939_Nazi_rally_at_Madison_Square_Garden </ref> Per the

[Code of Federal Regulations][Title 21, Volume 4][Revised as of April 1, 2020]

[CITE: 21CFR211.137] **211.137 Expiration dating**. It is **ILLEGAL** to SELL DRUGS

BEYOND THE PRINTED EXPIRY DATE ON THE LABEL. Per United States of

America v. Quality Eggs, LLC, et al.,99 F.Supp. 3d 920 (D. Iowa Apr. 14, 2015). In

April 2015, U.S. District Court Judge Mark Bennett in Sioux City, Iowa, sentenced

Austin (Jack) DeCoster and his son Peter to three months in jail for their role in selling

contaminated food across state lines. Their company, Quality Egg LLC, was sentenced

to a $6.8 million fine and placed on probation for three years.  The CDC has <ref>

https://www.wsj.com/articles/u-s-suspends-j-j-covid-19-vaccine-shipments-as-states-face-a-surplus-of-expiring-doses-11623351701

</ref>  apparently stopped shipping doses of the J&J vaccine.  Jews are being attacked

in New York, Los Angeles, Canada, and (followed in) New Jersey per a story in the

Philadelphia Inquirer (24MAY2021).   The **NAZI's** during **WWII** only required

offering a **small bar of SOAP** to get JEWS to enter **GAS CHAMBERS disguised as**

**SHOWERS**.  The MURDER of the 5 children on on  **13MAY1985** is as serious as the

case of  **Thomas Capano** and his lover Anne Marie Fahey <ref>

https://en.wikipedia.org/wiki/Thomas_Capano </ref> and the murder of 300 people at the black

wallstreet <res> https://www.cleveland.com/darcy/2021/06/biden-addresses-tulsa-massacre-darcy-cartoon.html </ref>

and <ref> https://www.npr.org/2021/06/01/1002080611/nyc-gallery-hosting-a-tulsa-race-massacre-exhibition-was-vandalized-

with-white-p </ref>.  On 01JUN2021 Jeffrey Cutler called the THE REPORTER ANYA

JONES OF THE PHILADELPHIA TRIBUNE at 4:32 PM (215-893-5747) IN

ORDER to TALKED TO HER ABOUT THE STORY SHE WROTE ABOUT

BLACK WALL STREET AND NEGLECTED TO MENTION THE BOMBING IN

PHILADELPHIA **13MAY1985** THAT THE [[**FBI**]] FURNISHED THE

EXPLOSIVES, SHE HUNG UP THE PHONE.  Mr. Cutler has also called the **FBI**,

**CIA** (Langley) and **NSA** about the **BIO-WARFARE** from CHINA, proof shown in

case 1:20-cv-00099, Eastern District of Missouri.  In order to correct for new crimes

and **OBSTRUCTION of JUSTICE**  discovered.  On **20SEP2018** at 2:08 PM the a

**BRADY VIOLATION** was conspired against BILL COSBY and Mr. Cutler based on

Mr. Cutler's filing in case 19-3693 page 56, originally filed on 27SEP2018 case in the

Eastern District of Pennsylvania, 5:17-cv-05025.  On 19APR2021 at 3:44 PM Jeffrey

Cutler filed a 211 page motion to do the same thing as in the case for  **2:21-cr-00170** .

That document **VANISHED** in **FEDERAL COURT** despite calls to the clerks office

and on 21APR2021 and 22APR2021 Jeffrey Cutler called **TWICE EACH  DAY** the

AUSA handling case number 2:21-cr-00170,  ( **MARK DUBNOFF 215-861-8397** ).

The U.S. Attormey's office **HAS ALSO PROGRAMMED** Mr. Cutler's **cellphone**

and **LAND LINE NUMBER** to be excluded by the office of ASUSA, A **BRADY**

**VIOLATION**, AND **VIOLATION OF THE U.S. CONSTITUTION AMMEND 1**.

This document and the case for 2:21-cr-00170 has information about the MURDER of

2 BLACK AUSA's, **Jonathan Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref>

(Found 04DEC2003) and <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> **Beranton**

**Whisenant** (Found 25MAY2017) were also MURDERED by possibly members of the

KKK OR THE 5 BLACK CHILDREN CREMATED ALIVE ON NATIONAL TV

13MAY1985 BASED ON 2 BOMBS FURNISHED BY THE [[FBI]].  The judge in

case 2:21-cr-00170 (**Gerald Papert**) directed that the document filed on **19APR2021**

at **3:44 PM** be returned and removed from the docket and committed **MAIL FRAUD**.

On **06APR2021** at **2:34 PM** Jeffrey Cutler filed a 356 page **EMERGENCY**

**EXPEDITED PETITION TO INTERVENE, AND INJUNCTIVE RELIEF**

**BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or**

**falsification of records), 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**AFFIRMATION** in person at the federal courthouse in Philadelphia at 601 Market

Street case #**19-1842**. On **06APR2021** at **4:10 PM** a clerk called that they had the

document. This DOCUMENT has also **VANISHED**!!!  The clerk in case 19-1842

(Patricia Dodszuweit) stamped the document **08APR2021** and then wrote a letter dated

**12APR2021 MAKING A FALSE STATEMENT** and mailed it on **13MAY2021** and

committed **MAIL FRAUD**.  On 21APR2021 and 22APR2021 Jeffrey Cutler called

TWICE EACH  DAY the AUSA handling case number 2:21-cr-00170,  ( MARK

DUBNOFF 215-861-8397 ). The U.S. Attormey's office HAS ALSO

**PROGRAMMED** Mr. Cutler's cellphone and LAND LINE NUMBER to be excluded

by the office of ASUSA, A **BRADY VIOLATION**, AND VIOLATION OF THE U.S.

