# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this______ day of ____________, 2021 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED. SO ORDERED.

[1] Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2] Order BITTANY SPEARS BE DECLARED FREE OF ALL JUDGEMENTS AND ALL ORDERS BY ALL COURTS IN COMPLIANCE WITH JUNETEENTH NOTIFICATION IN TEXAS 19JUN1865 AND SHE BE ALLOWED TO PROSECUTE THOSE THAT ENSLAVED HER INCLUDING Judge Brenda Penny AT ONE THOUSND DOLLARS A DAY.

[3] COMBINE THIS CASE WITH IMMEDIATE **EN-BANC HEARING** IN THE UNITED STATES COURT OF APPEAPLS THIRD CIRCUIT in case 19-1842 to AFFIRM these judgements, excluding Judge Rendell and all other judges that are biased, or bribed case 20-1223 (**Johnson and Johnson v. Ingham**), 20-1449 (**USA v. Joeseph R. Johnson**).

[4] DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[5] BEND BULLETIN NEWSPAPER AND EO MEDIA GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[6] Order the SUMMARY JUDGEMENT against all parties be granted and made FINAL at one million dollars per day or as a negotiated amount for Each individual in favor of Mr. Cutler.

[7] ORDER **THE PEOPLES REPUBLIC OF CHINA** PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[8] JERRY NADLER for stating that "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[9] ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR **MANUFACTURING EVIDENCE** JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF

OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[10] ORDER THAT RUDOLPH GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR SLANDER BY DOMINION, SINCE THE **BIG LIE** IS THE **TRUTH**, WHICH WAS ALSO DESCRIBED TO DETAIL THE ATTACK BY THE FEDERAL GOVERNMENT ON WACO TEXAS.

[11] ORDER THAT 10% OF ALL PAYMENTS MADE TO ALLISON MACK BE PAID TO EACH OF THE WOMEN SHE HELPED BRAND.

[12] THERE IS NO REASON TO WAIT ON LIFTING THE BAN ON FIREARMS SINCE EACH DAY IT IS IN EFFECT IT DETRACTS FROM THE LIBERTY OF THE UNITED STATES, JUST LIKE RESTRICTING THE FREE EXERCISE OF RELIGION

[13] ORDER THAT JUDGE LIMBAUGH PAY A 10,000 A DAY FINE STARTING 16AU2021 IF THE CURRENT ORDER STAYS IN EFFECT.

[14] ORDER THAT EVERY REPORTER AND NEW YORK TIMES THAT KNOWING LIED PAY A 10,000 A DAY FINE STARTING 16AU2021 IF THE CURRENT STORIES ARE NOT CORRECTED AS WELL AS JILLIAN MIXELL AND MARK MURPHY OR UNTIL THEY AGREE TO TURN OVER EVIDENCE AND A AGREED AMOUNT TO JEFFREY CUTLER PLUS THEIR RESPECCTIVE INSURANCE COMPANIES PAY A ONE MILLION DOLLAR DAY FINE TO JEFFREY CUTLER.

[15] ORDER THAT WILLIAM H. MCMICHEAL BE STATRTED ON SOCIAL SECURITY AND MEDICARE JUST LIKE THE ILLEGAL ALIENS THAT WERE GRANTED THE SAME PAYMENTS SINCE 20JAN2021, AND THEY BE LISTED AS PART OF FOIA-2020-01319

[16] THE PLASTIC BAG BAN IN PHILADELPHIA VIOLATES AMMEND 1 SINCE IT RESTRICTS THE PRESS AS WELL AS THE SODA TAX SINCE THEY APPLY LAWS UNEQUALLY

[17] THE PROPERTY KNOWN AS WITH A TAX ID LISTING IDENTIFIED AS 400-73447-0-0000 BE RETURNED TO THE MIA LAND TRUST

[18] ORDER THAT MICHAEL OZZIE MEYERS, & ALANZO LAMAR JOHNSON JAIL TERMS BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON), AND JOE BIDEN'S POLICYS ARE ENRICHING THOSE IMPORTING ILLEGAL DRUGS INTO THE UNITED STATES

[19] ORDER THAT Mr. GREENBERG (Associate of Matt Gaetz) JAIL TERM BE LIMITED TO 23 DAYS (THE SAME SENTENCE OF PARIS HILTON) based on Equal Treatment Under the law.

[20] ORDER THAT Robert Ceprano be compensated at a minimum of $250,000 and David Cicilline pay 50% of the amount and 10% of his federal pension into the fund to compensate those individuals.

