

FROM:
Jeffrey Cutlee
P.O. Box 2606
York, PA 17405

RECEIVED BY MAIL
AUG 11 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

CASE TO: 1:20-CV-00099

CLERK US DISTRICT COURT
SOUTHEASTERN DIVISION
555 INDEPENDENCE STREET
CAPE GIRARDEAU, MO 63701

**UNITED STATES POSTAL SERVICE** — Retail
US POSTAGE PAID
$12.80
Origin: 19083
08/06/21
4186850282-22

PRIORITY MAIL 3-DAY®
2 Lb 5.00 Oz
1006
EXPECTED DELIVERY DAY: 08/10/21
SHIP TO:
Cape Girardeau MO 63701

USPS TRACKING® #

9505 5141 4908 1218 4916 23

