# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ) <br> ex rel. ERIC S. SCHMITT, in his official ) <br> capacity as Missouri Attorney General, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PEOPLE'S REPUBLIC OF CHINA, ) <br> THE COMMUNIST PARTY OF CHINA, ) <br> NATIONAL HEALTH COMMISSION ) <br> OF THE PEOPLE'S REPUBLIC OF ) <br> CHINA, MINISTRY OF EMERGENCY ) <br> MANAGEMENT OF THE PEOPLE'S ) <br> REPUBLIC OF CHINA, MINISTRY OF ) <br> CIVIL AFFAIRS OF THE PEOPLE'S ) <br> REPUBLIC OF CHINA, PEOPLE'S ) <br> GOVERNMENT OF HUBEI ) <br> PROVINCE, PEOPLE'S GOVERNMENT ) <br> OF WUHAN CITY, WUHAN INSTITUTE ) <br> OF VIROLOGY, and CHINESE ) <br> ACADEMY OF SCIENCES, ) <br> ) <br> Defendants. ) | Case No. 1:20CV00099 SNLJ |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiff's Motion for Entry of Clerk's Default against Defendants Communist Party of China, the Chinese Academy of Sciences, and the Wuhan Institute of Virology [ECF No. 26] pursuant to Fed.R.Civ.P. 55(a).  The record reflects service of summons upon said Defendants on May 18, 2021, by electronic means as ordered by the Court. Defendants have failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendants Communist Party of China, the Chinese Academy of Sciences, and the Wuhan Institute of Virology [ECF No. 26] is GRANTED and the default of said defendants is hereby entered.

Dated this 16th day of August, 2021.

_____
LORI MILLER YOUNG
CHIEF DEPUTY CLERK