| | |
|---|---|
| **From:** | Christy Hency |
| **To:** | cas_en@cas.cn |
| **Subject:** | Clerk"s Entry of Default - 1:20CV99SNLJ - Chinese Academy of Sciences |
| **Date:** | Monday, August 16, 2021 1:34:00 PM |
| **Attachments:** | Clerk Entry of Default - 1-20cv99-SNLJ.pdf |

To Whom It May Concern:

Please see the attached Clerk's ENTRY OF DEFAULT as to Defendants Chinese Academy of Sciences, Communist Party of China, Wuhan Institute of Virology: IT IS HEREBY ORDERED that Plaintiffs Motion for Entry of Clerk's Default against Defendants Communist Party of China, the Chinese Academy of Sciences, and the Wuhan Institute of Virology [ECF No. 26] is GRANTED and the default of said defendants is hereby entered.

*Christy M. Hency*
*Case Manager*
573-331-8803
Christy_Hency@moed.uscourts.gov

| | |
|---|---|
| **From:** | Christy Hency |
| **To:** | cas_en@cas.cn |
| **Subject:** | Clerk"s Entry of Default - 1:20CV99SNLJ - Wuhan Institute of Virology |
| **Date:** | Monday, August 16, 2021 1:35:00 PM |
| **Attachments:** | Clerk Entry of Default - 1-20cv99-SNLJ.pdf |

To Whom It May Concern:

Please see the attached Clerk's ENTRY OF DEFAULT as to Defendants Chinese Academy of Sciences, Communist Party of China, Wuhan Institute of Virology: IT IS HEREBY ORDERED that Plaintiffs Motion for Entry of Clerk's Default against Defendants Communist Party of China, the Chinese Academy of Sciences, and the Wuhan Institute of Virology [ECF No. 26] is GRANTED and the default of said defendants is hereby entered.

*Christy M. Hency*
*Case Manager*
573-331-8803
*Christy_Hency@moed.uscourts.gov*



| | |
|---|---|
| **From:** | Christy Hency |
| **To:** | kf@people.cn |
| **Subject:** | Clerk"s Entry of Default - 1:20CV99SNLJ |
| **Date:** | Monday, August 16, 2021 1:32:00 PM |
| **Attachments:** | Clerk Entry of Default - 1-20cv99-SNLJ.pdf |

To Whom It May Concern:

Please see the attached Clerk's ENTRY OF DEFAULT as to Defendants Chinese Academy of Sciences, Communist Party of China, Wuhan Institute of Virology: IT IS HEREBY ORDERED that Plaintiffs Motion for Entry of Clerk's Default against Defendants Communist Party of China, the Chinese Academy of Sciences, and the Wuhan Institute of Virology [ECF No. 26] is GRANTED and the default of said defendants is hereby entered.

*Christy M. Hency*
*Case Manager*
573-331-8803
Christy_Hency@moed.uscourts.gov