**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSOURI, | ) | |
| ex rel. ERIC S. SCHMITT, in his | ) | |
| official capacity as Missouri | ) | |
| Attorney General, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-00099-SNLJ |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEOPLE'S REPUBLIC OF CHINA, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

**ORDER GRANTING
THE CHINA SOCIETY OF PRIVATE INTERNATIONAL LAW
LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Upon this Court's review and full consideration of the Motion for Leave to File *Amicus Curiae* Brief in Opposition to Plaintiff The State of Missouri's Complaint, and the accompanying Memorandum of Law, filed by The China Society of Private International Law, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *Amicus Curiae* Brief shall be docketed.


Dated: _____        _____

                                                        Hon. Stephen N. Limbaugh



26449424.1