# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ERIC S. SCHMITT, in his official capacity as Missouri Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, *et al.*,<br>Defendants. | Case No. 1:20-cv-00099-SNLJ |

## ORDER GRANTING
## THE CHINA SOCIETY OF PRIVATE INTERNATIONAL LAW
## LEAVE TO FILE *AMICUS CURIAE* BRIEF

Upon this Court's review and full consideration of the Motion for Leave to File *Amicus Curiae* Brief in Opposition to Plaintiff The State of Missouri's Complaint, and the accompanying Memorandum of Law, filed by The China Society of Private International Law, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *Amicus Curiae* Brief shall be docketed.

Dated: 10-15-21

Hon. Stephen N. Limbaugh, Jr.

26449424.1