EXHIBIT A

# THE PEOPLE'S REPUBLIC OF CHINA

## Certificate of Public Institution with Legal Person
(DUPLICATE VERSION)

Unified Social Credit Code: 12100000000001471XN



Valid from July 15, 2019 to July 15, 2024

Please submit your annual report to the registration authority by March 31 of each year.

---

**Name:** Chinese Academy of Sciences

**Mission and Scope of Business:** Facing the world frontier of science and technology, major needs of the country, and the national economy, CAS aims to take the lead to achieve leapfrog development in science and technology, to become a national highland for innovative talents, to build a national high-level think tank for science and technology, and to build world-class research institutions. CAS is responsible for discipline development, science and technology talent cultivation, transfer of S&T achievements, development planning, management of affiliated institutions, implementation and evaluation of S&T projects, technology transfer, graduate and continuing education, management of non-profit state-owned assets and state-owned assets of affiliated enterprises, construction of Academic Divisions, appraisal and consultation on national major S&T issues, domestic and international academic exchanges and cooperation, tasks assigned by the State Council and the publication of *Bulletin of Chinese Academy of Sciences* in Chinese and English.

**Address:** 52 Sanlihe Road, Xicheng district, Beijing, China

**Legal Representative:** HOU Jianguo

**Funding Source:** Financial subsidiaries from State Authorities, revenues from affiliated institutions

**Initial Fund:** RMB 89.15 million

**Management Authority:** The State Council

# THE PEOPLE'S REPUBLIC OF CHINA

## Certificate of Public Institution with Legal Person
(DUPLICATE VERSION)

Unified Social Credit Code: 121000004416243 7X9

**Name:** Wuhan Institute of Virology, Chinese Academy of Sciences

**Mission and Scope of Business:** To conduct research on virus and promote science and technology development; virology research, microbiology research, biotechnology research, culture collection of virus specimens, relevant academic education, academic exchanges and technology development, publication of *Virologica Sinica* (English Version)

**Address:** Xiaohongshan Middle District No.44, Shuiguohu Street, Wuchang District, Wuhan City, Hubei Province

**Legal Representative:** WANG Yanyi

**Funding Source:** Financial subsidiaries

**Initial Fund:** RMB 13.6 million

**Management Authority:** Chinese Academy of Sciences



Valid from November 2, 2018 to November 2, 2023