**Sauer, John**

| | |
|---|---|
| **From:** | FSIA-LR <FSIA-LR@state.gov> |
| **Sent:** | Thursday, October 28, 2021 8:37 AM |
| **To:** | Sauer, John; FSIA-LR |
| **Subject:** | RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee |

Good Morning Mr. Sauer,
We confirmed the certified copies are still in transit, but they have not yet arrived in our offices in Washington, DC. In our experience international delivery through the diplomatic pouch often takes a number of weeks, so it may be useful to check with us again near the end of next week. Once the documents arrive in our office, it should not take long to dispatch to the clerk through registered mail, and we will provide your office with a courtesy copy of the documents as well. To that end, please let us know if there is a preferable address for the clerk and your office. The addresses below are what we currently have:

Mr. Gregory J. Linhares
Clerk of the Court
United States District Court
For the Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

Attn: D. John Sauer
Missouri Attorney General's Office
207 W. Hight Street
P.O. Box 899
Jefferson City, MO 65102

Sincerely,



Judicial Assistance Team
U.S. Department of State
Office of the Legal Adviser, L/CA/POG/GC
FSIA-LR@state.gov

---

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Sent:** Wednesday, October 27, 2021 12:09 PM
**To:** FSIA-LR <FSIA-LR@state.gov>
**Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

JAT- Just following up to see if you have any insight as to when the diplomatic notes may reach the clerk of the court.  I see that it has been 15 days since 10/12 when they were transmitted to China's foreign ministry.  Thanks, John

---

**From:** FSIA-LR <FSIA-LR@state.gov>
**Sent:** Friday, October 15, 2021 2:15 PM
**To:** Sauer, John <John.Sauer@ago.mo.gov>; FSIA-LR <FSIA-LR@state.gov>
**Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

Good Afternoon Mr. Sauer,

I was able to confirm that the documents were transmitted to the Ministry of Foreign Affairs of the People's Republic of China on October 12th and the certified copies of the diplomatic notes of transmittal are currently in transit to Washington, DC where they will be forwarded to the clerk. Should you have any additional questions, please let us know.

Sincerely,



Judicial Assistance Team
U.S. Department of State
Office of the Legal Adviser, L/CA/POG/GC
FSIA-LR@state.gov

---

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Sent:** Tuesday, October 12, 2021 1:06 PM
**To:** FSIA-LR <FSIA-LR@state.gov>
**Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

JAT- I am just following up again, to see if there is any further progress on this service, per your recommendation to contact you on or after 10/8.  Thanks, John Sauer

---

**From:** FSIA-LR <FSIA-LR@state.gov>
**Sent:** Tuesday, September 28, 2021 11:52 AM
**To:** Sauer, John <John.Sauer@ago.mo.gov>
**Cc:** FSIA-LR <FSIA-LR@state.gov>
**Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

Good Afternoon Mr. Sauer,
We wanted to provide you with an update that our office received confirmation today from the U.S. Embassy in Beijing that the documents have been finally received, and that they expect delivery to occur at the end of next week barring any unforeseen obstacles. We would suggest reaching out on Friday the 8th, if you haven't heard from our team by then.

Sincerely,



Judicial Assistance Team
U.S. Department of State
Office of the Legal Adviser, L/CA/POG/GC
FSIA-LR@state.gov

---

**From:** FSIA-LR
**Sent:** Friday, September 24, 2021 12:06 PM
**To:** 'Sauer, John' <John.Sauer@ago.mo.gov>; FSIA-LR <FSIA-LR@state.gov>
**Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

Good Afternoon Mr. Sauer,
At the moment, there's no substantive update; however, we are awaiting a status update from our Embassy to confirm receipt and the status of delivery. Since it is already past close of business in Beijing, we don't expect to have anything

further to report until Monday at the earliest. Again, we would suggest reaching out again either at the end of next week, if you haven't heard from our office by then.

