# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ERIC S. SCHMITT, in his official capacity as Missouri Attorney General, | )<br>)<br>) |
| Plaintiff(s), | ) |
| v. | ) Case No. 1:20CV00099 SNLJ |
| THE PEOPLE'S REPUBLIC OF CHINA, et al., | )<br>) |
| Defendant(s). | ) |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiff's Motions for Entry of Clerk's Default [ECF No. 43] against the following Defendants: (1) the People's Republic of China, (2) the People's Government of the Hubei Province, (3) the Ministry of Civil Affairs of the People's Republic of China, (4) the Ministry of Emergency Management of the People's Republic of China, (5) the National Health Commission of the People's Republic of China, and (6) the People's Government of Wuhan City.  Pursuant to the Court's Order authorizing service of process through diplomatic means as provided in 28 U.S.C. § 1608(a)(4), said Defendants were served on October 7, 2021. Defendants have failed to file an answer or other responsive pleading within the time required by foreign states and their political subdivisions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions for Entry of Clerk's Default [ECF No. 43] against Defendants (1)  the People's Republic of China, (2) the People's Government of the Hubei Province, (3) the Ministry of Civil Affairs of the People's Republic of China, (4) the

Ministry of Emergency Management of the People's Republic of China, (5) the National Health Commission of the People's Republic of China, and (6) the People's Government of Wuhan City is GRANTED, and the default of said defendants is hereby entered.

    Dated this 15th day of December, 2021.

                                                              _____
                                                              Gregory J. Linhares
                                                              Clerk of Court