# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ERIC S. SCHMITT, in his official capacity as Missouri Attorney General,<br><br>    Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and CHINESE ACADEMY OF SCIENCES,<br><br>    Defendants. | Case No. 1:20-cv-00099-SNLJ |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO THE COURT'S JANUARY 6, 2022 ORDER**

Plaintiff State of Missouri ex rel. Eric S. Schmitt ("Missouri") respectfully requests that this Court grant a one-week extension, to February 14, 2022, for the deadline for both Missouri and *amici curiae* to file supplemental briefs in response to the Court's January 6, 2022 Order, Doc. 47. In that Order, the Court authorized both Missouri and *amici curiae* to file supplemental briefs on the issues identified in the Order. *Id.* at 7. Missouri has been working diligently on its briefing in response to the Court's order, but the undersigned counsel contracted a stomach virus on Sunday, January 30, which subsequently infected members of his immediate family. The resulting health issues have substantially impeded counsel's ability to complete drafting and finalize the

1

brief during the past several days. In addition, counsel is scheduled to argue a case in the Supreme Court of Missouri on February 7, 2022, so it will be very difficult to make up the lost time in the few remaining days. Accordingly, Missouri respectfully requests that this Court grant its request for a one-week extension of time, to February 14, 2022, for the deadline for both Plaintiff and *amici curiae* to file their briefs in response to the Court's January 7, 2020 Order.

Counsel for *amici curiae* Lawyers Upholding International Law and the China Society for Private International Law have consented to this request.

## CONCLUSION

For the reasons stated, Missouri respectfully requests that this Court grant a one-week extension of time, to February 14, 2022, for the deadline for both Plaintiff and *amici curiae* to file briefs in response to the Court's Order of January 6, 2022, Doc. 47.

Dated: February 3, 2022                                   Respectfully submitted,

**ERIC S. SCHMITT**
**ATTORNEY GENERAL**

*/s/ D. John Sauer*
D. John Sauer, #58721MO
 Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov

## CERTIFICATE OF SERVICE

On February 3, 2022, I caused the foregoing to be filed through the Court's electronic filing system to be served by electronic notice on all counsel for parties and *amici* who have appeared in this case.

<em>/s/ D. John Sauer</em>