# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ERIC S. SCHMITT, in his official capacity as Missouri Attorney General, <br><br>  Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No 1:20 CV 99 SNLJ<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

In accordance with the Memorandum and Order issued today, this matter is hereby DISMISSED with prejudice.

Dated this 8th day of July, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE