IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ERIC S. SCHMITT, in his official capacity as Missouri Attorney General, <br><br> Plaintiff, <br><br> v. <br><br> THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and CHINESE ACADEMY OF SCIENCES, <br><br> Defendants. | Case No. 1:20-cv-00099-SNLJ |

## NOTICE OF APPEAL

Notice is hereby given that the State of Missouri ex rel. Eric S. Schmitt, in his official capacity as Attorney General of Missouri, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the district court's July 8, 2022, Memorandum and Order, Doc. 61, and Order of Dismissal, Doc. 62, dismissing the action with prejudice.

1

Dated: July 8, 2022                    Respectfully submitted,

**ERIC S. SCHMITT**
**ATTORNEY GENERAL**

*/s/ D. John Sauer*
D. John Sauer, #58721MO
 Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov

## CERTIFICATE OF SERVICE

On July 8, 2022, I caused the foregoing to be filed through the Court's electronic filing system to be served by electronic notice on all counsel who have appeared in this case.

*/s/ D. John Sauer*