US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** State of Missouri v. People's Republic of China et al

**USCA#:**

**Case Number:** 1:20-CV-00099-SNLJ

**Plaintiff:** STATE OF MISSOURI, et al.

**Defendant:** PEOPLE'S REPUBLIC OF CHINA, et al.

**Attorney:**
Dean John Sauer (for pla)
P O Box 899
Jefferson City, MO  65102
Ph:  573-751-8870   Fax:
Email:  john.sauer@ago.mo.gov

Justin D. Smith
OFFICE OF THE ATTORNEY GENERAL OF MISSOURI - Jefferson City
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102-0899
573-751-3321
Fax: 573-751-0774
Email: Justin.smith@ago.mo.gov

**Attorney:**
Amy Collignon Gunn (for am)
800 Market Street
Suite 1700
St. Louis, MO  63101
Ph:  314-241-2929   Fax:  314-241-2029
Email:  agunn@simonlawpc.com

Jacqueline M. Kinder (for am)
BROWN AND JAMES PC - St Louis
Bank of America Plaza
800 Market St., Suite 1100
St. Louis, MO 63101
314-421-3400
Fax: 314-242-5489
Email: jkinder@bjpc.com

**Court Reporter(s):**

Please return files and documents to:
Clerk for Eastern District of Missouri

Person to contact about the appeal:
Christy Hency at 573-331-8803

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | $505.00 | | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**

People's Republic of China, Communist Party of China, National Health Commission of the People's Republic of China, Ministry of Emergency Management of the People's Republic of China, Ministry of Civil Affairs of the People's Republic of China, People's Government of the Hubei Province, People's Government of Wuhan City, Wuhan Institute of Virology, Chinese Academy of Sciences, Lawyers for Upholding International Law