## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-2495

State of Missouri, ex rel. Eric Stephen Schmitt, in his official capacity as Missouri Attorney General

Appellant

v.

The Peoples Republic of China, et al.

Appellees

------------------------------

The Lawyers for Upholding International Law

Amicus Curiae

The China Society of Private International Law

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:20-cv-00099-SNLJ)
_____

**ORDER**

The motion to withdraw as counsel filed by Mr. Justin D. Smith is granted. Mr. Justin D. Smith for Mr. Eric Stephen Schmitt has been granted leave to withdraw from this case.

January 03, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans