# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2495

_____

State of Missouri, ex rel. Eric Stephen Schmitt, in his official capacity as Missouri Attorney General

Plaintiff - Appellant

v.

The Peoples Republic of China; Communist Party of China; National Health Commission of the Peoples Republic of China; Ministry of Emergency Management of the Peoples Republic of China; Ministry of Civil Affairs of the Peoples Republic of China; Peoples Government of the Hubei Province; Peoples Government of Wuhan City; Wuhan Institute of Virology; Chinese Academy of Sciences

Defendants - Appellees

------------------------------

The Lawyers for Upholding International Law

Amicus Curiae

The China Society of Private International Law

Amicus on Behalf of Appellee(s)

------

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:20-cv-00099-SNLJ)

------

**JUDGMENT**

Before SMITH, Chief Judge, STRAS, and KOBES, Circuit Judges.

  This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

January 10, 2024

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans