# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2495

State of Missouri, ex rel. Eric Stephen Schmitt, in his official capacity as Missouri Attorney General

Appellant

v.

The Peoples Republic of China, et al.

Appellees

------------------------------

The Lawyers for Upholding International Law

Amicus Curiae

The China Society of Private International Law

Amicus on Behalf of Appellee(s)

------

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:20-cv-00099-SNLJ)

------

## MANDATE

In accordance with the opinion and judgment of January 10, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 01, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit