IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex. rel.<br>ERIC SCHMITT, in his official capacity<br>as Missouri Attorney General,<br><br>    Plaintiff,<br> -vs-<br><br>THE PEOPLE'S REPUBLIC OF<br>CHINA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:20-cv-00099-SNLJ<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Samuel C. Freedlund, Deputy Solicitor General, enters his appearance as counsel of record for Plaintiff State of Missouri.

Dated: February 1, 2024    Respectfully submitted,

                **ANDREW BAILEY**
                ATTORNEY GENERAL

                /s/ Samuel C. Freedlund
                Samuel C. Freedlund, #73707MO
                 *Deputy Solicitor General*
                Office of the Attorney General
                815 Olive Street, Suite 200
                St. Louis, MO 63101
                Tel. (314) 340-4869
                Fax (573) 751-0774
                Samuel.Freedlund@ago.mo.gov

                *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, a true and accurate copy of the foregoing Entry of Appearance was electronically filed by using the Court's CM/ECF system to be served on all counsel of record.

/s/ Samuel C. Freedlund