# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ANDREW T. BAILEY, in his official capacity as Missouri Attorney General, </br></br>  Plaintiff, </br></br> v. </br></br> THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and CHINESE ACADEMY OF SCIENCES, </br></br>  Defendants. | Case No. 1:20-cv-00099-SNLJ |

## [PLAINTIFF'S PROPOSED] CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff State of Missouri ex rel. Andrew T. Bailey ("Missouri") has moved for this Court to set a trial date and enter a case management and scheduling order that will permit Missouri to seek discovery and conduct an evidentiary hearing on its claims on or around December 9, 2024. Upon consideration of the motion, the Court orders the following:

(1)   No Rule 26(f) discovery conference between the parties is required;

(2)   Missouri is not required to provide initial disclosures to the parties under Rule 26;

1

(3) Expert disclosures to the parties as to Missouri's expert witnesses are not required; however, Missouri shall file with the Court the credentials and any report(s) of any expert witnesses who will testify at trial seven days before the start of the trial;

(4) Pursuant to Rule 26(d)(1), the Court orders that Missouri may immediately pursue discovery from parties and third parties relevant to Count IV of Missouri's Complaint against all Defendants;

(5) Missouri shall file a pre-trial brief outlining the evidence it plans to submit at trial for the Court's benefit seven days before the commencement of trial;

(6) Pretrial disclosures by Missouri are not required; however, Missouri shall file a list of witnesses it intends to call at trial seven days before the start of the trial;

(7) The deadline for amendments to the pleadings, if any, shall be 14 days before trial;

(8) Missouri shall file deposition designations and excerpts for any witness testifying by deposition seven days before the start of the trial;

(9) Missouri may submit evidence both in written form and by live testimony, and Missouri shall file other written forms of evidence apart from live testimony, including affidavits and documentary exhibits (other than exhibits to be presented during live testimony) seven days before the start of the trial;

(10) Missouri shall file its list of trial exhibits on the first day of trial;

(11) Trial shall be set for two days beginning on December 9, 2024.


Dated: _____                    It is so ordered.




                                            _____
                                            The Hon. Stephen N. Limbaugh, Jr.