Case: 1:20-cv-00099-SNLJ   Doc. #: 80-17   Filed: 12/02/24   Page: 1 of 3 PageID #: 4724



**Missouri Governor — Michael L. Parson**
Office of Communications

---

COVID-19 BRIEFING
APRIL 10, 2020

3:00 PM (CST)

Good afternoon. Thank you for listening again today.

As of 2:00 p.m. today, there have been 3,799 positive cases of COVID-19 in Missouri, including 96 deaths. Over 41,000 Missourians have been tested.

Today, Director Karsten is here to give an update on PPE.

*(DIRECTOR KARSTEN SPEAKS)*

Thank you, Director Karsten.

As most of you know, the General Assembly returned to the State Capitol earlier this week to vote on the Supplemental Budget bill. Today, I am pleased to announce that I signed the Supplemental Budget passed by the General Assembly.

This piece of legislation will provide access to critical federal funding passed by Congress and signed by President Trump to help combat COVID-19.

COVID-19 has had an overwhelming impact on our economy, and many local governments, healthcare providers, education institutions, businesses, and other groups will rely on this funding.

With this funding, we hope to help buy more PPE for our healthcare providers, law enforcement, and first responders who are on the frontlines of the COVID-19 battle. We will also be able to provide alternate medical locations outside of traditional hospitals, and be able to staff these locations with health care professionals

In addition, some of this funding will be used to support local governments and the expenses they have incurred battling this public health crisis.

We are also hopeful that this funding will help mitigate losses to our education institutions, which help prepare our health care workers of the future and support Missouri's economy.

We were not alone in moving this critical piece of legislation across the finish line.



## Missouri Governor — Michael L. Parson
Office of Communications

---

We are very grateful for the action of the General Assembly, and for the cooperative work between the House and Senate, to accomplish this goal.

I would like to thank the leadership in both the House and the Senate, House Budget Chair Cody Smith, and Senate Appropriations Chair Dan Hegeman. Your work on this bill will help provide critical resources to those who need it the most.

We want to make every dollar count for Missourians.

With the passage of the supplemental budget, today I am establishing a working group to help make recommendations on the best use of this federal funding.

Serving as an advisory body, this group will study and analyze the federal relief available to the State of Missouri, our citizens, and businesses.

I have called on State Treasurer Scott Fitzpatrick to lead this group, along with the OA Budget and Planning team and my staff.

In his role, the State Treasurer manages several state funds and oversees the collection and payment of critical resources in the state. As a fellow small business owner, he understands the impact of COVID-19 on businesses and the economy.

In leading this group, he will work with key legislative budget members, members of our federal Congressional Delegation, and our state budget team to make the most out of this critical funding.

We are happy to have Treasurer Fitzpatrick here today.

*(STATE TREASURER SPEAKS)*

Thank you, Treasurer. We are thankful for you taking on this role to serve Missouri and our citizens.

As we approach Easter Sunday, I would like to share some personal thoughts with you today.

For Christians in Missouri, we know that this is Holy Week, and today is Good Friday.

Whether Christian, Jewish, Muslim, or any of the diverse faiths that many Missourians hold, the COVID-19 crisis has been a challenge for religious leaders and followers.

\



**Missouri Governor — Michael L. Parson**
Office of Communications

---

Some of the hardest decisions I've had to make have been orders that impact how Missourians of faith can gather and worship during this crisis. These are decisions no Governor ever wants to make, and I hope I never face them again.

Through it all, I have been in regular contact with religious leaders across our state. Ministers across Missouri have responded to this crisis in creative ways to worship remotely and practice social distancing.

They are providing food for the needy and checking on the elderly. They continue to pray for Teresa and me, which we deeply appreciate.

In times of crisis, Missouri's diverse faith community always answers the call and steps up to help wherever they can.

The COVID-19 crisis is no different.

No virus, no government, no piece of paper – nothing can keep us from worshipping.

Here with us today are Pastor Jon Nelson – Lead Pastor at Soma Community Church in Jefferson City – and Monsignor Robert Kurwicki of St. Michael's Church in Russellville and the House's Chaplain for a number of years.

As this Easter weekend begins, I would like to invite them to offer some encouraging words.

*(PASTOR JON NELSON SPEAKS)*

Thank you, Pastor Nelson. Monsignor Kurwicki …

*(MONSINGOR KURWICKI SPEAKS)*

Thank you, Monsignor Kurwickik, and thank you both again for your kind and encouraging words. Now I'll turn it over to Kelli for some questions.

*(OPEN FOR QUESTIONS)*