# Governor Parson Announces $50 Million in New Grant Programs for Missouri Businesses

governor.mo.gov/press-releases/archive/governor-parson-announces-50-million-new-grant-programs-missouri-businesses

JULY 14, 2020

Jefferson City — Today, Governor Mike Parson announced $50 million in new grant programs for Missouri businesses.

"The COVID-19 crisis has severely impacted Missouri businesses," **Governor Parson** said. "However, this challenge has not stopped them from stepping up and finding new ways to serve Missourians. These critical programs will help Missouri businesses continue their operations, cover costs for increased PPE production, and keep them safe and moving forward."

"This virus isn't going away, and we have to protect both the lives and the livelihoods of Missouri workers, families, and children," **Department of Economic Development Director Rob Dixon** said. "Thanks to today's action by the Governor, we are not only reinvesting in our economy but building up the success and safety of our state over the long term."

### $30 Million Small Business Grant Program

The Small Business Grant Program was developed to provide relief to small businesses and family-owned farms for reimbursement of business interruption costs due to the COVID-19 crisis.

This program is available to for-profit businesses and family-owned farms that employ 50 or fewer employees. Funds can be used to cover facility redesign and labor, air filtration systems, e-commerce website design, worker salaries during closure or reduced hours, and necessary costs to make the business more resilient as a result of COVID-19, among others.

"We know that every segment of agriculture has felt the tremendous impact of COVID-19 and will for many years," **Missouri Department of Agriculture Director Chris Chinn** said. "We have continuously worked with Governor Parson and colleagues across state government—including DED and the General Assembly – to provide support for the unmet needs of Missouri's family-owned farms and ranches."

### $20 Million PPE Retooling Grant Program

The PPE Production Grant Program is designed to increase production of personal protective equipment (PPE) needed to help contain the spread of COVID-19. The new program will help companies produce PPE in Missouri as part of the state's Show Me Strong

Recovery Plan.

This program assists manufacturers by awarding grant funds to reimburse companies facing high PPE production costs. Eligible uses for awarded funds under the PPE Production Grant Program include purchasing equipment and retooling, upgrading, or expanding facilities to increase PPE production.

Funding for these programs comes from the CARES Act. The programs will be administered through the Department of Economic Development. Businesses interested in the programs can learn more and apply at showmestrong.mo.gov.