## Get Involved: How You Can Help with COVID-19

The state of Missouri is doing all it can to keep Missourians safe and stop the spread of COVID-19. But we're stronger if we all work together. Governor Parson is calling on health care professionals, schools of public health or medicine and PPE products providers and manufacturers to come forward to support the state's response. It's going to be difficult and it's going to be disruptive, but we will get through this together.

**Sell or Manufacture Medical Products to Missouri**

There is shortage of personal protective equipment — or PPE — products in the state, including gloves, masks and gowns. Governor Parson is asking all PPE product providers to sell to the state any products that are not essential or not currently being used.

Governor Parson is also encouraging any company with the proper equipment or personnel to begin to manufacture personal protective equipment products.

**Ready to Sell**

Understanding FDA Regulations for PPE
Information about Gloves
Information about Hand Sanitizer

**Want to Manufacture**

Information about Masks
Information about Surgical Gowns
Information about Ventialtors

How can we help?