Case: 1:20-cv-00099-SNLJ    Doc. #: 80-32    Filed: 12/08/24    Page: 1 of 41 PageID #: 4901

Privacy Policy | Feedback    **f** Follow 22M                    Thursday, Aug 29th 2024 12PM **95°F**    3PM **94°F**    **5-Day Forecas**



| Home | Showbiz | Femail | Royals | Sports | Health | Science | Politics | Money | U.K. | Video | Travel | Puzzles | Shopping |

Breaking News   Australia   Video   University Guide   China   Debate   Meghan Markle   Prince Harry   King Charles III   Weather   Most read                    Login

ADVERTISEMENT

# Is 'Patient Su' Covid's Patient Zero? IAN BIRRELL, who's led the way in exposing Beijing's lies, reveals how a woman aged 61 was diagnosed with virus THREE weeks before China admits that it even existed

○ Site ○ Web  [Enter your search]

ADVERTISEMENT

- **Mistake by Chinese official may have disclosed details of early Covid case**
- **Error shows the woman, 61, lived about a mile from a coronavirus research lab**
- **She was also close to a stop for the high-speed rail line that spread the virus**

By IAN BIRRELL FOR THE MAIL ON SUNDAY
PUBLISHED: 17:06 EDT, 29 May 2021 | UPDATED: 03:20 EDT, 30 May 2021

**278**
shares

**773**
View comments

A mistake by a leading Chinese official may have disclosed the name, address and details about one of the first people suspected of being infected with Covid-19 in Wuhan, three weeks before **Beijing** authorities claim they detected the initial case.

The astonishing error, revealed in a screen-grab sent to a Chinese medical journal, shows that the 61-year-old woman, known as 'Patient Su', lived about a mile from one of the city's main **coronavirus** research labs.

She was also close to a stop for the high-speed rail line that is believed to have played a key role in spreading the virus around the city of 11 million people.

**TOP STORIES**

**Major US discount retailer on brink of bankruptcy with 1,400 stores under threat - as shares drop by 50%**

AD



Go to EllipseFit.com to Order Now!

Tom Tugendhat MP, chairman of the Common's foreign affairs committee, said: 'The time has come for China to open up all its files so the world can find the truth about the origins of this pandemic.

'We cannot protect against future risks if there is not recognition that we all need to share knowledge and learn from any mistakes.'



+4
View gallery

The astonishing error, revealed in a screen-grab sent to a Chinese medical journal, shows that the 61-year-old woman, known as 'Patient Su', lived about a mile from one of the city's main coronavirus research labs (pictured)

This latest development emerged as the result of an interview given to a Chinese medical journal by the scientist tasked with compiling the country's official data on cases.

Professor Yu Chuanhua, professor of biostatistics at Wuhan University, told Health Times that he had 47,000 cases on his national database of confirmed and suspected cases by late February 2020.

These included one suspected fatality of a patient who fell ill in late September 2019.







TikTok star Eixchel Berroteran nearly murdered by stepdad in horrifying attack: 'Only God knows why I am still here'

Warning over drinking alcohol and taking common prescription drug at same time as man, 68, suffers organ failure

Existence of another figure from the Bible may have just been proven - after discovery of 'genie' stone

ADVERTISEMENT



As pathetic Kamala cowers behind emotional-support dog Tim Walz in her soft-touch CNN interview, KENNEDY reveals the FIVE fatal questions the liberal network wo...



Distraught families left in the lurch as iconic national park abruptly cancels all summer vacations ahead of Labor Day



The View host Ana Navarro launches blistering attack on 'dismal failure' Megyn Kelly after her foul-mouthed rant about CNN's Kaitlan Collins



Heartbroken elderly woman, 96, faces eviction from home where she's lived for 20 years in Dem state where lawmakers want to give migrants $150k to buy homes

'There is data on a patient who became ill on September 29,' he said. 'The data shows the patient has not undergone nucleic testing and the clinical diagnosis is a suspected case. The patient has died. The data has not been confirmed.'

The academic then detailed two more suspected cases reported to Wuhan doctors on November 14 and 21, along with several others before December 8 – the date that China gave to the World Health Organisation for the 'earliest onset case'.

The Health Times article included a screenshot of the two November cases on the professor's database. Although personal details were blurred out, some were visible, including the hospital name and home district.

They show Patient Su was treated at Rongjun Hospital in Wuhan and, given the building and street numbers, almost certainly lived in the Kaile Guiyan community on Zhuodaoquan Street, about 600 metres from the medical centre.

Both the hospital and the residence are in the Hongshan district near where much of the bat-related coronavirus research was taking place in several laboratories.



**+4**
View gallery

© EPA

This latest development emerged as the result of an interview given to a Chinese medical journal by the scientist tasked with compiling the country's official data on cases. Pictured, the Wuhan Institute of Virology

These include a laboratory run by China's Centre for Disease Control with the second-highest global levels of biosecurity little more than one mile away, while downtown sites run by Wuhan Institute of Virology are less than three miles away.

David Asher, former lead investigator for the US State Department, told The Mail on Sunday in March that three researchers at the institute had become ill with a mysterious respiratory condition in November 2019, with the wife of one scientist dying.

**TRENDING**

ADVERTISEMENT



Kylie Kelce reveals Travis Kelce's ridiculously expensive $38k purchase with his first NFL paycheck
He made some irresponsible financial decisions





Baywatch star Michael Bergin, 55, who dated Carolyn Bessette before JFK, is STILL handsome - see what he looks like today
The actor now sells real estate



Major study reveals overlooked foods that can slash cancer risk up to 35% - and the ones to avoid



Brittany Mahomes says she 'doesn't give a f***' what people think of her amid public support for Donald Trump



Ever used Google Chrome in incognito mode? You could be entitled to up to $5,000 compensation - here's how to claim it



Vile school bullies are filmed forcing victim into degrading act



Missouri teen paralyzed by rare virus as he clings to life on a ventilator



Famous TV chef is killed while trying to stop burglars breaking into car in crime-ridden Kansas City



**TikTok star's stepdad tries to kill her in attempted murder suicide**

8.8k viewing now



**Heartbroken elderly woman, 96, evicted from home in Dem state**

2.8k viewing now



**Iconic national park abruptly cancels all summer vacations**

4.1k viewing now

**EXCLUSIVE** **I caught Lily Allen and married Liam Gallagher joining the Mile High Club:** Ex-Virgin Atlantic captain reveals truth behind first class plane romp



▶ **Michael Jackson's bodyguard reveals what he thinks about child sex abuse claims that dogged King of Pop and what really killed star who would have turned 66 today**

▶ **Antiques Roadshow expert 'left with heart palpitations' over 'visual feast' paintings worth life-changing sum - as guest visibly shudders and BBC crowd gasp ove…**



ADVERTISEMENT

Last week, the Wall Street Journal reported these researchers ended up in hospital although China has furiously denied the claims. On Thursday, President Joe Biden ordered US intelligence services to carry out a fresh probe into the pandemic's origins.

