


**Missouri Department of Health and Senior Services**
P.O. Box 570, Jefferson City, MO 65102-0570    Phone: 573-751-6400    FAX: 573-751-6010
RELAY MISSOURI for Hearing and Speech Impaired and Voice dial: 711

Randall W. Williams, MD, FACOG
Director



Michael L. Parson
Governor

The Missouri Department of Health and Senior Services (DHSS) thanks you for your resource request. We value all of our healthcare providers and are working conscientiously to fulfill requests for resources through various methods, including the resources allocated to Missouri from the federal Strategic National Stockpile (SNS).

As you know, the United States is experiencing a shortage of personal protective equipment (PPE) such as N95 masks, face shields, and surgical gowns. Our federal partners are working diligently to increase the domestic production of necessary PPE and redirect the use of PPE from other industries to increase the availability for healthcare at this critical time.

It is critical that each healthcare provider continue to optimize the use of all PPE. Resources to assist in this optimization include:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/ppe-strategy/index.html
https://www.cdc.gov/coronavirus/2019-ncov/hcp/respirators-strategy/index.html

In order to protect our frontline healthcare providers, and because of limited resources, we have developed the following prioritization list for filling requests. It should be noted that, dependent upon the available resources, it may not be possible to process requests from all providers or from providers in each tier.

1) Hospitals
2) Emergency Medical Services (EMS)
3) Long-term care facilities
4) Outpatient clinics including:
    - Federally qualified health centers
    - Urgent care centers
    - Clinics operated by local public health
    - Rural health clinics
5) Behavioral health inpatient treatment facilities
6) Outpatient care providers including:
    - Dialysis centers
    - Physician's offices
    - Home health
7) Other healthcare providers not otherwise delineated

www.health.mo.gov

**Healthy Missourians for life.**
The Missouri Department of Health and Senior Services will be the leader in promoting, protecting and partnering for health.

AN EQUAL OPPORTUNITY / AFFIRMATIVE ACTION EMPLOYER: Services provided on a nondiscriminatory basis.

We are completing requests as soon as we receive them based upon this prioritization. We are also submitting requests for additional resources to the federal SNS before we deplete our current resources and pursuing state purchases of PPE in order to meet your needs. Because of the volume of requests we are receiving, and the limited resources, there may be times when fulfilment is delayed or only partially satisfied.

Please contact your HCC Coordinator immediately if a patient in your facility has received a confirmed positive COVID-19 laboratory test. Resources, if available, can be expedited for this situation.

As well, it may become necessary for the state to reprioritize providers based upon current circumstances. This reprioritization may need to occur quickly and with limited or no advance notice. However, we will make every effort to be transparent promptly with such prioritization changes.

Please continue to request resources through your normal supply chain. With the increase in domestic production, it is anticipated the supply chain will return to a level of normalcy relatively quickly. Your organization should consider resources from the federal Strategic National Stockpile as supplementary to your supply needs, but should not be considered a replacement for fulfilling all your needs.

Thank you for your skilled and compassionate service to Missouri's citizens.

Sincerely,

*Paula S. Nickelson*

Paula F. Nickelson, M.Ed., CHEP
Administrator, Office of Emergency Coordination
Missouri Department of Health and Senior Services