# MHA COVID-19 SITUATIONAL AWARENESS UPDATE

**DATE: April 28, 2020**

## COVID-19 CASE SUMMARY

### Positive COVID-19 Cases Identified (DHSS)

| CATEGORY | COUNT | 24-HOUR INCREASE |
|---|---|---|
| Total Statewide COVID-19 Cases | 7,303 | 132 |
| Total Statewide COVID-19 Deaths | 314 | 26 |

Source: https://health.mo.gov/living/healthcondiseases/communicable/novel-coronavirus/
*For county specific information please access the above source link.*

### Current COVID-19 Hospital Admissions

| CATEGORY | COUNT | 24-HOUR INCREASE |
|---|---|---|
| Hospitalized COVID Patients* | 891 | 236 |
| Hospitalized and Ventilated COVID Patients* | 125 | 5 |

**# Hospitals Reporting  94 of 120**

Source: CDC National Health Safety Network (hospitals with data > 3 days old is not included)
*COVID Patients include suspected or confirmed cases
Note: Hospitalized patient numbers may differ from MO DHSS due to several factors such as timing of admission or out-of-state residents.

## SUPPLY SUMMARY

### PPE Shortages

| CATEGORIES | 4-14 DAYS ON HAND | 1-3 DAYS ON HAND | 0 DAYS ON HAND |
|---|---|---|---|
| N95 Particulate Respirators | 22 | 6 | 0 |
| Surgical Masks | 24 | 7 | 0 |
| Face Shields (Face Shields & Goggles) | 14 | 3 | 0 |
| Gloves | 18 | 1 | 0 |
| Single-use Gown | 13 | 15 | 0 |
| PAPRs | 7 | 12 | 0 |

**# Hospitals Reporting  59 of 120**

Source: CDC National Health Safety Network (hospitals with data > 3 days old is not included)

## BED AVAILABILITY SUMMARY

### Bed Availability by Type

| BED TYPE | AVAILABLE | TOTAL*** |
|---|---|---|
| Medical Surgical | 2,929 | 10,795 |
| Intensive Care Units | 648 | 2,129 |
| Emergency Department (ED) | 1,292 | * |

**# Hospitals Reporting  106 of 154**

Source: EMResource (hospitals with data > 3 days old is not included)
* ED beds are being collected for baseline. Additional statewide utilization data will be available as a baseline is established.
***totals based on the annual licensing survey

## VENTILATOR AVAILABILITY SUMMARY

### Available Ventilators

| CATEGORY | AVAILABLE | TOTAL |
|---|---|---|
| Mechanical Ventilators | 1,651 | 2,216 |

**# Hospitals Reporting  78 of 120**

Source: CDC National Health Safety Network (hospitals with data > 3 days old is not included)

## REPORTED POSITIVE COVID-19 CASE TREND



**NOTES:**
1. EMResource sourced at 10 a.m and includes all inpatient, brick and mortar facilities to include psychiatric hospitals.
2. NHSN data is sourced daily at 1 p.m.
3. DHSS publishes daily COVID case counts around 2 p.m.
4. Every effort has been made to ensure the accuracy of this data. The number of available beds is based on hospital reports and will increase or decrease based on current utilization.
5. The 24-hour increase of hospitalized COVID patients, and hospitalized and ventilated COVID patients represents the difference published day-to-day, and is not normalized based on the number of reporting hospitals.