UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI,<br>ex rel. ANDREW BAILEY, in his<br>official capacity as Missouri Attorney<br>General,<br><br>      Plaintiff,<br><br>v.<br><br>PEOPLE'S REPUBLIC OF CHINA,<br>et al.,<br><br>      Defendants. | Case No. 1:23-cv-00001-SNLJ |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for a Continuance of FSIA Default Hearing and for Leave to Supplement Their FSIA Hearing Brief [Doc. 81].

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and this matter is reset for bench trial on **Monday, January 13, 2025, at 1:30 p.m.** in Courtroom 4B.

**IT IS FURTHER ORDERED** that Plaintiff may file any supplement to its FSIA briefing on or before **January 8, 2025**.

So ordered this 5th day of December, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE