UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>PEOPLE'S REPUBLIC OF )<br>CHINA, et al., )<br>)<br>*Defendants*. ) | No. 1:20-cv-00099-SNLJ |

# MOTION TO WITHDRAW AS COUNSEL

D. John Sauer hereby moves to withdraw as counsel of record for Plaintiff State of Missouri. Good cause exists as the undersigned has taken a different position outside the Office of the Missouri Attorney General. Samuel C. Freedlund entered his appearance on behalf of Plaintiff and Plaintiff continues to have representation.

Respectfully submitted,

*/s/ D. John Sauer*
D. John Sauer, MO 58721
James Otis Law Group, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, Missouri 63017
(314) 562-0031
john.sauer@james-otis.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing using the CM/ECF electronic filing system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ D. John Sauer*
