IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI, ) | |
| ) | |
| *Plaintiff*, ) | |
| -vs- ) | No. 1:20-cv-00099-SNLJ |
| ) | |
| PEOPLE'S REPUBLIC OF ) | |
| CHINA, et al, ) | |
| ) | |
| *Defendants*. ) | |

ENTRY OF APPEARANCE

Joshua M. Divine, Solicitor General for the State of Missouri, enters his appearance on behalf of Plaintiff.

Dated: December 31, 2024           Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Joshua M. Divine*
Joshua M. Divine #69875
 *Solicitor General*
Office of the Missouri Attorney General
207 West High Street
Jefferson City, Missouri 65101
Tel: (573) 751-8870
Email: Josh.Divine@ago.mo.gov

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2024, a true and accurate copy of the foregoing Entry of Appearance was electronically filed using the Court's CM/ECF system to be served on all counsel of record.

<u>Joshua M. Divine</u>