UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ANDREW BAILEY, in his official capacity as Missouri Attorney General, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLE'S REPUBLIC OF CHINA, et al., <br><br> Defendants. | Case No. 1:20-cv-00099-SNLJ |

## **ORDER**

**IT IS HEREBY ORDERED** that this matter is reset for bench trial on **Monday, January 27, 2025, at 1:30 p.m.** in Courtroom 4B.

So ordered this 8th day of January, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE