UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

THE STATE OF MISSOURI,                )
ex rel. ANDREW BAILEY, in his         )
official capacity as Missouri Attorney )
General,                              )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        Case No. 1:20-cv-00099-SNLJ
                                      )
PEOPLE'S REPUBLIC OF CHINA,           )
et al.,                               )
                                      )
                Defendants.           )

## ORDER

**IT IS HEREBY ORDERED** that this matter is reset for bench trial on **Monday, January 27, 2025, at** *2:00 p.m.* in Courtroom 4B.

So ordered this 14th day of January, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE