# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ANDREW T. BAILEY, in his official capacity as Missouri Attorney General, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-0099-SNLJ |
| THE PEOPLE'S REPUBLIC OF CHINA, et al., | )<br>) |
| Defendants. | ) |

## ORDER

The Amicus Curiae The China Society of Private International Law's motion for leave to file supplemental amicus curiae brief [Doc. 91] is GRANTED.

Plaintiff is hereby GRANTED until March 6, 2025 by which to file any response to the supplemental brief of the amicus curiae.

Finally, additional briefing, to be filed by March 6, 2025, is HEREBY ORDERED on the following matters:

1. Whether plaintiff's Count IV, which is addressed to negligence and a common law hoarding claim, can also encompass statutory causes of action for state and federal antitrust violations.

2. The source of the duty alleged for Count IV's negligence action.

So ordered this 28th day of February, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE