

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Secretary of State
Attn: Director of Special Consular Services
U.S. Department of State
L/CA/POG/GC, SA-17, 10TH Floor
Washington, DC 20522-1710
Attn: FSIA

9590 9402 6353 0296 1212 59

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below:    ☐ No

Inspected and Processed
DEC 15 2029
DoS Official Mail Center

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 1290 0001 9806 2645

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



9590 9402 6353 0296 1212 59

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of the Court
United States District Court
for the Eastern District of Missouri
Rush H. Limbaugh Sr. U.S. Courthouse
555 Independence St.
Cape Girardeau, MO 63703

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary of State
Attn: Director of Special Consular Services
U.S. Department of State
L/CA/POG/GC, SA-17, 10TH Floor
Washington, DC 20522-1710
Attn: FSIA



9590 9402 6353 0296 1212 97

2. Article Number (Transfer from service label)
7020 1290 0001 9806 2638

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Inspected and Processed
DEC 15 2029
DoS Official Mail Center

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☒ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



9590 9402 6353 0296 1212 97

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of the Court
United States District Court
for the Eastern District of Missouri
Rush H. Limbaugh Sr. U.S. Courthouse
555 Independence St.
Cape Girardeau, MO 63703

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Secretary of State
Attn: Director of Special Consular Services
U.S. Department of State
L/CA/POG/GC, SA-17, 10TH Floor
Washington, DC 20522-1710
Attn: FSIA

9590 9402 6353 0296 1212 73

2. Article Number *(Transfer from service label)*
7020 1290 0001 9806 2652

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

nt from Item 1? ☐ Yes
ress below: ☐ No

Inspected and Processed
DEC 15 2029
DoS Official Mail Center

☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



9590 9402 6353 0296 1212 73

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of the Court
United States District Court
for the Eastern District of Missouri
Rush H. Limbaugh Sr. U.S. Courthouse
555 Independence St.
Cape Girardeau, MO 63703

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Secretary of State
Attn: Director of Special Consular Services
U.S. Department of State
L/CA/POG/GC, SA-17, 10ᵀᴴ Floor
Washington, DC 20522-1710
Attn: FSIA

9590 9402 6353 0296 1213 03

2. Article Number (Transfer from service label)

7020 1290 0001 9806 2614

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
Inspected below Process  ☒ No

DEC 1 5 2029
DoS Official Mail Center

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



9590 9402 6353 0296 1213 03

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

Clerk of the Court
United States District Court
for the Eastern District of Missouri
Rush H. Limbaugh Sr U.S. Courthouse
555 Independence St.
Cape Girardeau, MO 63703

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Secretary of State
Attn: Director of Special Consular Services
U.S. Department of State
L/CA/POG/GC, SA-17, 10TH Floor
Washington, DC 20522-1710
Attn: FSIA

9590 9402 6353 0296 1212 66

2. Article Number (Transfer from service label)
7020 1290 0001 9806 2607

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Inspected and Processed
DEC 15 2029
DoS Official Mail Center

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



9590 9402 6353 0296 1212 66

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of the Court
United States District Court
for the Eastern District of Missouri
Rush H. Limbaugh Sr. U.S. Courthouse
555 Independence St.
Cape Girardeau, MO 63703