**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Secretary of State
Attn: Director of Special Consular Services
U.S. Department of State
L/CA/POG/GC, SA-17, 10TH Floor
Washington, DC 20522-1710
Attn: FSIA

Inspected and Processed ☐ Yes
address below: ☐ No

DEC 1 5 2029

DoS Official Mail Center

9590 9402 6353 0296 1212 80

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 1290 0001 9806 2621

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

9590 9402 6353 0296 1212 80

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of the Court
United States District Court
for the Eastern District of Missouri
Rush H. Limbaugh Sr. U.S. Courthouse
555 Independence St.
Cape Girardeau, MO 63703

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED BY MAIL
DEC 22 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU