IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex. rel., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | No. 1:20-cv-00099-SNLJ |
| | ) | |
| THE PEOPLE'S REPUBLIC OF CHINA, et al., | ) ) | |
| | ) | |
| *Defendants.* | ) | |

## ENTRY OF APPEARANCE

Assistant Solicitor General Madeline S. Lansdell hereby enters her appearance on behalf of Plaintiff State of Missouri.

Dated: March 4, 2026       Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

 */s/ Madeline S. Lansdell*
Madeline S. Lansdell #78358
 *Assistant Solicitor General*
815 Olive Street, Suite #200
St. Louis, Missouri 63101
(314) 340-4978 Telephone
Madeline.Lansdell@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, the foregoing Entry of Appearance was filed electronically using the Court's CM/ECF system, which sends notification to all counsel of record.

*/s/ Madeline S. Lansdell*