UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

STATE OF MISSOURI )
)
    Plaintiff, )
)
v. ) No. 1:20-cv-00099
)
PEOPLE'S REPUBLIC OF )
CHINA et al., )
)
    Defendants. )

## MOTION TO WITHDRAW AS COUNSEL

Deputy Solicitor General Samuel Freedlund hereby moves to withdraw as counsel of record for Plaintiff the State of Missouri in the above-captioned case. Undersigned counsel requests leave to withdraw due to his forthcoming departure from the Missouri Attorney General's Office. Plaintiff will not be prejudiced by the withdrawal, as Plaintiff will continue to be represented by counsel from the Missouri Attorney General's Office already entered in this case, including Madeline Lansdell.

1

Dated:     April 21, 2026

Respectfully submitted,

CATHERINE L. HANAWAY
Attorney General

*/s/ Samuel C. Freedlund*
Samuel C. Freedlund #73707MO
*Deputy Solicitor General*
Office of the Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Samuel.Freedlund@ago.mo.gov

*Counsel for Plaintiff.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, the above was filed electronically through the Court's electronic filing system to be served electronically on all counsel of record entered in the case.

*/s/ Samuel C. Freedlund*

2