IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI ex rel., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-00099-SNLJ |
| | ) | |
| THE PEOPLE'S REPUBLIC OF | ) | |
| CHINA, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## ENTRY OF APPEARANCE

Assistant Solicitor General Ryan Dugan enters his appearance on behalf

of Plaintiff.

Dated: June 10, 2026                Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Ryan Dugan*
Ryan Dugan #77805MO
Assistant Solicitor General
207 West High Street
Jefferson City, Missouri 65101
(573) 751-8785 Phone
Ryan.Dugan@ago.mo.gov

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the Court's CM/ECF electronic filing system, to be served on all counsel of record.

*/s/ Ryan Dugan*

-2-