**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

THE STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General,

Plaintiff,

v.

THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and THE CHINESE ACADEMY OF SCIENCES,

Defendants.

Case No. 1:20-cv-00099-SNLJ

**[PROPOSED] ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT AND DISMISS THE ACTION**

Upon consideration of the Motion by the People's Government of Hubei Province and the Chinese Academy of Sciences to Vacate Default Judgment and Dismiss the Action, and any opposition and reply thereto, it is on this _____ day of __________________, hereby:

**ORDERED** that the Motion is **GRANTED** and;

**FURTHER ORDERED** that the Court's default judgment of March 7, 2025 (ECF 95) as well as the Clerk's entry of default (ECF 29, 44) are vacated for lack of subject-matter jurisdiction pursuant to Rules 60(b) and 55(c) of the Federal Rules of Civil Procedure; and

**FURTHER ORDERED** that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _______________

_________________________________
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE