**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

THE STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General,

Plaintiff,

v.

THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and THE CHINESE ACADEMY OF SCIENCES,

Defendants.

Case No. 1:20-cv-00099-SNLJ

**ENTRY OF APPEARANCE**

Nicolle Kownacki enters her appearance in the above-captioned matter on behalf of Defendants the People's Government of Hubei Province and the Chinese Academy of Sciences.

Dated: August 31, 2026
Washington, DC

Respectfully submitted,

WHITE & CASE

*/s/ Nicolle Kownacki*
Nicolle Kownacki, 1005627(DC)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: +1 202 626 3600
nkownacki@whitecase.com

*Counsel for the People's Government of Hubei Province and the Chinese Academy of Sciences*