IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| THE STATE OF MISSOURI, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -vs- | ) | No. 1:20-cv-00099-SNLJ |
| | ) | |
| THE PEOPLE'S REPUBLIC OF CHINA, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

**NOTICE OF APPEARANCE**

Louis J. Capozzi III, Solicitor General for the State of Missouri, enters his appearance on behalf of Plaintiff State of Missouri.

Dated: August 31, 2026

**CATHERINE L. HANAWAY**
**Missouri Attorney General**

LOUIS J. CAPOZZI III
Solicitor General

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III
*Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(573) 751-7890
Louis.Capozzi@ago.mo.gov

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, the forgoing Notice of Appearance was filed electronically by using the Court's CM/ECF electronic filing system, serving all counsel of record.

*/s/ Louis J. Capozzi III*