**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI SOUTHEASTERN DIVISION**

THE STATE OF MISSOURI,
ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General,

Plaintiff,

v.

THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and THE CHINESE ACADEMY OF SCIENCES,

Defendants.

Case No. 1:20-cv-00099-SNLJ

**PLAINTIFF'S CONSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE ITS SUGGESTIONS IN OPPOSITION TO DEFENDANTS' MOTION TO VACATE THE DEFAULT JUDGMENT AND DISMISS THE ACTION**

Plaintiff State of Missouri, ex rel. Catherine Hanaway, in her official capacity as Missouri Attorney General (the "State") hereby respectfully moves for an extension of time to file a responsive pleading to Defendant People's Government of Hubei Province and Defendant Chinese Academy of Sciences' ("Defendants") Motion to Vacate the Default Judgment and Dismiss the Action. In support, the State provides as follows:

1. On March 7, 2025, this Court entered a default judgment against Defendants.

2. The State initiated service of the Default Judgment on Defendants on March 25, 2026.
3. On August 31, 2026, Defendants first appeared in this case and filed a Motion to Vacate the Default Judgment and Dismiss the Action.
4. The current deadline for the State to file a responsive pleading is September 14, 2026.
5. The State requests an extension of two-weeks from the original filing deadline of September 14. This would make the new deadline September 28, 2026.
6. Undersigned counsel have converging deadlines over the next two-weeks including numerous oral arguments and briefing deadlines.
7. This extension would allow adequate time to appropriately respond to Defendants' motion.
8. The State contacted Defendants' counsel on August 31, 2026, requesting consent to a two-week extension of the State's response deadline.
9. On September 1, 2026, Defendants consented to the State's request on the condition that the State agree to an equivalent request. The State consented to this condition.
10. The State has not requested an extension related to post-default judgment motions, and the request is made in good faith and is not intended to cause delay.
11. This extension does not affect any other previously set deadlines.

For these reasons, the State asks the Court to extend the time to file a responsive pleading to Defendants' Motion to Vacate the Default Judgment and Dismiss the Action for two-weeks from September 14, 2026 to September 28, 2026.

Date: September 1, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Madeline S. Lansdell*
Louis J. Capozzi III, 77756MO
*Solicitor General*
Madeline S. Lansdell, 78538MO
*Assistant Solicitor General*
Ryan Dugan, 77805MO
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4978
Fax (314) 340-7981
Louis.Capozzi@ago.mo.gov
Madeline.Lansdell@ago.mo.gov
Ryan.Dugan@ago.mo.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, a true and accurate copy of the foregoing was electronically filed by using the Court's CM/ECF system to be served on all counsel of record entered in the case.

/s/ *Madeline S. Lansdell*