**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

THE STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General,

Plaintiff,

v.

THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and THE CHINESE ACADEMY OF SCIENCES,

Defendants.

Case No. 1:20-cv-00099-SNLJ

**CONSENT MOTION BY THE PEOPLE'S GOVERNMENT OF HUBEI PROVINCE AND THE CHINESE ACADEMY OF SCIENCES FOR AN EXTENSION OF TIME TO FILE THEIR REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO VACATE THE DEFAULT JUDGMENT AND DISMISS THE ACTION**

Defendants the People's Government of Hubei Province ("Hubei Province") and the Chinese Academy of Sciences ("CAS"), by and through undersigned counsel, respectfully request an extension of time to file a reply memorandum in support of their Motion to Vacate the Default Judgment and Dismiss the Action (ECF 106).

In support, Hubei Province and CAS state as follows:

1. On August 31, 2026, Hubei Province and CAS moved to vacate the default judgment and to dismiss the action. ECF 106.
2. That same day, counsel for Missouri contacted counsel for Hubei Province and CAS requesting consent to a two-week extension of Missouri's deadline to respond to the Motion. *See* Pl.'s Consent Mot. for Extension of Time ¶ 8 (Sept. 1, 2026), ECF 113.
3. Counsel for Hubei Province and CAS consented to Missouri's request, on the condition that Missouri agree to a reciprocal two-week extension for Hubei Province and CAS to file their reply brief. *Id*. at ¶¶ 8-9. Missouri agreed to this condition. *Id*. at ¶ 9.
4. The Court granted Plaintiff's Consent Motion for an Extension of Time (ECF 113), extending the deadline for Missouri's response from September 14, 2026 to September 28, 2026. Order (Sept. 1, 2026), ECF 114.
5. With that extension, the reply memorandum from Hubei Province and CAS is currently due by October 8, 2026.
6. Hubei Province and CAS request an extension of two weeks, making the new deadline October 22, 2026.
7. This extension is reciprocal to the extension granted to Missouri, and Missouri has consented.
8. An extension is further warranted because undersigned counsel has numerous filings and other deadlines between now and October 8, as well as scheduled international travel.

9. Hubei Province and CAS have not requested an extension related to this motion, and this request is made in good faith and is not intended to cause delay.

10. This extension does not affect any other previously set deadlines.

For these reasons, Hubei Province and CAS ask the Court to extend the time to file a reply memorandum in support of their Motion to Vacate the Default Judgment and Dismiss the Action from October 8, 2026 to October 22, 2026. Hubei Province and CAS expressly reserve, and do not waive, all of their rights, defenses, privileges, and immunities, including without limitation their sovereign immunity.

Dated: September 1, 2026
Washington, DC

Respectfully submitted,

WHITE & CASE

*/s/ Christopher M. Curran*
Christopher M. Curran, 408561(DC)
Nicolle Kownacki, 1005627(DC)
Reuben J. Sequeira, 992307(DC)
Michael Mahaffey, 1617843 (DC)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: +1 202 626 3600
ccurran@whitecase.com
nkownacki@whitecase.com
rsequeira@whitecase.com
michael.mahaffey@whitecase.com

*Counsel for the People's Government of Hubei Province and the Chinese Academy of Sciences*