**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and CHINESE ACADEMY OF SCIENCES,<br><br>Defendants. | ) | Case No. 1:20-cv-00099-SNLJ |

**MOTION OF DEFENDANT THE MINISTRY OF EMERGENCY MANAGEMENT TO VACATE DEFAULT JUDGMENT, SET ASIDE THE ENTRIES OF DEFAULT, AND DISMISS THE ACTION; REQUEST FOR ORAL ARGUMENT**

Defendant the Ministry of Emergency Management of the People's Republic of China (the "**Ministry**"), making a limited appearance through undersigned counsel, moves under Federal Rules of Civil Procedure 60(b)(4), 55(c), and 12(h)(3) for an order

(1) vacating as void the Court's March 7, 2025 default judgment (Doc. 95, the "**Judgment**"); (2) setting aside for good cause the Clerk's August 16, 2021 and December 15, 2021 entries of default (Docs. 29; 44); and (3) determining upon the existing record submitted by Plaintiff the State of Missouri ("**Missouri**") that the Court lacks subject-matter jurisdiction and dismissing this action. If the Court concludes that the Judgment is not void, the Ministry requests relief under Rule 60(b)(6) on the grounds stated in the accompanying memorandum.

The Judgment is void, and the entries of default should be set aside for good cause, on the three grounds set out in the accompanying memorandum: (1) Missouri's failure to establish the commercial-activity exception to sovereign immunity, 28 U.S.C. §§ 1605(a)(2), 1608(e); (2) the lack of personal jurisdiction with respect to statutory antitrust claims that were never pleaded or served, 28 U.S.C. § 1330(b); and (3) the nonjusticiability of Missouri's claims under the political question doctrine—together with the timeliness showing Rule 60(c)(1) requires and the good-cause showing under Rule 55(c).

The Ministry has not previously appeared in this action. It makes this limited appearance and expressly reserves, and does not waive, all of its rights, privileges, immunities (including sovereign immunity), and defenses, including insufficient service of process, lack of subject-matter and personal jurisdiction, failure to state a claim, and improper venue. Nothing in this motion or the accompanying memorandum is an admission of any fact alleged by Missouri.

The Ministry's memorandum in support is submitted as the attachment to its accompanying motion for leave to file a memorandum in excess of the page limitation of Local Rule 4.01(D). *See* CM/ECF Procedures Manual § II.B. A proposed order accompanies this motion.

The Ministry requests oral argument. Local Rule 4.02(B). The motion presents questions of subject-matter jurisdiction under the Foreign Sovereign Immunities Act in an action that "raise[s] sensitive issues concerning the foreign relations of the United States," *Verlinden B.V. v. Central Bank of Nigeria*, 461 U.S. 480, 493 (1983); the Judgment exceeds $24 billion; the Court held an evidentiary hearing before entering it, Doc. 89; and the Ministry has not previously been heard.

**WHEREFORE**, the Ministry respectfully requests that the Court grant the relief described above and in the conclusion of its memorandum, together with all further relief the Court deems just.

***Signature block appears immediately on the following page***

Dated: September 3, 2026

Respectfully submitted,

/s/ Michael A. Wolff
Michael A. Wolff, #27633(MO)
Wolff Law LLC
77 Aberdeen Place
St. Louis, Missouri 63105
Tel: 314-691-4377
mike77wolff@gmail.com

Of Counsel:

/s/ Michael J. Baratz
Steven K. Davidson, #407137(DC)*
Michael J. Baratz, #480607(DC)*
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
sdavidson@steptoe.com
mbaratz@steptoe.com

/s/ Carl W. Oberdier
Carl W. Oberdier, #2427466(NY)*
Kellen G. Ressmeyer, #4666376(NY)*
OBERDIER RESSMEYER LLP
655 Third Avenue, Floor 28
New York, New York 10017
(212) 659-5141
cwo@oberdier.com
kgr@oberdier.com

*Counsel for Defendant the Ministry of Emergency Management of the People's Republic of China (limited appearance)*

* *pro hac vice*