**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:20-cv-00099-SNLJ |
| THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and CHINESE ACADEMY OF SCIENCES, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Before the Court is the motion of Defendant the Ministry of Emergency Management of the People's Republic of China (the "Ministry"), making a limited appearance, under Federal Rules of Civil Procedure 60(b)(4), 55(c), and 12(h)(3) to vacate the March 7, 2025 default judgment (Doc. 95, the "Judgment"), set aside the August 16, 2021 and December 15, 2021 entries of default (Docs. 29; 44), and dismiss

this action for lack of subject-matter jurisdiction. The Ministry also requests relief under Rule 60(b)(6) in the event the Court concludes the Judgment is not void. Upon consideration of the motion, the memorandum in support, and the record, the Court determines that the Judgment is void, that good cause exists to set aside the entries of default, that the Court lacks subject-matter jurisdiction over this case, and that this action must be dismissed. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Judgment (Doc. 95) is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk's August 16, 2021 and December 15, 2021 entries of default (Docs. 29; 44) are **SET ASIDE**.

**IT IS FURTHER ORDERED** that, upon the Court's review of the jurisdictional record, and the Court's finding that it lacks subject-matter jurisdiction over this case, this action is **DISMISSED** for lack of subject-matter jurisdiction.

Dated this ____ day of ____________, 2026.

________________________________
HON. STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE