**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and THE CHINESE ACADEMY OF SCIENCES,<br><br>Defendants. | ) | Case No. 1:20-cv-00099-SNLJ |

**PLAINTIFF'S CONSENTED TO MOTION OF FOR LEAVE TO FILE CONSOLIDATED RESPONSE, LEAVE TO FILE CONSOLIDATED RESPONSE IN EXCESS OF THE PAGE LIMITATION, AND EXTENSION OF TIME TO RESPOND TO MOTIONS TO VACATE**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 4.01, Plaintiff State of Missouri respectfully requests that this Court (1) grant Plaintiff leave to file one brief in response to Defendant Ministry of Emergency Management of the People's Republic of China ("Ministry of Emergency Management") motion to vacate the default judgment and

Defendants People's Government of Hubei Province ("Hubei Province") and Chinese Academy of Sciences' ("CAS") motion to vacate the default judgment; (2) grant an extension of time to file the consolidated response up to and including September 28, 2026; and (3) grant leave to file the consolidated response in excess of the page limitation. In support of this motion, Plaintiff states the following:

1. On August 31, 2026, Defendants Hubei Province and CAS filed a Motion to Vacate the Default Judgment and Dismiss the Action. ECF 106.

2. The following day, this Court granted Plaintiff's request to extend their response deadline to September 28, 2026. ECF 114. And on September 2, 2026, this Court granted Defendants Hubei Province and CAS' request to extend their reply deadline to October 22, 2026. ECF 120.

3. On September 3, 2026, Defendant Ministry of Emergency Management filed a Motion to Vacate the Default Judgment, Set Aside the Entries of Default, and Dismiss the Action. ECF 126.

4. Defendant Ministry of Emergency Management requested and was granted leave to file in excess of the 15-page limitation. ECF 127, 128. Defendant Ministry of Emergency Management's memorandum in support of its motion was twenty-five (25) numbered pages. ECF 129.

5. Pursuant to Local Rule 4.01(B), Plaintiff has 14 days to respond to Ministry of Emergency Management's motion.

6. Accordingly, Plaintiffs' opposition to Defendant Ministry of Emergency Management's motion is due September 17, 2026, and its opposition to Defendants Hubei Province and CAS' motion is due September 28, 2026.

7. The motions to vacate contain similar arguments, which lend themselves to a joint response in the interest of judicial economy.

8. Plaintiff respectfully requests that this Court grant it the ability to file one brief in response to the two motions and to set its deadline to respond up to and including September 28, 2026. This is the date a response is required for Defendants Hubei Province and CAS' motion and is an eleven (11) day extension to respond to Defendant Ministry of Emergency Management's motion.

9. Defendants CAS and Hubei Province consent to this request. Defendant Ministry of Emergency Management consented to this request on the condition that Plaintiff consented to an extension of their deadline to October 22, 2026. Plaintiff consented to this condition.

10. Under Local Rule 4.01(D), Plaintiff's response in opposition must not exceed fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments.

11. To adequately address the variations in the motions to vacate, Plaintiff respectfully requests leave to file its opposition in excess of the page limitation. It request that this Court grant it leave to file its opposition in 13-point type, including footnotes, not to exceed twenty-five (25) pages, exclusive of the Caption, Table of Contents, Table of Authorities, signature page, and attachments.

12. Defendants CAS, Hubei Province, and Ministry of Emergency Management consent to this request.

13. All requests are made in good faith and are not intended to cause delay.

14. All parties consent to this motion.

For these reasons, Plaintiff requests leave to file a consolidated response; leave to file such response in 13-point type, including footnotes, not to exceed twenty-five (25) pages, exclusive of the Caption, Table of Contents, Table of Authorities, signature page, and attachments; and leave to file the consolidated response on September 28, 2026, which is the date a response is required for Defendants Hubei Province and CAS' motion and is an eleven (11) day extension to respond to Defendant Ministry of Emergency Management's motion.

Date: September 1, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Madeline S. Lansdell*
Louis J. Capozzi III, 77756MO
*Solicitor General*
Madeline S. Lansdell, 78538MO
*Assistant Solicitor General*
Ryan Dugan, 77805MO
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4978
Fax (314) 340-7981
Louis.Capozzi@ago.mo.gov
Madeline.Lansdell@ago.mo.gov
Ryan.Dugan@ago.mo.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, a true and accurate copy of the foregoing was electronically filed by using the Court's CM/ECF system to be served on all counsel of record entered in the case.

/s/ *Madeline S. Lansdell*