**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:20-cv-00099-SNLJ |
| THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, WUHAN INSTITUTE OF VIROLOGY, and CHINESE ACADEMY OF SCIENCES, | ) | |
| Defendants. | ) | |

**CONSENT MOTION BY DEFENDANT THE MINISTRY OF EMERGENCY MANAGEMENT FOR AN EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO VACATE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 1.05 and 4.01(A), (C), Defendant the Ministry of Emergency Management of the People's Republic of China (the "**Ministry**") respectfully requests that this Court grant an

extension of time to file a reply up to and including October 22, 2026. In support, the Ministry states:

1. On September 3, the Ministry filed a Motion to Vacate the Default Judgment, Set Aside the Entries of Default, and Dismiss the Action (the "**Motion**"). ECF 126, 129.

2. Pursuant to this Court's September 10, 2026 text order, Plaintiff State of Missouri's ("**Missouri**") response to the Ministry's Motion is due on September 28, 2026.

3. The Ministry consented to Missouri's requested extension of time on the condition that Missouri reciprocate by consenting to extend the Ministry's reply deadline from October 8, 2026, to October 22, 2026. Missouri agreed. ECF 130 ¶ 9.

4. This Court previously granted Defendants People's Government of Hubei Province and Chinese Academy of Sciences an extension of an additional fourteen days—granting them a total of "24 days after [Missouri's] response is filed"—or until October 22, 2026, to file their reply. ECF 120, 130.

5. Good cause exists for the requested extension. An extension of an additional fourteen days from Missouri's consolidated response on September 28, 2026, affords the Ministry the same amount of time to reply as this Court afforded the other moving Defendants, and is consistent with Missouri's now-granted request to file a single, consolidated response addressing both the other Defendants' and the Ministry's motions to vacate. ECF 131. A common reply deadline of October 22, 2026, permits all

moving Defendants to reply to that consolidated response on the same schedule and promotes the orderly resolution of the motions.

6. This request is made in good faith and not for delay. The requested extension is comparable to the extension of time granted Missouri, who has consented to this request.

7. For these reasons, the Ministry respectfully requests that the Court grant an extension and permit the Ministry to file its reply on or before October 22, 2026.

Dated: September 11, 2026

Respectfully submitted,

/s/ *Michael A. Wolff*
Michael A. Wolff, #27633(MO)
Wolff Law LLC
77 Aberdeen Place
St. Louis, Missouri 63105
Tel: 314-691-4377
mike77wolff@gmail.com

Of Counsel:

/s/ *Michael J. Baratz*
Steven K. Davidson, #407137(DC)*
Michael J. Baratz, #480607(DC)*
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
sdavidson@steptoe.com
mbaratz@steptoe.com

/s/ *Carl W. Oberdier*
Carl W. Oberdier, #2427466(NY)*
Kellen G. Ressmeyer, #4666376(NY)*
OBERDIER RESSMEYER LLP
655 Third Avenue, Floor 28
New York, New York 10017
(212) 659-5141
cwo@oberdier.com
kgr@oberdier.com

*Counsel for Defendant the Ministry of Emergency Management of the People's Republic of China (limited appearance)*

* *pro hac vice*