**United States Department of State**

***Washington, D.C. 20520***

September 8, 2026

RECEIVED BY MAIL
SEP 14 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Jessica Carter
Clerk of Court
United States District Court
for the Eastern District of Missouri
Southeastern Division
555 Independence St.
Cape Girardeau, MO 63703

**Re: *State of Missouri ex rel. Hanaway v. The People's Republic of China, et al.,* 1:20-cv-0099-SNLJ**

Dear Ms. Carter:

I am writing regarding the Court's request for transmittal of a Memorandum and Judgment and Notic of Default Judgment to the People's Republic of China, National Health Commission of the People's Republic of China, Ministry of Emergency Management of the People's Republic of China, Ministry of Civil Affairs of the People's Republic of China, People's Government of Hubei Province and People's Government of Wuhan City pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendants in the above referenced lawsuit.

The United States Embassy in Beijing, China transmitted these documents to the Ministry of Foreign Affairs of the People's Republic of China under cover of diplomatic notes No. 2026-1203, 2026-1204, 2026-1205, 2026-1206, 2026-1207 and 2026-1208 each dated and delivered on June 29, 2026. Certified copies of the diplomatic notes are enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.

Cc: Samuel Freedlund
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, MO 63101