UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI, *ex rel*. CATHERINE L. HANAWAY, in her official capacity as Missouri Attorney General, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:20-cv-00099-SNLJ |
| THE PEOPLE'S REPUBLIC OF CHINA, *et al*, | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on a Joint Motion for Extension of Time to Respond and for Extension of Time to Reply filed by Plaintiff and Defendants the People's Government of Hubei Province, the Chinese Academy of Sciences, and the Ministry of Emergency Management of the People's Republic of China [Doc. 135]. Plaintiff seeks an extension of time to file its consolidated response to the defendants' motions to vacate the default judgment, and defendants seek an extension of time to file their reply memoranda.

**IT IS HEREBY ORDERED** that the Joint Motion for Extension of Time to Respond and for Extension of Time to Reply filed by Plaintiff and Defendants the People's Government of Hubei Province, the Chinese Academy of Sciences, and the Ministry of Emergency Management of the People's Republic of China [Doc. 135] is **GRANTED**.

**IT IS FURTHER ORDERED** that **Plaintiff** is granted an extension of time to **October 19, 2026** to file its consolidated response to the defendants' motions to vacate the default judgment [Docs. 106, 126].

**IT IS FURTHER ORDERED** that **Defendants the People's Government of Hubei Province, the Chinese Academy of Sciences, and the Ministry of Emergency Management of the People's Republic of China** are **GRANTED** an extension of time to **December 3, 2026** to file their reply memoranda.

**SO ORDERED** this 18th day of September, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE