**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex. rel., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -vs- | ) | No. 1:20-cv-00099-SNLJ |
| | ) | |
| THE PEOPLE'S REPUBLIC OF CHINA, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

**ENTRY OF APPEARANCE**

Deputy Solicitor General, J. Michael Patton, hereby enters his appearance on behalf of Plaintiff State of Missouri.

Dated: October 8, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

/s/ *J. Michael Patton*

J. Michael Patton, #76490
*Deputy Solicitor General*
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
(816) 889-2250 Phone
(573) 751-0774 Fax
Michael.Patton@ago.mo.gov

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, the foregoing Entry of Appearance was filed electronically using the Court's CM/ECF system, which sends notification to all counsel of record.

*/s/ J. Michael Patton*