**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSOURI,<br>ex rel. CATHERINE L. HANAWAY, in her<br>official capacity as Missouri Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA,<br>THE COMMUNIST PARTY OF CHINA,<br>NATIONAL HEALTH COMMISSION<br>OF THE PEOPLE'S REPUBLIC OF<br>CHINA, MINISTRY OF EMERGENCY<br>MANAGEMENT OF THE PEOPLE'S<br>REUBLIC OF CHINA, MINISTRY OF<br>CIVIL AFFAIRS OF THE PEOPLE'S<br>REPUBLIC OF CHINA, PEOPLE'S<br>GOVERNMENT OF HUBEI<br>PROVINCE, PEOPLE'S GOVERNMENT<br>OF WUHAN CITY, WUHAN INSTITUTE<br>OF VIROLOGY, and THE CHINESE<br>ACADEMY OF SCIENCES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:20-cv-00099-SNLJ |

**EXHIBITS TO PLAINTIFF'S SUGGESTIONS IN OPPOSITION TO DEFENDANTS' MOTIONS TO VACATE THE DEFAULT JUDGMENT**

Date: October 19, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

*/s/ Louis J. Capozzi III*

Louis J. Capozzi III, 77756MO
*Solicitor General*
J. Michael Patton, 76490MO
*Deputy Solicitor General*
Madeline S. Lansdell, 78538MO
*Assistant Solicitor General*
Ryan Dugan, 77805MO
*Assistant Solicitor General*
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4978
Fax (314) 340-7981
Louis.Capozzi@ago.mo.gov
Michael.Patton@ago.mo.gov
Madeline.Lansdell@ago.mo.gov
Ryan.Dugan@ago.mo.gov

*Attorneys for Plaintiff State of Missouri*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, a true and accurate copy of the foregoing was electronically filed by using the Court's CM/ECF system to be served on all counsel of record entered in the case.

/s/ *Louis J. Capozzi III*