Catherine L. Hanaway
MISSOURI ATTORNEY GENERAL

Catherine L. Hanaway
MISSOURI ATTORNEY GENERAL

Search ago.mo.gov Search



Catherine L. Hanaway

Missouri Attorney General

Explore Section

# Attorney General Hanaway Advances Toward Securing Missouri's Historic $24 Billion Judgment Against China

**JEFFERSON CITY, Mo.** – Today, Missouri Attorney General Catherine Hanaway announced that her Office has taken the next major step toward securing Missouri's historic $24 billion judgment against the People's Republic of China, the Chinese Communist Party, and related entities for unleashing and worsening the COVID-19 pandemic.

The judgment, entered in March 2025, is the largest in Missouri history and one of the largest ever issued against a foreign sovereign. Federal law requires states to wait a "reasonable period of time" after a judgment is entered before initiating the service and enforcement process against a foreign government. With that waiting period now completed, Missouri can move forward with the next phase.

"Now that the statutorily-mandated period has passed, we are moving full speed ahead to secure this judgment for the people of Missouri," **said Attorney General Hanaway**. "China caused extraordinary harm to our citizens and our economy. We are committed to holding them accountable and recovering every dollar we can, starting with Chinese-owned assets, including farmland."

Today, the Attorney General's Office mailed official judgment-service packets to the Clerk of Court in Cape Girardeau. As required by the Foreign Sovereign Immunities Act (FSIA)**,**

Case: 1:20-cv-00099-SNLJ Doc. #: 139-3 Filed: 10/19/26 Page: 3 of 4 PageID #: 5636

the clerk will forward those documents to the U.S. State Department for diplomatic service on:

- The People's Republic of China
- The National Health Commission of China
- The Ministry of Emergency Management
- The Ministry of Civil Affairs
- The People's Government of Hubei Province
- The People's Government of Wuhan City

The service packets include the judgment, Mandarin translations, and all statutory materials required under FSIA.

Once diplomatic service is confirmed, Missouri will return to federal district court to obtain certification that all requirements have been met. That certification will allow the Attorney General's Office to begin seizing Chinese-owned assets, including real property, financial interests, and other holdings tied to the defendants.

The federal court previously ruled that Missouri "established this claim of damages through evidence satisfactory to the court," proving that China caused and exacerbated the COVID-19 pandemic, harming Missourians through its actions and cover-up.

"This judgment belongs to the people of Missouri," **said Attorney General Hanaway**. "They deserve accountability, they deserve answers, and they deserve recovery. My Office will not stop until this judgment is enforced."

The judgment-service packet can be read **here**.

**Home** » **Press Release** » Attorney General Hanaway Advances Toward Securing Missouri's Historic $24 Billion Judgment Against China

Case: 1:20-cv-00099-SNLJ Doc. #: 139-3 Filed: 10/19/26 Page: 4 of 4 PageID #: 5637

## Quick Links

- Consumer Programs
- Contact Us
- Join Our Team
- Reports

## Resources

- AG Opinions
- Missouri Laws
- Forms
- Proposed Rules
- Publications

## About

- About AG Hanaway
- About the Office
- Sunshine Law

Privacy Policy

Accessibility

Site Map

Mo Statutes

CLICK HERE TO SAVE A LIFE