Case: 1:20-cv-00099-SNLJ Doc. #: 139-4 Filed: 10/19/26 Page: 1 of 4 PageID #: 5638

Catherine L. Hanaway
MISSOURI ATTORNEY GENERAL

Catherine L. Hanaway
MISSOURI ATTORNEY GENERAL

Search ago.mo.gov Search



Case: 1:20-cv-00099-SNLJ Doc. #: 139-4 Filed: 10/19/26 Page: 2 of 4 PageID #: 5639

Catherine L. Hanaway

Missouri Attorney General

Explore Section

# Attorney General Andrew Bailey Secures Historic $24 Billion Judgment Against China for Unleashing the COVID-19 Pandemic.

March 7, 2025 5:27 pm

**JEFFERSON CITY Mo. –** Today, Missouri Attorney General Andrew Bailey secured a historic $24 billion judgment against the Chinese Communist Party for unleashing the COVID-19 pandemic — six times more than the previous largest judgment in Missouri history.

“This is a landmark victory for Missouri and the United States in the fight to hold China accountable for unleashing COVID-19 on the world,” **said Attorney General Bailey**. “China refused to show up to court, but that doesn’t mean they get away with causing untold suffering and economic devastation. We intend to collect every penny by seizing Chinese-owned assets, including Missouri farmland.”

The Federal court ruled that Missouri “has established this claim of damages through evidence satisfactory to the court,” proving that China caused and exacerbated the COVID-19 pandemic, harming Missourians. The ruling follows former Attorney General Eric Schmitt’s 2020 lawsuit against the Chinese Communist Party for obstructing the production, purchase, and export of critical medical equipment, including PPE, during the pandemic.

Case: 1:20-cv-00099-SNLJ Doc. #: 139-4 Filed: 10/19/26 Page: 3 of 4 PageID #: 5640

Missouri will now move to collect the $24 billion judgment and, if necessary, will work with the Trump Administration to identify and seize Chinese-owned assets — a critical step in protecting Missouri's economy and national security.

A full copy of the judgment can be read **here**.



---

Privacy Policy

Accessibility

Site Map

Mo Statutes

CLICK HERE TO SAVE A LIFE