CONSTITUTION AMMEND 1.  On 26APR2021 at 3:56 PM Jeffrey Cutler served the

ACTING U.S. Attorney Jennifer Arbittier Williams at 615 Chestnut St # 1250,

Philadelphia, PA 19106 two copies of the 211 page stamped motions by Jeffrey Cutler

for case 2:21-cr-00170. On 14APR2021 Jeffrey Cutler filed a 136 page **MOTION TO**

**INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.**

**Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code §**

**872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED**

**STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,**

**BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO**

**COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY**

**JUDGEMENT** in case 2:21-cv-00190 in person.  On 16APR2021 Mr. Cutler recieved

an email from the office of George Bochetto with a response to his motion of

14APR2021.  He could not open the document.  He called the office and got an

answering machine.  He was not able to get the document from PACER until

17APR2021 at about 5:50 PM.  He also found Mr. Cutler's motion was **DENIED** as

**MOOT** with no chance for Mr. Cutler to respond, since he is not on the CM/ECF

system.  On **13MAY2021** Mr. Farley resigned as **HEALTH COMMISIONER**

because he **OBSTRUCTED JUSTICE** and **ORDERED EVIDENCE DESTROYED**

in the **GREATEST EXAMPLES OF MURDER BROADCAST** of children on

**LIVE TELEVISION**, as a form of **EVICTION**.  This also protects **INSURANCE**

**COMPANIES** from liability or being required to compensate owners, includung the

claim made by Jeffrey Cutler, Nov 2, 2017, **A00000575634**, and terminated

21MAR2020, after **PAYING ZERO**, by bribing Judges and ckerks. Insurance companies have conspired to not pay claims and in a continuing procedure as with case 15-1271 USCA. Lawyers have got vedicts from companies like Johnson & Johnson, for case 20-1223. The scope of **manufacturing** evidence as was on display during the second impeacment of Mr. Trump was indefensible. On 06JUL2021 Mr. William McMichael was found guilty and fined **2,608,329.75** of allowing lead paint be present in a property that at the time the inspection was made he was not the registered deed holder and the property owner lives actually in West Virginia in court **PA MDJ-02-1-01** by Judge **AdamWitkonis** case **MJ-02101-NT-0000612-2020** . This is revenge on William H McMichael III notifying the treasurer he was  listed as the owner of the deed identified as instrument 6252884 with a tax ID listing identified as **400-73447-0-0000**, which was illegally sold to others with a defective title. Since **MJ-02101-NT-0000612-2020** case involves parties from multiple states the state court was not the correct venue and the verdict must be vacated. On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a **347  Page** PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805 USCA** third circuit. Instead of granting a hearing the CLERK's OFFICE of the USCA issued an ORDER that granted Mr. Cutler, the ability to **PAY $ 505.00** without resinding the order dismissing case 20-1805 (**ECF 52**).

After calling about the fee being paid they wrote a letter returning the money order on 19APR2020, which Mr. Cutler has not recieved.  In the case which is an appeal, **U.S. NEWS AND WORLD REPORTS** is a defendant of **PAID SLANDER** against Mr. Cutler by Persons unknown or **China**.  They **paid** for **targetted** defamation and **FALSE** story against Mr. Cutler to conceal the **MURDER** of **2 BLACK AUSAs**, **MAIL FRAUD**, and other crimes.  To garner a hearing before an **ENBANC COURT**. Mr. Cutler recently discovered just how easy the people have lied and conspired, as with multiple lawsuits filed by lancaster county and **Josh Shapiro** to enable an **Agenda**, false statements made in **Supreme Court Brief 220155**  (18 U.S.C. § 1001). Mr.  Cutler filed a 356 page  EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1, MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **19-1842 USCA** third circuit, time stamped 06APR2021 at 2:46 PM (first 67 pages were attached)  Someone from the clerk's office acknowledged they got the document at **4:10 PM 06APR2021**. Mr. Cutler emailed the PDF of the stamped copy to all parties in the case as well as over 400 individuals. In the document 5 case #2:21-cv-01609 the document has TIME STAMPED evidence of a MAIL FRAUD COMPLAINT against Jim Kenney and Josh Shapiro. It also has evidence that Josh Shapiro falsified the certification of the election and TRUMP won. On  page **128** is **TIME STAMPED PROOF JOSH SHAPIRO KNEW HE LIED**