[21] ORDER THAT MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[22] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR.

TORRES BE DISCARDED AND TURNED OVER TO THE **FBI** FOR PROSECUTION

[23] Order that **ELECTORAL FRAUD** is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[24] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS, and **ACCESSORY TO MURDER** after the fact.

[25] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[26] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[27] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[28] Order **Nancy Pelosi** and **Adam Schiff** to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[29] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel,Judge Ashcroft, Gerald Papert ,Judge Jeffrey Schmehll, Judge Paul Diamond and Judge Catherine Blake, Judge Chad Kenney, C. Darnell Jones II, Adam Witkonis pay twice their daily salary each day to the innosense project , until they resign.

[30] Order the Peoples Republic of China as **DEFAULTED** for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later, effectively a **Waiver of Service** case 1:20-cv-00099, Eastern District of Missouri.

[31] CHARGES AGAINST KEVIN STRICKLAND AND LAMAR JOHNSON BE VACATED BECAUSE OF EXISTING FAIRNESS (JUST LIKE BILL COSBY & THEY ARE BEING HELD ILLEALLY IN Missouri), AND BE AWARDED 250,000.

[32] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds for trying to conceal the Murder of 5 children, and destroy the evidence

[33] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[34] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[35] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[36] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[37] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[38] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[39] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[40] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[41] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP OF BIO-WARFARE!!

[42] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[43] Other remedies the court deems appropriate.

[44] Order the Democratic National Committee to also show why they are not a party to **Religious discrimination**.

[45] Order **Nancy Pelosi** to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[46] Order George Bochetto pay $ 100,000 for the false statement  (18 USC § 1001) made in case 2:21-cv-01609.

[47] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[48]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[49] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[50] Combine cases 5:21-cv-00299,20-1805, 20-1449, 19-1842, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and  1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586  from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and in this case and all related documents in these cases.

[51] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[52] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at  511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[53] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals out aid to FARMERS that are  **BLACK** and all funds sent be recovered from the People's Republic of China as a **PENALTY**.

[54] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well as perjury.

[55] Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[56] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[57] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[58] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[59] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[60] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[61] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death

and combined with CENTURY 21.

[62] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[63] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[64] Order VERIZON pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[65] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.  The Ammendment shall be handled by normal ratification.

[66] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country.  No additional seats shall be added to the house. The Ammendment shall be handled by normal ratification.

[67] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[68] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[69]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[70] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[71] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by **RELIGIOUS POLICE**.

[72] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her

current spouse involvement with the Insurance industry.

[73] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[74] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[75] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be seperated all votes where they are mixed should be discarded.

[76] Order Tami Levin, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of $250,000 dollars.

[77] Order Ivan Ruiz-Rivera (case 5:21-cv-02105) be compensated at least $ 250,000

[78] Keith Dougerty, Larry Runk  (case 15-1271, 1:14-cv-00480) be compensated at least $ 250,000 and any charges vacated.

[79] Carolyn Gundel (case 5:21-cv-01472) be compensated at a minimum of $88,000 and at minimum $19,000 paid by Todd Graeff

[80] Caron Nazario (case 2:21-cv-00169) be compensated at a minimum of $1,250,000 and at minimum $190,000 paid by Daniel Crocker

[81] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of $250,000 and at least 1% be paid by officers of the Baldwin Pennsylvania Police Department.

[82] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of $250,000 and at least 1% be paid by former officer former Lisa Mearkle of the Police Department.

[83] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[84] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[85] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr. Cutler.

[86] Order all Public Broadcasting Stations start tracking murders by type and cause of death so that SERIAL Killers and KKK members may be more easily identified like  <ref> https://en.wikipedia.org/wiki/Joseph_Christopher </ref> Joeseph Christopher who liked to kill black people.

[87] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of their NET WORTH.

[88] A  law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car

because like computers and PIPELINES, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[89] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDRAL GOVERNMENT.

[90] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[91] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[92] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[93] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[94] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[95] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[96] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[97] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[98] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[99] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[100] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[101] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUIC0 </ref>

[102] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[103] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[104] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[105]   GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[106]   GOOGLE is guilty of violating and in conjunction with every other news media including ABC,

CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[107]   Kara N. Templeton, Christopher Leppler,Judge Paul Diamond ,Judge Wright, Judge Nicholas G. Garaufis,

Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan

Luna and pay a fine equal to their pension for 10 years.