Sincerely,



Judicial Assistance Team
U.S. Department of State
Office of the Legal Adviser, L/CA/POG/GC
FSIA-LR@state.gov

---

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Sent:** Tuesday, September 21, 2021 6:28 PM
**To:** FSIA-LR <FSIA-LR@state.gov>
**Subject:** Re: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

Per your suggestion, I am following up to request an update on status of this matter. Please let me know current status. Thank you, John Sauer

Sent from my iPhone

> On Sep 13, 2021, at 1:07 PM, FSIA-LR <FSIA-LR@state.gov> wrote:
>
> Good Afternoon Mr. Sauer,
> Thank you for the follow-up. We are still waiting for the documents to arrive at the U.S. Embassy in Beijing via courier services. Once they arrive, we expect to be in a better position to provide an estimate of timing for service. In other cases involving different foreign states, we have seen transit times taking anywhere from a couple weeks to a month or more, so it is hard to provide an estimate on delivery with much precision.  Nevertheless, once we are able to confirm the documents' arrival at the embassy, we may have a better sense. Again, should you have any questions or wish for additional updates, please don't hesitate to contact our office. We would suggest reaching out again either at the end of this week or early next week, if you haven't heard from our office by then.
>
> Sincerely,
> <image001.png>
> Judicial Assistance Team
> U.S. Department of State
> Office of the Legal Adviser, L/CA/POG/GC
> FSIA-LR@state.gov
>
> **From:** Sauer, John <John.Sauer@ago.mo.gov>
> **Sent:** Thursday, September 9, 2021 11:10 AM
> **To:** FSIA-LR <FSIA-LR@state.gov>
> **Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee
>
> Following up on my question below: Do you have an estimate of how much longer it will take to complete delivery of this service packet?  Thank you, John Sauer

**From:** Sauer, John
**Sent:** Saturday, September 4, 2021 5:41 AM
**To:** 'FSIA-LR' <FSIA-LR@state.gov>
**Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

Thank you for your prompt response.  Yes, please do use me as the point of contact for our office on this matter.  Do you have an estimate as to how much longer it will take to complete service?  Thanks, John Sauer

**From:** FSIA-LR <FSIA-LR@state.gov>
**Sent:** Friday, September 3, 2021 5:41 PM
**To:** Sauer, John <John.Sauer@ago.mo.gov>
**Cc:** FSIA-LR <FSIA-LR@state.gov>
**Subject:** RE: Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

Good Afternoon Mr. Sauer,
Thank you for your email and providing the letter from Attorney General Schmitt. Regarding the status of the request for service pursuant to 28 U.S.C. 1608(a)(4) in the lawsuit *Missouri ex rel. Schmitt v. People's Republic of China, et al.*, 1:20-cv-0099-SNLJ, at present, the documents are still in transit via diplomatic post/courier services to the U.S. Embassy in Beijing. Following the documents' arrival at the U.S. Embassy in Beijing, they will be delivered under cover of diplomatic note. Upon our office's receipt of the certified copies of the diplomatic notes of transmittal, we will forward them to the clerk of court and provide your office with a courtesy copy. In the event our office needs to contact your office regarding this request, would you be the appropriate point of contact?

Finally, if you have any additional questions or would like a status update at any time, please do not hesitate to contact our office at FSIA-LR@state.gov.

Sincerely,
<image001.png>
Judicial Assistance Team
U.S. Department of State
Office of the Legal Adviser, L/CA/POG/GC
FSIA-LR@state.gov

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Sent:** Thursday, September 2, 2021 4:08 PM
**To:** FSIA-LR <FSIA-LR@state.gov>
**Cc:** Legal-FO-Support-DL <Legal-FO-Support-DL@state.gov>; PA Press Duty <PAPressDuty@state.gov>
**Subject:** Correspondence from Missouri Attorney General Eric S. Schmitt to Acting Assistant Secretary Brownlee

Attached please find a letter from Missouri Attorney General Eric S. Schmitt, with six attachments, to Acting Assistant Secretary Brownlee.  We request your prompt attention to this matter.

Thank you, John Sauer
This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information,

4

including that covered by § 32.057, RSMo. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.