One Washington source told The Mail on Sunday that US intelligence on the Wuhan researchers was collected in late 2019 in data-scraping from routine surveillance. It is thought to include tapped phone conversations, texts and emails.

He said it was not discovered until efforts were intensified last year to investigate the pandemic's origins and any possible links with Wuhan laboratories – and that it is backed by testimony from a source with access to one of the units.

It is also understood that Washington has been surprised by the lack of input from British intelligence into China's cover-up, given their liaison over other global concerns. 'The UK seemed surprisingly reticent,' he said.

The area where Patient Su lived and was treated is more than 13 miles from the Huanan market originally blamed by Beijing as the source of Covid-19 and which was rapidly cleaned up after Taiwan notified the WHO about the emerging crisis. The second patient in November was listed as a 62-year-old man called Wang, who was treated at Hanyang hospital.

Professor's Yu's interview with Health Times took place on the day China's health authorities issued a silencing gag on the novel coronavirus as President Xi Jinping tried to regain control of the situation.

▶ **Netflix star, 41, dies suddenly on beach as friends pay heartbreaking tributes to 'incredible actor'**





▶ **Breakthrough as US researchers 'crack the autism code'**





8/29/24, 1:36 PM
Case: 1:20-cv-00099-SNLJ · Doc. #: 80-32 · Filed: 12/06/24 · Page: 5 of 41 PageID #: 4905
Is 'Patient Su' Covid's Patient Zero? asks IAN BIRRELL | Daily Mail Online



**J.D. Vance shuts down 'haters' who BOOED him during firefighters speech by revealing his initial thoughts on Donald Trump**



**Netflix fans 'completely obsessed' with 'glorious' new show and demand a second season after binge-watching - branding creator 'a genius'**



**American woman, 18, is arrested in Greece for 'raping 20-year-old drunk man in an abandoned house'**



**Bone-chilling home surveillance footage of prowler in elderly woman's house that would terrify anyone**



**Bristol Palin reveals 'gut-wrenching' six-word text teen son sent her about moving to live with dad and stepmom 3,000 miles away**



**MSNBC anchor goes haywire on Trump advisor before ending segment with furious threat**



**California parents terrified after group of 20 migrants try to board elementary school bus**



**How this tragic card about becoming a mother sealed a young girl's death warrant after years of shocking abuse**

ADVERTISEMENT

+4
View gallery

The area where Patient Su lived and was treated is more than 13 miles from the Huanan market originally blamed by Beijing as the source of Covid-19 and which was rapidly cleaned up after Taiwan notified the WHO about the emerging crisis. Pictured, the Wuhan Institute of Virology

Yu rang the journalist within two days to retract this information, claiming the dates had been entered incorrectly and all the other suspected cases before December 8 needed verification.

The details were discovered by Gilles Demaneuf, a member of the 'Drastic' group of online digital activists who have uncovered many of the facts seen as contradicting the official Chinese narrative that Covid-19 was a disease that crossed over naturally from animals.

'We were able to pinpoint the exact name, age and address of a very early suspected case nearly one month before the official first case,' said Demaneuf, a French data scientist who works for a New Zealand bank. 'That address is right next to the subway line No 2 and also not far from a People's Liberation Army hospital that treated some of the other earliest cases.'

This rail system carries a million people a day and connects the wet market, Wuhan Institute of Virology and an international airport.

Demaneuf argues these new findings show many more clues might be accessible if there are continued and determined efforts to evaluate the lab leak theory – rather than 'wishful acceptance at face value of statements from China'. The WHO was widely condemned for its 'whitewash' investigation earlier this year when it allowed Beijing to vet its team of experts.

It adopted China's narrative that a lab leak was 'extremely unlikely' while pushing discredited theories that Covid might have been imported on frozen food. The organisation's joint report even backtracked on an influential Lancet study by Chinese scientists which examined the first 41 patients admitted to hospital and gave the date of the first case as December 1, 2019.

This man, whose wife and son also fell ill as the first confirmed family cluster of Covid, was excluded because his respiratory condition allegedly responded to antibiotics.

Meanwhile, a well-sourced report in the South China Morning Post in March claimed there were nine cases by the end of November, involving four men and five women

aged between 39 and 79, with the first diagnosis on November 17.

Southampton University modelling experts suggested China could have cut global
cases by 95 per cent if it had taken action to contain the disease three weeks earlier –
instead of covering up the outbreak and pressing ahead with New Year festivities that
involved millions of people moving around the country.

President Biden will release origins of COVID intelligence report

 Watch the full video



0:00 / 1:04

Beijing    China    Covid-19

---

Share or comment on this article: Is 'Patient Su' Covid's Patient Zero? asks IAN
BIRRELL

**278**
shares

Recommended by Outbrain



**Trump-vs-Kamala Vote Here**

HUGE: Newsmax Gets 10 Million
Viewers! See Big Ratings:...
Newsmax | Sponsored

**This game will kill your time.
It's simple but addictive.**

Stormshot | Sponsored

EXCLUSIVE  **Suri
Cruise, 18, has 100
drama classes to
choose from at
Carnegie Mellon and
one of them examines
dad Tom Cruise's sex-
cult film Eyes Wide
Shut**

▸ **Venezuelan migrant
gang takes over
apartment complex in
Aurora**



▸ **After 39 days Kamala
Harris finally does an
interview as bombshell
poll shows Trump
surging with key voter
group**



▸ **Mold, roaches and
blood found in 'rancid'
Boar's Head deli meat
plant linked to deadly
listeria outbreak, recall**



▸ **Who is Paralympian
Zion Clark? Meet the
MMA fighter, wrestler
and Guinness World
record holder who won
Conor McGregor's seal
of approval**



▸ **Caitlin Clark can't
contain her laughter as
Fever teammate
accidentally drops X-
rated remark in press
conference**
She made an
unfortunate comment
without realizing



▸ **LA doctor Hamid
Mirshojae had accused
his ex-wife of
threatening to kill him
just before he was shot
dead outside his clinic
as bitter legal battle is
revealed**