**ABOUT THE ELECTION RESULTS**, On page **132 IS PROOF THAT CHINA KNOWS THEY ARE ACCUSED OF BIO-WARFARE AGAINST THE WORLD KILLING 3 MILLION PEOPLE**, AND **COMMITTED MAIL FRAUD TO HIDE EVIDENCE**, On page **133** is **TIME STAMPED PROOF THE ELECTION RESULTS WERE ALTERED TO ALLOW CHEATING (AN ORDER FROM TORRES FROM 12APR2018**), On page **134** IS A LETTER FROM **NANCY PELOSI** IN COLLUSION TO WITH TED WHEELER OF PORTLAND PROMOTING VIOLENCE, On page 136 IS A TIME STAMPED MAIL FRAUD COMPLAINT FROM AGAINST **JIM KENNEY** VERIFIED 10MAR2020. On **11MAR2021** JEFFREY CUTLER FILED A **MAIL FRAUD COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF CHINA** FOR CLAIMING THEY REFUSED A **321** PAGE MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909 1042 6153 86) at their DC Embassy (3505 International Place, NW) and after opening the document one week later (24FEB2021) claimed the document was REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED STATES GOVERNMENT of **RETURN POSTAGE** and

follow the LAWS of the UNITED STATES OF AMERICA. This effectively PUTS the PEOPLES REPUBLIC OF CHINA in **DEFAULT** for violating the LAWS of the UNITED STATES and shows they have been properly served and the return of the document equates to a **Waiver of Service**. Inside the document was a **193 page** report that **COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming CHINA has engaged in **Bio-Warfare** with the WORLD based on a previous actions with **HEPARIN** and pet food and that the testing supplies are **tainted** and may be spreading the disease in the United States. The media and political leaders have been **BRIBED** to go along with MASKS and distance are the **ONLY** cure when **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 and FLU that result in DEATH from pneumococcal disease and Ivermectin to treat the COVID-19 <ref> https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[Nancy Pelosi]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed a lawsuit in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy Pelosi**]] called (**CUTLER v. PELOSI, et al**.). This is 26 YEARS AFTER THE FIRST **WORLD TRADE CENTER BOMBING**. This documents that service of the complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at their **EMBASSY TO THE AMBASSADOR**. Mr. Cutler had also published information that the **MURDER** of two **BLACK AUSAs** **Jonathan Luna** <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found 25MAY2017) were also MURDERED by possibly members of the **KKK**. Mr. Whisenant was found on the same day **George Floyd** was declared Murdered in 2017. Despite calls to the clerk of the United States Court of Appeals, the clerks Time Stamped Petition for Enbanc Hearing case 20-1805 was still not on the docket. To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get redress of grievances in person at the same courthouse in Philadelphia on **23MAR2021** with a 341 page motion to Intervene. On **24MAR2021** judge Kenney denied the motion to intervene **ECF 4** and

stated the document was **incomprehensible and has no bearing or relavance to the above captioned action**, even though the motion was **unopposed**.  A **mail fraud complaint** has been filed against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler filed a 321 page document for case 20-1422 which contained **EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is believed this is has been based on **BRIBES** and **COLLUSION** with funds from **CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the **CDC** have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref>

https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref>

https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19**

is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE**

**CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED**

**JUST LIKE VOTES FOR TRUMP**.  It is believed that the testing components may

be tainted and is the real reason that so much propoanda has been placed on testing

when vacinations for to stop these deaths is cheaper and readily available.  A previous

document in case 21-40001 was altered by persons unknown to protect the **CRIMES**

of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just another name for

the **KKK**.  It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL**

**TREATMENT** under the law, a violation of the United States Constitution **Ammend**

**5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on

**14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**.  On 13DEC2016 **Judge Diamond** ignored Mr.

Cutler's information about **ELECTORAL FRAUD** in case 16-cv-06287. Recently in

case # 1:17-cv-05228 **Judge Nicholas G. Garaufis** (Eastern District of New York)

SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED

EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT

RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH **JOSH SHAPIRO** (a Sonderkommando, elector for Joe Biden and the current **Attorney General** of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 67 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres  dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed **20OCT2020**, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE**

**OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abilility of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[**Susan Rice**]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated."  Jeffrey Cutler found out that 5,000 Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on 13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over **Benghazi Libya**. During this period was the battle at El Alamein stopping **NAZI** advance towards Cairo and the Suez Canal.  Anthony Algindy <ref> https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey Broyer may have had prior information of the attacks on 911.  They both may be part

of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>. The apparatus involving the **FBI** and **CIA** may have started when they tareted **Fawaz Younis** and operation **GOLDENROD** was started  and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted.   On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS **TIME STAMPED** PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020** PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936, PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE **POLICE**, THAT IS WHY SHE WAS **MURDERED**. Reporter **CHRISTIAN SIGN** was recently found dead <ref> https://denvergazette.com/wex/reporter-who-broke-story-on-clinton-lynch-tarmac-meeting-found-dead/article_939887c0-cf2d-5edc-b553-f31ef6e012e2.html </ref>, he had exposed the Bill Clinton meeting with Lorreta Lynch, and Mr. Newsome has banned **CHRISTIAN's** from **SINGING** IN **CHURCH**. PER **USCA** CASE **17-1770 JOE BIDEN** WAS PART OF A GROUP HELPING TO SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys** (Philadelphia leader Zach Rehl) had his first court appearance Friday the 19MAR2021. On 13JAN2021 **JOSH SHAPIRO** is named in part of a Petition [[En banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[**Electoral fraud**]] made to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the **MURDER** of [[**Jonathan Luna**]] by the [[**Ku Klux Klan**]]. Also see [[Publican and the Pharisee]] and [[Parable of the Unjust Judge]]. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-

v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "**SAVE BILL COSBY**".