[108]   ALL PENALTIES THAT THE IRS and Pennsylvannia HAVE LEVIED AGAINST MARILYN CUTLER SHOULD

BE VACATED because OF MAIL FRAUD.

[109]   Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to

RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in

Pennsylvania and the United States, as well as all media organizations that also participated in the deaths

(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[110]   Charges against Carolyn "BUNNY" Welsh from Josh Shapiro should be vacated since he was NOT LEGALLY

ELECTED based on the ORDER from Mr. Torres **12APR2018**, and any Prison Time be limited to 23 DAYS.

[111]   Darlie Routier sentence sould be vacated due to an UNIDENTIFIED BLOODY FINGERPRINT as a BRADY

VIOLATION.

[112]   CHARGES AGAINST BRANDONN BOSTIAN BE VACATED BECAUSE OF A BRADY VIOLATION, AND BE

AWARDED 250,000.

[113]   Order SEPTA to Explore and Engineer Increased Underground Rail roads in Pennsylvania and Philadelphia

based on jeffy Bonds as Mr. cutler previously Testified.

[114]   Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with

engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and

provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[115]   Order that the Harrier Jump Jet Technoloy be explored for use on the 737-MAX engines to provide VTOL

capability

[116]   ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE

AWARDED $ 250,000.

[117]   ORDER THAT KEVIN STRICTLAND SENTENCE BE VACATED AND INCORPORATED INTO THIS <ref>

https://www.kansascity.com/news/local/crime/article249595653.html </ref> AND AT MINIMUM BE AWARDED $

250,000.

[118]    Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos,  Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros, Mark Zuckerberg pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[119]    Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[120]    Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[121]    Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion) or 10% of his stock in the company.

[122]    Mr. Mark Zukerberg  pays everyone in the United States that lost money $ 2,000 , along with the or 10% of his stock in the company of Facebook.

[123]    Order all charges against Donld Trump and associates be vacated for the government violating FRUIT OF THE POISONOUS TREE.

[124]    Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[125]    ORDER THAT KEITH DOUGHERTY (5-22-2015)  LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000, and other persons identified at ERIE INSURANCE RELATED TO CLAIM A000003279856 (MIXELL) AND THE CEO BE CHARGED INCLUDING THE CEO.

[126]    The verdict in case 20-1223 may be tainted based on manufactured evidence and should be vacated. Or negotiated with the company.

[127]    Order Lawyer Lynne Feruson be charged with conspiracy to commit MAIL FRAUD.with Brian Hurter and all other persons associated with the bank robbery orchastrated against  Mr. Cutler's account. At Fulton & PNC banks.

[128]    Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for providing Aid and Comfort to the Enemy and violating their oath's of office

[129]    Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[130]    Order that ERIE INSURANCE PAY 51% 0F THE COMPANY VALUE FOR THE CONSPIRACY TO DESTROY . .    THE UNITED STATES.

[131]    Order that ALLSTATE  INSURANCE PAY THREE TIMES THE POLICY VALUE FOR THE CONSPIRACY TO .

. . DENY CLAIMS OF MR. CUTLER POLICY 98-APC880-4

[132] Order state Representative Margo Davidson be cleared of all prosecution and awarded 250,000.

[133] Order that the WORD **IMPLAUSIBLE** is NOT the same as the **TRUTH**.

[134] Order Jeffrey Cutler be MADE WHOLE FOR ALL crimes commited against him, and PASSPORT AND DRIVERS . LICENSE be restored, and the theft of his wallet and PASSPORT be investiated if it is part of lawsuit know as FOIA-2020-01319.

. <ref> https://www.courtlistener.com/docket/17211651/huddleston-v-federal-bureau-of-investigation/ </ref>

[135] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to ***comply with established tenets or teachings of such sect or division of ANY religion*** in violation of the U.S. **Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that **NO JURISDICTION** of the United States can dictate the proper way to pray.

Dated: ____, 2021_____ ______________________________

BY THE COURT

# ADDENDUM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **THE STATE OF MISSOURI, ex rel. ERIC S. SCHMITT, in his official capacity as Missouri Attorney General,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:20-cv-0099-SNLJ** |
| **THE PEOPLE'S REPUBLIC OF CHINA, et al.,** | ) | |
| **Defendants.** | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court on Jeffrey Cutler's "Motion to Intervene, and Injunctive Relief Because of Crimes (18 U.S. Code § 1519 – Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 & Mail Fraud and to Combine Cases for Judicial Efficiency and Summary Judgement" [#18, #20].