### [Gallery] It's No Secret Why Melania Trump Isn't Around Anymore

Babamail | Sponsored

### These Barefoot Shoes are Leaving Neuropathy Experts Baffled

Barefoot Vitality | Sponsored



### Husband Demands Divorce, Wife's Brilliant Reply Makes Him Regret Every Word

Loan Societies | Sponsored



### New Telluride Is Here & It's Turning Heads (See Offers)

Search Ads | Sponsored



### California man sings Tina Turner hit after decapitating his...

News



### Trump: Why I will demand resignations for th...

News

### Iran increases its stockpile of near weapons-grade...

News

**MOST WATCHED NEWS VIDEOS**                    Embed this </>

CCTV shows hooded figure spraying 'No

Starmer defends plans to tighten laws around

Scene after boulder comes crashing down

Scene after man in wheelchair is stabbed

Trump weighs in on Kamala's long-awaited

Harris campaign mocks Trump with chicken

Police and fire crews on site after road

'Robin Hood' supermarket thief



▶ Kate Spade was suffering mental anguish and drinking alone in the last years before her suicide, friend reveals



▶ Now Meghan is monetizing herself! Duchess is ploughing money into small brands and then plans her outfits knowing the labels will get a sales boost

EXCLUSIVE Sports Illustrated Swimsuit model Camille Kostek, who is dating football star The Gronk, is seen working at a fast food restaurant





▶ I'm an ex-CIA officer, here's how we got people to turn on their countries to become spies for the U.S. government

▶ Kaia Gerber makes a cryptic dig at an ex as she reads a book entitled 'Dear D***head' - weeks after looking loved-up with Austin Butler

EXCLUSIVE Brittany Cartwright and Jax Taylor had bitter fights and a sexless marriage before divorce - as insiders reveal the REAL reasons she filed

▶ Wedding dress designer at war with bride over $10,000 gown



▶ REVEALED: The northeastern state that won't tell voters about its 'secret' $1 billion spend on migrants











ADVERTISEMENT



## Comments 752
Share what you think

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.



**Insanity**, Birmingham, 3 years ago

This information & much much more was reported by Inconvenient Truths Jennifer Zeng in a series of fully documented videos and timelines around 2Q 2020 and suppressed by governments & MSM including the DM. Now the DM wants to make it news. Why? Is the DM trying to protect itself?

Click to rate | **5** | **0**

**CornishPastyFan**, Puget Sound, United States, 3 years ago

Well, about 90% of DM commenters have said from the very beginning of the pandemic that COVID-19 is nothing but a hoax intended to hurt Donald Trump, even though the vast majority of people affected by COVID-19 were not in the U.S.

Click to rate | **0** | **2**



**Boffy**, Gotham City, Saint Pierre And Miquelon, 3 years ago

China seeks to dominate the world. They seek to infiltrate and steal ideas. The CCP has no morals. They want dominance through 'Belt and Road.

### Show more


**Divorce attorney who will only represent men is savaged after making outrageous claim about marriage**


**Kim Kardashian sizzles in tube top with skintight trousers as she and daughter North do Charli XCX's Brat dance**


**ABC News DENIES Kamala Harris' last-minute microphone request for debate with Trump as the full set of rules are revealed**


**Oblivious VRBO guests caught on camera trashing vacation rental and hoping they'd get away with it**


**Donald Trump lists the questions CNN must ask Kamala Harris in her first interview as the Democratic candidate**


**Savvy DoorDash customer reveals how she makes money by getting pizza delivered with extreme hack**


**Cops finally crack mystery of the 'Pinnacle man' 50 years after his frozen corpse was found in a cave**

**Metallica devastated after fan dies at concert: 'We're touched he got to spend his final time with us'**



The band broke their silence on the tragedy

No thank you for the music! Abba tells Trump to stop using their songs at rallies

The group's record label responded

Get 25% off Coco & Eve haircare best-sellers on Amazon that make your hair 'silky soft' when you use this limited time coupon code

ADVERTISEMENT

Set your sights on TWO new Charlotte Tilbury launches: a 28-hour volumizing mascara AND anti-aging eye patches

EXCLUSIVE Are Harry Styles and Taylor Russell back together? Actress is seen walking around singer's beloved Hampstead three months after they 'parted ways'

▶ Blake Lively's brother-in-law DEFENDS actress amid It Ends With Us drama with co-star Justin Baldoni: 'The truth has not come out yet'

▶ Melania becomes a No.1 best-seller! Memoir revealing intimate details of how she met Trump and became a mother tops sales charts... and it's not even out yet

▶ Inside the dark world of K-pop: From gang-rape and sex club scandals to rampant drug abuse, leaked sex tapes and tragic suicides

▶ Barry Keoghan hints he is still dating Sabrina Carpenter following split rumors as he posts sweet comment on Instagram

▶ Kim Kardashian poses with bold new hairstyle - and posts cryptic love message

▶ The Bachelorette viewers left FUMING at 'fake' Jenn Tran's 'cold' treatment of Jonathon Johnson after his brutal dumping

▶ Katie Holmes is chic in sheer black blouse as she steps out in NYC... before daughter Suri Cruise's Labor Day break from CMU

▶ Julia Garner plays dancer plagued by sinister forces in trailer for Rosemary's Baby prequel Apartment 7A
The spine-tingling new teaser is here

ADVERTISEMENT

▶ **Going, going, GONE!: This best-selling self-emptying Shark WandVac is over $150 off right now on QVC but hurry because it won't last long**

▶ **Jason Kelce shares secret to New Heights success with Travis as he reveals why he's trying not to end up like Pat McAfee ahead of ESPN debut**

▶ **Shanina Shaik shows off her incredible model figure in a blue and yellow crochet bikini as she goes for a swim in Saint Tropez**

▶ **Rob Lowe, 60, was busted by cops in the '80s when smoking pot with Michael J Fox, 63, on a BUS that also had Sarah Jessica Parker as a passenger**

▶ **Paris Hilton defends not putting life vest on son Phoenix as he explored catamaran: 'It's a big boat'** The 19-month-old walked all over the shaky deck

▶ **The return of Winona Ryder: Star cements comeback after shoplifting shame sent her into hiding - and finally found happiness after 'wild' lovers including Johnny Depp**

▶ **Meg Ryan and daughter Daisy, 20, make a rare public outing together as they enjoy a sunny day of shopping in New York City**

**Amal Clooney exudes glamour in a white silk gown as she and husband George**

Case: 1:20-cv-00099-SNLJ   Doc. #: 80-33   Filed: 12/02/24   Page: 12 of 41 PageID
#: 4912

▸ welcome Apple CEO
Tim Cook to Lake
Como

▸ Get personalized
skincare with Proven:
The best-selling beauty
brand uses AI to create
a customized 3-step
skincare routine for
every user

▸ Cate Blanchett covers
her cleavage as she
stuns in an extreme
plunging jumpsuit at
the Disclaimer premiere
during Venice Film
Festival after joking she
would arrive 'naked'

ADVERTISEMENT

▸ Angelina Jolie brings
the glamour in a brown
chiffon dress as she
arrives for the Venice
Film Festival ahead of
her Maria premiere

Viaduct where Harry
Styles enjoyed his first
kiss is so besieged by
besotted fans that rail
bosses are forced to