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL

was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v.

JOESEPH JOHNSON. The office of the president responded to this by 21MAY2020.

The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all

places of worship be allowed to open. Employees of the federal government and

others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and

damage the United States. In case #20-5143 DC USCA Nancy Dunn obstructed

documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler

had sent a 330 page document on 17JUL2020 but that document vanished, just like the

white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny

Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The

USPS tracking number 9510 8141 4908 0199 0615 60 is not reporting results. The

lawyers in sending Mr. Cutler the letters by MAIL makes them all a  party to the

**CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**and **MAIL FRAUD**. On 30SEP2020 at 12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571 Page PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION USCA CASE 20-2936. On 15OCT2020 at 12:42 PM Jeffrey Cutler filled a 194 Page AMENDED PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION USCA CASE 20-2936. For USCA CASE 20-2936 On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC REVIEW of PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filled a PETITION TO COMBINE ADDITIONAL CASES BEFORE ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) FOR JUDICIAL EFFICIENCY in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr. Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC. VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. § 1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number 4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED

IN FEDERAL COURT, just like Mr. Cutler's testimony at SEPTA FY 2020

ANNUAL SERVICE PLAN dated June 10, 2019 on page 290-292 of ECF 62, case

number 2:20-cr-00210 (USA v MICHEAL OZZIE MEYERS).

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

alteration, or falsification of records)  & MAIL FRAUD AND TO COMBINE CASES

FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in the  UNITED

STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

CASE #1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP) AS AN

INTERVENOR DEFENDANT.On page 46&47 of USCA case **20-2936** filed

12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is documented evidence of (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF

33 filed 28OCT2020.  Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED  TO ALTER VOTES  and possibly by the same

programmers <ref> https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN

IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ),

in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr. Cutler a former **ELECTED TAX COLLE**CTOR in November 2013 and has been trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons obstructing justice like in

case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions. Priority mail tracking number #9510 8066 2091  0225 1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used Express Mail, tracking number EJ5050342510S and vanished also, just like previous documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in New York,  and a MAIL FRAUD complaint has been submitted for his previous actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD

BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the **ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a **CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also **AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge **Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson had stolen the election from Bruce S. Marks in North Philadelphia's Second Senatorial District through an elaborate fraud in which hundreds of residents were encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the ballots, they used the names of people who were living in Puerto Rico or serving time in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public.  <ref> https://www.leagle.com decision 199489219f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for **MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties

**FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**. The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims. Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be

**CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from case 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  In the name of Tzadikim Nistarim, Shaun Bridges a secrect service agent stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https: www.justice.gov opa pr former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China.  Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1178** cases and **12 deaths** in **TAIWAN** as of **07MAY2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19,

in the **United States**, and other places. This is based on PREVIOUS actions by

**CHINA**. <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current

non-binding mandate from the Dr. Levine and others in other STATES may be trying

to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes

and TREASON by mostly DemoNcrats and some Republicans posing as good people

who are RHINO's, when President Trump may have been the first DINO identified

since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is

complicit in the deaths in the United States. Although **Thanksgiving** was not a

religious holiday, many people say a prayer before the meal and therefore the

restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT**

**CLAUSE**, also since it tries to limit prayer services in PA. , **INTERFERENCE IN**

**INTERSTATE COMMERCE**, and the order also violates **EQUAL**

**PROTECTION** since commuters are exempt in Pennsylvania. Forced testing

without a court order violates the FIRST Amendment, just like you cannot be forced

to give a DNA sample. Mr. Cutler owns stock in **Merck**, which manufactures

PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the

company, and should be prosecuted just like Martha Stewart was charged and put in

prison, but also pushing sales at **AMAZON**. On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing. <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref> On or about 14AUG2020 **Tom WOLF** reversed himself but dictated that Lebanon County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is five years since the USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment clause (case 14-5183) and 75 years since VJ day of WWII. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put online in case **20-1449** even though it was actually filed on 20MAY2020 at 4:10 PM..

The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.
The office of the president responded to this by 21MAY2020.  The president gave a
short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be
allowed to open.  Employees of the federal government and others have been
involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United
States.  In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and
sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page
document on 17JUL2020 but that document vanished, just like the white bunny
HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon
Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The USPS
tacking number 9510 8141 4908 0199 0615 60 is not reporting results.  The lawyers
in sending Mr. Cutler the letters by  **MAIL** makes them all a  party to the
**CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**.   Mr. Cutler's
brother FRED had recently got a job as an USHER for the PHILADELPHIA
PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states
there will be no live viewing of games this season.  Mr. Cutler's brother and
approximately 69 MILLION other people (approximate attendence of 2019 baseball
season) have been denied the **RIGHT of PURSUIT  OF HAPPINESS** as is part of
the **DECLARATION OF INDEPENDENCE** during the 2020 baseball season and
today they allow only 8,000 people to attend in 2021.  Thomas Wolf and Jim Kenney
have allowed almost unrestricted protest marches with POLICE escorts, but cancelled

other parades and events.    Mr. Cutler had proposed an option to have games played in every city.  As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging the news media (case 1:16-cv-06624) is just another crime concealed from the public.That case is included by reference and joined to this one.   The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id. at 562–63.  While the

practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings are protected. Mr. Cutler had previously been elected to Public Office as the TAX COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based on an Election in November 2013. and took the Oath of OFFICE prior to his first day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**. In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office. <ref> https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b734638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt. The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html