Plaintiff's motion is a 46-page diatribe that runs the gamut from "biological warfare" to his Medicare coverage, the 2020 Presidential election, corporate mail fraud, stolen Nazi art, and the alleged wrongful substitution of the quarterback during a New York Giants football game. Many other topics are also covered.

Plaintiff alludes to other lawsuits in which he has filed documents (and regarding which he maintains federal crimes have been committed), and he appears to want to consolidate the cases, but it is not at all clear to what the cases pertain nor even where many of the other cases are pending.

Plaintiff's motion is fantastic and delusional, sets forth no reason to intervene in the subject lawsuit, and explains nothing regarding his apparent desire for injunctive relief.

Accordingly,

IT IS HEREBY ORDERED that Jeffrey Cutler's motions [#18, #20] are DENIED.

So ordered this 11th day of May, 2021.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Jeffrey Cutler
P.O. Box 2806
York, PA 17405

---

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

**Mail Fraud Complaint**

**Your Information**

Company Name:
* First Name: JEFFREY * Last Name: CUTLER
* Address: P.O. BOX 2806
* City: YORK
* State: Pennsylvania
* ZIP Code:
* Country: UNITED STATES
Cell Phone: (717) 854-4718 Work Phone: (215) 872-6715
Home Phone: Fax:
Email Address: eltaxcollector@gmail.com
Age Range: 65 or older
Are you a Veteran?: ○Yes ⦿No

**Complaint Filed Against**

Company Name: PLES REPUBLIC OF CHINA
First Name: CUI Last Name: TIANKAI
Address: 3505 INTERNATIONAL PLACE, NW
City: WASHINGTON
State: District of Columbia
ZIP Code: 20008
Country: UNITED STATES
Cell Phone: Work Phone: (202) 495-2266
Home Phone: Fax: (202) 495-2138
Email Address: chinaembpress_us@mfa.gov.cn
Website Address:

**How Were You Contacted?**

How were you contacted? US Mail
On what date were you contacted? 03/10/2021
Do you have the envelope it was mailed in? ⦿Yes ○No
Does the envelope have a permit number? ○Yes ⦿No
Does the envelope have a postage meter number? ○Yes ⦿No

**How Did You Respond to This Offer?**

How did you respond to this offer? Other
Other: FILED MAIL THIS COMPLAIN
Response Mailed to a Different Address: ○Yes ○No
Do you have a Tracking Number? (Certified, Insured or Express Mail)? ⦿Yes ○No
Tracking Number: 9505 5141 4909 1042 6153 8€
What did you receive? max size 250 characters
RETURNED COPY OF MOTION TO INTERVENE, AND INJUNCTIVE RELIEF CASE 1:20-cv-00099 UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
How did it differ from what you expected? max size 250 characters
EXPECTED A LEGAL REPLY
How much did the company ask you to pay ($)? 9.95
Do you have the item? ⦿Yes ○No
How was it delivered? US Mail
Did you contact the company or person about the complaint? ⦿Yes ○No
Date Last Contacted Company or Person: 03/11/2021

**Did You Lose Money?**

Lose Money: ⦿Yes ○No
Payment Type: Virtual Currency
Payment Amount($): 100,000.00
Payment Date: 03/10/2021

**Type of Mail Fraud Complaint**

Scheme Category: International Fraud
Scheme Type: International Fraud

**Additional Information**

max size 1000 characters

BASED ON A 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) CHINA ENGAGED IN Bio Warfare BY BRIBING UNITED STATES OFFICIALS, WHO DOCTORS, MEDIA AND THE MURDER OF 500,000 AMERICANS BY COVERT MEANS AND SUPPORT OF AMERICAN BILLIONAIRES <ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>. AS OF 10MAR2020 ONLY 10 PEOPLE HAVE DIED IN TAIWAN WITH 978 CASES. THIS IS TO ALLOW CHINA TO ATTACK TAIWAN, LIKE INDIA ATTACKED PORTUGAL IN GAUA ON 09MAR1961 AND DESTROY RELIGION IN THE UNITED STATES AND CHEAT OUR ELECTION