▶ put up fence to protect it

▶ Barry Keoghan joins the cast of the Peaky Blinders movie alongside returning Cillian Murphy - as filming gets set to start next month

▶ Tom Brady drops another NFL comeback hint as he throws to receivers in practice and admits he's been DREAMING about the Super Bowl

▶ Noel Gallagher reveals 'real reason' he fell out with Liam in hilarious 'first interview' about Oasis reunion as he speaks to fans in shop

▶ Gigi Hadid and Sydney Sweeney love the iconic denim brand Rolla's Jeans; get the 'most flattering' jeans here and nail supermodel-off duty style

▶ Winona Ryder smiles as she arrives in London hours after leaving Venice alongside Jenna Coleman and the cast of Beetlejuice 2 ahead of the London premiere

▶ Ashley Benson stuns in a strapless black dress while on a dinner date with husband Brandon Davis in LA

▶ Claudia Schiffer, 54, stuns in a plunging black waistcoat and sexy matching gloves as she poses up a storm for striking Vogue Arabia cover

▶ Noel Gallagher begins rehearsals as his Oasis branded guitars are brought into his recording studio ahead of band's iconic reunion tour

ADVERTISEMENT

8/29/24, 1:36 PM
Case: 1:20-cv-00099-SNLJ    Doc. #: 80-33    Filed: 12/02/24    Page 14 of 41 PageID #: 4914
Is 'Patient Su' Covid's Patient Zero? asks IAN BIRRELL | Daily Mail Online

▶ Former Spice Girl Mel
C floored to discover
family's criminal past in
dramatic first look at
Who Do You Think You
Are?

▶ Erika Jayne looks
scruffy in first outing
since ex Tom Girardi's
conviction for stealing
$15M... after his
downfall ended $480k-
per-year glam squad
era

▶ Angelina Jolie hints at
the 'despair' and 'pain'
of her divorce from
Brad Pitt as she arrives
at the Venice Film
Festival photocall for
her heartbreaking new
movie Maria

▶ Justin Theroux, 53,
leaves Venice Film
Festival with rumored
fiancée Nicole Brydon
Bloom, 30, as she
continues to flash huge
new ring at airport after
Beetlejuice premiere

▶ Lily James flaunts her
incredible figure in a
black bikini before
abseiling down a cliff
as she shares a glimpse
of her picturesque
Ibizan break

▶ Celebrity skincare
hack: Emily in Paris star
Ashley Park swears by
this tinted face serum
and you can get 20%
off with this exclusive
code

► **Jeff Goldblum throws morning show into chaos as he bursts into song and ends up probing stunned hosts in 'nuttiest ever' interview to promote new Netflix series Kaos**

► **Kylie Jenner shares rare makeup-free snap after dissolving 'half' her lip filler**
The reality star went all natural

► **Jason Sudeikis is a doting dad as he sits court side at a basketball game with his children Otis, 10, and Daisy, seven**

► **What Courtney Love's Oasis fan daughter Frances Bean Cobain said to her when she turned down sex with Liam Gallagher**

ADVERTISEMENT

► **Inside Oasis' famously disastrous last gigs where 'drunk' Liam mouthed off at the crowd and Noel branded show a 'disgrace'**

Jennifer Aniston's ex Justin Theroux, 53, and his new young girlfriend Nicole Brydon Bloom, 30, spark engagement rumors with HUGE new ring

Emily Ratajkowski's fans praise her for wearing LESS makeup and more clothes in new ads

Chris Evans is 'deeply saddened' as three-year-old boy dies after 'medical episode' at star's CarFest festival

'Helped me so much with my extremely dry skin!' Shoppers can't get enough of this soap-free alternative that leaves skin ultra-soft - and you can save $40 today

Lily James flashes her toned midriff in a stylish cropped shirt and maxi skirt as she lands at Venice airport ahead of the Film Festival

Chappell Roan leaves fans thousands of dollars out of pocket as she cancels European tour dates last-minute because of 'scheduling conflicts'

What happened in The Rings Of Power season one? Full recap as The Lord Of The Rings returns to Prime - including that shocking Sauron reveal

Oasis reunion ticket costs REVEALED: Map shows standing, seated and VIP options… but furious fans blast 'working class heroes' for 'extortionate' prices

Coldplay's Chris Martin stuns fans as he does a surprise performance in the street - but sound issues disrupts set

ADVERTISEMENT

▶ Shirtless Romeo Beckham, 21, shows his love for Barbie while relaxing in a sauna as he holds the coveted hot pink Stanley Cup inspired by the movie

▶ Winona Ryder recalls how she was cruelly branded a 'freak' and 'witch' by her high school peers when original Beetlejuice film came out in 1988 and she was just 17

▶ Cate Blanchett looks elegant in a quirky polka dot suit as she arrives at Disclaimer photocall during Venice Film Festival

▶ Winona Ryder and Jenna Ortega lead the Beetlejuice stars leaving Venice Film Festival after their red carpet premiere

▶ Would you try this weight loss alternative to Ozempic and Wegovy? HERS uses the same active ingredient to help you shed pounds sensibly

▶ The Lord Of The Rings review: The Rings Of Power makes spell-binding return as Sauron casts dark shadow over Middle-earth in season two

▸ **Elle Macpherson, 60, turns Bondi into her own private runway as she dazzles onlookers in gold pants on her way to a book signing with Tracy Grimshaw**

▸ **The Witcher's Anya Chalotra and husband Josh Dylan show off their matching gold rings after secret wedding last year**

▸ **Jodie Comer cuts a stylish figure in a black patterned shirt as she catches up with her younger brother Charlie over dinner**

▸ **Jessica Biel enjoys the US Open in a powder blue co-ord and chunky gold chain amid husband Justin Timberlake's DWI scandal**

ADVERTISEMENT

▸ **Cate Blanchett has the best seat in the house for Beetlejuice 2 premiere as she watches the Venice festivities with her daughter Edith, 9**

▸ **Jenna Dewan's lawyers say Channing Tatum's**

▸ **team has used 'every trick in the book to stall this case from getting to a trial' in Magic Mike profits row**

▸ **Justin and Hailey Bieber's model friend Adwoa Aboah accidentally leaks their newborn son Jack's birth date**

▸ **Claim to Fame finale: Michael Bolton sends a sweet tribute to his nephew as he's crowned season three champion**

▸ **Kylie Jenner shares glimpse inside life with Aire and Stormi but keeps lover Timothee Chalamet hidden despite her focus on romance**

▸ **Brittany Cartwright seen with son Cruz, three, for first time amid Jax Taylor divorce as she seeks sole custody of toddler**
Vanderpump Rules star filed for divorce this week

▸ **Sigourney Weaver hits the red carpet with her child Shar Simpson as legendary actress turns the Venice Film Festival into a family affair**
Star shares Shar with her husband Jim Simpson