</ref> No Prosection of the treasurer was ever instituted, a clear violation of

**EQUAL TREATMENT** On 20MAY2020.   Mr. Cutler won a motion for

reconsideration in the court based on EQUAL TREATMENT under the law in this

court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any

compensation as requested and the clerks removed one defendant from the case an

tampered with the document. Pennsylvania has previously had a number notorious

crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including

judges Mark Ciavarella & Michael Conahan) convicted of  federal crimes that

resulted in convictions.  Mr. Cutler filed for an  **IMMEDIATE INJUNCTION**

**PENDING APPEAL FOR ALL** juridictions of the United States, based on the

ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern

Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III.  Since

Governor Roy Cooper has made public statements that he does not intend to appeal,

this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For Summary

JUDGEMENT and to consolidte related cases of religious discrimination by the

government in case USCA 20-1805 on 14MAY2020 and the document and was not

put online until 20MAY2020.  The document filed by Brian L. Calistri on May 8,

2020 contains some perjured statements and since it was sent by mail constitues Mail

Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the

murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons

in the governments (both federal and state) and also the murder of five children on

May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing

the bombs. Mr. Cutler had stated that he believed that the **MURDER of**

**JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed

with help of the **FBI**. The judge dismissed the case even though 5 parties defaulted

and were properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late

Thomas O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**. Mr. Cutler had made

a complaint by mail to the DA office in Lancaster County, Pennsylvania and York,

County Pennsylvania. Mr. Cutler had also filed a motion to intervene on 22SEP2019

in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named

**DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a response to

the motion filed in oppoition on 25SEP2019. Even though the document filed on

25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.

Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft

of approximtely half million dollars. Mr.Cutler had filed objections to limit the

power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING**

**activity** in the Commonwealth of Pennsylvania.  Mr. Cutler filed his first lawsuit on

31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-**

**02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-**

**5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  To this

end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania,

but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on

04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was

illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had

requested that district court case number  4:20-cv-0064 in the United States District

Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al.**

**v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United

States District Court for the Western  District of Michigan [**KIMBERLEY**

**BEEMER et al. v. GRETCHEN WHTMER et al**.] and case number  1:20-cv-

01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the

United States District Court for the District of MARYLAND, BALTIMORE

DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J.**

**HOGAN et al**.] are also cases that should be part of this consolidation.  All charges in

each case should be included by reference for all civil cases as if they are filed with

this filing, for **JUDICIAL EFFICIENCY**.  Judge Catherine C. Blake of Maryland

had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3

Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of

Jefferson Davis after it was stamped in on 01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr. Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in documents related to this case in federal court. <ref> https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties. Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on **07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in New York white police officers were beating a BLACK MAN for failing to practice social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing.  It is notable

that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history). Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases. In the Appeals for the Fifth Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019. The current order from that court is in error since the USCA order of December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed. Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was illegally discarded. He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019. The office of the clerk decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904 International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review. Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE

TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as document number 00515298284 on 04FEB2020, the same date it was filed in court.  In the case both **Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson** denied the petition.  This violated the United States Constitution Ammend 1 and  5.  It also also violates Mr. Cutler's rights under the Sixth Amendment of the Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a nine page correction to the document previously filed. When the document was downloaded from the federal pacer system it was devoid of any markings.  On 12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING ORDER OF RECONSIDERATION – ON 04MAR2020 FOR IMPROPER SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER  2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT. At that time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.  In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW** was properly marked.  Based on this Mr. Cutler printed a second copy of the document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262, 03-5314).  Mr. Cutler requested the district court cases  be consolidated in Pennsylvania and  deliberations allowed on an expedited basis since they both involve

related issues and the Supreme Court previously has indicated they will not consider

the case this term, even though oral arguments were already made.  This court had

allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey

Cutler, acting pro se, respectfully previously identified that the speaker of the house

of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER**

was a  **Suicide**.  **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpectenly in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of  **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge  the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it".  The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.  He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>.  There is NOW