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully. 11MAR2021 6:06 AM

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

U.S. POSTAL INSPECTION SERVICE

**Mail Fraud Complaint**

**Your Information**

| | | | |
|---|---|---|---|
| Company Name: | | | |
| * First Name: | JEFFREY | * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 | | |
| * City: | YORK | | |
| * State: | Pennsylvania | | |
| * ZIP Code: | 17405-____ | | |
| * Country: | UNITED STATES | | |
| Cell Phone: | (215) 872-5715 ____ | Work Phone: | (717) 854-4718 ____ |
| Home Phone: | | Fax: | |
| Email Address: | eltaxcollector@gmail.com | | |
| Age Range: | Select One... | | |
| Are you a Veteran?: | ○Yes ⦿No | | |

**Complaint Filed Against**

| | | | |
|---|---|---|---|
| Company Name: | UNITED STATES DISTRICT C | | |
| First Name: | STEPHEN | Last Name: | LIMBAUGH |
| Address: | 555 INDEPENDENCE STREET | | |
| City: | CAPE GIRARDEAU | | |
| State: | Missouri | | |
| ZIP Code: | 63701-____ | | |
| Country: | UNITED STATES | | |
| Cell Phone: | | Work Phone: | (573) 331-8800 ____ |
| Home Phone: | | Fax: | |
| Email Address: | | | |
| Website Address: | https://www.moed.uscourts.gov/division/rush-hudson-limbaugh-sr-us-courthouse | | |

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 08/03/2021 |
| Do you have the envelope it was mailed in? | ⦿Yes ○No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | Phone |
| Response Mailed to a Different Address: | ⦿Yes ○No |
| Do you have a Tracking Number? (Certified, Insured or Express Mail)? | ○Yes ⦿No |
| What did you receive? max size 250 characters | ORDER OF DENIAL FOR ECF 18, 20 |
| How did it differ from what you expected? max size 250 characters | EXPECTED DUE PROCESS AND PEOPLE'S REPUBLIC OF CHINA HELD RESPONSIBLE FOR 600 K AMERICAN DEATHS PLUS 2 AUSAs |
| How much did the company ask you to pay ($)? | 100,000.00 |
| Do you have the item? | ○Yes ⦿No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ⦿Yes ○No |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money: | ⦿Yes ○No |
| Money Order Serial Number: | 27241311701 |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category: | Fiduciary |
| Scheme Type: | Bribery/Kickbacks/Embezzlements |

**Additional Information**

max size 1000 characters

THIS IS CONTINUING MAIL FRAUD AND THEFT OF MAIL STARTING WITH ECF 10 CASE 5:17-cv-05025 DATED 06/17/2018 BY PAUL C. TROY TO CONCEAL THE MURDER OF JONATHAN LUNA AND BERANTON WHISENANT FOIA-2020-1319 & 600K AMERICANS CASE 1:20-cv-00099 EAST MO UNOPPOSED AND ELECTORAL FRAUD BY JOSH SHAPIRO, PA AG. NOW FILED IN CASE 1:21-cv-02023

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully. 6:52AM 05AUG2021

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

https://mail.google.com/mail/u/0/h/14a60rt81t4yj/?&th=17afc06773d88l

Search

NYT Corrections<corrections@nytimes.com> Fri, Jul 30, 2021 at 2:04 AM

To: eltaxcollector@gmail.com

Reply | Reply to all | Forward | Print | Delete | Show original

Thank you for contacting The New York Times. We appreciate readers who share their feedback and help us report thoroughly and accurately.

You have written to the corrections department, and your message will reach the appropriate editor or reporter promptly. If we determine there is a correctable error, a correction will be appended to the article and published in print if necessary. Because of the volume of email we receive, we cannot respond individually to every query.

For other issues, please visit the following pages:

Share feedback on our news coverage

Submit a letter to the editor

Share a confidential news tip

Manage your subscription or report a delivery problem

https://en.wikipedia.org/w/index.php?title=Suicide_of_Beranton_Whisenant Search

# Editing Suicide of Beranton Whisenant (section)

Error:

An automated filter has identified this edit as potentially unconstructive, so it has been disallowed. If this edit is constructive, please report this error. Disruptive editing may result in a block from editing.

**You are not logged in.** Your IP address will be publicly visible if you make any edits. If you **log in** or **create an account**, your edits will be attributed to a user name, among other benefits.