▸ **John Stamos reveals why he got REJECTED by the Church Of Scientology before landing big break in Hollywood**
Says he once took part in an introductory session for Scientology

EXCLUSIVE **Taylor Swift and Travis Kelce catch case of baby fever as they are seen cooing over teammate Patrick Mahomes's two-year-old daughter**

EXCLUSIVE **Rod Stewart, 79, and Penny Lancaster, 53, reach 'stalemate' in their marriage after he REJECTED offers on his $70 million Beverly Hills mansion**

ADVERTISEMENT

▶ **Andra Day stuns in unique see-through gown alongside glam co-stars Mo'Nique and Glenn Close at The Deliverance premiere in LA**

▶ **Jennifer Lopez left bitterly 'disappointed' by Ben Affleck amid divorce as Kick Kennedy dating rumors fly**
Pulled the plug on her two-year marriage

▶ **Claudia Schiffer, 54, oozes ageless appeal as she steps out in floral maxi dress in NYC... after marking birthday with sizzling bikini video**

▶ **Shania Twain's husband Frederic Thiebaud honors singer on her 59th birthday as he posts heartfelt message to his famous wife**

▶ **Pretty Little Liars star Tammin Sursok reveals her disastrous first date experience that gave her the 'ick'**

▶ **Bachelor Nation's Kaitlyn Bristowe held a 'funeral service' and 'fake burial' for Jason Tartick split**
Made bizarre revelation on latest episode of her Off The Vine podcast

▶ **Alexis Bellino is engaged to RHOC co-star Shannon Beador's ex John Janssen after nine months of dating**
Set to tie the knot

▶ **Parenthood star Mae Whitman, 36, gives birth to a boy and names him after her co-star Miles Heizer**
Shared the news on social media

▶ **Teresa Giudice poses in a lace up bathing suit while spending time with daughter Milania, 18, in Tampa**
The lookalike mom and daughter showcased their beach bodies

▶ **Jenna Ortega leaves little to the imagination in a striking sheer red gown as she steals the spotlight at the Venice Film Festival premiere of Beetlejuice 2**

ADVERTISEMENT

▶ **Blake Lively SLAMMED for revealing which movie made her 'laugh the hardest' in resurfaced interview**
The actress has sparked anger again

▶ **Baywatch's disgraced child star Jeremy Jackson says crystal meth addiction caused him to 'spiral down': 'My life slipped through my hands'**

▶ **Ice-T, 66, SLAMS viewer who accused his show Law & Order: SVU of going 'woke': 'Like I give a f∗∗∗!'**
He's been on the show since the beginning

▶ **Heidi Klum looks stylish in a white bodysuit and bell-bottom jeans as she heads to America's Got Talent taping in LA**

▶ **Irv Gotti, 54, - who produced hits for Jennifer Lopez and Ashanti - pictured with a cane after suffering a stroke six months ago**

▶ **Kelsea Ballerini reveals her beloved dog Dibs has 'inoperable' cancer as she thanks fans for 'prayers and love'**

▶ **Kim Kardashian playfully sticks out her tongue in latest sultry selfies**

▶ **Al Pacino recalls how his mother 'saved his life' before her fatal overdose as he credits her with his Oscar-winning career**

▶ **Rings Of Power star Morfydd Clark stuns in a cream three-piece suit as she attends the special screening of Starve Acre at BFI in London**
.

▶ **Taylor Swift is 'gearing up to release her debut novel' as she wraps the European leg of her mammoth Eras tour after sitting on the project for almost a decade**

ADVERTISEMENT

▸ **Gwyneth Paltrow returns to the big screen in Timothee Chalmet's Marty Supreme... her first role in five years**

▸ **Chrishell Stause and wife GFlip make the RARE move of both posing in bikinis as they hold hands in Greece**

▸ **Bhad Bhabie and baby daddy Le Vaughn get matching tattoos of each other's FACES - after her domestic violence allegations against him**

▸ **Jennifer Lopez and Ben Affleck's divorce judge has surprise connection to one of her famous exes - but insists there's no conflict of interest**

▸ **Pamela Anderson 'was offered opportunity to appear on Baywatch documentary' - amid notable absence from show**
She turned down the offer, sources say

**Jax Taylor was served Brittany Cartwright divorce documents ON**

▶ **CAMERA while filming season 2 of reality show The Valley in LA**

▶ **Heather Graham, 54, explains why she has been estranged from her FBI agent dad and schoolteacher mom for 30 YEARS**
The star has spoken out

▶ **Armie Hammer's ex-wife Elizabeth Chambers recaps her 'birthday week' with their kids the day HE turns 38**
Former couple split in July 2020

▶ **Winona Ryder, 52, is the epitome of chic in a striking photoshoot for Jimmy Choo's Autumn 2024 Campaign Launch**
Actress, 52, stars in Beetlejuice sequel

▶ **Courtney Love's story about not having sex with Liam Gallagher goes viral amid Oasis reunion - and why daughter Frances Bean was 'furious'**

▶ **Ashton Kutcher dresses down in a cap and T-shirt as wife Mila Kunis looks chic for a dinner date in LA**
Couple have been married for nine years

▶ **Marilyn Manson appeals Evan Rachel Wood defamation case dismissal over claim she forged FBI letter**

▶ **Jeff Goldblum, 71, catches the eye in a stylish Versace shirt as he joins wife Emilie Livingston, 41, at the star-studded KAOS photocall in London**

▶ **Joey Lawrence's co-star Melina Alves breaks her silence on rumors she had an affair with him on film set**
Actress is speaking out about it

**Jeopardy! host Ken Jennings, 50, 'has no intention' to leave show amid rumors he could be replaced by Colin Jost, 42**

**Charlie Sheen's ex Brooke Mueller involved with police probe of two people arrested in Matthew Perry ketamine overdose investigation**

**Michael Keaton reveals the blockbuster film he thought he 'sucked' in: 'It bugs me to this day'**

**Colin Farrell, 48, shows off his muscular frame while going shirtless after a yoga session in Los Angeles**

**Pictured: Shannon Beador blows into IID breathalyzer as she's back behind the wheel after her DUI arrest last year**
60-year-old RHOC star has device installed



ADVERTISEMENT



**LIVE TOP STORIES**

TOP STORIES    SHOWBIZ    SPORT


**'Unfairly attacked': Army defends Arlington Cemetery official who…**
USA TOD    See more versions


**I'm excited Harris is finally doing an interview so I can take her…**
USA TOD    See more versions


**Exclusive | ABC News rejects Kamala Harris' last-minute bid t…**
New York    See more versions


PAYWALL
**Russia-Ukraine energy war roars back into action after mediation…**
The Wash    See more versions