**PROOF THIS IS TRUE**, since the PEOPLES **REPUBLIC OF CHINA** commited

**MAIL FRAUD** when served documents at their EMABSSY on Washington, DC.,

thus **CONFIRMING CHINA IS RESPONSIBLE FOR THE DEATHS OF 3**

**MILLION PEOPLE**.  It is very easy to Bribe, coerce  or pay individuals to bear

false witness against another individual and violate **THALL SHALL NOT BEAR**

**FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders

have issued effectively allows the governments in the United States to discontinue

religion in and in the State of  Pennsylvania, by a member of the **KLU KLUX**

**KLAN** or related organization.  Other members of the **KLU KLUX KLAN** in the

United States and the World, are all organized to take on the HOAX.  This was

previously called Agenda 21.  As of  16MAR2020 Canada was still allowing flights

from CHINA and those persons could be carrying hazardous bio material simply

enter the United States from Canada. When Mr. Cutler was  working for Merck as a

contractor some individuals were caught stealing trade secrects by security at the
West Point site.  It has been known China has been effectively using live people for

transplants for years.  Mr. Ellyahoo has stated the word in **HUNGARY** for **SIN** is

pronounced VIRUS.  The closing of all CASINOS in the STATE is to get 100% of

all gambling revenue, to have a total monopoly on all sources of payment organized

for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that

the POST OFFICE near the Allentown Federal Courthouse contains NAZI insigna in

the tile work in the building (supreme  court case # 19-8538 ), and there is a **7 acre**

site in Southern Lancaster county that is owned by the **Klu Klux Klan**.  Mr. Smiles

has sent a picture via text to Mr. Cutler's of insigna is actually in the Post office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770). Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal, all the Insurance companies have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department. Mr. Wolf's order also violates the Federal Voting law Voting

Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings of Judge Domenick Demuro (press release 20-472) , voter fraud has been in Pennslvania a long time. The use of ABSENTEE ballots that are collected by individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud. Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr. Cutler also notifies this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https: www.diabetes.org diabetes medication-management flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO** evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also  some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated.  George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials with the aid of News Outlets. Previous corruption in the United States based out of Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in Illinois during some of this time frame and the joke voting saying was **VOTE EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON NOT TO VOTE** <ref> https:_en.wikipedia.org.wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com.nation-world-chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com.wp-content/uploads.2017.04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged, **SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye** is still awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to start his **SENTENCE** for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme Richard and effects in TAIWAN are evidence of cooridinated attacks on the United States which are being hidden from the general population like the civil

case against Nancy Pelosi. China has been bribing CIA employees and others for

years. There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy_national-security_512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!! The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT. HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!! NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-lung-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>
https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN **NAZI** ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.  Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news_2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which includes mail Fraud (18 U.S. Code § 1341), the

murder of a federal employee  (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now. As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007) the court must accept the foregoing information

as true. In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD. THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM. The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by police woman **Lisa Mearkle** in 2015 and violated his civil

rights<ref> https:_news.yahoo.com_princeton-university-policy-political-protests-103048931.html </ref>

**Maxine Waters** and the **MEDIA** networks are trying to incite riots so that Marshal

LAW can be declared and all firearms siezed.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as **SUMMARY JUDGEMENT**, this is

effectively a **CHANGE IN VENUE**.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

**Donald J. Trump** be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759

</ref> of the Presidential vote in **Pennslvania**, and by reference **North Carolina**,

**Wisconsin**, **Nevada** and **Arizona**.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case

number  **1:17-cv-05228**, **20-3371**, **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case and  **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI  BABBITT**  MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS  ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court.  Just because the Biden

Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY

THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**, on **Jerusalem**

**Day**  \<ref\> https:  en.wikipedia.org/wiki/Jerusalem_Day  \</ref\>.  03JUN is celebrated as a part of

history in large part of the United States as the birthday of Jefferson Davis and Edward

Cutler thought it was nice that his birthday was a special part of history, and his son

files this document to honor his father, and his brother Irv. Irv was killed in a B24

13JUL1942.  On 03JUN2021 Edward Cutler would have been 100, if he was still alive,

it is also the birthday of Jill Biden.  This document should be inserted and combined

with the previous document and replace the first 72 pages that document.

On 17JUN1856 the REPUBLICAN party held it's FIRST CONVENTION in

PHILADELPHIA.  In the previous document filed on17JUL2021.

**Page 254 is PROOF OF BRADY VIOLATION AGAINST BILL COSBY**
**Page 411 is PROOF OF BIO  WARFARE**.
**Page 412 is PROOF OF  ELECTORAL FRAUD**
**Page 414 is PROOF JOSH SHAPIRO WAS NOTIFIED OF FRAUD**.

Respectfully submitted,


DATE:_____26JUL2021_____        ____/s/ Jeffrey Cutler_____

                                    Jeffrey Cutler, pro se
                                    215-872-5715 (phone)
                                    eltaxcollector@gmail.com
                                    P.O. Box 2806
                                    York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I filed the
foregoing with the Clerk of the UNITED STATES
COURT OF APPEALS FOR THE NINETH
CIRCUIT by Mail or in person. Participants in the
case who are registered CM/ECF users will be served
by the appellate CM/ECF system. I further certify
that all of the other  participants or their lawyers in
this case are registered CM/ECF users except as
follows and they are served by mail or email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler


## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and
Circuit Rule 40-1 because this brief contains no more than # of pages allowed by
ECF 17 USCA CASE 20-2936, excluding the parts of the brief exempted by Fed. R.
AP. P. 32.

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2021 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.     SO ORDERED.

[1]  Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and Void.

[2]  Order BITTANY SPEARS BE DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL COURTS IN COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS 19JUN1865 AND SHE BE ALLOWED TO PROSECUTE THOSE THAT ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSND DOLLARS A DAY.