*Content that violates any copyrights will be deleted. Encyclopedic content must be verifiable. Any work submitted to Wikipedia can be edited, used, and redistributed—by anyone—subject to certain terms and conditions.*

B I > Advanced > Special characters > Help > Cite

```
==Death==
A passerby on a beach in [[Miami, Florida]] found Whisenant's corpse floating in the water with possible [[head trauma]] or possible head gunshot wounds at 6:30 AM on May 25, 2017. He was wearing a dress shirt and black pants. Hollywood police detectives initially were unsure whether the death was a homicide, suicide, or something else. All of Whisenant's personal effects were on his body, so robbery was ruled out as a motive.

Whisenant was 37 years old, and had been a U.S. Attorney for only five months. His memorial service was held on June 1, 2017 at [[Antioch Missionary Baptist Church]] in Miami.<ref>{{cite news|url=http://www.foxnews.com/us/2017/05/25/federal-prosecutor-found-dead-on-florida-beach.html|title=Federal prosecutor found dead on Florida beach|work=[[Fox News]]|date=May 25, 2017}}</ref><ref>{{cite news|url=http://www.cbsnews.com/news/beranton-whisenant-jr-federal-prosecutor-found-dead-on-florida-beach/|title=Federal prosecutor Beranton Whisenant Jr. found dead on Florida beach|work=[[CBS News]]|date=May 26, 2017}}</ref><ref>{{cite news|url=http://www.nydailynews.com/news/national/mystery-federal-prosecutor-found-dead-waves-florda-beach-article-1.3198776|title=Federal prosecutor found dead as his body mysteriously floated in waves on Florida beach|work=NY Daily News|date=May 26, 2017}}</ref><ref>{{cite news|url=http://www.sun-sentinel.com/local/broward/hollywood/fl-sb-beranton-whisenant-follow-20170602-story.html|title=Prosecutor found dead on Hollywood beach is remembered at services|work=sun-sentinel.com|date=June 2, 2017}}</ref> Whisenant left behind three children, his wife, Ebony, a doctor and teacher at [[Florida International University]]'s medical school, and his parents, both Jacksonville physicians.

The U.S. attorney's office and the [[Federal Bureau of Investigation]] (FBI) determined that his death had no connection to his employment as a prosecutor or his federal criminal cases, leaving the death investigation to the Hollywood Police Department. Hollywood police and the Broward medical examiner's office declined numerous [[public records]] requests on Whisenant's death, which was determined to be a suicide.<ref>{{cite news|url=http://www.miamiherald.com/news/local/community/broward/article166516317.html miamiherald.com|title=Mysterious death of federal prosecutor on Hollywood beach ruled a suicide|author=Elizabeth Koh and Jay Weaver|date=August 10, 2017}}</ref>

The lack of information from authorities about his death opened the door for hypotheses.<ref>{{cite news|author=Jay Weaver and David Ovalle|url=http://www.miamiherald.com/news/local/crime/article158305419.html|title=Month later, no answers in case of federal prosecutor found dead on Florida beach|work=[[Miami Herald]]|date=June 26, 2017}}</ref><ref>{{cite news|url=http://www.newsweek.com/whisenant-fake-news-far-right-theory-618744|title=The Far Right's Fake News Story of the Week Has Hijacked the Tragic Death of Beranton Whisenant|work=[[Newsweek]]|date=June 1, 2017}}</ref> There is no evidence it was a SUICIDE, just false statements by the [[FBI]] or [[Klu Klux Klan]]
```

Insert – — ° ′ ″ ≈ ≠ ≤ ≥ ± − × ÷ ← → · § **Cite your sources:** <ref></ref>

Edit summary (Briefly describe your changes)

/* Death */Added More Detail About FBI calling it a SUICIDE~~~~

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

July 29, 2021

Jsc Associates Inc
PO Box 2806
York PA 17405-2806

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE: Claim Number: 38-22S8-38D
Date of Loss: July 8, 2021

To Whom It May Concern:

This letter confirms your recent conversation with us regarding the above-captioned claim. Our understanding is you do not want to pursue this claim. We will record it as a "Record Only" claim.

Under the terms and conditions of your policy, you have certain duties apply after a loss. Please review your policy and call us if you have any questions. This letter is not intended to waive any of the policy provisions that apply, and your compliance with policy provision is required. Failure to comply with the policy provisions may jeopardize your rights to benefits payable by this policy.

You can enjoy the benefits of online registration. Benefits include 24/7 access to your claim progress and staying connected to State Farm®. Just go to **statefarm.com®** and select Manage Your Claim to get registered. All you need to complete the process is some initial information, which may include your claim number, email address, and/or your State Farm policy or account number. It only takes a few minutes. If you are already registered, thank you!

If you have any questions or need further assistance, please call us at (844) 458-4300 Ext. 9726571094.