**Justice Dept. watchdog blasts FBI over handling of child sexual…**
NBC New    See more versions


**U.S. to reopen migrant sponsor program with new vetting proce…**
CBS New    See more versions


**Major US discount retailer on brink of bankruptcy**
MailOnline    See more versions


**Israel agrees to pause fighting in Gaza for polio vaccination, says…**
CNN · 47r    See more versions


**As the world focuses on Gaza, the West Bank has reached boiling…**
CNN · 3hr    See more versions


**Watch: J.D. Vance relentlessly booed by firefighters**

Click here to view more

Follow
Daily Mail

Subscribe
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

Follow
@dailymailuk

**Follow**
Daily Mail

**DON'T MISS**

▶ **Monica Bellucci and director boyfriend Tim Burton dress to impress in matching black as they pose on the red carpet at the Beetlejuice 2 premiere during Venice Film Festival**

**She is a major pop star who has made movies with Adam Driver and Bradley Cooper but is unrecognizable in her**

**latest selfie - who is she?**

**Paul Mescal shows off his tattoos as he steps out in his trademark short shorts after confirming Gracie Abrams romance**
Normal People actor is 28

**Sigourney Weaver looks glamorous in a black sequinned outfit as she attends Venice Film Festival premiere of Beetlejuice 2 - after breaking down in tears at press conference**

**Amy Jackson stuns in a semi-sheer gown as she attends the Venice Film Festival premiere of Beetlejuice 2  after marrying Gossip Girl star Ed Westwick**

EXCLUSIVE  **Blake Lively 'FEARING for her career' after explosive It Ends with Us drama, insiders reveal**

**Emily Ratajkowski is a busty beauty in a push-up bra as she lands high-profile campaign... after being 'body shamed'**
Landed British campaign: 'New for @kurtgeiger'

**EDEN CONFIDENTIAL: Prince Harry spares the Royal Family from further interviews**
Duke has no plans to promote paperback edition of memoir Spare

**Willem Dafoe, 69, cosies up to wife of 19 years Giada Colagrande, 48, on the Beetlejuice 2 red carpet during Venice Film Festival opening ceremony**

**David Hasselhoff, 72, reveals how his 1989 Berlin Wall performance SAVED Baywatch after it was axed for low ratings and high production costs**

**Gigi Hadid dazzles in an elegant gold gown as she shares behind the**

▶ scenes video from her
latest fragrance
photoshoot for
Rabanne

▶ Helena Bonham
Carter sparks
engagement rumours
with boyfriend Rye Dag
Holmboe as she shows
off a sparkling diamond
ring during day out

▶ Ben Affleck looks
tense at the office amid
Jennifer Lopez divorce
and Kick Kennedy
romance rumors

▶ Baywatch's disgraced
star Jeremy Jackson
reveals horrifying act
with female co-stars'
swimsuits
He made a shock
confession

▶ Megyn Kelly launches
astonishing foul-
mouthed attack on
CNN's Kaitlan Collins
The commentator held
nothing back

▶ What is the secret
behind Victoria
Beckham's £850 cult
dress that has been
worn by Kendall
Jenner, Queen Letizia
and Phoebe Dynevor?

▶ Fleabag to
moneybags! Phoebe
Waller-Bridge's
company raked in a
whopping £51,347
EVERY DAY last year
due to her starring role
in Indiana Jones

▶ US Olympian and
Rugby star Ilona Maher
is revealed as the next
Sports Illustrated
swimsuit model

▶ Brittany Mahomes
provokes fresh fury
with new hints about
her views on Donald
Trump

▶ Baywatch star David
Chokachi reveals X-
RATED secret
'technique' he used to
stop 'shrinkage' in the
famous tight swim
briefs

EXCLUSIVE **Taylor Swift and Travis Kelce soak up last weeks of summer before NFL season by shacking up at her $17M Rhode Island mansion**

▸ **Christina Aguilera poses TOPLESS for magazine cover… after 50lb weight loss sparked Ozempic rumors**

▸ **Jenna Ortega wows in a striking red gown as she joins dazzling Cate Blanchett, Monica Bellucci and Harry Styles's ex Taylor Russell at Beetlejuice 2 premiere**

▸ **Christina Hall shows off abs as she arrives to The Flip Off set with son Brayden - after removing ring tattoo amid Josh Hall split**

▸ **Megan Thee Stallion CONFIRMS romance with NBA star after 'accidentally' leaking video**

▸ **Isla Fisher goes wild as she puts on a busty display and makes a very crude gesture with fruit - amid Sacha Baron Cohen divorce**

EXCLUSIVE **'Tiger Woods is the Prince Harry of sport': Author James Patterson's cutting barb about Duke, as his new book uncovers the affairs and addictions that ruined the golf star's marriage**

▸ **Armie Hammer's ex-wife Elizabeth Chambers moves kids for 'fifth time in almost 5 years' - as actor says 'he can't afford gas' after cannibalism claims**

EXCLUSIVE **Lana Del Rey suffers sound issues during her performance at Reading Festival as 'depressing setlist' sees fans leave just four songs in**

EXCLUSIVE **Bradley Cooper joins daughter Lea, seven, at Taylor Swift's party at her $17M Rhode Island**

mansion - but where's girlfriend Gigi Hadid?

**Baywatch vet Erika Eleniak, 54, reveals FULLY tattooed arms in rare sighting at Los Angeles event**

EXCLUSIVE **Ageing sex bombs at war! Tom Jones gets the hump with Engelbert as he blasts Release Me singer as a 'p****' - six months after star said Delilah hunk had 'lost his voice'**

**RHONY star Jenna Lyons reveals why designers no longer want to dress her for the reality show** Her answer may surprise you

**Jordan Chiles-Ana Barbosu Olympic medal controversy deepens as ANOTHER Romanian gymnast appeals to Swiss court, saying she deserves the bronze medal**

**Sarah Jessica Parker stuns in purple skirt and colorful Chanel top while filming And Just Like That… in NYC**

**Scooter Braun trolls enemy Taylor Swift over star-studded Rhode Island party: 'How was I not invited to this?!?'**

**Baywatch actors only earned $3,500 per episode and couldn't gain or lose 5lbs: 'Everybody was disposable'**

**Fashion legend Betty Halbreich dies aged 96 after working at Bergdorf Goodman for almost 50 years - dressing the rich and famous**

**Harry Styles' ex-girlfriend Taylor Russell puts on a racy display in an incredible see-through corset dress as she attends the Beetlejuice 2 premiere**

▶ **Travis Kelce left in stitches as Adam Sandler reveals his family's hilarious reaction to Taylor Swift romance**

▶ **Romeo and Cruz Beckham treat sister Harper to a fun family day out at Disney World in Florida with their father David**

▶ **Lea Michele gives birth! Actress, 37, announces arrival of second child with husband Zandy Reich with sweet snap**

▶ **Justin Bieber's father Jeremy celebrates the arrival of his first grandchild - after his pop star son welcomed baby with Hailey Bieber**

▶ **Ed Westwick is MARRIED! Gossip Girl actor ties the knot with stunning Amy Jackson in lavish ceremony in Italy**

▶ **Kim Kardashian flashes the flesh in a VERY racy dress in latest glamour shots from NYC trip**
Kim Kardashian put on a racy display on Saturday.