[3]  COMBINE THIS CASE WITH  IMMEDIATE **EN-BANC HEARING** IN THE UNITED STATES COURT OF APPEAPLS THIRD CIRCUIT in case 19-1842 to AFFIRM these judgements, excluding Judge Rendell and all other judges that are biased, or bribed case 20-1223 (**Johnson and Johnson v. Ingham**), 20-1449 (**USA v. Joeseph R. Johnson**).

[4]  DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[5]  BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[6]  Order the SUMMARY JUDGEMENT against all parties be granted and made FINAL at one million dollars per day or as a negotiated amount for Each individual in favor of Mr. Cutler.

[7]  ORDER **THE PEOPLES REPUBLIC OF CHINA** PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[8]  JERRY NADLER for stating that  "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[9]  ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR **MANUFACTURING EVIDENCE** JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[10] ORDER THAT RUDOLPH  GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR

SLANDER BY DOMINION, SINCE THE **BIG LIE** IS THE **TRUTH**, WHICH WAS ALSO DESCRIBED TO DETAIL THE ATTACK BY THE FEDERAL GOVERNMENT ON WACO TEXAS.

[11] ORDER THAT 10% OF ALL PAYMENTS MADE TO ALLISON MACK BE PAID TO EACH OF THE WOMEN SHE HELPED BRAND.

[12] THERE IS NO REASON TO WAIT ON LIFTING THE BAN ON FIREARMS SINCE EACH DAY IT IS IN EFFECT IT DETRACTS FROM THE LIBERTY OF THE UNITED STATES, JUST LIKE RESTRICTING THE FREE EXERCISE OF RELIGION

[13] THE PLASTIC BAG BAN IN PHILADELPHIA VIOLATES AMMEND 1 SINCE IT RESTRICTS THE PRESS AS WELL AS THE SODA TAX SINCE THEY APPLY LAWS UNEQUALLY

[14] THE PROPERTY KNOWN AS WITH A TAX ID LISTING IDENTIFIED AS 400-73447-0-0000 BE RETURNED TO THE MIA LAND TRUST

[15] ORDER THAT MICHAEL OZZIE MEYERS, & ALANZO LAMAR JOHNSON JAIL TERMS BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON), AND JOE BIDEN'S POLICYS ARE ENRICHING THOSE IMPORTING ILLEGAL DRUGS INTO THE UNITED STATES

[16] ORDER THAT Mr. GREENBERG (Associate of Matt Gaetz) JAIL TERM BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON) based on Equal Treatment Under the law.

[17] ORDER THAT Robert Ceprano be compensated at a minimum of $250,000 and David Cicilline pay 50% of the amount and 10% of his federal pension into the fund to compensate those individuals.

[18] ORDER THAT MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[19] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE **FBI** FOR PROSECUTION

[20] Order that **ELECTORAL FRAUD** is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[21] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS, and **ACCESSORY TO MURDER** after the fact.

[22] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[23] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[24] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[25] Order **Nancy Pelosi** and **Adam Schiff** to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[26] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel, Judge Ashcroft, Gerald Papert ,Judge Jeffrey Schmehll, Judge Paul Diamond and Judge Catherine Blake, Judge Chad Kenney, C. Darnell Jones II, Adam Witkonis pay twice their daily salary each day to the innosense project , until they resign.

[27] Order the Peoples Republic of China as **DEFAULTED** for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later, effectively a **Waiver of Service** case 1:20-cv-00099, Eastern District of Missourri.

[28] CHARGES AGAINST KEVIN STRICKLAND AND LAMAR JOHNSON BE VACATED BECAUSE OF EXISTING FAIRNESS (JUST LIKE BILL COSBY & THEY ARE BEING HELD ILLEALLY IN Missourri), AND BE AWARDED 250,000.

[29] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds for trying to conceal the Murder of 5 children, and destroy the evidence

[30] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[31] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[32] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[33] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[34] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[35] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in

this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[36] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[37] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[38] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP OF BIO-WARFARE!!

[39] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[40] Other remedies the court deems appropriate.

[41] Order the Democratic National Committee to also show why they are not a party to **Religious discrimination**.

[42] Order **Nancy Pelosi** to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[43] Order George Bochetto pay $ 100,000 for the false statement  (18 USC § 1001) made in case 2:21-cv-01609.

[44] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[45]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[46] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[47] Combine cases 5:21-cv-00299,20-1805, 20-1449, 19-1842, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and  1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586  from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and in this case and all related documents in these cases.

[48] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[49] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at  511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[50] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals out aid to FARMERS that are **BLACK** and all funds sent be recovered from the People's Republic of China as a **PENALTY**.

[51] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well as perjury.

[52] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[53] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[54] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[55] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[56] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[57] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[58] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[59] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[60] Order CITIBANK pay one million dollars plus three times the amount they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA. Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[61] Order VERIZON pay one million dollars plus three times the amount they allowed to be stolen via mail fraud from Jeffrey Cutler and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates. Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[62] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[63] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[64] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[65] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[66]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[67] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[68] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by **RELIGIOUS POLICE**.

[69] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[70] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[71] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[72] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be seperated all votes where they are mixed should be discarded.