Sincerely,

Mark Murphy
Claim Specialist
(844) 458-4300 Ext. 9726571094

State Farm Fire and Casualty Company



Erie Insurance Exchange
100 Erie Insurance Place • Erie, Pennsylvania 16530 • 814.870.2000
Toll Free 1.800.458.0811 • Fax 814.870.3126 • www.erieinsurance.com

# NOTICE OF CANCELLATION

| Date of Mailing | 06/23/2021 |
|---|---|

GC7030 - AGENT COPY

Named Insured

JEFFREY S CUTLER
PO BOX 2806
YORK, PA 17405-2806

| CANCELLATION | EFFECTIVE | AUTO POLICY NUMBER (IF ANY) | CHARGES FOR TIME POLICY WAS IN EFFECT (CANCELLATION ONLY) | AGENT AND NUMBER |
|---|---|---|---|---|
| 12:01 A.M. Standard Time | 07/13/2021 | Q090125867 | $0.00 | MONROE CHRIS WILLIAMS AGENCY AA7051 |

**DEAR POLICYHOLDER: AFTER CAREFUL CONSIDERATION, WE HAVE DECIDED TO CANCEL YOUR AUTOMOBILE POLICY AS OF THE EFFECTIVE TIME AND DATE SHOWN ABOVE. WE SINCERELY REGRET THAT THIS ACTION WAS NECESSARY.**
The reason(s) for this action is: (Not shown on Other Interest(s) copy)

Your Erie Insurance Exchange policy is being canceled because of Jeffrey S Cutler's license suspension within the current policy period. Jeffrey S Cutler's Pennsylvania Motor Vehicle Record lists a suspension effective 09/12/2020, and the license is currently suspended.

If this action is a cancellation, the charge for the time the policy was in effect is shown above. If you have paid more than the charge, an accounting of the over-payment is enclosed or will be sent to you very soon. However, if the amount you have paid is less than the charge, please send us the balance due.

The Motor Vehicle Record was secured by LexisNexis Consumer Center, PO Box 105108, Atlanta GA 30348-5108, telephone number 1-800-456-6004, www.consumerdisclosure.com. LexisNexis did not make this adverse Underwriting decision and cannot explain to you why the decision was made. You have the right to dispute with LexisNexis the accuracy or completeness of any information provided to us by them. You may obtain a free copy of the Motor Vehicle Record from LexisNexis Consumer Center by contacting them and requesting it within 60 days.

cc: Agent:

AA7051 MONROE CHRIS WILLIAMS AGENCY

Sincerely,

President and Chief Executive Officer

# IMPORTANT NOTICE

IF YOU HAVE DIFFICULTY GETTING NEW INSURANCE, ANY INSURANCE AGENT OR BROKER MAY APPLY FOR COVERAGE FOR YOU THROUGH THE PENNSYLVANIA ASSIGNED RISK PLAN IF YOU ARE ELIGIBLE FOR IT.

Pennsylvania Assigned Risk Plan
302 Central Avenue
Johnston, RI 02919

FINANCIAL RESPONSIBILITY MUST BE MAINTAINED ON ALL PENNSYLVANIA REGISTERED VEHICLES. FAILURE TO DO SO COULD RESULT IN THE SUSPENSION OF YOUR OPERATOR'S PRIVILEGE AND REVOCATION OF YOUR MOTOR VEHICLE REGISTRATION. WE MUST NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT YOUR POLICY IS BEING TERMINATED. THE POLICYHOLDER MUST THEN NOTIFY THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION THAT REPLACEMENT INSURANCE HAS BEEN OBTAINED WITH A PENNSYLVANIA LICENSED INSURANCE COMPANY.

IF THIS ACTION WAS TAKEN DUE, PARTIALLY OR WHOLLY, TO INFORMATION PROVIDED IN A CONSUMER INVESTIGATIVE REPORT FROM LEXIS NEXIS RISK SOLUTIONS, YOU MAY CALL OR VISIT THEIR OFFICE FOR A REVIEW OF THE REPORT.

IF THIS ACTION WAS INFLUENCED BY DRIVING RECORD INFORMATION RECEIVED IN A MOTOR VEHICLE REPORT FROM PENNSYLVANIA, OBTAINED AT OUR REQUEST BY LEXIS NEXIS RISK SOLUTIONS, YOU MAY REQUEST A COPY OF THE REPORT FROM LEXIS NEXIS RISK SOLUTIONS AT 1-800-456-6004.