▶ **Stephen Baldwin reacts to birth of daughter Hailey and Justin Bieber's first child after model admits she's not 'super close' with her family anymore**

▶ **Why Kate is 'terrified' George will take up one of William's very dangerous hobbies**

▶ **Kylie Jenner puts on VERY busty display in a sports bra and leggings - after slamming Ozempic rumors**

▶ **Rihanna stuns in makeup-free snaps as she encourages fans to wear sunscreen and plugs her skincare line**

**King Charles and Kate Middleton publicly seen**

together for the first time since Trooping the Colour as they attend Sunday service at Crathie Kirk

Queen Maxima of the Netherlands beams and hugs her relatives she attends Formula 1 Dutch Grand Prix alongside King Willem-Alexander and daughter Princess Alexia

Has cancel culture hit Hollywood? As Blake Lively comes under fire for 'tone deaf' It Ends With Us remarks... Inside the most notable celebrity controversies to engulf A-listers over the past year

Chris Hemsworth shocks Ed Sheeran fans by playing drums during the singer's stadium show in Romania

Justin and Hailey Bieber praised for giving their son 'the most normal celebrity baby name in a while'

New Brittany Mahomes tweet about Donald Trump resurfaces from 2017 - just hours after she sparked backlash by liking former President's post

Angel Reese reveals why she debuted new hairstyle as she gives WNBA fans fresh look at her Reebok collection

Angel Reese and Chicago Sky slip to agonizing last-gasp defeat at the hands of Olympic gold medalists Kelsey Plum and A'ja Wilson and the Las Vegas Aces

David Beckham, Tom Brady and Lionel Messi pose for a picture after the NFL star watches Inter Miami in action

► Ben Affleck's 'big highs and big lows' from unpredictable 'mood swings' tore apart his marriage to Jennifer Lopez

► Loretta Lynn's granddaughter tragically passes away

► Sabrina Carpenter clutches a bunch of flowers and looks stylish in a navy corset-style top in NYC

► Eva Longoria is radiant as she has a blast with Jeff Bezos' fiancee Lauren Sanchez at starry charity event in LA

► Sam Smith wears dramatic red gown to perform at classical music concert in London

► Sabrina Carpenter sends love to former Girl Meets World co-star Danielle Fishel amid actress' cancer battle

► Slipknot's Sid Wilson hospitalized with serious burns after fire explosion on farm he shares with girlfriend Kelly Osbourne

► Lily Allen is SLAMMED by furious animal charity PETA as they send her a toy dog after she admitted to getting rid of pooch when it ate her family's passports

► David Beckham, 49, sends fans into a frenzy as he shows off his very buff physique in shirtless workout

► Eminem's daughter Hailie Jade Mathers admits the rapper's songs about her make her 'sob'

EXCLUSIVE **'There is a special place in hell for them': Matthew Perry got rid of his nurses…**

and then was left alone to die. Disturbing new details about his death are revealed by ALISON BOSHOFF in a special report

EXCLUSIVE  Ben Affleck's shock over Mindy Kaling's 'unexpected' DNC quip about Jennifer Lopez divorce revealed: 'It was a full-face palm moment'

Pregnant Bachelor alum Madison Prewett and husband Grant Troutt reveal the sex of their baby

Rita Ora frolics around in a metallic bra and hot pants as she turns the stage pink at Manchester Pride

Taylor Swift and Brittany Mahomes quell fears of a rift after Donald Trump post controversy as they reunite in Rhode Island

Ben Affleck has a 'has a darkness to him' that Jennifer Lopez could not fix - despite her best efforts

Will Smith taunts Tom Brady with hilarious message after victory in Lake Como boat race

Kim Kardashian takes son Saint to see Real Madrid play in Spain after saying her kids want her to date an athlete

Jennifer Garner enjoys dinner date with boyfriend John Miller in LA amid Ben Affleck and Jennifer Lopez divorce

Travis Kelce's ex Kayla Nicole appears to takes a swipe at former friend Brittany Mahomes in

Case: 1:20-cv-00099-SNLJ    Doc. #: 80-33    Filed: 12/02/24    Page: 35 of 41 PageID #: 4935

the wake of Donald Trump controversy

Amy Adams is 50! Enchanted star models blue dress while celebrating at upscale eatery with her husband in LA

Kanye West enjoys trip to Seoul with wife Bianca Censori - who COVERS up - in front of his daughter North

Jenna Ortega recalls receiving explicit AI images of herself as a minor on social media: 'It's disgusting'

Kyle Richards fans think she is 'aging backwards' and 'looks 25' in cheeky new bikini snaps from Lake Tahoe

Anne Hathaway looks younger at 41 than she did in her 20s - experts reveal the secrets behind her youthful glow

Katy Perry puts on a VERY racy display in a skimpy snakeskin co-ord as she celebrates the release of her album 143 after brushing off single flop

Chappell Roan doubles down on message to invasive fans: 'I feel the most unsafe I have ever felt in my life'

Jordan Chiles shares cryptic Instagram post about 'healing' amid Olympic bronze medal dispute

Jason Kelce hilariously dons wife Kylie's under-eye masks in new NFL promo ahead of broadcasting debut

Natasha Bedingfield shares the stage with her son Solomon, 6, at

▶ **The Big Feastival after battle with deadly brain infection as an toddler**

EXCLUSIVE **'Ketamine Queen' charged in Matthew Perry's death, has bizarre Breaking Bad link**
After Matthew Perry's tragic drug-fueled death

▶ **Gillian Anderson SLAMS her 'preposterous' 90s pin-up shoots and admits women still struggle to talk about sex**

▶ **Plaid-spotting! Hollywood star Ewan McGregor's US-born wife dons tartan for Highland games**

▶ **Paris Hilton reveals pal Britney Spears 'loves' coming over to visit her kids**

▶ **Jason Kelce roasts 'stodgy' Travis over his personality as he claims Chiefs star 'abandoned' him in hilarious advert**

▶ **Dua Lipa dances her heart out in a sexy sheer dress and black thong while celebrating her 29th birthday in Ibiza as boyfriend Callum Turner cheers her on**

▶ **Spot the difference: The times Meghan Markle has echoed Princess Diana in her fashion choices**