[73] Order Tami Levin, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars.

[74] Order Ivan Ruiz-Rivera (case 5:21-cv-02105) be compensated at least $ 250,000

[75] Keith Dougerty, Larry Runk  (case 15-1271, 1:14-cv-00480) be compensated at least $ 250,000 and any charges vacated.

[76] Carolyn Gundel (case 5:21-cv-01472) be compensated at a minimum of  $88,000 and at minimum $19,000 paid by

Todd Graeff

[77] Caron Nazario (case 2:21-cv-00169) be compensated at a minimum of $1,250,000 and at minimum $190,000 paid by Daniel Crocker

[78] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of $250,000 and at least 1% be paid by officers of the Baldwin Pennsylvania Police Department.

[79] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of $250,000 and at least 1% be paid by former officer former Lisa Mearkle of the Police Department.

[80] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[81] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[82] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car via email to Mr. Cutler.

[83] Order all Public Broadcasting Stations start tracking murders by type and cause of death so that SERIAL Killers and KKK members may be more easily identified like <ref> https://en.wikipedia.org/wiki/Joseph_Christopher </ref> Joeseph Christopher who liked to kill black people.

[84] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment of at least 10% of their NET WORTH.

[85] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers and PIPELINES, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[86] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDRAL GOVERNMENT.

[87] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[88] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[89] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[90] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[91] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[92] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[93] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[94] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[95]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[96]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[97]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[98]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUlC0 </ref>

[99]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[100]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[101]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[102]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[103]    GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[104]    Kara N. Templeton, Christopher Leppler,Judge Paul Diamond ,Judge Wright, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[105]    ALL PENALTIES THAT THE IRS and Pennsylvannia HAVE LEVIED AGAINST MARILYN CUTLER SHOULD BE VACATED because OF MAIL FRAUD.

[106]    Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[107]   Charges against Carolyn "BUNNY" Welsh from Josh Shapiro should be vacated since he was NOT LEGALLY ELECTED based on the ORDER from Mr. Torres **12APR2018**, and any Prison Time be limited to 23 DAYS.

[108]   Darlie Routier sentence sould be vacated due to an UNIDENTIFIED BLOODY FINGERPRINT as a BRADY VIOLATION.

[109]   CHARGES AGAINST BRANDONN BOSTIAN BE VACATED BECAUSE OF A BRADY VIOLATION, AND BE AWARDED 250,000.

[110]   Order SEPTA to Explore and Engineer Increased Underground Rail roads in Pennsylvania and Philadelphia based on jeffy Bonds as Mr. cutler previously Testified.

[111]   Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[112]   Order that the Harrier Jump Jet Technoloy be explored for use on the 737-MAX engines to provide VTOL capability

[113]   ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000.

[114]   ORDER THAT KEVIN STRICTLAND SENTENCE BE VACATED AND INCORPORATED INTO THIS <ref> https://www.kansascity.com/news/local/crime/article249595653.html </ref> AND AT MINIMUM BE AWARDED $ 250,000.

[115]   Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros, Mark Zuckerberg pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[116]   Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[117]   Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[118]   Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400

billion) or 10% of his stock in the company.

[119]    Mr. Mark Zukerberg  pays everyone in the United States that lost money $ 2,000 , along with the or 10% of his stock in the company of Facebook.

[120]    Order all charges against Donld Trump and associates be vacated for the government violating FRUIT OF THE POISONOUS TREE.

[121]    Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[122]    ORDER THAT KEITH DOUGHERTY (5-22-2015)  LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000, and other persons identified at ERIE INSURANCE RELATED TO CLAIM A000003279856 (MIXELL) AND THE CEO BE CHARGED INCLUDING THE CEO.

[123]    The verdict in case 20-1223 may be tainted based on manufactured evidence and should be vacated. Or negotiated with the company.

[124]    Order Lawyer Lynne Feruson be charged with conspiracy to commit MAIL FRAUD.with Brian Hurter and all other persons associated with the bank robbery orchastrated against  Mr. Cutler's account. At Fulton & PNC banks.

[125]    Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for providing Aid and Comfort to the Enemy and violating their oath's of office

[126]    Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[127]    Order that ERIE INSURANCE PAY 51% 0F THE COMPANY VALUE FOR THE CONSPIRACY TO DESTROY  .
.    THE UNITED STATES.

[128]    Order that ALLSTATE  INSURANCE PAY THREE TIMES THE POLICY VALUE FOR THE CONSPIRACY TO . .
.    DENY CLAIMS OF MR. CUTLER POLICY 98-APC880-4

[129]    Order state Representative Margo Davidson be cleared of all prosecution and awarded 250,000.

[130]    Order that the WORD **IMPLAUSIBLE** is NOT the same as the **TRUTH**.

[131]    Order Jeffrey Cutler be MADE WHOLE FOR ALL crimes commited against him, and PASSPORT AND DRIVERS
.    LICENSE be restored, and the theft of his wallet and PASSPORT be investiated if it is part of  lawsuit know as
.    FOIA-2020-01319.
.        <ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

[132]    Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that **NO JURISDICTION** of the United States can dictate the proper way to pray.

Dated: ____, 2021_____                    _____

                                           BY THE COURT