WHEN COVERAGE IS BEING TERMINATED DUE TO NON-RESPONSE TO A CITATION IMPOSED UNDER 75 PA.C.S. 1533 (RELATING TO SUSPENSION OF OPERATING PRIVILEGE FOR FAILURE TO RESPOND TO CITATION) OR NON-PAYMENT OF A FINE OR PENALTY IMPOSED UNDER THAT SECTION, COVERAGE SHALL NOT TERMINATE IF YOU PROVIDE THE ERIE WITH PROOF THAT YOU HAVE RESPONDED TO ALL CITATIONS AND PAID ALL FINES AND PENALTIES ON OR BEFORE THE TERMINATION DATE OF THIS POLICY.

YOU HAVE THE RIGHT TO REQUEST THE PENNSYLVANIA INSURANCE COMMISSIONER TO REVIEW THIS ACTION BY THE ERIE. TO DO THIS, SIGN AND SEND A COPY OF THIS FORM WITHIN THIRTY DAYS TO THE PENNSYLVANIA INSURANCE COMMISSIONER AT:

**Pennsylvania Insurance Department**
Bureau of Consumer Services
1209 Strawberry Square
Harrisburg, PA 17120

Toll Free Consumer Line (877) 881-6388
Fax: (717) 787-8585

I request the Pennsylvania Insurance Commissioner review this action.

________________ Date

________________ Signature of Insured

Case 1:18-cr-00204-NGG-VMS Document 1053 Filed 06/30/21 Page 1 of 10 PageID #: 19848

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES,

-against-

ALLISON MACK,

Defendant.

**SENTENCING MEMORANDUM**
**18-CR-204 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

This sentencing statement concerns Defendant Allison Mack, who entered a plea of guilty on April 8, 2019 to two counts of an 11-count second Superseding Indictment. Ms. Mack pled guilty to Count One, which charged her with racketeering conspiracy in violation of 18 U.S.C. §§ 1962(d) and 1963(a), and to Count Two, which charged her with racketeering in violation of 18 U.S.C. §§ 1962(c) and 1963(a). The statutory maximum sentence for these crimes is 20 years on each count. There is no statutory mandatory minimum.

Per the plea agreement, the defendant admits to the following racketeering activity: (1) the extortion of Jane Doe 5 and Jane Doe 8; (2) the forced labor of Jane Doe 5 and Jane Doe 8; and (3) wire fraud of "lower-ranking" members of the organization DOS. She also stipulates to the conduct underlying the sex trafficking of Jane Doe 5. (Presentence Investigation Report ("PSR") ¶¶ 1-2.)

## I. CALCULATION OF OFFENSE LEVEL & GUIDELINES RANGE

The Probation Department recommends that I calculate the Total Offense Level for Ms. Mack's sentence as 35. (Presentence Investigation Report ("PSR") ¶ 196.) The defendant is in Criminal History Category I. Based on a Total Offense Level of 35 and a

Criminal History Category I designation, the Probation Department recommends that I calculate the applicable Guidelines range as 168 to 210 months (or 14 to 17 ½ years). The defense agrees with this calculation.

The court finds that the Total Offense Level is properly calculated as 35, and that Ms. Mack belongs in Criminal History Category I. Accordingly, the court also calculates the applicable Guidelines range as 168 to 210 months in the custody of the Attorney General.

## II. SENTENCE

Having calculated the Guidelines range, I now turn to the factors outlined in 18 U.S.C. § 3553(a). Under § 3553(a), I must consider several factors in imposing a sentence, including the nature and circumstances of the offense; the defendant's history and characteristics; the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; the need for the sentence to afford adequate deterrence; and the need to protect the public. The sentence must be sufficient, but not greater than necessary, to comply with the purposes of sentencing.

As determined by the Supreme Court in *United States v. Booker*, 543 U.S. 220 (2005), and its progeny, the Sentencing Guidelines are merely advisory, not mandatory. Accordingly, while I must consider the applicable Guidelines range, I am free to impose a sentence that falls outside of that range in either direction, even in the absence of "extraordinary" circumstances. *See Gall v. United States*, 552 U.S. 38, 47 (2007). The only limits on the sentence I will give today are that it be no greater than the statutory maximum, 20 years on each count, and that it be reasonable in light of the factors identified in § 3553(a).

Before turning to an analysis of the § 3553(a) factors, it is important to say a word about what I will be considering in that