▶ **Rita Ora and husband Taika Waititi look in the party spirit as they step out in Romania clutching mini bottles of fizz - days after the director's wild 49th birthday bash in Ibiza**

▶ **Ben Affleck treats himself to ice cream with his kids in LA - as it's revealed Jennifer Lopez divorce was 'planned' by couple before she filed**

▸ **Big Little Lies author Liane Moriarty reveals plans for season three and whether the series will differ from the book - after Nicole Kidman and Reese Witherspoon confirmed they'll be back**

▸ **Simone Biles is back! Olympic legend returns to gymnastic training just weeks after Paris success**

▸ **Simone Biles is honored by WWE stars in touching tribute at SmackDown after Olympic heroics in Paris**

▸ **Justin Bieber and wife Hailey welcome their first child together - and they reveal their baby boy's name**

▸ **Fans believe Taylor Swift's friendship with Brittany Mahomes is OVER after fellow Chiefs WAG liked Donald Trump post**

▸ **Who is Justin Bieber's dad Jeremy? Meet controversial father who inspired couple's baby name as Hailey gives birth to their first child**

▸ **Bridget Jones fans praise 'old-school' roll out of new film as poster is released (and some say it's going to 'save' the rom-com genre!)**

▸ **King Charles, the VERY modern monarch! His Majesty isn't afraid to take a stand on humanitarian issues, is approachable with the public and overhauled the uses of the royal residences**

▸ **You've been washing your hair all wrong! Blake Lively reveals the secret to celeb-worthy locks**

▸ **Netflix fans go wild over drama series with 2000s sitcom star… but warn 'you better bring your tissues'**

- **Lady Amelia Windsor turns 29: Glamorous green-focused granddaughter of the Duke of Kent who showed off horticultural skills at the Chelsea Flower Show celebrates birthday**

- **Kylie Minogue brings back indie sleaze as the 56-year-old gyrates on the floor and flaunts her ageless looks in wild new music video**

- **The sentimental meaning behind Justin Bieber and wife Hailey's baby son's name REVEALED - as they confirm birth**

- **Jennifer Lopez breaks her silence with first social media post since shock divorce filing - months after split from Ben Affleck**

- **Prince's ex-manager reacts to John Legend's DNC performance of hit track Let's Go Crazy**

- **Taylor Swift fans claim to spot Travis Kelce in her I Can Do It With A Broken Heart music video**
  Swifties are convinced her boyfriend made a cameo

- **Gigi Hadid shares RARE glimpse of daughter Khai Malik, three, in 'summer' Instagram post**
  Model surprised fans with sweet snaps

- **John Cena reveals what he really thinks of sex scenes after awkward Trainwreck romp with Amy Schumer**

- **Is this where it all went wrong for Jennifer Lopez and Ben Affleck? The moment actor was 'taken aback' when singer shared his private love letters**
  Divulged their privacy

- **Why did Jennifer Lopez and Ben Affleck REALLY break up? After the fairytale marriage got off to a rocky start, singer made HUGE mistake**

Inside the break down

**Madonna, 66, looks exhausted as she is helped along the cobbled streets of Terracina by her new love Akeem Morris, 28**
Seen with her new man

**Taylor Swift fans reveal the 'smallest men' they've ever met - and five names crop up more often than others**

EXCLUSIVE **Brad Pitt feeling 'hurt' after daughter Shiloh dropped his last name - as insiders reveal why he believes a reconciliation with his kids is possible**

**Simone Biles' Netflix show is renewed for a second season as Team USA gymnast makes announcement in Paris after Olympics dominance**

**Kim Kardashian accused of copying Bianca Censori AGAIN as she turns heads at LA grocery story in a leotard and tights**
Wore skin-tight Spandex

**Stephen Colbert schools anti-Israel protesters who tried to derail Nancy Pelosi interview**
The Late Show With Stephen Colbert host

**REVEALED: Travis Kelce's stunning $31k gift to Taylor Swift to celebrate Europe Eras Tour ending**
The singer returned to London's Wembley

**Kamala Harris' stepdaughter Ella Emhoff whips people into a frenzy with her VERY candid reactions to dad Doug's DNC speech**
Hilarious video footage

**Kate Hudson displays her washboard abs in a skimpy blue bikini and cheekily flashes her bottom (AND her naked husband!) as she shares racy snaps**
Showed off her figure

**JLo will fight for her blended family: How the stepmom is staying close to Ben's children - after learning from past heartache of Emme, who lost 'best**

friends' following A-
Rod split

EXCLUSIVE **My So-
Called (normal) Life!
Cast of popular 90s
teen drama are seen all
grown up 30 years after
cult hit aired**
The cast of popular 90s
teen drama

▸ **Sarah Jessica Parker
announces her shoe
line is closing down
after 10 years - after
revealing why Carrie
Bradshaw couldn't
name drop brand on
screen**

 LIVE TOP
STORIES

TOP STORIES    SHOWBIZ    SPORT

 **'Unfairly attacked': Army defends
Arlington Cemetery official who…**
USA TOD    See more versions

 **I'm excited Harris is finally doing
an interview so I can take her…**
USA TOD    See more versions

 **Exclusive | ABC News rejects
Kamala Harris' last-minute bid t…**
New York    See more versions

 **Russia-Ukraine energy war roars
back into action after mediation…**
PAYWALL    The Wash    See more versions

 **Justice Dept. watchdog blasts FBI
over handling of child sexual…**
NBC New    See more versions

 **U.S. to reopen migrant program
with new vetting proce…**
CBS New    See more versions

 **Major US discount retailer on
brink of bankruptcy**
MailOnlin    See more versions

 **Israel agrees to pause fighting in
Gaza for polio vaccination, says…**
CNN · 47r    See more versions

 **As the world focuses on Gaza, the
West Bank has reached boiling…**
CNN · 3hr    See more versions

**Watch: J.D. Vance relentlessly
booed by firefighters**

Click here to view more

ADVERTISEMENT

8/29/24, 1:36 PM
Case: 1:20-cv-00099-SNLJ   Doc. #: 80-33   Filed: 12/02/24   Page: 41 of 41 PageID #: 4941
Is 'Patient Su' Covid's Patient Zero? asks IAN BIRRELL | Daily Mail Online

FROM THE
MAKERS OF
CANDY CRUSH



**Farm Heroes Saga, the #4 Game on iTunes. Play it now!**

more

Back to top

**Home** | **Showbiz** | **Femail** | **Royals** | **Sports** | **Health** | **Science** | **Politics** | **Money** | **U.K.** | **Video** | **Travel** | **Puzzles** | **Shopping**

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

dmg media

Contact us   How to complain   Leadership Team   Advertise with us   Contributors   Work with Us   Terms   Do not sell or share my personal information   CA Privacy Notice   About MailOnline   Privacy policy & cookies ▷